# Case Assignment
# Standard Civil Assignment

Case number **3:22CV-243-DJH**

Assigned : Judge David J. Hale
Judge Code : 4415

Assigned on 5/3/2022 10:25:29 AM
Transaction ID: 67981

Request New Judge    Return