**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF KENTUCKY**
**LOUISVILLE**

| | |
|---|---|
| **KENNY HAVERLY,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) **CIVIL ACTION NO. 3:22cv00243-DJH** |
| **v.** | ) |
| | ) |
| **LIBERTY LIFE ASSURANCE** | ) |
| **COMPANY OF BOSTON,** | ) |
| | ) |
| **Defendant.** | ) |

**MOTION FOR ADMISSION *PRO HAC VICE***

Pursuant to Local Rule 83.2, Iwana Rademaekers, a lawyer who is not a member of the bar of this district, moves to appear in this case pro hac vice on behalf of Defendant, Lincoln Life Assurance Company of Boston and states as follows:

1. I am licensed to practice law in the State of Texas. I am an attorney in good standing who actively practices law in the State of Texas and am in good standing with the Supreme Court of Texas. Attached is a Certificate of Good Standing from that court.

2. I am also a member in good standing of the bars of the following Federal Courts:

- Eastern District of Texas
- Northern District of Texas
- Western District of Texas
- Southern District of Texas
- Western District of Oklahoma
- Eastern and Western Districts of Arkansas
- District of Colorado
- Western District of Tennessee

- District of North Dakota
- District of New Mexico
- Eastern District of Wisconsin
- Western District of Wisconsin
- U.S. Courts of Appeals for the 4th, 5th, 8th, 9th, 10th, and 11th Circuits.

3. I have never been disbarred, suspended from practice or subject to any disciplinary action by any court, state, territory or the District of Columbia.

4. By my signature below, I hereby consent to be subject to the jurisdiction and rules of the Kentucky Supreme Court governing professional conduct.

5. The prescribed fee is enclosed herewith and I have completed on-line electronic case filing training.

WHEREFORE, the undersigned counsel, on behalf of Defendant, Lincoln Life Assurance Company of Boston, requests that the court enter an order allowing Iwana Rademaekers admission pro hac vice to appear on behalf of and represent Defendant, Lincoln Life Assurance Company of Boston, in the above-captioned matter.

Respectfully submitted,

By: /s/ Iwana Rademaekers

Iwana Rademaekers (Texas Bar # 16452560)
LAW OFFICES OF IWANA RADEMAEKERS, P.C.
17304 Preston Road, Suite 800
Dallas, Texas 75252
Main: (214) 579-9319
Fax: (469) 444-6456
Email: iwana@rademaekerslaw.com

ATTORNEYS FOR DEFENDANT

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing pleading was electronically filed with the clerk for the U.S. District Court, Western District of Kentucky, using the electronic case filing system of the court. The electronic case filing system sent a "Notice of Electronic Filing" to the following attorneys of record who have consented in writing to accept this Notice as service of this document by electronic means:

Larry D. Ashlock, Esq.
Email: larry@ashlocklawgroup.com

| | |
|---|---|
| May 3, 2022 | /s/ Iwana Rademaekers |
| Date | Iwana Rademaekers |