UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

KENNY HAVERLY, JR., Plaintiff,

v. Civil Action No. 3:22-cv-243-DJH-CHL

LIBERTY LIFE ASSURANCE COMPANY OF BOSTON Defendant.

* * * * *

**SCHEDULING ORDER**

The Court conducted a telephonic Rule 16 scheduling conference in this matter on June 28, 2022, with the following counsel participating:

For Plaintiff: Larry D. Ashlock

For Defendant: Iwana Rademaekers

Based on the discussion during the conference, and the Court being otherwise sufficiently advised, it is hereby

**ORDERED** as follows:

(1) Defendant has already produced to Plaintiff a copy of the ERISA administrative record. The parties agree that this production will satisfy the requirement for Initial Disclosures for both parties pursuant to FRCP 26(a)(1)(B).

(2) Any motion to amend pleadings or motion to join additional parties shall be filed no later than **July 29, 2022**.

(3) The parties shall complete all discovery no later than **October 5, 2022**. No motion pertaining to discovery may be filed without first having a joint telephonic conference with Magistrate Judge Lindsay arranged through his chambers. The parties shall file a stipulated administrative record no later than **October 19, 2022**.

(4) Supplementations under FRCP 26(e) shall be completed no later than **September 5, 2022**.

(5) No later than **November 16, 2022**, counsel for the parties shall file all dispositive motions and any motions objecting to the admissibility of expert witness testimony under Federal Rule of Evidence 702, *Daubert v. Merrell Dow Pharmaceuticals, Inc.*, 509 U.S. 579 (1993), and *Kumho Tire Co. v. Carmichael*, 526 U.S. 137 (1999).

(6) The Court will conduct a telephonic status conference thirty (30) days prior to the close of discovery. **Counsel shall jointly contact case manager Theresa Burch via email (theresa_burch@kywd.uscourts.gov) no later than forty-five (45) days prior to the close of discovery to schedule the conference.**

(7) Upon request, the Court will set this matter for a settlement conference. No later than **July 19, 2022**, the Parties shall jointly file a report on the status of settlement discussions informing the Court whether: (1) a private mediation has been or will be scheduled; and (2) the parties' request that the Court conduct a settlement conference and any proposed dates. The status report shall not include the substance of any past offers or demands.

Colin H Lindsay, Magistrate Judge
United States District Court

:10

cc: Counsel of record
June 28, 2022