**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF KENTUCKY**
**LOUISVILLE DIVISION**
**CIVIL ACTION NO. 3:22-CV-00243-DJH-CHL**

**KENNY HAVERLY, JR.,** **Plaintiff,**

**v.**

**LIBERTY LIFE ASSURANCE COMPANY OF BOSTON,** **Defendant.**

**ORDER**

Pursuant to the Court's June 28, 2022 order (DN 11), the Parties have filed a jointly filed a report on the status of settlement discussions. (DN 12.) The Parties report that settlement discussions are ongoing and that they "have tentatively agreed to a mediator if private negotiations are not successful." (*Id.* at PageID # 42.)

Accordingly,

IT IS HEREBY ORDERED that on or before **September 30, 2022**, the Parties shall jointly file a report on the status of settlement discussions, including whether they have scheduled a private mediation and any anticipated date. The status report shall not include the substance of any offers or demands.

Colin H Lindsay, Magistrate Judge
United States District Court

August 1, 2022

cc: Counsel of record