**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF KENTUCKY**
**LOUISVILLE DIVISION**
**CIVIL ACTION NO. 3:22CV-243-DJH**

**KENNY HAVERLY,** **Plaintiff,**

**v.**

**LIBERTY LIFE ASSURANCE COMPANY OF BOSTON** **Defendant.**

**ORDER**

The undersigned held a telephonic status conference in this matter on September 20, 2022. Participating were the following:

FOR PLAINTIFF: Larry D. Ashlock

FOR DEFENDANT: None

Counsel for plaintiff advised the Court that the parties are in settlement negotiations and may schedule a private mediation, if necessary.

Accordingly, as discussed during the conference,

**IT IS HEREBY ORDERED** that if the parties request any relief from the current deadlines, a proposed amended scheduling order shall be filed no later than **September 30, 2022**.

September 27, 2022

Colin H Lindsay, Magistrate Judge
United States District Court

cc: Counsel of record

:05