**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF KENTUCKY**
**LOUISVILLE**

| | | |
|---|---|---|
| **KENNY HAVERLY,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | **CIVIL ACTION NO. 3:22cv00243-DJH-CHL** |
| **v.** | ) | |
| | ) | |
| **LIBERTY LIFE ASSURANCE COMPANY OF BOSTON,** | ) | |
| | ) | |
| | ) | |
| **Defendant.** | ) | |

# JOINT STATUS REPORT

In accordance with the Order entered by the Court on August 2, 2022, [Doc 13] Plaintiff Kenny Haverly and Defendant Liberty Life Assurance Company of Boston submit this Joint Status Report regarding the status of settlement discussions.

1. The parties remain actively engaged in settlement negotiations and will continue to discuss settlement of the lawsuit going forward. If negotiations are not successful, this case would be best suited for private mediation to be conducted prior to the November 16, 2022, deadline for filing dispositive motions. The Parties have tentatively agreed to a mediator if private negotiations are not successful.

2. At this time, the parties do not request Court-ordered mediation or a Court-conducted settlement conference but will continue to assess the potential for resolution by informal means or mediation with each other.

Respectfully submitted this 30th day of September 2022.

Respectfully submitted,

By: /s/ Iwana Rademaekers
Iwana Rademaekers (Texas Bar # 16452560)
(Admitted *Pro Hac Vice*)

LAW OFFICES OF IWANA RADEMAEKERS, P.C.
17304 Preston Road, Suite 800
Dallas, Texas 75252
Main: (214) 579-9319
Fax: (469) 444-6456
Email: iwana@rademaekerslaw.com

ATTORNEYS FOR DEFENDANT

**AND**

By: /s/ Larry D. Ashlock

Larry D. Ashlock, Esq.
Ashlock Law Group, PLLC
236 W. Dixie Avenue
Elizabethtown, KY 42701
PH: (270) 360-0470
Email: larry@ashlocklawgroup.com

COUNSEL FOR PLAINTIFF