**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF KENTUCKY**
**LOUISVILLE DIVISION**
**CIVIL ACTION NO. 3:22-CV-00243-DJH-CHL**

**KENNY HAVERLY, JR.,** **Plaintiff,**

**v.**

**LIBERTY LIFE ASSURANCE COMPANY OF BOSTON,** **Defendant.**

# ORDER

Pursuant to the Court's August 2, 2022 order (DN 13), the Parties have filed a joint report on the status of settlement negotiations. (DN 16.) The Parties report that they are actively engaged in settlement negotiations. (*Id*. at PageID # 46). The Parties have determined that, if negotiations are unsuccessful, this case "would be best suited for private mediation to be conducted prior to the November 16, 2022, deadline for filing dispositive motions" and have "tentatively agreed" to a mediator. (*Id*.)

Accordingly,

IT IS HEREBY ORDERED that on or before **November 1, 2022**, the Parties shall jointly file a report on the status of settlement discussions, including the dates and mediator for any scheduled private mediation. The undersigned will conduct *ex parte* calls regarding settlement or schedule a settlement conference upon request. Any party who wishes to request an *ex parte* call or settlement conference shall contact the undersigned's Case Manager, Theresa Burch, at theresa_burch@kywd.uscourts.gov and copy opposing counsel.

Colin H Lindsay, Magistrate Judge
United States District Court

cc: Counsel of record

October 14, 2022