**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF KENTUCKY**
**LOUISVILLE**

| | | |
|---|---|---|
| **KENNY HAVERLY,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | **CIVIL ACTION NO. 3:22cv00243-DJH-CHL** |
| **v.** | ) | |
| | ) | |
| **LIBERTY LIFE ASSURANCE COMPANY OF BOSTON,** | ) | |
| | ) | |
| | ) | |
| **Defendant.** | ) | |

# JOINT ADMINISTRATIVE RECORD

Pursuant to the Scheduling Order entered by the Court on June 28, 2022 (Document 11), Plaintiff Kenny Haverly and Defendant Liberty Life Assurance Company of Boston submit this Joint Administrative Record. Plaintiff and Defendant hereby stipulate to the authenticity and admission into evidence for all purposes in this action of Exhibits 1-3 that are listed below and attached hereto. The exhibit pages have been consecutively numbered for reference.

1. Group Disability Income Policy (Lincoln/Haverly 001-046);
2. March 8, 2019, correspondence containing decisions on appeal (Lincoln/Haverly 070-075);
3. The Administrative Record (Lincoln/Haverly 047-069, 076-450).

Respectfully submitted this 19th day of October 2022.

Respectfully submitted,

By: /s/ Iwana Rademaekers
Iwana Rademaekers (Texas Bar # 16452560)
(Admitted *Pro Hac Vice*)

LAW OFFICES OF IWANA RADEMAEKERS, P.C.
17304 Preston Road, Suite 800
Dallas, Texas 75252
Main: (214) 579-9319
Fax: (469) 444-6456
Email: iwana@rademaekerslaw.com

ATTORNEYS FOR DEFENDANT

**AND**

By: /s/ Larry D. Ashlock

Larry D. Ashlock, Esq.
Ashlock Law Group, PLLC
236 W. Dixie Avenue
Elizabethtown, KY 42701
PH: (270) 360-0470
Email: larry@ashlocklawgroup.com

COUNSEL FOR PLAINTIFF