Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7213
London, KY 40742-7213

MR. KENNY HAVERLY JR

EXHIBIT

2

Lincoln Financial Group®

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7213
London, KY 40742-7213
Phone No.: (888) 437-7611
Secure Fax No.: (603) 334-5703

March 8, 2019

Mr. Kenny Haverly Jr

RE: Long Term Disability (LTD) Benefits
Papa John's International, Inc
Claim #: 7956041

Dear Mr. Kenny Haverly Jr:

We completed our review of your appeal request for Long Term Disability Benefits and are maintaining the decision to deny your benefits beyond November 27, 2018.

**Claim and Initial Decision**

You filed a claim for migraines with a date of disability of November 15, 2017, you satisfied the Elimination Period for long-term disability benefits on May 16, 2018. In order to be eligible for long-term disability benefits, you must remain unable to perform all the material and substantial duties of your own occupation from your date of disability through the entire Elimination Period and beyond.

The medical information contained in your file includes, but not limited to, office treatment notes, diagnostic test results, physical therapy notes, emergency room records, and medications from Papa Cares, St. Joseph Neurology Associates, and Dr. Chumley. Based on the medical information contained in your file, we conducted our claim investigation.

During the initial claim investigation, we reviewed the information in your file. This review, which included a physician peer review, concluded your restrictions would prevent you from performing the material and substantial duties of your occupation. Therefore, your claim was approved.

As part of our ongoing claim investigation, we requested and received updated medical records. This review, concluded we should refer your file for a physician review. Therefore, we referred your file to Seth Stoller, M.D., board certified in Neurology, for review. Following the review of your file, which included a telephone conversation with Dr. Chumley, Dr. Stoller concluded:

> *There are no sustained restrictions or limitations based on chart review. There is no contraindication to a full 8 hour work they based on diagnosis of migraine with aura*

*and frequency as listed in chart. Migraines are episodic and not daily. There is notable low-grade headache as a backdrop but there is no major restrictions or limitation attributable to migraine headache.*

*There is no sustained impairment from migraine with aura. He may miss work on days where he requires presentation to the emergency room, Urgent Care Center, or physician's office. He also may miss work for days where he requires a physician appointment.*

Dr. Stoller noted that there is no medication side effects noted that would impact your functional ability and that you would be able to perform at a sustained full-time capacity within the restrictions outlined.

Based on the totality of the information contained in your file, including the clinical review the information does not support a severity in restrictions and limitations rendering you continually unable to perform the duties of your occupation; therefore, your claim was denied. The basis for our denial was outlined in our letter of November 30, 2018. At that time, you were given the opportunity to provide additional medical and/or vocational documentation, which you felt, would support your claim. Specifically, we asked for copies of office treatment notes, diagnostic test results, treatment plans, therapy records, pharmacy records, consultations, and restrictions and limitations from all your treating providers.

**Appeal Evaluation**

On February 1, 2019, we received your appeal letter, your headache log from September and October 2018 and the clinical records from Dr. Chumley from August 30, 2016, through January 3, 2019. As stated in our letter of February 7, 2019, we confirmed this information was received and your file has been referred to the appeal unit for further review.

We reviewed the information submitted and concluded we should refer your file for another physician peer review. We referred your file to James Pearce, M.D., board certified in Neurology, expertise in Sleep Medicine, Clinical Neurophysiology, Parkinson’s disease and movement disorders, for review. Following the review of your file, Dr. Pearce outlined your diagnosis as migraines, and concluded:

*This is a 42-year-old male with a rather unremarkable history of migraine with a change in symptomatology in 2009 including bizarre auditory and visual hallucinations as the "aura" to his headaches but at times without headache. Workup for possible partial complex seizure as an etiology for these hallucinations had been unremarkable except for some slight temporal slowing but nothing to support an epileptiform nature. While migraine headaches may produce occasional visits to the emergency room for treatment of the chronicity of the headaches and the highly unusual visual distortions that are not stereotypical and changing from auditory to visual, this would not be consistent with a diagnosis of migraine nor would the lack of responsiveness to all possible migraine medications and therefore, from a neurologic standpoint, no impairment, restrictions, or limitations are endorsed.*

Dr. Pearce noted there are no medication side effects that would impact your functional ability and you would be able to perform at a sustained full-time capacity within the identified restrictions.

## Conclusion

We conducted a thorough and independent review of your entire claim. In summary, we acknowledge that you may continue to experience some symptoms associated with your condition. However, the information does not contain exam findings, diagnostic test results, or other forms of medical evidence substantiating that your symptoms were of such severity, frequency, and duration that they resulted in restrictions and limitations rendering you unable to perform the duties of your occupation.

Having carefully considered all the information submitted in support of your claim, our position remains that proof of your disability in accordance with the Papa John's International, Inc.'s policy provisions has not been provided and our original determination to deny benefits beyond November 27, 2018, is upheld.

This claim determination reflects an evaluation of the claim facts and policy provisions.

## Policy Provisions

The Papa John's International, Inc. Long Term Disability policy, under which you are covered, states:

> ***"Disability"*** *or* ***"Disabled"*** *means:*
>
> 1. *For persons other than pilots, co-pilots, and crewmembers of an aircraft:*
>
>    i. *that during the Elimination Period and the next 24 months of Disability the Covered Person, as a result of Injury or Sickness, is unable to perform the Material and Substantial Duties of his Own Occupation; and*
>
>    ii. *thereafter, the Covered Person is unable to perform, with reasonable continuity, the Material and Substantial Duties of Any Occupation.*
>
> ***"Own Occupation"****, means the Covered Person's occupation that he was performing when his Disability or Partial Disability began. For the purposes of determining Disability under this policy, Liberty will consider the Covered Person's occupation as it is normally performed in the national economy.*
>
> ***"Material and Substantial Duties"****, means responsibilities that are normally required to perform the Covered Person's Own Occupation, or any other occupation, and cannot be reasonably eliminated or modified.*

Under the Employee Retirement Income Security Act (ERISA) appeal guidelines, you were entitled to appeal the decision made by Liberty Life Assurance Company of Boston (Liberty), and to submit any additional information you wished to be considered as part of the appeal. Liberty has conducted a full and fair review of your appeal and accompanying materials, and has concluded that the denial of benefits will be maintained.

At this time, your administrative right to review has been exhausted; no further review will be conducted by Liberty and your claim will remain closed. You may request to receive, free of charge, copies of all documents relevant to your claim. You have the right to bring a civil action under section 502(a) of ERISA following an adverse benefit determination on review.

The Papa John's International, Inc. Group Disability Income Policy contains the below provision:

***Legal Proceedings***

*A claimant or the claimant's authorized representative cannot start any legal action:*

1. *until 60 days after Proof of claim has been given; or*
2. *more than three years after the time Proof of claim is required.*

Your policy is subject to ERISA, you may have other voluntary alternative dispute resolution options, such as mediation. One way to find out what may be available is to contact your local U.S. Department of Labor Office or your state insurance regulatory agency. In addition, once all required reviews of your claim have been completed, you have the right to bring a civil action under applicable law. Your employer's policy has a contractual limitations period of three years, which means that a lawsuit must be brought within three years after the date written proof of claim or proof of continued disability was required. The date on which the contractual limitations period expires for this claim is April 7, 2022.

This information is provided for purposes of this claim only, as the time proof of claim is required may differ based on claim specifics and applicable policy language.

Nothing in this letter should be construed as a waiver of any Liberty Life Assurance Company of Boston rights and defenses under the above captioned Policy, and all of these rights and defenses are reserved to the Company, whether or not they are specifically mentioned herein.

Decisions made by Liberty Life Assurance Company of Boston are based on the provisions outlined in Papa John's International, Inc. These provisions are not contingent on decisions made by either the Social Security Administration or other disability-determining entities. No internal rules, guidelines, protocols, standard or other similar criteria were relied upon in rendering the claim determination.

If you require language translation assistance, please contact Liberty Life to initiate a service provided free of charge to assist with understanding your claim and appeal rights.

如果您需要翻译方面的帮助，请联系我，我会免费为您服务以便了解您的要求和诉求。

Shá ata' hane'go shíká a'doowoł nínízingo saad hosíníłįį' dóó ná'ookąąh nííní'ąągo naaltsoos nííníłtsoozígíí hazho'ó bik'idi'deeshtįįł nínízingo doo bąąh ílínígóó níká a'doowoł éí biniiyé shił hodíílnih áko ákwe'égi níká adeeshwoł.

Si necesita traducción, contácteme para iniciar un servicio gratuito a fin de ayudarle a entender sus derechos de reclamo y apelación.

Kung nangangailangan ka ng tulong sa translation, mangyaring makipag-ugnayan sa akin upang gumamit ng serbisyong ibinigay nang walang bayad upang matulungan kang maunawaan ang iyong mga karapatan sa paghahabol at pag-aapela.

If you have any questions regarding this matter, please contact me.

Sincerely,

Charles Johnson
Appeal Review Consultant
Phone No.: (888) 437-7611 Ext. 16398
Secure Fax No.: (603) 334-5703