**Claim Coversheet Report**

Find | Clear | Print | Save | New | Help

Admin Notes Claim Class Correspond Doc List Medical SPELL Letters

Claim Number 7956041 Claim Last Updated 03/08/2019 Printed On 4/28/2022

Claimant Information

| | | | | | |
|---|---|---|---|---|---|
| Name | KENNY HAVERLY | SSN | | Birth Date | |
| Address | | Salary Amount $ | 5253.13 | Mode | M |
| | | Date of Hire | 05/20/2002 | | |
| | | Last Work Date | 11/14/2017 | | |
| | | Federal Tax | Employee Option | State Tax | Yes |
| Phone | | Phys Demands | Sedentary | | |

JobDesc COMPUTER SUPPORT SPECIALIST- EXISTS PART TIME

| | | | | | |
|---|---|---|---|---|---|
| Claim Status | Closed | Status Reason | Not TD Own Occ | Received Date | 03/07/2018 |
| Disability Date | 11/15/2017 | Close Date | 11/28/2018 | Reopen Date | |
| Sick Days Left | 182 | Max Ben Date | 10/09/2043 | RTW FT / PT | |
| Ben Begin Date | 05/16/2018 | Apprv Thru Date | 11/27/2018 | Gross Ben $ | |

Diagnosis 1 Code/Desc G43.9 Migraine, unspecified

Diagnosis 2 Code/Desc

Policyholder Information

Customer ID 08 - 036548 PAPA JOHN'S INTERNATIONAL, INC

Subsidiary CORP CORPORATE

Location 35010500 TECHNICAL SERVICES

Symb GF Numeral 01 Product LTD Funding CON Bank Y Calcs Y Cntr Eff 01/01/2013

Class 01 ALL ACTIVE FT CORP STAFF, PJ FOOD SERV QUALITY CONTROL CENTER EXEMPT

Waiting Period: New/Mode-Current/Mode 30 Day 30 Day Days in WRKWK

Elimination Period: Days/Type 180 Sickness COLA: Mode/Duration

Successive Period: Period/Mode 6 Month SS Integration:Type/Value FSS

Partial Disability Type/Pct QRP+ 7.00 Survivor Ben Months/Wait Period

Non-Verifiable Symptoms Limit Own Occupation Definition Limit 24 M/N Limit 24

Benefit % Max Benefit $ Min Benefit $ Employer Contr % 100.00 Subro Ind Y

Selected Benefits

| Symbol | Numeral | Product Type | Class | Eligibility Date |
|---|---|---|---|---|
| GF | 01 | LTD | 01 | 07/01/2002 |
| PD | 01 | STD | 01 | 07/01/2002 |

Additional Information:



EXHIBIT

3

**Claim Coversheet Report**

Find | Clear | Print | Save | New | Help

Admin Notes Claim Class Correspond Doc List Medical SPELL Letters

Claim Number 3903216 Claim Last Updated 03/07/2018 Printed On 4/28/2022

Claimant Information

| | | | | | |
|---|---|---|---|---|---|
| Name | KENNY HAVERLY | SSN | | Birth Date | |
| Address | | Salary Amount $ | 1212.26 | Mode | W |
| | | Date of Hire | 05/20/2002 | | |
| | | Last Work Date | 11/14/2017 | | |
| | | Federal Tax | Table | State Tax | Yes |
| Phone | | Phys Demands | Sedentary | | |

JobDesc COMPUTER SUPPORT SPECIALIST- EXISTS PART TIME

| | | | | | |
|---|---|---|---|---|---|
| Claim Status | Closed | Status Reason | Max Dur/To LTD | Received Date | 11/15/2017 |
| Disability Date | 11/15/2017 | Close Date | 05/16/2018 | Reopen Date | |
| Sick Days Left | | Max Ben Date | 05/15/2018 | RTW FT / PT | |
| Ben Begin Date | 11/22/2017 | Apprv Thru Date | 05/15/2018 | Gross Ben $ | |

Diagnosis 1 Code/Desc G43.9 Migraine, unspecified

Diagnosis 2 Code/Desc

Policyholder Information

Customer ID 08 - 036548 PAPA JOHN'S INTERNATIONAL, INC

Subsidiary CORP CORPORATE

Location 35010500 TECHNICAL SERVICES

Symb PD Numeral 01 Product STD Funding ASO Bank Y Calcs Y Cntr Eff 01/01/2013

Class 01 ALL ACTIVE FT CORP STAFF, PJ FOOD SERV QUALITY CONTROL CENTER EXEMPT

Waiting Period: New/Mode-Current/Mode 30 Day 30 Day Days in WRKWK 5

Elimination Period: Days/Type 7 Sickness COLA: Mode/Duration

Successive Period: Period/Mode 14 Day SS Integration:Type/Value

Partial Disability Type/Pct Survivor Ben Months/Wait Period

Non-Verifiable Symptoms Limit Own Occupation Definition Limit M/N Limit

Benefit % Max Benefit $ Min Benefit $ Employer Contr % 100.00 Subro Ind Y

Selected Benefits

| Symbol | Numeral | Product Type | Class | Eligibility Date |
|---|---|---|---|---|
| GF | 01 | LTD | 01 | 07/01/2002 |
| PD | 01 | STD | 01 | 07/01/2002 |

Additional Information:

**ote Report**

Report | Clear | Print | Help

AS Accom AS Event Add Note Appeal Claim Coord Claim Note Correspond Doc List Employee Leave Life Claim Lve Addtl Info
Lve Correspondence Lve Program Lve Work Sched Medical Medical History Note SPELL Letters Scheduled Pmt Task Print Task Rpt
Tasks

Claim
**Claim ve t eave m er** 7956041 **ommo atio m er**
**ote t pe**

Primary Sort Order
Note Type
Note Number
● Note Date/Time
Accm. No.

Sec
●

**C ote**
Claim/Event/Leave: 7956041
NoteSub ect : Legal
Other Sub ect : LAWSUIT FILED
Text: 04/26/2022 - MAINELLI, DEBRA CLAIMANT HAS FILED A LAWSUIT. PLEASE DIRECT ANY FURTHER INQUIRY ON THIS CLAIM TO THE LITIGATION MANAGER.

**C ote**
Claim/Event/Leave: 7956041
NoteSub ect : Other
Other Sub ect : VNDR PMT
Text: 05/14/2019 - THEOFRASTOU, ELI ABETH INV REC'D 5/13/2019, DATED 2/26/19, FROM RRS, INVOICE 34425-1, IN THE AMT OF $997.50 FOR PEER REVIEW, 4.75 HOURS. INV PAID

**C ote**
Claim/Event/Leave: 7956041
NoteSub ect : Appeal
Other Sub ect : OUT
Text: 03/08/2019 - JOHNSON, CHARLES MAINTAIN DENIAL

**C ote**
Claim/Event/Leave: 7956041
NoteSub ect : Appeal
Other Sub ect : STATUS
Text: 03/08/2019 - JOHNSON, CHARLES COMPLETED APPEAL REVIEW - THE INFORMATION CONTAINED IN THE FILE DOES NOT SUPPORT ONGOING IMPAIRMENTS FROM HIS OCCUPATION - MAINTAIN DENIAL

**C ote**
Claim/Event/Leave: 7956041
NoteSub ect : Other
Other Sub ect : COPY JOB
Text: 02/19/2019 - PILAR, SARAH COPY OF DOC LIST SENT TO RRS VIA CITRIX SHAREFILE.

**C ote**
Claim/Event/Leave: 7956041
NoteSub ect : Ref to Other
Other Sub ect : SCORE REFERRAL
Text: 2/15/2019 - REFERRED TO EXAMWORKS INC RELIABLE REVIEW SERVICES FOR PEER REVIEW.

**C ote**
Claim/Event/Leave: 7956041
NoteSub ect : Appeal
Other Sub ect : STATUS
Text: 02/15/2019 - JOHNSON, CHARLES REVIEWING THE INFORMATION CONTAINED IN THE FILE - REFERRED TO RRS FOR NEUROLOGY REVIEW

**C ote**
Claim/Event/Leave: 7956041
NoteSub ect : Appeal
Other Sub ect : ASSIGNED TO ARC
Text: 02/07/2019 - GAUTHIER, MEGAN PRE-SCREEN COMPLETE. CON LTD ERISA CLAIM REC'D 11/15/17. CLAIM CLOSED NTD OO LTR SENT 11/30/18. 180 DAY APPEAL TIMEFRAME 5/28/19 DEADLINE. JD/AUTH ON FILE. ON 2/1/19, REC'D APPEAL LTR FROM EE EE MIGRAINE DIARIES KEYFOR MIGRAINE DIARIES RECORDS FROM AP CHUMLEY 8/30/16 THRU 1/3/19.

COMPLETE APPEAL REC'D. ASSIGNED TO CHARLES JOHNSON. APPEAL ACK TO EE.

**C ote**
Claim/Event/Leave: 7956041
NoteSub ect : Appeal
Other Sub ect : REFERRAL RECD
Text: 02/07/2019 - PRESTON, SHERRY ASSIGNED TO MEGAN GAUTHIER

**C ote**
Claim/Event/Leave: 7956041
NoteSub ect : Ref to Appeals
Other Sub ect : SCORE REFERRAL
Text: 2/6/2019 - REFERRED TO APPEALS UNIT FOR CLAIM REVIEW AND DETERMINATION.

**C ote**
Claim/Event/Leave: 7956041
NoteSub ect : Other
Other Sub ect : MGR REVIEW
Text: 02/05/2019 - BELL, CHE AGREE W/REF TO ARU

**C ote**
Claim/Event/Leave: 7956041
NoteSub ect : Ref to Other
Other Sub ect : MGR
Text: 02/04/2019 - LE GRAND, CHRISTOPHER 41 YOF LDW: 11/14/2017 DOD: 11/15/2017DX: MIGRAINES FFR RCVD ON 7/31/2018 INDICATING NO RESTRICTIONS AND LIMITATIONS ARE NECESSARY AND HE HAS RELIABLE SUSTAINABLE WORK CAPACITY FROM A NEUROLOGIC PERSPECTIVE. HEIS ABLE TO WORK ON A FULL-TIME BASIS: 40 HOURS PER WEEK, 8 HOURS PER DAY. HOWEVER CP CONTACTED AP POTTS NOT AP CHUMLEY RAR SENT TO AP CHUMLEY TO OPINE AP CHUMLEY RESPONDED RTO RAR INDICATING IMPAIRMENT WHICH WOULD PRECLUDE FROM WORKING EE SENT HEADACHE DIARY TO COMPLETE FOR SEPTEMBER OCTOBER AND NOVEMBER EE PLACED ON N P FOR 9/2018 HEAD ACHE DIARY DEADLINE 10/15/2018 HEADACHE DIARY AND NON MEDICAL ACTIVITIES CHECK SENT FOR CLINICAL REVIEW WITH AP CONTACT NO R LS SUPPORTED CLAIM CLOSED NOTTD EE SUBMITTED APPEAL RECOMMENDING REFERRAL TO ARU

**C ote**
Claim/Event/Leave: 7956041
NoteSub ect : Ref to Managed Care
Other Sub ect : MDS
Text: 02/01/2019 - LE GRAND, CHRISTOPHER DOES MR ON FILE SUPPORT ON GOING R LS

**C ote**
Claim/Event/Leave: 7956041
NoteSub ect : Appeal
Other Sub ect :
Text: 02/01/2019 - LE GRAND, CHRISTOPHER EE SUBMITTED LETTER OF APPEAL AND MEDICAL RECORDS

**C ote**
Claim/Event/Leave: 7956041
NoteSub ect : LTR to EE
Other Sub ect :
Text: 11/29/2018 - LE GRAND, CHRISTOPHER MAILED EE CLOSURE LETTER

**ote**
Claim/Event/Leave: 7956041
NoteSub ect : Called EE
Other Sub ect :
Text: 11/29/2018 - LE GRAND, CHRISTOPHER EE CALLED IN BECAUSE HE RCVD A CHECK EARLIER THAN EXPECTED ADVISED EE THAT A CLINICAL REVIEW OF HIS CLAIM HAD BEEN COMPLETED AND THAT IT DID NTO SUPPORT ONGOING R LS DICTATED THE CP REVIEW AND ADVISED EE OF APPEALRIGHTS AND PROCESS EE ACK

**C ote**
Claim/Event/Leave: 7956041
NoteSub ect : Other
Other Sub ect : VENDOR PAYMENT
Text: 11/29/2018 - MUELLER, JACQUELINE INVOICE RECEIVED ON 11/08/2018 FROM RELEASEPOINT. INV 708906, IN THE AMOUNT OF $8.00 FOR MEDICAL RECORDS. INVOICE PAID IN FULL.

**C ote**
Claim/Event/Leave: 7956041
NoteSub ect : Other
Other Sub ect : MGR REVIEW
Text: 11/27/2018 - BELL, CHE AGREE W/RECOMMENDATION

**C ote**

Claim/Event/Leave: 7956041
NoteSub ect : Ref to Other
Other Sub ect : MGR
Text: 11/27/2018 - LE GRAND, CHRISTOPHER 41 YOF LDW: 11/14/2017 DOD: 11/15/2017DX: MIGRAINES FFR RCVD ON 7/31/2018 INDICATING NO RESTRICTIONS AND LIMITATIONS ARE NECESSARY AND HE HAS RELIABLE SUSTAINABLE WORK CAPACITY FROM A NEUROLOGIC PERSPECTIVE. HEIS ABLE TO WORK ON A FULL-TIME BASIS: 40 HOURS PER WEEK, 8 HOURS PER DAY. HOWEVER CP CONTACTED AP POTTS NOT AP CHUMLEY RAR SENT TO AP CHUMLEY TO OPINE AP CHUMLEY RESPONDED RTO RAR INDICATING IMPAIRMENT WHICH WOULD PRECLUDE FROM WORKING EE SENT HEADACHE DIARY TO COMPLETE FOR SEPTEMBER OCTOBER AND NOVEMBER EE PLACED ON N P FOR 9/2018 HEAD ACHE DIARY DEADLINE 10/15/2018 HEADACHE DIARY AND NON MEDICAL ACTIVITIES CHECK SENT FOR CLINICAL REVIEW WITH AP CONTACT NO R LS SUPPORTED RECOMMENDING DENIAL NOT TD

**C ote**
Claim/Event/Leave: 7956041
NoteSub ect : Other
Other Sub ect : VENDOR PAYMENT
Text: 11/21/2018 - JORGENSEN, ERIKA INVOICE DATED 11/20/2018 FROM MCN, LLC. INV N151062 , IN THE AMT OF $ 287.50 FOR PR ADDENDUM / SHERRY LEITCH NEUROLOGY . INVOICE PAID IN FULL. TID 271944238

**C ote**
Claim/Event/Leave: 7956041
NoteSub ect : Other
Other Sub ect : VENDOR PAYMENT
Text: 11/16/2018 - MICHAUD, ROBIN INVOICE RECEIVED ON 11/16/2018 AND DATED 11/15/2018 FROM MES. INVOICE 722554 IN THE AMOUNT OF $ 448.87 FOR NEUROLOGY PEER REVIEW COMPLETED BY SETH STOLLER . INVOICE PAID IN FULL

**C ote**
Claim/Event/Leave: 7956041
NoteSub ect : Peer Review
Other Sub ect :
Text: 11/16/2018 - LE GRAND, CHRISTOPHER NEUROLOGY FFR ADDED

**ote**
Claim/Event/Leave: 7956041
NoteSub ect : Called EE
Other Sub ect :
Text: 11/15/2018 - LE GRAND, CHRISTOPHER EE LMTCB ON 11/15/2018 TO SEE IF HEADACHE DIARY RCVD DCM RTC AND CONFIRMED VIA VM

**C ote**
Claim/Event/Leave: 7956041
NoteSub ect : Other
Other Sub ect :
Text: 11/15/2018 - LE GRAND, CHRISTOPHER EE SUBMITTED HEADACHE DIARY

**ote**
Claim/Event/Leave: 7956041
NoteSub ect : Called EE
Other Sub ect : VM
Text: 11/14/2018 - LE GRAND, CHRISTOPHER EE LMTCB 11/14/2018 INDICATING THAT HE WANTED TO LET ADCM KNOW THAT HE WAS FAXING OFF HEADACHE DIARY ON THE N P DL DCM RTC NO ANS LMTCB

**C ote**
Claim/Event/Leave: 7956041
NoteSub ect : Action Plan
Other Sub ect : RTW OO JAN 2019
Text: 11/11/2018 - LE GRAND, CHRISTOPHER 41 YOF LDW: 11/14/2017 DOD: 11/15/2017DX: MIGRAINES FFR RCVD ON 7/31/2018 INDICATING NO RESTRICTIONS AND LIMITATIONS ARE NECESSARY AND HE HAS RELIABLE SUSTAINABLE WORK CAPACITY FROM A NEUROLOGIC PERSPECTIVE. HEIS ABLE TO WORK ON A FULL-TIME BASIS: 40 HOURS PER WEEK, 8 HOURS PER DAY. HOWEVER CP CONTACTED AP POTTS NOT AP CHUMLEY RAR SENT TO AP CHUMLEY TO OPINE AP CHUMLEY RESPONDED RTO RAR INDICATING IMPAIRMENT WHICH WOULD PRECLUDE FROM WORKING EE SENT HEADACHE DIARY TO COMPLETE FOR SEPTEMBER OCTOBER AND NOVEMBER EE PLACED ON N P FOR 9/2018 HEAD ACHE DIARY DEADLINE 10/15/2018 CLAIM REFERRED FOR NON CLINICAL ACTIVES CHECK FROM 08/31/2018-09/03/2018 ONCE SIU REPORT RCVD DCM WILL COMPARE TO HEADACHES LISTED ON HEADACHE DIARY AND AQ AND REFER FOR A FFR WITH SIU REPORT AND HEADACHE DIARY CLAIM REFERRED FOR FFR 11/2018 WHICH IS PENDING ONCE RECVD DETERMINE R LS

**C ote**
Claim/Event/Leave: 7956041
NoteSub ect : Ref to Other
Other Sub ect : SCORE REFERRAL
Text: 11/1/2018 - REFERRED TO MES SOLUTIONS FOR PEER REVIEW.

**C ote**
Claim/Event/Leave: 7956041

Claim/Event/Leave: 7956041
NoteSub ect : Med Records Rcvd
Other Sub ect : KENTUCKY HEALTH NEUR
Text: 10/31/2018 - LE GRAND, CHRISTOPHER KENTUCKYONE HEALTH NEUROLOGY 06/06/2018-9/26/2018

**C ote**
Claim/Event/Leave: 7956041
NoteSub ect : Other
Other Sub ect : AUTH
Text: 10/22/2018 - LE GRAND, CHRISTOPHER AUTH RCVD FOR KENTUCKYONE HEALTH NEUROLOGY ASSOC. REFERRED TO RP FOR HANDLING

**C ote**
Claim/Event/Leave: 7956041
NoteSub ect : Ref to Other
Other Sub ect : SCORE REFERRAL
Text: 10/18/2018 - REFERRED TO MEDICAL CONSULTANT NETWORK FOR PEER REVIEW.

**ote**
Claim/Event/Leave: 7956041
NoteSub ect : Called EE
Other Sub ect :
Text: 10/10/2018 - LE GRAND, CHRISTOPHER EE LMTCB 10/9/2018 INDICATING THAT HE FORGOT TO REQ CALL BACK TO CONFIRM A CB WANTED TO CONFIRM DOCS HAD BEEN RCVD DCM RTC NO ANS LMTCB

**ote**
Claim/Event/Leave: 7956041
NoteSub ect : EE Called
Other Sub ect : VM- NO CB NEEDED
Text: 10/08/2018 - LE GRAND, CHRISTOPHER EE LM - NO CB NEEDED INDICATING HE JUST WANTED TO ADVISE HE SENT HIS HEADACHE DIARY

**C ote**
Claim/Event/Leave: 7956041
NoteSub ect : Other
Other Sub ect :
Text: 10/08/2018 - LE GRAND, CHRISTOPHER EE SUBMITTED 9/2018 HEADACHE DIARY

**C ote**
Claim/Event/Leave: 7956041
NoteSub ect : LTR to EE
Other Sub ect :
Text: 10/04/2018 - LE GRAND, CHRISTOPHER MAILED EE FACILITY SPECIFIC AUTH

**C ote**
Claim/Event/Leave: 7956041
NoteSub ect : Medical Status
Other Sub ect : RELEASE POINT
Text: 10/04/2018 - LE GRAND, CHRISTOPHER DATE: OCTOBER 4, 2018 REFERENCE ID: 4584000 MEDICAL FACILITY/PROVIDER: KENTUCKYONE HEALTH NEUROLOGY ASSOC. PLEASE BE ADVISED THAT WE HAVE BEEN INFORMED THAT YOUR MEDICAL PROVIDER IS REQUESTING A SIGNED HIPAA COMPLIANT AUTHORI ATION TO BE SIGNED BEFORE RECORDS WILL BE RELEASED. PLEASE USE THE INCLUDED LINK TO HAVE THE CLAIMANT SIGN THE ATTACHED HIPAA AUTHORI ATION FORM. RETRIEVAL ACTIVITIES WILL RESUME UPON RECEIPT OF THE AUTHORI ATION REQUESTED.

**C ote**
Claim/Event/Leave: 7956041
NoteSub ect : Ref to Other
Other Sub ect : MGR
Text: 10/03/2018 - LE GRAND, CHRISTOPHER REQ FOR MR FROM AP CHUMLEY FORM 6/1/2018- PRESENT REQ FROM RELEASEPOINT

**ote**
Claim/Event/Leave: 7956041
NoteSub ect : EE Called
Other Sub ect : NO CB NEEDED
Text: 10/03/2018 - LE GRAND, CHRISTOPHER EE LM NO CB NEEDED EE ADVISED H HAD A 3 MO APPOINTMENT WITH AP CHUMLEY AND THAT DCM CAN REQ MR IF NEEDED FORM FAX:8592962603

**C ote**
Claim/Event/Leave: 7956041
NoteSub ect : Other
Other Sub ect : VENDOR PAYMENT
Text: 09/19/2018 - MUELLER, JACQUELINE INVOICE RECEIVED ON 09/07/2018 FROM RELEASEPOINT. INV 708628, IN THE AMOUNT OF $ 12.00 FOR MEDICAL RECORDS. INVOICE PAID IN FULL.

**C ote**
Claim/Event/Leave: 7956041
NoteSub ect : Notice/Proof Review
Other Sub ect :
Text: 09/17/2018 - LE GRAND, CHRISTOPHER CALLED EE TO COMPLETE 15 NO ANS LMTCB

**C ote**
Claim/Event/Leave: 7956041
NoteSub ect : Other
Other Sub ect : VNDR PMT
Text: 09/06/2018 - THEOFRASTOU, ELI ABETH INVOICE REC'D 9/6/18, FROM ISG, INVOICE 398745, IN THE AMT OF $2080 FOR INVESTIGATION FEES - SURVEILLANCE. INVOICE PAID IN FULL

**C ote**
Claim/Event/Leave: 7956041
NoteSub ect : Surveillance
Other Sub ect : ISG
Text: 09/06/2018 - LE GRAND, CHRISTOPHER SURVEILLANCE REPORT ADDED

**C ote**
Claim/Event/Leave: 7956041
NoteSub ect : Ref to Special Invest
Other Sub ect : SCORE REFERRAL
Text: 8/12/2018 - REFERRED TO ISG FOR SIU VENDOR SERVICES.

**C ote**
Claim/Event/Leave: 7956041
NoteSub ect : Action Plan
Other Sub ect : RTW OO NOV 2018
Text: 08/12/2018 - LE GRAND, CHRISTOPHER 41 YOF LDW: 11/14/2017 DOD: 11/15/2017DX: MIGRAINES FFR RCVD ON 7/31/2018 INDICATING NO RESTRICTIONS AND LIMITATIONS ARE NECESSARY AND HE HAS RELIABLE SUSTAINABLE WORK CAPACITY FROM A NEUROLOGIC PERSPECTIVE. HEIS ABLE TO WORK ON A FULL-TIME BASIS: 40 HOURS PER WEEK, 8 HOURS PER DAY. HOWEVER CP CONTACTED AP POTTS NOT AP CHUMLEY RAR SENT TO AP CHUMLEY TO OPINE AP CHUMLEY RESPONDED RTO RAR INDICATING IMPAIRMENT WHICH WOULD PRECLUDE FROM WORKING EE SENT HEADACHE DIARY TO COMPLETE FOR SEPTEMBER OCTOBER AND NOVEMBER EE PLACED ON N P FOR 9/2018 HEAD ACHE DIARY DEADLINE 10/15/2018 CLAIM REFERRED FOR NON CLINICAL ACTIVES CHECK FROM 08/31/2018-09/03/2018 ONCE SIU REPORT RCVD DCM WILL COMPARE TO HEADACHES LISTED ON HEADACHE DIARY AND AQ AND REFER FOR A FFR WITH SIU REPORT AND HEADACHE DIARY

**C ote**
Claim/Event/Leave: 7956041
NoteSub ect : Notice/Proof Review
Other Sub ect :
Text: 08/12/2018 - LE GRAND, CHRISTOPHER MAILED EE N P FOR HEADACHE DIARY STARTING 09/01/2018 ( N P DL 10/15/2018)

**C ote**
Claim/Event/Leave: 7956041
NoteSub ect : Med Records Rcvd
Other Sub ect : RAR
Text: 08/12/2018 - LE GRAND, CHRISTOPHER AP CHUMLEY RESPONDED TO RAR INDICATING IMPAIRMENT

**C ote**
Claim/Event/Leave: 7956041
NoteSub ect : Action Plan
Other Sub ect : RTW OO SEPT 2018
Text: 08/10/2018 - LE GRAND, CHRISTOPHER 41 YOF LDW: 11/14/2017 DOD: 11/15/2017DX: MIGRAINES FFR RCVD ON 7/31/2018 INDICATING NO RESTRICTIONS AND LIMITATIONS ARE NECESSARY AND HE HAS RELIABLE SUSTAINABLE WORK CAPACITY FROM A NEUROLOGIC PERSPECTIVE. HEIS ABLE TO WORK ON A FULL-TIME BASIS: 40 HOURS PER WEEK, 8 HOURS PER DAY. HOWEVER CP CONTACTED AP POTTS NOT AP CHUMLEY RAR SENT TO AP CHUMLEY TO OPINE ON FFR DL 8/11/2018 IF NO COMMENT RCVD REVIEW FOR RESOLUTION

**C ote**
Claim/Event/Leave: 7956041
NoteSub ect : LTR to AP
Other Sub ect : CHUMLEY
Text: 08/03/2018 - LE GRAND, CHRISTOPHER RAR TO AP CHUMLEY DL 08/12/2018

**C ote**
Claim/Event/Leave: 7956041
NoteSub ect : Other
Other Sub ect : MGR REVIEW
Text: 08/03/2018 - BELL, CHE RECOMMEND SENDING A RAR TO DR. CHUMLEY AS THIS SEEMS TO BE THE NEURO THE CLMT HAS TREATED WITH MOST RECENTLY.

**C ote**
Claim/Event/Leave: 7956041
NoteSub ect : Ref to Other
Other Sub ect : MGR
Text: 08/02/2018 - LE GRAND, CHRISTOPHER 41 YOF LDW: 11/14/2017 DOD: 11/15/2017 DX: MIGRAINES UPDATED OVNS OBTAINED AND REFERRED FOR NEUROLOGY FFR NO IMPAIRMENT INDICATWED RECOMMENDING CLOSURE NOT TD

**C ote**
Claim/Event/Leave: 7956041
NoteSub ect : Other
Other Sub ect : VENDOR PAYMENT
Text: 08/02/2018 - NEAULT, TAMIE RECEIVED INVOICE ON 8/2/2018 FROM VENDOR MLS GROUP OF COMPANIES, INVOICE N147705, IN THE AMOUNT OF $690.00, FOR SERVICE TYPE PEER REVIEW: NEUROLOGY. INVOICE PAID IN FULL. 08/02/2018 - NEAULT, TAMIE CORRECTION. VENDOR MCN

**ote**
Claim/Event/Leave: 7956041
NoteSub ect : Called EE
Other Sub ect :
Text: 07/19/2018 - LE GRAND, CHRISTOPHER EE LMTCB DCM RTC ADVISED EE THAT DCM HAS ALL MR AND THAT CLAIM HAS BEEN REFERED FOR CLINICAL REVIEW EE ACK

**C ote**
Claim/Event/Leave: 7956041
NoteSub ect : Ref to Other
Other Sub ect : SCORE REFERRAL
Text: 7/17/2018 - REFERRED TO MEDICAL CONSULTANT NETWORK FOR PEER REVIEW.

**C ote**
Claim/Event/Leave: 7956041
NoteSub ect : Other
Other Sub ect : VENDOR PMT
Text: 07/10/2018 - LANDRY, KATHLEEN INV RCVD 7/9/18 FROM PATRICIA THAL ASSOC INV 7644 DATED 7/7/18 FOR OCC ANALYSIS IN THE AMT OF $180.00. INV PAID IN FULL

**C ote**
Claim/Event/Leave: 7956041
NoteSub ect : Voc Rehab
Other Sub ect : OA
Text: 07/09/2018 - HOWARD, HOLLY OA COMPLETED BY VOC VENDOR THAL. REPORT AND INVOICE PLACED IN S1 WITH NOTIFICATIONS TO DCM. INVOICE EXPENSE CODE IS OA.

**ote**
Claim/Event/Leave: 7956041
NoteSub ect : EE Called
Other Sub ect :
Text: 07/09/2018 - MARTIN, CHARLES EE CALLED WORRIED ABOUT OUTSTANDING RCDS FROM POTTS WHO LAST SAW HIM 11/27/2017 AND CHUMLEY RCDS UP TO 6/6. ADVISED ALL RCDS RCVD AND DCM WILL EVENTUALLY SEND FOR MED RVW. EE THANKED FOR INFO AND CALL ENDED.

**ote**
Claim/Event/Leave: 7956041
NoteSub ect : Called EE
Other Sub ect :
Text: 07/06/2018 - LE GRAND, CHRISTOPHER EE LMTCB 7/6/2018 DCM RTC NO ANS ADVISED ON VM THAT MR FROM CHUMLEY AND POTTS NEEDED

**C ote**
Claim/Event/Leave: 7956041
NoteSub ect : Voc Rehab
Other Sub ect : CLAIM/EVENT TO VCM
Text: 7/3/2018-REFERRAL RECEIVED BY VCM AND ASSIGNED TO THAL, PATRICIA. CLAIM/AS EVENT IS PENDING REVIEW.

**C ote**
Claim/Event/Leave: 7956041
NoteSub ect : Ref to Voc Rehab
Other Sub ect : SCORE REFERRAL
Text: 7/2/2018 - REFERRED TO THE VOC UNIT FOR OCCUPATIONAL ANALYSIS.

**ote**
Claim/Event/Leave: 7956041
NoteSub ect : Called EE
Other Sub ect :
Text: 07/02/2018 - LE GRAND, CHRISTOPHER CALLED EE FOR 30 DAY WARNING NO ANS LMTCB

Text: 07/02/2018 - LE GRAND, CHRISTOPHER CALLED EE FOR 30 DAY WARNING NO ANS LMTCB

**C ote**
Claim/Event/Leave: 7956041
NoteSub ect : Notice/Proof Review
Other Sub ect :
Text: 07/02/2018 - LE GRAND, CHRISTOPHER MAILED EE 30 DAY WARNING LETTER

**C ote**
Claim/Event/Leave: 7956041
NoteSub ect : Other
Other Sub ect : ADD DD
Text: 06/25/2018 - WRIGHT, PATRICIA ADDED ACCT ROUTING

**ote**
Claim/Event/Leave: 7956041
NoteSub ect : Called EE
Other Sub ect : VM
Text: 06/20/2018 - LE GRAND, CHRISTOPHER EE LMTCB DCM RTC NO ANS LM ADVISED EE THAT DD APP RCVD HOWEVER PAPER CHECK NEEDED IN ORDER TO SET UP DD

**ote**
Claim/Event/Leave: 7956041
NoteSub ect : Called EE
Other Sub ect :
Text: 06/14/2018 - LE GRAND, CHRISTOPHER EE LMTCB DCM RTC EE WANTED TO KNOW IF MR FROM AP CHUMLEY HAD BEEN RCVD CONFIRMED THAT IT HAS ADDED TO CLAIM AND WILL BE EVALUATED EE HAD QUESTIONS ABOUT BAPTIST AUTH ADVISED EE THAT WAS ATTACHED TO THE REQ FOR RECORDS FROM AP POTTS EE ADVISED LOV WAS 11/2017 DCM ACK

**ote**
Claim/Event/Leave: 7956041
NoteSub ect : Called EE
Other Sub ect :
Text: 06/13/2018 - LE GRAND, CHRISTOPHER EE LMTCB 06/12/2018 DCM RTC NO ANS LMTCB

**C ote**
Claim/Event/Leave: 7956041
NoteSub ect : Medical Status
Other Sub ect : RELEASE POINT
Text: 06/13/2018 - LE GRAND, CHRISTOPHER ORIGINAL PROVIDER: DR. GREG POTTS-DATE: 05/31/2018 5:01 PM (PT) CONTACT: NOTE: E-MAILING LIINK AND AUTHORI ATION ATTACHMENT FOR SIGNATURE ON FACILITY SPECIFIC AUTHORI ATION PLEASE BE ADVISED, THIS FACILITY REQUIRES AN AUTHO TO RELEASE THE RECORDS. WE DID NOT RECEIVE AN AUTHO ALONG WITH THE REQUEST. PLEASE PROVIDE AN AUTHO SO WE CAN PROCEED.

**ote**
Claim/Event/Leave: 7956041
NoteSub ect : Called EE
Other Sub ect :
Text: 06/11/2018 - LE GRAND, CHRISTOPHER EE LMTCB DCM RTC NO ANS LMCTB

**C ote**
Claim/Event/Leave: 7956041
NoteSub ect : Other
Other Sub ect : RELEASE POINT
Text: 06/01/2018 - LE GRAND, CHRISTOPHER DATE: MAY 31, 2018 REFERENCE ID: 4187888 MEDICAL FACILITY/PROVIDER: BAPTIST HEALTH - CLINICS ONLY PLEASE BE ADVISED THAT WE HAVE BEEN INFORMED THAT YOUR MEDICAL PROVIDER IS REQUESTINGASIGNED HIPAA COMPLIANT AUTHORI ATION TO BE SIGNED BEFORE RECORDS WILL BE RELEASED. PLEASE USE THE INCLUDED LINK TO HAVE THE CLAIMANT SIGN THE ATTACHED HIPAA AUTHORI ATION FORM. RETRIEVAL ACTIVITIES WILL RESUME UPON RECEIPT OF THE AUTHORI ATION REQUESTED. 06/13/2018 - LE GRAND, CHRISTOPHER MAILED EE FACILITY SPECIFIC AUTHORI ATION

**C ote**
Claim/Event/Leave: 7956041
NoteSub ect : Notice/Proof Review
Other Sub ect :
Text: 05/30/2018 - LE GRAND, CHRISTOPHER N P MAILED DL 07/13/2018 REQ SENT VIA RELEASE POINT FOR MR FROM AP CHUMLEY AND POTTS 02/01/2018-PRESENT

**ote**
Claim/Event/Leave: 7956041
NoteSub ect : Called EE
Other Sub ect :
Text: 05/17/2018 - LE GRAND, CHRISTOPHER EE LMTCB DCM RTC NO ANS LMTCB

**C ote**
Claim/Event/Leave: 7956041
NoteSub ect : Other
Other Sub ect :
Text: 04/23/2018 - LE GRAND, CHRISTOPHER AQ,AUTH,CSS,DD,CIF,FIQ

**ote**
Claim/Event/Leave: 7956041
NoteSub ect : Called EE
Other Sub ect :
Text: 04/16/2018 - LE GRAND, CHRISTOPHER EE LMTCB DCM RTC NO ANS LMTB

**C ote**
Claim/Event/Leave: 7956041
NoteSub ect : Other
Other Sub ect : BENEFIT CALCULATION
Text: 04/15/2018 - MONAHAN, JAQUELINE SET UP SCHEDULED PAYMENT BASED ON PER WAGE REPORT IN DOC LIST PPE 11/5/17, INDICATES WEEKLY $1212.26 X 52 WKS / 12 MONTHS $5253.13 BME. THE BENEFIT IS 60% OR $3,151.88. THE INITIAL PAYMENT WORKSHEET HAS BEEN SAVED TO THE DOC LIST.

**C ote**
Claim/Event/Leave: 7956041
NoteSub ect : Other
Other Sub ect : SALARY REQUEST
Text: 04/05/2018 - MONAHAN, JAQUELINE SENT ER EMAIL 4/5/18 FOR SALARY 04/10/2018 - MONAHAN, JAQUELINE SENT 2ND URGENT EMAIL TO ER ON 4/10/18 FOR SALARY

**C ote**
Claim/Event/Leave: 7956041
NoteSub ect : Ref to Other
Other Sub ect : PMNT
Text: THE SCORE REFERRAL FOR PAYMENT SERVICES REFERRAL AND INITIAL PAYMENT CALCULATION HAS BEEN REASSIGNED TO JAQUELINE MONAHAN.

**ote**
Claim/Event/Leave: 7956041
NoteSub ect : Initial EE Interview
Other Sub ect : COMPLETED
Text: 03/29/2018 - LE GRAND, CHRISTOPHER EE CONFIRMED DOB, MAILING ADDRESS, MARRIED ( SHANNON ) NO DEPENDENTS UNDER 18 ER-PAPA JOHN'S INTERNATIONAL, INC OCC- TECHNICAL SPECIALIST ( TECH TEAM) WRITES AND MAINTAIN COMPUTER PROGRAMS LDW: 11/14/2017 DOD:11/15/2017 EE ADVISED HE HAS SENSORY INTEGRATED DISORDER WITH MIGRAINES EE ADVISED THAT HE GETS VIOLENT HEADACHES AND AT THE SAME TIME HE HAS SIGNIFICANT VISUAL DISTURBANCES AND HE IS SICK FOR SEVERAL HOURS AFTER EE ADVISED THAT HE HAS SENSORY PROBLEMS EE ADVISED THAT HIS AP CHANGED MEDICATION AND HE HAS SEEN IMPROVEMENT WARREN CHUMELY EE INDICATED THAT HE MAY TRY TO RTW PRIOR TO STD ENDING ADVISED OF SUCCESSIVE AND LTD APPROVAL AND PAYMENT EE ACK

**C ote**
Claim/Event/Leave: 7956041
NoteSub ect : LTR to EE
Other Sub ect :
Text: 03/29/2018 - LE GRAND, CHRISTOPHER MAILED EE APPROVAL LETTER WITH ATTACHED FORMS

**ote**
Claim/Event/Leave: 7956041
NoteSub ect : Called EE
Other Sub ect :
Text: 03/28/2018 - LE GRAND, CHRISTOPHER CALLED EE TO COMPLETE II NO ANS LMTCB

**ote**
Claim/Event/Leave: 7956041
NoteSub ect : Initial EE Interview
Other Sub ect :
Text: 03/22/2018 - LE GRAND, CHRISTOPHER CALLED EE TO COMPLETE II AND ISSUE APPROVAL NO ANS LMTCB

**C ote**
Claim/Event/Leave: 7956041
NoteSub ect : Other
Other Sub ect : MGR REVIEW
Text: 03/20/2018 - BELL, CHE AGREE W/RECOMMENDATION AND PLAN. RECOMMEND REVIEWING BBD FURTHER BASED ON LTD EP IN POLICY.

**C ote**
Claim/Event/Leave: 7956041
NoteSub ect : Action Plan
Other Sub ect : RTW OO JUL 2018

Other Sub ect : RTW OO JUL 2018
Text: 03/20/2018 - LE GRAND, CHRISTOPHER 41 YOF LDW: 11/14/2017 DOD: 11/15/2017DX: MIGRAINES NCM REVIEW INDICATED R/L S LIFTING/CARRYING UP TO 5 POUNDS OCCASIONALLY AND NO MORETHAN OCCASIONAL EXPOSURE TO SOUNDS/LIGHTENING REMAIN SUPPORTED THROUGH 6/6/18NEUROLOGY FOLLOW UP, BASED ON CLINICAL REVIEW RECOMMENDING CONFIRMING JOB TITLE IN II MULTIPLE ATTEMPTS MADE IF NO CONTACT MADE AT APPROVAL PLACE ON N P FOR UTC AND OBTAINING JD AND O/A AND UPDATED OVNS CIRCA 6/2018 FOR FFR NEUROLOGY RECOMMEND SENDING EE HEADACHE DIARY AND OBTAINING SURVEILLANCE CIRCA 5/2018 TO ACCOMPANY MR FOR FFR

**C ote**
Claim/Event/Leave: 7956041
NoteSub ect : Ref to Other
Other Sub ect : MGR
Text: 03/20/2018 - LE GRAND, CHRISTOPHER 41 YOF LDW: 11/14/2017 DOD: 11/15/2017DX: MIGRAINES NCM REVIEW INDICATED R/L S LIFTING/CARRYING UP TO 5 POUNDS OCCASIONALLY AND NO MORETHAN OCCASIONAL EXPOSURE TO SOUNDS/LIGHTENING REMAIN SUPPORTED THROUGH 6/6/18NEUROLOGY FOLLOW UP, ATTEMPTED TO COMPLETE II PRIOR APPROVAL HOWEVER BASED ON CLINICAL REVIEW RECOMMENDING APPROVAL

**C ote**
Claim/Event/Leave: 7956041
NoteSub ect : Ref to Other
Other Sub ect : PMNT
Text: THE SCORE REFERRAL FOR PAYMENT SERVICES REFERRAL AND INITIAL PAYMENT CALCULATION HAS BEEN RECEIVED AND ASSIGNED TO TRACY STEVENS.

**C ote**
Claim/Event/Leave: 7956041
NoteSub ect : Ref to Other
Other Sub ect : PMT SVC
Text: FOR INITIAL PAYMENT CALCULATION.

**ote**
Claim/Event/Leave: 7956041
NoteSub ect : Initial EE Interview
Other Sub ect :
Text: 03/19/2018 - LE GRAND, CHRISTOPHER CALLED EE TO COMPLETE II NO ANS LMTCB

**ote**
Claim/Event/Leave: 7956041
NoteSub ect : Initial EE Interview
Other Sub ect :
Text: 03/13/2018 - LE GRAND, CHRISTOPHER CALLED EE TO COMPLETE II NO ANS LMTCB

**ote**
Claim/Event/Leave: 7956041
NoteSub ect : Initial EE Interview
Other Sub ect : LATE ENRTY
Text: 03/13/2018 - LE GRAND, CHRISTOPHER CALLED EE 3/7/2018 NO ANS LMTCB

**C ote**
Claim/Event/Leave: 7956041
NoteSub ect : Action Plan
Other Sub ect : RTW OO JUL 2018
Text: 03/07/2018 - LE GRAND, CHRISTOPHER 41 YOF LDW: 11/14/2017 DOD: 11/15/2017DX: MIGRAINES NCM REVIEW INDICATED R/L S LIFTING/CARRYING UP TO 5 POUNDS OCCASIONALLY AND NO MORETHAN OCCASIONAL EXPOSURE TO SOUNDS/LIGHTENING REMAIN SUPPORTED THROUGH 6/6/18NEUROLOGY FOLLOW UP, BASED ON CLINICAL REVIEW RECOMMENDING CONFIRMING JOB TITLE IN II AND OBTAINING JD AND O/A AND UPDATED OVNS CIRCA 6/2018 FOR FFR NEUROLOGY RECOMMEND SENDING EE HEADACHE DIARY AND OBTAINING SURVEILLANCE CIRCA 5/2018 TO ACCOMPANY MR FOR FFR

**C ote**
Claim/Event/Leave: 7956041
NoteSub ect : Ref to Other
Other Sub ect : MGR
Text: 03/07/2018 - LE GRAND, CHRISTOPHER 41 YOF LDW: 11/14/2017 DOD: 11/15/2017DX: MIGRAINES NCM REVIEW INDICATED R/L S LIFTING/CARRYING UP TO 5 POUNDS OCCASIONALLY AND NO MORETHAN OCCASIONAL EXPOSURE TO SOUNDS/LIGHTENING REMAIN SUPPORTED THROUGH 6/6/18NEUROLOGY FOLLOW UP, BASED ON CLINICAL REVIEW RECOMMENDING APPROVAL

**ote Report**

Report | Clear | Print | Help

AS Accom AS Event Add Note Appeal Claim Coord Claim Note Correspond Doc List Employee Leave Life Claim Lve Addtl Info Lve Correspondence Lve Program Lve Work Sched Medical Medical History Note SPELL Letters Scheduled Pmt Task Print Task Rpt Tasks

Claim

**Claim ve t eave m er** 3903216 **ommo atio m er**

**ote t pe**

Primary Sort Order
Note Type
Note Number
● Note Date/Time
Accm. No.

Sec
●

**ote**
Claim/Event/Leave: 3903216
NoteSub ect : Called EE
Other Sub ect : VM-5/21
Text: 05/22/2018 - LE GRAND, CHRISTOPHER EE LMTCB DCM RTC AND CONFIRMED WITH EE MAILING ADDRESS TO HAVE PAYMENT REISSUED EE ACK

**C ote**
Claim/Event/Leave: 3903216
NoteSub ect : Other
Other Sub ect :
Text: 05/21/2018 - LE GRAND, CHRISTOPHER EE CONFIRMED THAT HE HAD HE LOST CHECK 38023599 03/09/2018-03/15/2018 FOR 635.88 STOP PAY PLACED ON CHECK MANUAL PAYMENT ISSUED TO REPLACE MISSING CHECK

**C ote**
Claim/Event/Leave: 3903216
NoteSub ect : Other
Other Sub ect : STPY
Text: 05/21/2018 - LE GRAND, CHRISTOPHER EE CONFIRMED THAT HE HAD HE LOST CHECK 38023599 03/09/2018-03/15/2018 FOR 635.88 STOP PAY PLACED ON CHECK

**C ote**
Claim/Event/Leave: 3903216
NoteSub ect : FMLA
Other Sub ect : LEAVE END
Text: THE LEAVE WAS CLOSED FOR REQUESTED LEAVE COMPLETE BECAUSE THE DISABILITY CLAIM WAS CLOSED FOR MAXIMUM DURATION/SWITCHED TO LTD.

**ote**
Claim/Event/Leave: 3903216
NoteSub ect : FMLA
Other Sub ect : LEAVE DATES
Text: 03/12/2018 - BROWN, GEORGIA ER DEBBIE, CALLED AND STATED THAT THE EE INFORMED HER THAT HIS LBD WAS IN JANUARY. SHE WANTED TO KNOW WHO CERTIFIED HIS LEAVE DATES. INFORMED HER THAT HE STATED TO HIS DCM THAT HE HAD BEEN OUT OF WORK BEGINNING 11/2017 AND INFORMED HER THAT A MC WAS RECD FROM HIS HCP CERTIFYING HIS LEAVE DATES AS 11/2017-01/2018. THANKED AND STATED THAT WAS THE INFORMATION SHE NEEDED. HAD NO FURTHER QUESTIONS

**C ote**
Claim/Event/Leave: 3903216
NoteSub ect : Closed
Other Sub ect :
Text: 03/07/2018 - LE GRAND, CHRISTOPHER CLAIM ESCALATED APPROVED THROUGH STD MBD RECOMMENDING CLOSURE MAX DUR TO LTD

**ote**
Claim/Event/Leave: 3903216
NoteSub ect : FMLA
Other Sub ect : ENTITLEMENT
Text: 03/07/2018 - BETEMIT, GLADYS ER CALLED TO CHECK ON WHEN EE WILL START GAINING TIME BACK, ADVISED, THANKED AND CALL ENDED WELL

**C ote**

Claim/Event/Leave: 3903216
NoteSub ect : Escalation
Other Sub ect :
Text: 03/07/2018 - LE GRAND, CHRISTOPHER ASSIGNED TO C. LE GRAND

**C ote**

Claim/Event/Leave: 3903216
NoteSub ect : Escalation
Other Sub ect : SEVERE
Text: 03/06/2018 - PRYOR, SHANA LDW 11/14/17 DOD 11/15/17 APPROVED THRU 1/5/18 DX: CHRONIC MIGRAINES. PER MDS REVIEW, R/LS SUPPORTIVE THRU JUNE 2018. REASONABLE TO ESC TO LTD.

**C ote**

Claim/Event/Leave: 3903216
NoteSub ect : FMLA
Other Sub ect : ACKNOWLEDGMENT SENT
Text: THIS LEAVE ACKNOWLEDGEMENT LETTER WAS SENT. THE LEAVE BEGIN DATE IS 02/07/2018 AND THE LEAVE END DATE IS 05/15/2018.

**C ote**

Claim/Event/Leave: 3903216
NoteSub ect : FMLA
Other Sub ect : REQUEST END DATE CHG
Text: THE REQUESTED LEAVE END DATE WAS ADJUSTED TO REFLECT A CHANGE TO THE DISABILITY CLAIM'S APPROVED THROUGH DATE. THE ACTUAL LEAVE END DATE MAY HAVE CHANGED AS A RESULT OF THIS ACTION.

**C ote**

Claim/Event/Leave: 3903216
NoteSub ect : Extended Benefits
Other Sub ect :
Text: 03/06/2018 - PRYOR, SHANA PER MDS REVIEW, R/LS SUPPORTED THRU JUNE 2018, REASONABLE TO EXTEND THRU MAX BEN DATE AND ESC TO LTD

**C ote**

Claim/Event/Leave: 3903216
NoteSub ect : FMLA
Other Sub ect : APPROVED LEAVE
Text: THE LEAVE WAS APPROVED CONCURRENT WITH THE DISABILITY CLAIM DETERMINATION. THE LEAVE WILL REMAIN COORDINATED WITH THE DISABILITY CLAIM UNTIL THE EARLIER OF THE CLAIM CLOSURE OR THE LEAVE END DATE.

**C ote**

Claim/Event/Leave: 3903216
NoteSub ect : FMLA
Other Sub ect : ACKNOWLEDGMENT SENT
Text: THIS LEAVE ACKNOWLEDGEMENT LETTER WAS SENT. THE LEAVE BEGIN DATE IS 02/07/2018 AND THE LEAVE END DATE IS 02/15/2018.

**ote**

Claim/Leave: 3903216
Episode : 3
Nurse Name: EDMONSON, DEBORAH
Service : 16550559
Service Date: 03/05/2018
Activity: SUMMARY, FINAL CASE SUMMARY
Contact Information: CLAIMS, SHANA, PRYOR
Note Type: INFORMATION OBTAINED DESC
Text: REPLY TO NCM LETTER RECEIVED FROM NEURO CHUMLEY ADVISING THAT EE REMAINS UNABLE TO RTW THROUGH NOV ON 6/6/18 DUE TO CHRONIC, BACKGROUND HEADACHES WITH SEVERE MIGRAINES ONCE MONTHLY AND WITH DAILY VISUAL PHENOMENON. CURRENTLY EE IS NOT FELT TO BE APPROPRIATE FOR ACCOMMODATIONS TO FACILITATE RTW AND WILL BE RE-EVALUATED ON 6/6/18 FOR FEEDBACK REGARDING MEDICATION CHANGES AND ASSESSED FOR RTW. CORRESPONDENCE FROM AP NEURO SUPPORTS EXTENSION OF R/L S LIFTING/CARRYING UP TO 5 POUNDS OCCASIONALLY AND NO MORETHAN OCCASIONAL EXPOSURE TO SOUNDS/LIGHTENING REMAIN SUPPORTED THROUGH 6/6/18 NEUROLOGY FOLLOW UP. CORRESPONDENCE DISCUSSED WITH DCM. RECOMMEND DCM OBTAIN UPDATED OV NOTE FROM DR. CHUMLEY AND UPON RECEIPT, IF RTW IS NOT IMMINENT AND QUESTIONS REMAIN ABOUT PROGNOSIS AND ONGOING R/L S AND DURATION, CONSIDER CP NEURO FILE REVIEW.

**ote**

Claim/Leave: 3903216
Episode : 3
Nurse Name: EDMONSON, DEBORAH
Service : 16550559
Service Date: 03/05/2018
Activity: SUMMARY, FINAL CASE SUMMARY
Contact Information: CLAIMS, SHANA, PRYOR

Note Type: ACTION PLAN DESCRIPTION
Text: REMOVE FILE FROM NCM ASSIGNMENT.

**ote**
Claim/Event/Leave: 3903216
NoteSub ect : EE Called
Other Sub ect :
Text: 03/05/2018 - PRYOR, SHANA EE CALLED IN FOR STATUS, DCM ADVISED CLAIM IS CURRENTLY UNDER REVIEW WAITING ON DR. CHUMLEY OFFICE TO RESPOND.

**C ote**
Claim/Event/Leave: 3903216
NoteSub ect : FMLA
Other Sub ect : LEAVE END
Text: THE COORDINATED LEAVE WAS CLOSED FOR MAXIMUM ENTITLEMENT

**ote**
Claim/Event/Leave: 3903216
NoteSub ect : EE Called
Other Sub ect :
Text: 03/01/2018 - HALEY-HOWELL, SHANIA EE CLD TO SEE IF R L FORM HAD BEEN RCVD. INFORMED THAT IT HAS AND CLAIM IS UNDER REVIEW. EE LEFT VM FOR ADCM IN REGARDS TO STATUS FOR EXT.

**C ote**
Claim/Event/Leave: 3903216
NoteSub ect : Med Records Rcvd
Other Sub ect : CHUMNEY
Text: 02/27/2018 - PRYOR, SHANA ADDED R/LS FORM

**C ote**
Claim/Event/Leave: 3903216
NoteSub ect : LTR to EE
Other Sub ect : 21NP
Text: 02/23/2018 - PRYOR, SHANA SENT WARNING LETTER

**ote**
Claim/Leave: 3903216
Episode : 3
Nurse Name: EDMONSON, DEBORAH
Service : 16545694
Service Date: 02/22/2018
Activity: LETTERS, PREPARE LETTERS
Contact Information: PROVIDER, DR., CHUMLEY
Note Type: INFORMATION OBTAINED DESC
Text: LETTER WITH QUESTIONS WAS SENT TO DR. CHUMLEY.

**ote**
Claim/Leave: 3903216
Episode : 3
Nurse Name: EDMONSON, DEBORAH
Service : 16545694
Service Date: 02/22/2018
Activity: LETTERS, PREPARE LETTERS
Contact Information: PROVIDER, DR., CHUMLEY
Note Type: ACTION PLAN DESCRIPTION
Text: AWAIT RESPONSE BY 2/28/18

**C ote**
Claim/Event/Leave: 3903216
NoteSub ect : Med Records Rcvd
Other Sub ect : CHUMLEY
Text: 02/22/2018 - PRYOR, SHANA ADDED FAX STATING EE HASNT BEEN SINCE DEC 2017

**ote**
Claim/Leave: 3903216
Episode : 3
Nurse Name: EDMONSON, DEBORAH
Service : 16544885
Service Date: 02/21/2018
Activity: PHONE CONTACT, PHYSICIAN
Contact Information: PROVIDER, DR., CHUMLEY
Note Type: ACTION PLAN DESCRIPTION
Text: SEND LETTER WITH QUESTIONS TO DR. CHUMLEY.

**ote**

**ote**
Claim/Leave: 3903216
Episode : 3
Nurse Name: EDMONSON, DEBORAH
Service : 16544885
Service Date: 02/21/2018
Activity: PHONE CONTACT, PHYSICIAN
Contact Information: PROVIDER, DR., CHUMLEY
Note Type: INFORMATION OBTAINED DESC
Text: NCM RECEIVED A CALL FROM MA FOR DR. CHUMLEY WHO ADVISED THAT WHILE DR. CHUMLEY WAS ADVISING IN HIS OV NOTE OF 1/30/18 THAT EE WAS TO BE SEEN FOR FOLLOW UP IN 3 MONTHS, THAT HE WILL NOT BE SEEN UNTIL JUNE OF THIS YEAR, DUE TO THAT BEING THE FIRST AVAILABLEVISIT. NCM AGREED TO SEND A LETTER WITH QUESTIONS FOR THE PHYSICIAN TO ADDRESS SPECIFIC R/L S AND DURATION BEYOND THE 1/30/18 OV AND RTW PLAN. FAX NUMBER WAS CONFIRMED.

**ote**
Claim/Event/Leave: 3903216
NoteSub ect : EE Called
Other Sub ect :
Text: 02/21/2018 - PRYOR, SHANA EE CALLED IN FOR STATUS. DCM ADVISED CLAIM IS STILL UNDER REVIEW. EE ADVISED HE CALLED HIS AP OFFICE THEY ADVISED THEY SPOKE WITH LM. DCM ADVISED IF THAT IS THE CASE, REVIEW SHOULD MOST LIKELY BE COMPLETED BY END OF WEEK.EE ADVISED HE IS WORRIED, BC HIS AP OFFICE TOLD LM HE HAS NO R/LS. DCM ADVISED SHE WOULD SEND R/LS FORM FOR AP TO CLARIFY

**C ote**
Claim/Event/Leave: 3903216
NoteSub ect : LTR to AP
Other Sub ect : CHUMLEY, POTTS
Text: 02/21/2018 - PRYOR, SHANA SENT RESTRICTIONS FORM TO AP

**ote**
Claim/Event/Leave: 3903216
NoteSub ect : EE Called
Other Sub ect : UPDATE
Text: 02/20/2018 - PRYOR, SHANA EE CALLED IN FOR STATUS, DCM ADVISED CLAIM IS CURRENTLY STILL UNDER REVIEW.

**ote**
Claim/Leave: 3903216
Episode : 3
Nurse Name: EDMONSON, DEBORAH
Service : 16543393
Service Date: 02/19/2018
Activity: PHONE CONTACT, OTHER
Contact Information: PROVIDER, DR., CHUMLEY
Note Type: INFORMATION OBTAINED DESC
Text: NCM PHONED AP CHUMLEY S OFFICE AND LEFT DETAILED VOICEMAIL ON THE MA LINE TO REQUEST CALLBACK.

**ote**
Claim/Leave: 3903216
Episode : 3
Nurse Name: EDMONSON, DEBORAH
Service : 16543393
Service Date: 02/19/2018
Activity: PHONE CONTACT, OTHER
Contact Information: PROVIDER, DR., CHUMLEY
Note Type: ACTION PLAN DESCRIPTION
Text: IF NO CALLBACK IS RECEIVED BY END OF DAY 2/20/18, REATTEMPT CALL.

**ote**
Claim/Leave: 3903216
Episode : 3
Nurse Name: EDMONSON, DEBORAH
Service : 16542808
Service Date: 02/16/2018
Activity: PHONE CONTACT, PHYSICIAN
Contact Information: PROVIDER, DR., CHUMLEY
Note Type: ACTION PLAN DESCRIPTION
Text: REATTEMPT CALL ON 2/19/18

**ote**
Claim/Leave: 3903216
Episode : 3
Nurse Name: EDMONSON, DEBORAH
Service : 16542808
Service Date: 02/16/2018

Activity: PHONE CONTACT, PHYSICIAN
Contact Information: PROVIDER, DR., CHUMLEY
Note Type: INFORMATION OBTAINED DESC
Text: PHONE CALL MADE TO DR. CHUMLEY'S OFFICE. VOICEMAIL RECEIVED ADVISING OFFICE CLOSED FOR THE DAY.

**ote**
Claim/Event/Leave: 3903216
NoteSub ect : EE Called
Other Sub ect :
Text: 02/12/2018 - PRYOR, SHANA EE CALLED IN FOR STATUS. DCM ADVISED CLAIM IS CURRENTLY UNDER MEDICAL REVIEW. DCM ADVISED ONCE REVIEW IS COMPLETE, WILL CB WITH UPDATE.

**ote**
Claim/Leave: 3903216
Episode : 3
Nurse Name: EDMONSON, DEBORAH
Service : 16539548
Service Date: 02/12/2018
Activity: PHONE CONTACT, CLAIMS
Contact Information: CLAIMS, SHANA, PRYOR
Note Type: INFORMATION OBTAINED DESC
Text: DCM HAS AGREED TO OBTAIN JOB DESCRIPTION (JD) TO BETTER CLARIFY WORK REQUIREMENTS AND APPROVED NCM CALL TO PROVIDER.

**ote**
Claim/Leave: 3903216
Episode : 3
Nurse Name: EDMONSON, DEBORAH
Service : 16539548
Service Date: 02/12/2018
Activity: PHONE CONTACT, CLAIMS
Contact Information: CLAIMS, SHANA, PRYOR
Note Type: ACTION PLAN DESCRIPTION
Text: AWAIT RECEIPT OF JD AND CALL PROVIDER CHUMLEY ON RECEIPT TO DISCUSS RTW PLAN AND OBTAIN SPECIFIC R/L'S. .

**ote**
Claim/Leave: 3903216
Episode : 3
Nurse Name: EDMONSON, DEBORAH
Service : 16539262
Service Date: 02/11/2018
Activity: NURSE REVIEW, FILE REVIEW
Contact Information: CLAIMS, SHANA, PRYOR
Note Type: ACTION PLAN DESCRIPTION
Text: IF AUTHORI ED, CALL DR. CHUMLEY

**ote**
Claim/Leave: 3903216
Episode : 3
Nurse Name: EDMONSON, DEBORAH
Service : 16539262
Service Date: 02/11/2018
Activity: NURSE REVIEW, FILE REVIEW
Contact Information: CLAIMS, SHANA, PRYOR
Note Type: INFORMATION OBTAINED DESC
Text: TWO PRIOR MDS ASSESSMENTS HAVE BEEN DOCUMENTED WITH MOST RECENT ON 1/19/18 (SEE SYSTEM 1 FOR COMPLETE DOCUMENTATIONS) FOR EE WITH A HISTORY OF MIGRAINES PRECEEDED BY AUDITORY HALLUCINATIONS IN 2009, FOLLOWED BY VISUAL HALLUCINATIONS IN 2010 WITH THE HALLUCINATIONS POSSIBLY BEING THE RESULT OF SEI URES. EE ALSO HAS A PRIOR CLAIM (3655390)FOR THE SAME CONDITION. HEADACHES AND PRECEEDING HALLUCINATIONS WERE REPORTED TO HAVE RECURRED FOLLOWED BY MIGRAINES (G34) OF INCREASED FREQUENCY AND SEVERITY WITH REPORTS OF LIGHT AND NOISE SENSITIVITY, AND NAUSEA. UPDATED MEDICAL FROM AP NEURO CHUMLEY EE REPORTING HEADACHES DECREASED TO 2-3 TIMES PER WEEK SINCE GABAPENTIN (MAY BE RX FOR NERVE PAIN AND SEI URES) WAS ADDED TO PROPRANOLOL, CAMBIA AND ALMOTRIPTAN (ALL MEDS RX FOR MIGRAINES). EE WAS REPORTING STABBING LEFT FRONTAL AND OCCASIONAL PAIN IN BOTH TEMPLES. HE NOTED SOME EPISODES OF DI INESS, BLURRY VISION AND INCREASED NECK, TEMPLE AND FACIAL PAIN ASSOCIATED WITH HEADACHES. PLAN WAS TO CONTINUE EE ON CURRENT MEDS, OBTAIN A URINE DRUG SCREEN AND HAVE HIM FOLLOW UP IN 3 MONTHS. NO DOCUMENTATION FOR ERTW OR SPECIFIC R/L S WAS PROVIDED. EE REPORTS HE HAS BEEN PLACED OOW UNTIL JUNE, 2018. NCM RECOMMENDS CONTACT WITH AP CHUMLEY TO CLARIFY RTW PLAN AND SPECIFICR/L S WITH DURATION IF DCM AUTHORI ES SUCH. DCM CONTACT REQUESTED.

**C ote**
Claim/Event/Leave: 3903216
NoteSub ect : Ref to Managed Care

Other Sub ect : LA
Text: 02/07/2018 - PRYOR, SHANA EE IS EXPECTED TO BE OOW UNTIL JUNE. FOR WHAT DURATION DO THE RECORDS ON FILE SUPPORT

**C ote**

Claim/Event/Leave: 3903216
NoteSub ect : Med Records Rcvd
Other Sub ect : CHUMLEY
Text: 02/07/2018 - PRYOR, SHANA OVN DATED 1/5-1/30

**C ote**

Claim/Event/Leave: 3903216
NoteSub ect : Notice/Proof Review
Other Sub ect :
Text: 02/02/2018 - PRYOR, SHANA SENT MED REQ TO DR. CHUMLEY - JAN1,2018-PRESENT // SENT NP LETTER - DL 3/18/18

**ote**

Claim/Event/Leave: 3903216
NoteSub ect : EE Called
Other Sub ect :
Text: 02/02/2018 - MCGEE, LARILYN EE CALLED TO STATE HIS AP WOULD LIKE HIM TO RETURN OOW UNTIL 6/6/18.
02/02/2018 - MCGEE, LARILYN AP CHUMLEY

**C ote**

Claim/Event/Leave: 3903216
NoteSub ect : Extended Benefits
Other Sub ect :
Text: 01/22/2018 - PRYOR, SHANA PER MDS REVIEW, R/LS SUPPORTIVE THRU 2/15/18, WHICH IS 6 WEEKS FROM LOV. IF NO RTW, DCM WILL OBTAIN UPDATED MEDICAL TO REVIEW.

**ote**

Claim/Leave: 3903216
Episode : 2
Nurse Name: BIETERU, DANIEL
Service : 16528675
Service Date: 01/19/2018
Activity: NURSE REVIEW, FILE REVIEW
Contact Information: CLAIMS, SHANA, PRYOR
Note Type: INFORMATION OBTAINED DESC
Text: REVIEWED WITH PRIOR S1 MDS NOTES, PLEASE SEE PRIOR REVIEW FOR FULL DETAILS. IN BRIEF CLMNT IS SEPARATED FROM WORK DUE TO REPORTS OF WORSENING MIGRAINE HEADACHES. NEW MEDICALS ON FILE NOTE THAT CLMNT HAS COMPLICATED HX OF SEI URES MANIFESTED AS HALLUCINATIONS ALONG WITH HEADACHES ASSOCIATED WITH SOUNDS AND OTHER VISUAL ABNORMALITIES. CLMNT HAS UNDERGONE MULTIPLE DIAGNOSTIC TESTING DUE TO HIS SEI URES. NEW MEDICALS FROM DR CHUMLEY NEUROLOGY 1/5/18 WAS REVIEWED. RECORDS NOTE CLMNT WAS PLACED ON NERVE PAINMEDICATION IN 11/2017 THAT CAUSED SEVERE FATIGUE/DROWSINESS. ASSESSMENT WAS NOTED AS INTRACTABLE MIGRAINE, CLMNT WAS PLACED ON NEW MEDICATIONS AND TO RTC IN 6 WEEKS. IN REVIEW OF UPDATED RECORDS, GIVEN CLMNTS SIGNIFICANT MIGRAINE/SEI URE HX, WORSENING OFMIGRAINES AND INITIATION OF NEW TREATMENT, MAKES IT REASONABLE TO CONTINUE TO SUPPORT R/L OF LIFTING/CARRYING UP TO 5 POUNDS OCCASIONALLY AND NO MORE THAN OCCASIONAL EXPOSURE TO SOUNDS/LIGHTENING FROM 1/5/18 TO NOV WITH NEUROLOGY IN 6 WEEKS FROM LOV. IF NO RTW AFTER NOV, DCM TO SECURE RF FROM NEUROLOGY, UPDATED RECORDS FROM NEUROLOGY, ANY UPDATED TESTING RESULTS AND ONCE ALL RECORDS ARE SECURED MAY REFER TO MDS FOR REVIEW AS NEEDED. WILL UPDATE DCM.

**ote**

Claim/Event/Leave: 3903216
NoteSub ect : EE Called
Other Sub ect : F/U MED REC'S
Text: 01/18/2018 - WALKER, MICHAEL ADCM RCV'D CALL FROM EE. EE WANTED TO F/U ON MED REQ FROM DR. CHUMLEY. ADCM ADVISED DOC'S WERE RCV'D ON THE 17TH AND IS CURRENTLY BEING REVIEWED. ONCE DCM COMPLETES THE REVIEW PROCESS WILL RTC TO EE TO PROVIDE UPDATE. EEU/S. EE QUESTIONED WHY THE CHARLOTTE OFFICE WAS CLOSED ADCM INFORMED EE THAT THE OFFICE WERE CLOSED DUE TO INCLEMENT WEATHER. ADCM ADVISED THAT CLAIM WILL BE NOTED AND EMAIL TO DCM TO ADVISE OF THE CALL. EE THANKED ADCM FOR ALL THE HELP PROVIDED. NFD .

**C ote**

Claim/Event/Leave: 3903216
NoteSub ect : Ref to Managed Care
Other Sub ect : LA
Text: 01/17/2018 - KAYLOR, ROBERT CLAIM APPROVED THRU 1/5/18 - ORIGINALLY REVIEWED BY NCM: DANIEL BIETERU ON 12/6/17 - DO UPDATED MEDICAL RECORDS FROM 1/5/18 FROM AP. DR. CHUMLEY SUPPORT CONTINUED DISABILITY IF YES, WHAT IS A REASONABLE TIME FRAME CONTACT TO EE AND AP ALLOWED.

**C ote**

Claim/Event/Leave: 3903216
NoteSub ect : Med Records Rcvd

NoteSub ect : Med Records Rcvd
Other Sub ect : DOS: 1.5.18
Text: 01/17/2018 - KAYLOR, ROBERT MEDICAL RECORDS ADDED TO DOC LIST LOV 1.5.18 01/17/2018 - KAYLOR, ROBERT AP: DR. CHUMLEY - NEUROLOGIST

**C ote**
Claim/Event/Leave: 3903216
NoteSub ect : LTR to AP
Other Sub ect : FAXED - CHUMLEY
Text: 01/12/2018 - KAYLOR, ROBERT MED RECORDS REQUEST SENT TO CHUMLEY NURSE (LINDA) PER EE'S REQUEST FAXED

**ote**
Claim/Event/Leave: 3903216
NoteSub ect : EE Called
Other Sub ect : ACD
Text: 01/12/2018 - KAYLOR, ROBERT EE CX DR CHUMLEY IS EE NEUROLOGIST DR. POTTS WAS ON-WORK-SITE GENERAL PRACTITIONER AP: CHUMLEY IS THE AP THAT TOOK EE OOW UNTIL 2/12/18 EE ASKED IF RECORDS COULD BE SENT TO CHUMLY DCM ADVISED WILL SEND RECORDS TODAY EE THANKED NFQ

**ote**
Claim/Event/Leave: 3903216
NoteSub ect : AP Called
Other Sub ect :
Text: 01/12/2018 - MILLER, SHAWN LINDA FROM KENTUCKY ONE HEALTH CALLED. STATES THEY HAVE NOT RECEIVED A REQUEST FROM LM AND NEED REQUEST TO BE SENT TO THEIR FAX. THE FAX IS 859-296-2603. DCM ASKED WHO THE PHYSICIAN IS AT THIS FACILITY. REP NOTED IT IS DR.CHUMLEY. DCM ADVISED WE ONLY HAVE A DR. POTTS LISTED, NOT DR. CHUMLEY. HOWEVER WE CAN SEND A REQUEST FOR RECORDS TO THIS FACILITY NOW. REP NOTED SHE WILL CALL EE FIRST AND SEE IF ANYTHING IS NEEDED FROM THEM. EE WAS SEEN IN JANUARY BUT THEY ARE NOTSURE WHO DR. POTTS IS. REP WILL CALL BACK IF NEEDED. THANKED FOR TIME AND ENDED CALL.

**ote**
Claim/Event/Leave: 3903216
NoteSub ect : EE Called
Other Sub ect :
Text: 01/12/2018 - DAVIS, DANIELLE EXPLAINED THAT MEDICAL RECORDS ARE NEEDED FOR THE CLAIM.

**C ote**
Claim/Event/Leave: 3903216
NoteSub ect : LTR to AP
Other Sub ect : POTTS
Text: 01/09/2018 - PRYOR, SHANA SENT MED REQ TO DR. POTTS - DEC1,2017-PRESENT

**ote**
Claim/Event/Leave: 3903216
NoteSub ect : Called EE
Other Sub ect :
Text: 01/05/2018 - PRYOR, SHANA CALLED EE FOR RTW PLANS - LEFT VM

**ote**
Claim/Event/Leave: 3903216
NoteSub ect : EE Called
Other Sub ect :
Text: 12/21/2017 - STOKES, JOSIE EE CALLED- RTC- DCM ACK APPROVEL AND AMOUNT OF NEXT CHECK. EE THANKED

**ote**
Claim/Event/Leave: 3903216
NoteSub ect : Called EE
Other Sub ect : APPROVAL
Text: 12/21/2017 - DUNDON, LAUREN CALLED EE AT LEFT DETAILED VMX OUTLINING APPROVAL BASED ON M1 REVIEW. EXPLAINED PAYMENT. ADVISED WILL REQUIRE NOV NOTE TO CONSIDER FURTHER EXTENSION. REQUESTED EE SIGN AUTH WITH NEURO.

**C ote**
Claim/Event/Leave: 3903216
NoteSub ect : Approved
Other Sub ect : THRU 1/5/18
Text: 12/21/2017 - DUNDON, LAUREN 41 YOM. PJU. LDW 11/14/17 DOD 11/15/17 APPROVED THRU 1/5/18 DX: CHRONIC MIGRAINES. PER M1 REVIEW - BASED ON MEDICAL RECORDS/CLINICAL REVIEW INDICATING INTERMITTENT SYMPTOMS AND ESCALATION IN CARE TO NEUROLOGY, REASONABLETO APPROVE TO 1/5/18 AND FOLLOW-UP FOR MEDICAL RECORDS ADD'L CLINICAL REVIEW AT THAT TIME

**C ote**
Claim/Event/Leave: 3903216
NoteSub ect : Approved

Other Sub ect : M1 R EVIEW
Text: 12/21/2017 - RUANE, JENNIFER BASED ON MEDICAL RECORDS/CLINICAL REVIEW INDICATING INTERMITTENT SYMPTOMS AND ESCALATION IN CARE TO NEUROLOGY REASONABLE TO APPROVE TO 1/5/18 AND FOLLOW-UP FOR MEDICAL RECORDS ADD'L CLINICAL REVIEW AT THAT TIME

**ote**

Claim/Event/Leave: 3903216
NoteSub ect : EE Called
Other Sub ect :
Text: 12/21/2017 - PAINE, MELISSA EE CALLED IN UPSET, HAS ANYONE REACHED OUT TO AP POTTS OFFICE TO VERIFY ADDTL INFORMATION, EE STATES OOW, NOV 1/5 NEURO DR AND AT MINIMUM OOW UNTIL THAT TIME. DCM EXPLAINED WILL FU WITH ADCM BACK UP AND ADCM MGR TO SEEIF AP NEEDS TO BE CONTACTED OR WHAT NEEDS TO BE DONE REGARDING THIS CLAIM IF THEY CAN PROVIDE AN UPDATE TO EE. 12/21/2017 - PAINE, MELISSA DCM EMAILED ADCM BACK UP ADCM MGRS. BACK UP DUE TO MGR BE OUT OF OFFICE

**ote**

Claim/Event/Leave: 3903216
NoteSub ect : EE Called
Other Sub ect : CSU
Text: 12/19/2017 - STODDARD, TINA EE CALLED TO SEE IF DCM HAS REACHED OUT TO HIS AP OFFICE AND EXPLAINED WHAT IS NEEDED IN ORDER TO APPROVE THIS STD REQUEST...ADVISED CSR DOES NOT SEE NOTES REGARDING A CALL TO AP...ADVISED THIS COULD BE TAKING PLACE NOW OR DCM WILL BE MAKING THIS CALL LATER THIS AFTERNOON...EE EXPRESSED EXTREME FRUSTRATION IN THIS PROCESS AND IN THE FACT HE HASN'T REC'VD A PAYMENT IN 5 WEEKS...NO ONE ON THE TEAM AVAILABLE TO SPEAK WITH EE...ADVISED CSR WOULD SEND AN EMAIL REQUESTINGA CALL BACK ASAP...NFQ THANKED EC.

**ote**

Claim/Event/Leave: 3903216
NoteSub ect : EE Called
Other Sub ect : ACD
Text: 12/18/2017 - LANE, BRYCE EE STATES SAW PCP POTTS THE LINKED AP 11/14 OR 11/15 AND ONE FURTHER VISIT UNSURE OF DATE. EE STATES DUE TO POWERFUL MEDICATIONS HE CANNOT WORK. EE STATES TAKES 120MG OF TROPRANOLOL 2X PER DAY AND AMATRIPOLINE AT BED 10MG.EE ALSO TAKES TRAMADOL AS NEEDED FOR HEADACHES. EE ALSO HAS HYDROCODONE SMALL DOES WHEN HEADACHES ARE REALLY BAD. EE ALSO TAKES SUMATRIPTAN DURING HEADACHES BUT CAN ONLY TAKE 2X PER DAY NO MORE THAN 5X PER WEEK. EE STATES SPECIALIST VISIT IS 1/5/18. SPECIALIST IS DR WARREN CHUMLEY AT KY NEUROLOGY. EE STATES WHAT HAS BEEN SENT ARE THE MEDICAL RECORDS THAT AP TAKES

**ote**

Claim/Event/Leave: 3903216
NoteSub ect : EE Called
Other Sub ect : CSU
Text: 12/14/2017 - BOOTHROYD, DAVID EE CALLED CSU TO CHECK STATUS OF PENDED CLAIM. REVIEWED NOTE RPT. DCM UNAVAIL AT TIME OF CALL. EE ASKED THAT E-MAIL BE SENT TO DCM WITH A REQUEST FOR A C/B. VERIFIED EE'S PHONE . EE HAD NFQ. THANKED EE. PER EE'SREQUEST, E-MAIL SENT TO DCM FOR C/B TO EE, AT:

**ote**

Claim/Leave: 3903216
Episode : 1
Nurse Name: BIETERU, DANIEL
Service : 16508065
Service Date: 12/06/2017
Activity: NURSE REVIEW, FILE REVIEW
Contact Information: CLAIMS, SHANA, PRYOR
Note Type: INFORMATION OBTAINED DESC
Text: REVIEW OF RECORDS NOTE THAT CLMNT HAS HX OF MIGRAINE HEADACHES R51 WHO WAS SEEN ON 11/13/17 BY DR POTTS IM DUE TO MIGRAINES OCCURRING 1-2 /WEEK AND MISSING WORK, NOTES FROM AP ARE HANDWRITTEN AND NOT VERY LEGIBLE TO READ, HOWEVER WHAT WAS DECIPHERED SHOW CLMNT HAS A NEUROLOGIST FOR WHICH HE SEES FOR MIGRAINE HEADACHES AND WON T BE SEEN UNTIL JANUARY/2018. CLMNT WAS ADVISED TO CONTINUE SAME DOSE OF MEDICATION REGIMEN AND A NERVE PILL MEDICATION WAS ADDED. CLMNT F/U ON 11/27/17, REPORTS MEDICATION MINIMALLY HELPFUL. AP INCREASED HIS MEDICATION DOSE AND TRAMADOL WAS ADDED FOR PAIN MANAGEMENT. IN REVIEW OF LIMITED INFORMATION, CLMNT IS REPORTING INTERMITTENT MIGRAINE HEADACHES 1-2X/WEEK, WHICH SHOWS THAT THE HEADACHE IS NOT CONSTANTLY OCCURRING THROUGHOUTTHE REST OF THE DAYS. SECONDLY THERE ARE NO DOCUMENTED ASSOCIATED SYMPTOMS SUCH AS NAUSEA/VOMITING/LIGHT SENSITIVITY WITH THE REPORTED MIGRAINE HEADACHES. THERE IS NO ED REPORT ON FILE SHOWING THAT SYMPTOMS ARE OF SEVERITY THAT WARRANTED CLMNT TO BE SEEN. ALTHOUGH CLMNT WAS GIVEN MEDICATIONS AND DOSE INCREASED IN LIEU OF ABSENCE OF SEVERE SYMPTOMS, DOES NOT WARRANT SUSTAINED R/L. EXAM FINDINGS NOTE NORMAL NEURO EXAMS AND THERE WAS NO EVIDENCE OF CLMNT IN AP OFFICE HAVING DIFFICULTY WITH LIGHT WHICH WOULDHAVE BEEN EXPECTED WITH AN INDIVIDUAL EXPERIENCING SEVERE MIGRAINE HEADACHES. THERE ALSO IS NO HEADACHE DIARY OUTLINING THE FREQUENCY AND INTENSITY OF HIS REPORTED SYMPTOMS. THERE IS INSUFFICIENT MEDICALS ON FILE SHOWING CLMNT INABILITY TO PERFORM ACTIVITIES OF DAILY OR SIGNIFICANT FUNCTIONAL LIMITATION TO WARRANT SUSTAINED R/L, HENCE R/L ARE NOT SUPPORTED FROM 11/15/17 ONGOING. IT WILL BE REASONABLE FOR CLMNT DURING HIS 1-2 EPISODES/WEEK TO HAVE A MOMENT IN A QUITE DARK ROOM TO RELAX AND AVOID EXCESSIVESTIMULATION. WILL UPDATE DCM.

**C ote**
Claim/Event/Leave: 3903216
NoteSub ect : Ref to Managed Care
Other Sub ect : LA-PENDED
Text: 12/05/2017 - PRYOR, SHANA FOR WHAT DURATION DO THE RECORDS ON FILE SUPPORT R/LS

**ote**
Claim/Event/Leave: 3903216
NoteSub ect : EE Called
Other Sub ect :
Text: 12/05/2017 - PRYOR, SHANA EE CALLED IN FOR STATUS, DCM ADVISED EXAMS WERE RECEIVED BY DR. POTTS, HOWEVER NOT REALLY MEDICAL. EE ADVISED HIS DOCTOR MAY NOT HAVE ANY ADTL INFO ON HIM HE IS WAITING TO SEE ANOTHER DOCTOR. DCM ADVISED SHE CAN SEND INFOON FILE FOR FURTHER REVIEW, BUT GOOD CHANCE ADTL INFO MAY BE NEEDED TO RENDER DECISION

**C ote**
Claim/Event/Leave: 3903216
NoteSub ect : Med Records Rcvd
Other Sub ect : POTTS
Text: 12/04/2017 - PRYOR, SHANA OVN DATED 11/13-11/27 12/04/2017 - PRYOR, SHANA - NOT ACTUAL MEDICAL

**C ote**
Claim/Event/Leave: 3903216
NoteSub ect : FMLA
Other Sub ect : LEAVE NOT COORDINATE
Text: THE DISABILITY CLAIM DETERMINATION WAS NOT MADE WITHIN THE DETERMINATION WAITING PERIOD. THE LEAVE WAS CONVERTED TO THE LEAVE ONLY PROCESS, AND WILL NO LONGER COORDINATE WITH THE CLAIM. REFER QUESTIONS TO THE LEAVE SERVICES UNIT.

**ote**
Claim/Event/Leave: 3903216
NoteSub ect : EE Called
Other Sub ect :
Text: 11/29/2017 - PRYOR, SHANA EE CALLED IN FOR STATUS, DCM ADVISED WAITING ON MEDICAL FROM DR. POTTS

**C ote**
Claim/Event/Leave: 3903216
NoteSub ect : LTR to AP
Other Sub ect : POTTS
Text: 11/29/2017 - PRYOR, SHANA SENT MED REQ TO DR. POTTS - NOV1,2017-PRESENT

**C ote**
Claim/Event/Leave: 3903216
NoteSub ect : LTR to EE
Other Sub ect : AUTH FORM
Text: 11/27/2017 - PRYOR, SHANA EMAILED AUTH FORM TO EE

**ote**
Claim/Event/Leave: 3903216
NoteSub ect : Initial EE Interview
Other Sub ect :
Text: 11/27/2017 - PRYOR, SHANA CONFIRMED DOB, CONFIRMED PHONE, CONFIRMED ADDRESS, CONFIRMED LDW 11/14 7 DOD 11/15, EE ADVISED HE IS OOW DUE TO CHRONIC MIGRAINES AND SEVERE HEADACHES, VISUAL DISTURBANCES. ERTW UNK. EE ADVISED HE IS TX WITH DR. POTTS 502-261-7272

**C ote**
Claim/Event/Leave: 3903216
NoteSub ect : FMLA
Other Sub ect : BEGIN DATE CHANGE
Text: THE LEAVE BEGIN DATE WAS ADJUSTED TO REFLECT A CHANGE TO THE DISABILITY CLAIM'S LDW.

**C ote**
Claim/Event/Leave: 3903216
NoteSub ect : Notice/Proof Review
Other Sub ect :
Text: 11/20/2017 - PRYOR, SHANA SENT NP LETTER - DL 1/3/18 - NO AP INFO

**ote**
Claim/Event/Leave: 3903216
NoteSub ect : Called AP
Other Sub ect : POTTS
Text: 11/20/2017 - PRYOR, SHANA CALLED AP POTTS (502) 241-5900 - NO NUMBER IN SERVICE

**ote**

**ote**
Claim/Event/Leave: 3903216
NoteSub ect : Initial EE Interview
Other Sub ect :
Text: 11/20/2017 - PRYOR, SHANA 2ND ATTEMPT II - LEFT VM

**ote**
Claim/Event/Leave: 3903216
NoteSub ect : Initial EE Interview
Other Sub ect :
Text: 11/17/2017 - PRYOR, SHANA 1ST ATTEMPT II - LEFT VM

**ote**
Claim/Event/Leave: 3903216
NoteSub ect : Prior Claim
Other Sub ect :
Text: 11/16/2017 - MENDUM, COURTNEY PLEASE INVESTIGATE, DEFAULT DATES NOT USED

**C ote**
Claim/Event/Leave: 3903216
NoteSub ect : FMLA
Other Sub ect : ACKNOWLEDGMENT SENT
Text: THIS LEAVE ACKNOWLEDGEMENT LETTER WAS SENT. THE LEAVE BEGIN DATE IS 11/14/2017 AND THE LEAVE END DATE IS 11/29/2017.

**C ote**
Claim/Event/Leave: 3903216
NoteSub ect : Telephonic Intake
Other Sub ect : REPORTED CLAIM NOTE
Text: DBLAINE, ERTW 11/28/2017

**C ote**
Claim/Event/Leave: 3903216
NoteSub ect : Telephonic Intake
Other Sub ect : MEDICAL CONDITION
Text: UNKNOWN

# INVOICE

**Reliable Review Services**

**Invoice Number : 34425-1** **2/26/2019 12:43 PM CST**

Claimant: Kenny Haverly
Client Claim#: 7956041
RRS Claim#: 34425-1

**Customer:** LINCOLN FINANCIAL GROUP
8801 Indian Hills Drive
Omaha, NE 68114

| Description of Services | Hours | Rate | Other Fees | Amount Due |
|---|---|---|---|---|
| PEER REVIEW | 4.75 | 210 | $0.00 | 997.50 |

**Total Due: $997.50**

**Reviewer Details**

**Reviewer**

**Please include the invoice number with your payment and mail to:**

Reliable RS
PO Box 492890,
Redding CA 96049

**Tax Id:** 26-1114252

# INVOICE

**Reliable Review Services**

**Invoice Number : 34425-1** **2/26/2019 12:43 PM CST**

Claimant: Kenny Haverly
Client Claim#: 7956041
RRS Claim#: 34425-1

**Customer:** LINCOLN FINANCIAL GROUP
8801 Indian Hills Drive
Omaha, NE 68114

| Description of Services | Hours | Rate | Other Fees | Amount Due |
|---|---|---|---|---|
| PEER REVIEW | 4.75 | 210 | $0.00 | 997.50 |

**Total Due: $997.50**

**Reviewer Details**

**Reviewer**

**Please include the invoice number with your payment and mail to:**

Reliable RS
PO Box 492890,
Redding CA 96049

**Tax Id:** 26-1114252

RRS
Reliable Review Services

Date: 2/26/2019
To: Charles Johnson
LINCOLN FINANCIAL GROUP
Re: RRS ID: 34425

---

Claimant: Kenny Haverly
Claim #: 7956041
Line of Business: Disability
Review Type: LTD
Review Level: Initial

# Advisory Report

## Clinical History

This claimant is a 42-year-old male (date of birth ) who works in technical support for Papa John's who has been off work since 11/15/17 due to headache and migraine, unspecified. This review is from a neurological perspective only. This review is to determine if the claimant was functionally impaired from 11/27/18, onward.

On 8/30/16, there is a note from neurologist Dr. Chumley noting a history of unusual headaches, "auras" versus partial seizures. The claimant had been previously worked up with 3 epilepsy monitoring unit admissions and it was determined that the visual disturbances were not seizures. The symptoms had begun in 2009 as auditory hallucinations (the sound of a sitar that then changed to the sound of classical music) followed by visual hallucinations the year following. His symptoms would consist of either seeing pixelated or triangular images and/or "seeing himself crawl into a hole". He had been tried on multiple anticonvulsants and was referred for possible migraine. His headaches were left frontal or bitemporal and stabbing. Nausea, photophobia, and phonophobia accompanied his headaches. He had a history of migraines since his teenage years. At times, the visual imagery/hallucinations were not affiliated with headaches. He failed on multiple headache and seizure medications including Topamax, Keppra, Vimpat, Imitrex, Elavil, nonsteroidal anti-inflammatory drugs (NSAIDs), and Tylenol. In 2017, Depakote was tapered and Inderal was increased. The claimant's past history included video electroencephalography (EEG) monitoring that did not show temporal slowing but no clinical epileptiform correlates with his visual episodes. His MRI scan was normal. His ictal single photon emission computed tomography (SPECT) scan was normal. His past medical history included an appendectomy, asthma, concussions, renal stones, migraine, pneumonia, and varicella. There is a history of a pineal cyst. His medications included Topamax, almotriptan, hydrocodone, Naprosyn, ondansetron, omeprazole, Inderal, and vitamin D. There were five similar notes through 9/14/17.

On 1/5/18, the claimant's history was again reviewed. He had a history of social alcohol use and a

diagnosis of migraine with aura. He was treated with gabapentin, and other medications were renewed. Inderal had seemed to be helpful.

On 1/30/18, there was no change in assessment and he had a pain management panel which was negative for the drug screen except for the presence of tramadol.

On 2/21/18, an attending physician statement stated that the claimant could not do any type of work.

On 6/6/18, medications were renewed including gabapentin, hydrocodone, Naprosyn, Inderal, and ondansetron.

On 9/26/18, a trial of Amovig was initiated.

On 1/3/19, it was noted that the claimant was having 17 headaches per month and was bed bound each time lasting 12-16 hours.

On 6/30/18, an additional letter was written noting the claimant was not able to work.

On 11/13/17 and 11/27/17, notes from medical clinic "Papa Cares" noted a complaint of migraine. A self-report letter was written noting two kinds of headache: major headaches that occurred periodically and "popcorn" headaches consisting of rapid fire pain.

On 9/1/18, 9/2/18, and 9/3/18, video surveillance did not observe the claimant.

On 2/20/18, a letter was written by Dr. Chumley noting intractable migraine and a negative epileptiform activity workup. The doctor stated that the claimant could not work. He stated that he had constant headaches and a severe migraine one time a month. Visual auras were noted to happen every other day and in the same sentence noted them to be "uncommon".

A review of medical records by neurologist, Dr. Leitch, noted a diagnosis of migraine and did not endorse impairment, restrictions, or limitations.

A medical review of records by Dr. Stoller (Neurology and Pain Medicine) noted a diagnosis of migraine with aura and approved an off work status if the claimant had to go to the emergency room but otherwise, there were no impairments, restrictions, or limitations.

An occupational job analysis noted that the job level was "sedentary".

## Provider Contact Log

| Date/time of call | Spoke to | Outcome/message |
|---|---|---|
| 2/21/2019 12:45 PM CST | Receptionist - Larry | I called the office of Dr. Chumley. I left a detailed message with receptionist, Larry. |

| | | |
|---|---|---|
| 2/22/2019 1:00 PM CST | Answering Machine | I called the office of Dr. Chumley. There was no option to speak with a live person, so a detailed message was left on the answering machine in the office. |
| 2/25/2019 1:36 PM CST | Receptionist - Larry | I spoke with the receptionist, Larry, who stated that Dr. Chumley had apparently tried to call me but that I had been unavailable. He stated that Dr. Chumley would call me back as he was unavailable currently. |

## Questions and Reviewer's Response

**1. Please note all diagnoses supported by the medical evidence. Please clarify which diagnosis (es) is causing impairment. Please outline the criteria for each supported diagnosis and explain how claimant meets this criteria.**

The diagnoses supported by the medical evidence include the following: migraine, seizure versus pseudoseizure, pineal cyst; and a prior history of asthma, concussion, pneumonia, status post appendectomy, as well as renal stones. Based on the available medical evidence, it is the unusual "auras" as well as headaches that are producing the claimed impairment.

**2. For each impairing diagnosis that is supported by the medical evidence, please outline restrictions and limitations as of 11/27/18, including duration. Please define in terms of frequency (never, occasional, frequent, constant) and task (sit, stand, lift/carry, type etc.).**

From the standpoint of Neurology, periodic migraines (2-4 per month) could cause a day off work to visit the emergency room. The incredibly frequent and dramatically described popcorn headaches as well as the highly unusual visual disturbances, I feel, are not consistent with migraine and from a neurologic standpoint, no impairment, restrictions, or limitations are endorsed related to these headaches.

**3. When clarifying the supported restrictions, please be sure to address sustained capacity for full-time work.**

Restrictions and limitations are not supported as noted above. From the standpoint of Neurology, the claimant has a capacity for full-time work 8 hours a day, 5 days a week.

**4. Does the medical evidence support any side effects from the prescribed medications? If yes, please provide the supported impairments and outline how any impairment affects functional capacity.**

There is no clear evidence of side effects from the prescribed medications contributing to any impairment of functional capacity.

**5. Please contact Dr. Chumley to discuss the claimant's impairments. Advise whether you were able to achieve consensus, and if not please outline medical evidence to support your opinion.**

Call attempts were made to the provider as outlined above. Based on the treating neurologist's written records, it is unlikely that a consensus would be achieved.

## Assessment/Rationale

This is a 42-year-old male with a rather unremarkable history of migraine with a change in symptomatology in 2009 including bizarre auditory and visual hallucinations as the "aura" to his headaches but at times without headache. Workup for possible partial complex seizure as an etiology for these hallucinations had been unremarkable except for some slight temporal slowing but nothing to support an epileptiform nature. While migraine headaches may produce occasional visits to the emergency room for treatment of the chronicity of the headaches and the highly unusual visual distortions that are not stereotypical and changing from auditory to visual, this would not be consistent with a diagnosis of migraine nor would the lack of responsiveness to all possible migraine medications and therefore, from a neurologic standpoint, no impairment, restrictions, or limitations are endorsed.

***The opinion above is based on the information available for review and held to a reasonable degree of clinical accuracy. I attest that I have no relationship or association with the claimant who is the subject of this independent review. I also attest that I have no substantial personal or financial relationship with the treating provider(s) and/or treatment facility(ies), I have no financial interest in the insurer or claim administrator and my opinion(s) were not influenced by compensation received for my services.***

***I hereby submit this attestation that I have complied, to the highest degree possible, with the provisions of the Health Insurance Portability and Accountability Act of 1996 ("HIPAA") and the standards decreed thereunder.***

James W Pearce, M.D.
Board Certified
Neurology
Parkinson's Disease, movement disorders
Expertise in: Sleep Medicine, Clinical Neurophysiology, Parkinson's Disease, movement disorders
CA - G-27133
HI - MD-4032

## Documents Sent for Review

| Document Date | Document Type | Document Source |
|---|---|---|
| 2/15/2019 | Peer Review Request Form | Lincoln Financial Group |
| 11/16/2017, 12/22/2017, 01/23/2018, 03/07/2018, 03/08/2018 | Email | Lincoln Fianancial Group |
| 11/15/2017, 11/20/2017, 11/27/2017, 11/29/2017, 02/22/2017, 01/09/2018, 01/12/2018, 02/02/2018, 02/21/2018, 02/22/2018, 02/23/2018, 03/29/2018, 05/30/2018, 06/01/2018, 06/07/2018, 07/02/2018, 08/03/2018, 08/12/2018, 10/04/2018, 11/30/2018, 02/07/2019 | Correspondence | Liberty Mutual Insurance/Lincoln Financial |
| 11/16/2017 | Email | Charlotte SCU Disability Claims |
| 02/20/2018 | Correspondence | Saint Joseph Neurology |
| 01/05/2018, 01/30/2018, 06/30/2018, 08/30/2016, 10/04/2016, 11/09/20, 09/14/2017, 01/05/2018, 01/30/2018, 06/06/2018, 09/26/2018, 01/03/2019 | Exam Report | Saint Joseph Neurology Associates |
| 01/30/2018 | Results Report | Saint Joseph Neurology Associates |
| 02/21/2012 | Restrictions Form | Warren Chumley, MD |
| 11/13/2017, 11/27/2017 | Physical Exam | Papa Cares |
| Undated | Authorization For The Use And Disclosure of Health Information | Claimant |
| Undated | Authorization for Release of Protected Health Information | Claimant |
| 01/29/2019 | Correspondence | Claimant |
| 02/01/2019 | Appeal Referral Form | Lincoln Financial Group |
| 04/19/2018 | Activities Questionnaire | Claimant |
| 04/19/2018 | Authorization for the release of information including protected health information | Claimant |
| 04/19/2018 | Claimant Supplemental Statement | Claimant |

| | | |
|---|---|---|
| 04/19/2018 | Direct Deposit Application | Claimant |
| 04/19/2018 | Claimant Information Form | Claimant |
| 04/19/2018 | Family Information Questionnaire | Claimant |
| 09/2018 | Migraine Diary | Claimant |
| 02/07/2019 | Email | Megan Gauthier |
| 04/05/2018, 04/10/2018 | Email | Jaqueline Monahan |
| 04/11/2018 | Email | Sarah Walker |
| 12/07/2015 | Job Description | Papa John's International |
| Undated | Surveillance Report | ISG |
| 11/15/2018 | Invoice | MES Solutions |
| 11/20/2018 | Invoice | MCN |
| 09/07/2018, 11/08/2018 | Billing Statement | ReleasePoint |
| 09/05/2018 | Invoice | ISG |
| 07/07/2018 | Invoice | Patricia Thal & Associates |
| 07/31/2018, 10/30/2018 | Peer Review Report | MCN |
| 11/02/2018 | Peer Review Report | MES Peer Review Services |
| 11/15/2018 | Summary of Peer to Peer Discussion | MES Peer Review Services |
| 06/11/2018, 10/29/2018 | Medical Record Overview | ReleasePoint |
| 06/11/2018, 10/29/2018 | Quality Assurance Report | ReleasePoint |
| Undated | Initial Payment Set up Worksheet | Jackie M. |
| 07/07/2018 | File Review | Patricia Thal and Associates |

**n0215204**

---

**From:** Gauthier, Megan
**Sent:** Thursday, February 07, 2019 3:32:51 PM
**To:** Sharon_Kremer@PapaJohns.com
**Subject:** Kenny Haverly - EMP 263486 - Appeal Receipt
**Attachments:** image007.png; image008.png; image009.png; image010.png; image011.png; image012.png

Good afternoon,

Please be advised that Mr. Haverly has filed an appeal for LTD claim 7956041. Updates will be provided as available.

Thank you!

**Megan Gauthier**

**Please note: Liberty Life Assurance Company of Boston is now a Lincoln Financial Group company.**

**Megan Gauthier**
Appeals Examiner II

**Lincoln Financial Group**

100 Liberty Way

Dover, NH 03820

**Phone**: 888-437-7611 ext: 18205

**Fax**: 603-334-5121

**LincolnFinancial.com**

**Follow us on:**

https://www.facebook.com/lincolnfinancialgrouphttps://twitter.com/lincolnfingrouphttps://www.youtube.com/user/LincolnFinancialGrphttps://www.instagram.com/lincolnfingroup/https://www.linkedin.com/company/lincoln-financial-group/

# Lincoln Financial Group Appeal Referral

**Appeal Referral From:** **CHARLOTTE**

| | | | | | |
|---|---|---|---|---|---|
| Office: | 587 | Manager: | BELL, CHE | Case Mgr: | LE GRAND, CHRISTOPHER |

| | | | |
|---|---|---|---|
| Claimant Name: | KENNY HAVERLY | Claim #: | 7956041 |
| Occupation (Job Title): | COMPUTER SUPPORT SPECIALISCOMP | Date Sent: | 2/6/2019 |
| Diagnosis: | G43.9 Migraine, unspecified, | | |
| Date of Disability: | 11/15/2017 | Date Benefits Began: | 5/16/2018 |
| Maximum Duration: | 10/9/2043 | Paid Through: | 11/27/2018 |
| Date of Denial or (DB451): | 11/28/2018 | Date Appeal Received: | 2/1/2019 |

**This is the date that the full appeal was received by the Field Claim Office*

| | | | |
|---|---|---|---|
| Policyholder/Self-Insured Plan Holder: | PAPA JOHN'S INTERNATIONAL, INC | | |
| Product: | LTD | Funding: | CON |
| Is Claimant Eligible for LTD? | Y | | |
| Erisa or Non-Erisa? | ERISA Plan | | |

Document Locations

- ☑ Paperless
- ☐ Bilingual - translation complete
- ☐ Paper File
- ☐ Surveillance disk(s)

**Please be sure to send all claim paper files & all surveillance disks to the ARU.*

ER Contacts/CC (if applicable):

ER Contact Addresses (including email address):

Phone No. FAX No.

Account Specific or Unique Contract Issues / Additional Info:

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7213
London, KY 40742-7213

MR. KENNY HAVERLY JR

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7213
London, KY 40742-7213
Phone No.: (888) 437-7611
Secure Fax No.: (603) 334-5121

February 7, 2019

Mr. Kenny Haverly Jr

RE: Long Term Disability (LTD) Benefits
Papa John's International, Inc
Claim #: 7956041

Dear Mr. Kenny Haverly Jr:

Liberty Life Assurance Company of Boston, now a Lincoln Financial Group company is responsible for managing claims for Long Term Disability (LTD) benefits under Papa John's International, Inc's Group Disability Policy. We are writing in reference to your claim for LTD benefits under the Policy.

We have received your request for review of the recent claim determination on your Long Term Disability (LTD) claim.

Your file is being forwarded to Lincoln Financial Group's Appeal Review Unit for an independent review of your claim eligibility. Your claim will be assigned to an Appeal Consultant who will contact you when they have completed a review of the appeal. If you have any questions regarding the status of the appeal prior to hearing from the Appeal Consultant, you may contact the Appeal Review Unit at 1-888-437-7611 during the hours of 8am to 5pm Eastern Standard Time.

In accordance with the Employee Retirement Income Security Act of 1974 (ERISA), under normal circumstances, you will be notified in writing of a final decision within 45 days from the date your request for review was received.

If there are special circumstances requiring a delay in Lincoln Financial Group's response, you will be notified of our decision no later than 90 days after the request for review was received.

If you have any questions regarding this correspondence, please contact me.

Sincerely,

Megan Gauthier
Appeals Examiner II

Phone No.: (888) 437-7611 Ext. 18205
Secure Fax No.: (603) 334-5121

Kenny Haverly, Jr.

LTD claim number: 7956041

29 January, 2019

Liberty Life Assurance Company of Boston
Appeal Review Unit
Group Benefits Disability Claims
P.O. Box 7213
London, KY 40742-7213

Dear Sir or Madam:

I am writing this letter to dispute the findings of my recently closed long term disability (LTD) insurance claim. The LTD claim number is 7956041. The letter's findings indicate I am no longer disabled and thus able work a regular eight-hour workday. The letter indicates this is based on the duration of my migraines, their frequency, severity, their lingering effects and accompanying restrictions. I respectfully dispute the findings of the letter. I believe an honest review of the facts below will conclusively demonstrate I am truly disabled by my migraines and thus should have my benefits reinstated. I have outlined those facts below and provided a brief summary of the included supporting documentation from myself and my neurologist, Dr. Warren Chumley.

1.) **Migraine diaries from Liberty Mutual (LM)** - I am resending these documents I originally completed at LM's request. They clearly illustrate migraines occurring **three-to-four days** per week, or 15-to-17 days per month, each lasting several hours. Their severity is a solid "10" on the classic pain scale, with some migraines rating much higher. Additionally, their occurrences seem to be randomly distributed, as they do not follow any discernible timetable or pattern. I have also included a key describing each type of migraine listed in the diary, including the "Major" and "Popcorn" migraines, referred to as "Minor" migraines in Dr. Chumley's office notes. The diaries and key also clearly detail the migraines' duration of several hours and lingering after effects. I have separated the documents by month and numbered/labled each month's pages.

2.) **Key for the migraine diaries** - As mentioned in item 1.) above, I created a key detailing the types of migraine I listed in the LM migraine diaries. For example, "Major" episodes are noted as "ME" in the diaries and "Popcorn (Minor)" episodes are noted as "PC.". **Please take the time to read the key before reading the LM migraine diary. It is the document immediately following this letter.**

3.) **Dr. Chumley's office notes** - I have provided Dr. Chumley's office notes in their entirety, numbering each with page numbers written in the upper right comer. These notes detail the frequency, duration and severity of my migraines, as well as my restrictions to bedrest on days when I have a migraine. **Page 61 has this explicitly, yet concisely noted.** Again, what Dr. Chumley refers to as "minor" migraines are the also debilitating rapid-fire or "Popcom (PC)" episodes noted in the LM migraine diaries and the migraine key I provided. The frequency, severity and duration Dr. Chumley describes correspond perfectly to the data I provided in the migraine diaries and key.

In summary, my migraines are frequent and severe, depriving me of more than half of the days of any given month. The overwhelmingly number, debilitating symptoms and randomness of my migraines all conspire in making my employment anywhere an impossibility. Honest consideration of the facts Dr. Chumley and I have provided lead to no other conclusion. Therefore, my LTD benefits should be reinstated. Please contact me at "khjr14@aol.com" or at (502) 331-9805 if you have any questions. I appreciate your time and consideration and look forward to hearing from you soon.

Sincerely,

Kenny Haverly, Jr.

# Key for Migraine Types

My migraines can be broken down into four subtypes.

1.) **The Major Episode** (abbreviated "ME" on the diaries): I call these the "Major" episodes because their symptoms are the most disruptive and wide-ranging. They begin with a visual disturbance best described as three or four dark spots in the left side of my field of view. The little spots almost look as though they are swirling, with the area around each one looking like bathwater drawn down into a drain's whirlpool. The half-dollar-sized group of spots also seems to move a bit, as though they are circling a common center. Simultaneous to their appearance, or nearly simultaneous, is the severe pain on the left side of my head; the pain is absolutely a "10-plus" on the pain scale, being what I describe as "broken bone" pain. The pain is extremely sharp and usually centered in the area above my left cheek and slightly behind the left temple. Occasionally the pain threads "through" my head to the left eye socket and left side of my forehead, causing my left eye to weep a bit and making the left side of my face hurt and feel stiff. The pain gradually becomes less of a sharp pain and becomes more of a severe throbbing, though this process takes several hours. When the pain and visual disturbances start, I also become confused and have difficulty concentrating/thinking that itself lasts anywhere from 15-to-30 minutes. The best way I can describe this is it is almost exactly like the confusion and stupor experienced when waking up from surgery: Memory is sketchy, there is dizziness, walking is slow and awkward and it is difficult to find my words during this time. I have to lay down immediately, get my wife to help me with my medicine, and I usually sleep for six-to-eight hours. The pain subsides a bit at around the eight hour mark, gradually tapering off to a regular headache and what I call the "hangover" phase. Major episodes are probably the second-most common migraines I have.

2.) **The Popcorn Episode** (abbreviated "PC" in the diaries): I call these the "Popcorn" episodes or "Rapid-Fire" because they literally occur one-after the other, every second or two for several hours. Basically there is a pattern moving from left-to-right in the left side of my field of vision. The best way I can describe it is as a "pixelated" shimmering, like that of a school of fish in a 90's video game or something. With this is a little "twinge" of pain over my left eye. When just one of these happens, you'd never know it and I barely notice a single flash. However with the Popcorn episodes, they occur so quickly, "piling up" as it were; the pain from the first shimmer isn't "cleared" before the second one begins, and on and on, until there is a veritable snowballing of pain in the left side of my head. These come on gradually, being a few flashes per minute for the first half hour or so until they are occurring every second or two. The pain from these builds to severe levels, again being a 10-plus on the pain scale. However, I do not have the same level of confusion as with the Major episodes but I do have difficulty finding my words, some nausea and dizziness. When the flashes/twinges have built up to the point where they are critical, again 30 minutes or so after the first flashes, I have to take my medicine and lay down until they are over. The duration is anywhere from three hours or so to five or six, with my having to sleep until they are over. These typically do not have a hangover like the Major episodes and Traditional migraines. Popcorn episodes are probably the most common episodes I have.

3.) **The Traditional Migraine** (abbreviated "Trad" in the diaries): These are exactly what they sound like. Basically, there is a severe, sharp pain over my left eye, in the eye socket and sometimes the left temple. The pain from these is brutal; if the Popcorn and Major episodes rank a 10-plus on the pain scale, these are 15's. If the other episodes are "broken bone" pain, these are "compound fracture" pain. There are no visual disturbances with these other than occasionally seeing stars as though I had stood up too quickly. However they usually are accompanied with severe nausea, occasional vomiting and some dizziness. They last for anywhere from three hours or so all the way up to a day or two. The only recourse is to take my medicine and sleep until the episode has passed. Like the Major episodes, they too have a hangover afterwards. I have one or two of these per month.

4.) **The C-Shaped Shimmering** (abbreviated "CS" in the diaries): These are like the Traditional migraines, but slightly less severe. Basically there is a visual disturbance that slowly builds, looking like C-shaped waves on one side – usually left - of my field of vision; I call them "waves" because they remind me of ripples on a pond seen when tossing a rock into the water. The waves build from being only at the periphery until one entire side is like looking down through the surface of waves on a pond. The pain seems to build with the waves, peaking at a 10 or so. The pain is sharp and starts over my left eye and in the eye socket, sometimes moving into my left temple. They also include significant dizziness. However, they last for usually just two or three hours and are the rarest of migraines; happening just once every month or two. Again, sleep and medication are the best treatment and these typically do not have a hangover.

Also, I wasn't sure how to complete the "Medication Effectiveness" section, given I have never experienced a complete relief in symptoms from the acute medications. However, they do seem to have some effect. Given I figure that a rating of "5" is complete relief and "1" is no relief, I just gave all of them a "3."

I hope this guide was helpful and explains what I have going on with my migraines. Please feel free to call me at (502) 331-9805 or email me at khjr14@aol.com if you have any questions. Electronic devices tend to hurt my eyes and (possibly) cause symptoms so I am not at my computer or phone very much but I do check them at least a couple of times per week.

Thank You,
Kenny Haverly, Jr.
LM LTD Claim number 7956041

ATTN: Chris LeGrande

Sept pg 1

Name: Kenny Haverly, Jr. 7956041

# Monthly Headache Diary

Month/year: 09 / 2018

Headache severity — Provide a number from 0-10 to rate the severity of the headache. 0 is no headache and 10 is the worst headache requiring bedrest

| Day of the Month | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 28 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Morning | | 10/AC | 10/AC | 10/AC | 10/AE | | | | | | 10/AE | | 10/AE | | 10/AC | | | 10/AE | | | 10/AC | | | | | | 10/AE | | | | |
| Afternoon | | | | | | | | 10/AC | | | | | | | | | | | | [illegible] | | | 10/AE | 10/AC | | | | | | 10/AC | |
| Evening | | | 10/AE | | | | | | | | 10/AC | | | | | 10/AE | | | | 15 Trd | 10/AC | | | | | | | 10/AC | | | |

Triggers — List any triggers for your headache. Place check mark in box on days that the trigger initiated a headache.

| Triggers | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Prior episode | | | X | | | | | | | | X | | | | | | | | | | X | | | X | | | | | | | |
| Illness / Allergies | | | | | | | | | | | | | | | | X | | X | | | | | | | | | | | | | |
| Large meal / Rich Food | | X | | | | | | | | | | | | | | | | X | | | | | | | | | X | X | | | |
| Lack of sleep | | X | | | | | | | | | | | | | | | | | | | | | | | | | | | | X | |
| stress / exertion | | | | | | | | | | | | | X | | | | | | | | | | | | | | X | | | | |
| nothing | | | X | X | | | | | | | X | | | | X | | | | | X | | | X | | | | | | | | |
| Bad weather / Front | | | | | X | | | X | | | | | | | | | | | | | X | | | | | | | | | | |

Acute Medications to treat Headaches — List short acting medications to treat the headache and symptoms related to the headaches.

| Medication | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Medication: Almotriptan | | X | X | X | X | | | X | | | X | | X | | X | X | | X | | X | X | | X | X | | | X | X | | X | |
| Medication: 1/2 Vicodin | | | X | | X | | | | | | X | | X | | | X | | X | | | | | X | | | | X | | | | |
| Medication: Whole Vicodin | | | | | | | | | | | | | | | | | | | | X | | | | | | | | | | | |

Medication effectiveness — Rate effectiveness on scale of 0-5 with 0 being complete relief and 5 being no relief.

| | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Morning | | 3 | 3 | 3 | 3 | | | | | | 3 | | 3 | | 3 | | | 3 | | | 3 | | | | | | 3 | | | 3 | |
| Afternoon | | | | | | | | 3 | | | | | | | | | | | | | | | 3 | 3 | | | | | | | |
| Evening | | | 3 | | | | | | | | 3 | | | | | 3 | | | | 5 | 3 | | | | | | | 3 | | | |

Sept 2018 Migraine Diary

Kenny Haverly 7956041 . Sept pg 2



***Please make sure that you document your activity before your headache and how long you were incapacitated from the headache in minutes and hours from the headache.***

**Headache Diary**

| | | | | | | |
|---|---|---|---|---|---|---|
| Date: 2 Sept 2018 | Date: 3 Sept 2018 | Date: 3 Sept 2018 | Date: 4 Sept 2018 | Date: 5 Sept 2018 | Date: 8 Sept 2018 | Date: 11 Sept 2018 |
| Warning Signs: some flashes during night when I got up to go to the bathroom | Warning Signs; sound causing flashes, "mixing" sounds during morning. | Warning Signs: Sounds still mixed after morning PC episode | Warning Signs: Few flashes in morning | Warning Signs: Sound + white flashes at awakening | Warning Signs: still hungover from day before | Warning Signs: tired / achy Feeling |
| Time Begun: 0445 | Time Begun: 1100 | Time Begun: 1600 | Time Begun: 1030 | Time Begun: 0900 | Time Begun: 1500 | Time Begun: 0600 |
| Time Ended: 1100 | Time Ended: 1500 | Time Ended: 2300 | Time Ended: 1600 | Time Ended: 1730 | Time Ended: 2100 | Time Ended: 1530 |
| Pain Type: (e.g. piercing, throbbing, etc.) Sharp | Pain Type: (e.g. piercing, throbbing, etc.) sharp | Pain Type: (e.g. piercing, throbbing, etc.) sharp then throbbing later | Pain Type: (e.g. piercing, throbbing, etc.) sharp | Pain Type: (e.g. piercing, throbbing, etc.) sharp, then throbbing later | Pain Type: (e.g. piercing, throbbing, etc.) sharp | Pain Type: (e.g. piercing, throbbing, etc.) sharp, then throbbing later |
| Pain Intensity: (scale of 1-10, 10 being the worst) 10 | Pain Intensity: (scale of 1-10, 10 being the worst) 10 | Pain Intensity: (scale of 1-10, 10 being the worst) 10 | Pain Intensity: (scale of 1-10, 10 being the worst) 10 | Pain Intensity: (scale of 1-10, 10 being the worst) 10 | Pain Intensity: (scale of 1-10, 10 being the worst) 10 | Pain Intensity: (scale of 1-10, 10 being the worst) 10 |
| Location: (e.g. between eyes, back of head, etc.) (L) side of head near temple above sideburn → | Location: (e.g. between eyes, back of head, etc.) → + left eye + (L) forehead | Location: (e.g. between eyes, back of head, etc.) (L) side of head near temple, above sideburn → | Location: (e.g. between eyes, back of head, etc.) → | Location: (e.g. between eyes, back of head, etc.) + (L) eye + (L) forehead | Location: (e.g. between eyes, back of head, etc.) (L) side of head, near temple, above sideburn → | Location: (e.g. between eyes, back of head, etc.) + (L) eye + (L) forehead |
| Treatment or Meds Taken: Almotriptan → | Treatment or Meds Taken: → | Treatment or Meds Taken: + 1/2 Vicodin | Treatment or Meds Taken: Almotriptan → | Treatment or Meds Taken: + 1/2 Vicodin | Treatment or Meds Taken: Almotriptan → | Treatment or Meds Taken: + 1/2 Vicodin |

Sept 1/4 5

| 2 Sept 2018 | 3 Sept 2018 | 3 Sept 2018 | 4 Sept 2018 | 5 Sept 2018 | 8 Sept 2018 | 11 Sept 2018 |
|---|---|---|---|---|---|---|
| Effect of Treatment: sleep; possibly shortened recovery → | Effect of Treatment: → | Effect of Treatment: → | Effect of Treatment: → | Effect of Treatment: → | Effect of Treatment: → | Effect of Treatment: |
| Hours of Sleep: 5 | Hours of Sleep: 8 | Hours of Sleep: 4 during PC 8 night before | Hours of Sleep: 8 | Hours of Sleep: 6 | Hours of Sleep: 8 | Hours of Sleep: 5 |
| What I Ate Today: Nothing - was early | What I Ate Today: Yoghurt | What I Ate Today: Yoghurt crackers + cheese later after PC | What I Ate Today: Pizza rolls | What I Ate Today: nothing - didn't get a chance | What I Ate Today: Yoghurt Salami sandwiches | What I Ate Today: nothing - too early |
| Events Prior to Headache: (e.g. strenuous activity, elevated stress, etc.) Ate rich meal night before Poor sleep | Events Prior to Headache: (e.g. strenuous activity, elevated stress, etc.) nothing of note | Events Prior to Headache: (e.g. strenuous activity, elevated stress, etc.) PC episode in morning | Events Prior to Headache: (e.g. strenuous activity, elevated stress, etc.) no triggers | Events Prior to Headache: (e.g. strenuous activity, elevated stress, etc.) Storm front | Events Prior to Headache: (e.g. strenuous activity, elevated stress, etc.) Stormy weather | Events Prior to Headache: (e.g. strenuous activity, elevated stress, etc.) no triggers |
| Additional Comments: Popcorn (PC) episode. See key for explanation | Additional Comments: PC episode | Additional Comments: Major (ME) episode See key for explanation | Additional Comments: PC episode | Additional Comments: ME episode | Additional Comments: PC episode | Additional Comments: ME episode |

Kenny Haverly · 1956041 Sept pg 4

*Please make sure that you document your activity before your headache and how long you were incapacitated from the headache in minutes and hours from the headache.*



**Headache Diary**

| | | | | | | |
|---|---|---|---|---|---|---|
| Date: 11 Sept 2018 | Date: 13 Sept 2018 | Date: 15 Sept 2018 | Date: 16 Sept 2018 | Date: 18 Sept 2018 | Date: 20 Sept 2018 | Date: 21 Sept 2018 |
| Warning Signs: "Euro Ambulance"/ "wee-wah" sounds in (L) ear @ awakening | Warning Signs: (L) ear noise mixing @ awakening | Warning Signs: Euro ambulance/ wee-wah noise in (L) ear; "Pre-headache": @ awakening | Warning Signs: (L) ear noise all day before | Warning Signs: (L) ear "Euro Ambulance/ wee wah" noise @ awakening, Pre-headache | Warning Signs: (L) ear music on awakening | Warning Signs: (L) ear noise. flashes w/ sound. some flashes |
| Time Begun: 2130 | Time Begun: 1030 | Time Begun: 0800 | Time Begun: 1610 | Time Begun: 1000 | Time Begun: 1400 | Time Begun: 1030 |
| Time Ended: 0330 | Time Ended: 1700 | Time Ended: 1330 | Time Ended: 0030 | Time Ended: 1915 | Time Ended: 2330 | Time Ended: 1545 |
| Pain Type: (e.g. piercing, throbbing, etc.) Sharp | Pain Type: (e.g. piercing, throbbing, etc.) Sharp, then throbbing later | Pain Type: (e.g. piercing, throbbing, etc.) Sharp | Pain Type: (e.g. piercing, throbbing, etc.) Sharp, then throbbing later → | Pain Type: (e.g. piercing, throbbing, etc.) → | Pain Type: (e.g. piercing, throbbing, etc.) Sharp | Pain Type: (e.g. piercing, throbbing, etc.) sharp |
| Pain Intensity: (scale of 1-10, 10 being the worst) 10 | Pain Intensity: (scale of 1-10, 10 being the worst) 10 | Pain Intensity: (scale of 1-10, 10 being the worst) 10 | Pain Intensity: (scale of 1-10, 10 being the worst) 10 | Pain Intensity: (scale of 1-10, 10 being the worst) 10 | Pain Intensity: (scale of 1-10, 10 being the worst) 15 | Pain Intensity: (scale of 1-10, 10 being the worst) 10 |
| Location: (e.g. between eyes, back of head, etc.) (L) side of head, near temple, above sideburn → | Location: (e.g. between eyes, back of head, etc.) → | Location: (e.g. between eyes, back of head, etc.) → | Location: (e.g. between eyes, back of head, etc.) → + (L) eye + (L) forehead → | Location: (e.g. between eyes, back of head, etc.) → | Location: (e.g. between eyes, back of head, etc.) (L) side of head near temple, entire top & back of head | Location: (e.g. between eyes, back of head, etc.) (L) side of head near temple, above sideburn |
| Treatment or Meds Taken: Almotriptan → | Treatment or Meds Taken: → + ½ Vicodin | Treatment or Meds Taken: Almotriptan | Treatment or Meds Taken: → + ½ Vicodin → | Treatment or Meds Taken: → | Treatment or Meds Taken: Almo + entire Vicodin | Treatment or Meds Taken: Almotriptan |

Sept pg 3

| | 11 Sept 2018 | 13 Sept | 15 Sept | 16 Sept | 18 Sept | 20 Sept | 21 Sept |
|---|---|---|---|---|---|---|---|
| Effect of Treatment: | sleep, possibly shortened recovery → | → | → | → | → | Sleep; no effect otherwise | Sleep, possibly shorter recovery |
| Hours of Sleep: | 5 night before, 9.5 during earlier ME episode | 6 | 8 | 7 | 6 | 6 | 5 |
| What I Ate Today: | Yoghurt banana | Cereal | nothing - happened early | Yoghurt Pizza rolls | Pizza rolls | Cereal Yoghurt Pop Tart | Pop Tart |
| Events Prior to Headache: (e.g. strenuous activity, elevated stress, etc.) | ME episode in morning. Hangover | stress over repairing sump pump | no triggers | bad allergies | Rich food [illegible] before, Gut problems last night | no triggers | hangover from 20 Sept + storm front |
| Additional Comments: | PC episode | ME episode | PC episode | ME episode → | + took Almotg for 1st time @ 2100 | Traditional (Trad) episode. See key. Worst Trad episode in years | PC episode |

Kenny Haverly 173 6041 Sept pg 6

***Please make sure that you document your activity before your headache and how long you were incapacitated from the headache in minutes and hours from the headache.***

**Headache Diary**

| | | | | | | |
|---|---|---|---|---|---|---|
| Date: 21 Sept 2018 | Date: 23 Sept 2018 | Date: 24 Sept 2018 | Date: 27 Sept 2018 | Date: 28 Sept 2018 | Date: 30 Sept 2018 | Date: |
| Warning Signs: Some Flashes | Warning Signs: None | Warning Signs: Flashes @ awakening + during day | Warning Signs: (L) ear music @ awakening | Warning Signs: Flashes during day | Warning Signs: (L) ear noise @ awakening. Some flashes during day | Warning Signs: |
| Time Begun: 1930 | Time Begun: 1230 | Time Begun: 1400 | Time Begun: 0915 | Time Begun: 2200 | Time Begun: 1000 | Time Begun: |
| Time Ended: 0100 | Time Ended: 2030 | Time Ended: 2000 | Time Ended: 1700 | Time Ended: 0330 | Time Ended: 1600 | Time Ended: |
| Pain Type: (e.g. piercing, throbbing, etc.) Sharp | Pain Type: (e.g. piercing, throbbing, etc.) sharp, then throbbing later | Pain Type: (e.g. piercing, throbbing, etc.) sharp | Pain Type: (e.g. piercing, throbbing, etc.) sharp then throbbing later | Pain Type: (e.g. piercing, throbbing, etc.) sharp → | Pain Type: (e.g. piercing, throbbing, etc.) | Pain Type: (e.g. piercing, throbbing, etc.) |
| Pain Intensity: (scale of 1-10, 10 being the worst) 10 | Pain Intensity: (scale of 1-10, 10 being the worst) 10 | Pain Intensity: (scale of 1-10, 10 being the worst) 10 | Pain Intensity: (scale of 1-10, 10 being the worst) 10 | Pain Intensity: (scale of 1-10, 10 being the worst) 10 | Pain Intensity: (scale of 1-10, 10 being the worst) 10 | Pain Intensity: (scale of 1-10, 10 being the worst) |
| Location: (e.g. between eyes, back of head, etc.) (L) side of head near temple, above sideburn, (L) eye (L) forehead → | Location: (e.g. between eyes, back of head, etc.) | Location: (e.g. between eyes, back of head, etc.) (L) side of head near temple above sideburn → | Location: (e.g. between eyes, back of head, etc.) → | Location: (e.g. between eyes, back of head, etc.) +(L) eye +(L) forehead → | Location: (e.g. between eyes, back of head, etc.) | Location: (e.g. between eyes, back of head, etc.) |
| Treatment or Meds Taken: Almotriptan → | Treatment or Meds Taken: + 1/2 Vicodin | Treatment or Meds Taken: Almotriptan → | Treatment or Meds Taken: + 1/2 Vicodin | Treatment or Meds Taken: Almotriptan → | Treatment or Meds Taken: | Treatment or Meds Taken: |

Sept pg 7

| 21 Sept 2018 | 23 Sept | 24 Sept | 27 Sept | 28 Sept | 30 Sept | |
|---|---|---|---|---|---|---|
| Effect of Treatment: Sleep possibly shorter recovery → | Effect of Treatment: → | Effect of Treatment: → | Effect of Treatment: → | Effect of Treatment: → | Effect of Treatment: → | Effect of Treatment: |
| Hours of Sleep: 5 last night 5 during earlier PC episode | Hours of Sleep: 6 | Hours of Sleep: 6 | Hours of Sleep: 8 | Hours of Sleep: 6 | Hours of Sleep: 5 | Hours of Sleep: |
| What I Ate Today: Pop tart Cheese + crackers Hamburger | What I Ate Today: Scrambled eggs + waffles | What I Ate Today: Yoghurt Salami + ham sandwich | What I Ate Today: nothing - was early | What I Ate Today: Yoghurt Chicken strips French fries | What I Ate Today: Toast w/ butter | What I Ate Today: |
| Events Prior to Headache: (e.g. strenuous activity, elevated stress, etc.) PC episode earlier. Little hang over still from 20 Sept Trad episode | Events Prior to Headache: (e.g. strenuous activity, elevated stress, etc.) nothing of note | Events Prior to Headache: (e.g. strenuous activity, elevated stress, etc.) hungover from 23 Sept | Events Prior to Headache: (e.g. strenuous activity, elevated stress, etc.) Bad weather and long day the day before | Events Prior to Headache: (e.g. strenuous activity, elevated stress, etc.) Ate Large Meal, late | Events Prior to Headache: (e.g. strenuous activity, elevated stress, etc.) Sleep interrupted night before due to father-in-law illness | Events Prior to Headache: (e.g. strenuous activity, elevated stress, etc.) |
| Additional Comments: PC episode | Additional Comments: ME episode | Additional Comments: PC episode | Additional Comments: ME episode | Additional Comments: R episode | Additional Comments: PC episode | Additional Comments: |

ATTN: Chris LeGrande

Name: Kenny Haverly, Jr. 7956041 **Monthly Headache Diary** Oct pg 1 Month/year: 10 / 2018

October 2018 Migraine Diary

**Headache severity** Provide a number from 0-10 to rate the severity of the headache. 0 is no headache and 10 is the worst headache requiring bedrest

| Day of the Month | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Morning | | 10/AE | 10/AE | 15 | | | | | | 10/AE | | 10/AE | | | 10/AE | | | 10/AE | | | 10/AE | | 10/AE | | | | 10/AE | | | | |
| Afternoon | | | | | | 10/AE | | | | | | | | | | 10/AE | | | | 10/AE | | | | | 10/AE | | | | 10/AE | | |
| Evening | | | | | 10/AE | | | | | | | 10/AE | | | | | | | | | | | | | | 10/AE | | | | | |

Trad

**Triggers** List any triggers for your headache. Place check mark in box on days that the trigger initiated a headache

| Trigger | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Prior episode | | | X | | X | | | | | | | X | | | | | | | | | | | | | | | | | | | |
| Illness / Allergies | | | | | | | | | | | | | | | | X | | | | | | | | | | | | | | | |
| Large Meal / Rich Food | | | | | | | | | | | | X | | | X | | | | | X | | | X | | | | | | | | |
| Lack of sleep | | | | | | | | | | X | | | | | | X | | | | X | | | X | | | | X | | | | |
| Stress / exertion | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Nothing | | X | | | | X | | | | | | | | | | | | X | | | X | | | | X | | | | X | | |
| Bad Weather / Front | | | | X | | | | | | | | | | | X | | | | | X | | | | | | X | | | | | |

**Acute Medications to treat Headaches** List short acting medications to treat the headache and symptoms related to the headaches.

| Medication | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Medication: Almotriptan | | X | | X | X | X | | | | X | | X | | | X | X | | X | | X | X | | X | | X | X | X | | X | | |
| Medication: 1/2 Vicodin | | X | | | | | | | | | | X | | | | X | | X | | | X | | | | | | X | | | | |
| Medication: Whole Vicodin | | | | X | | | | | | | | | | | | | | | | | | | | | | | | | | | |

no meds alone that day

**Medication effectiveness** Rate effectiveness on scale of 0-5 with 0 being complete relief and 5 being no relief.

| | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Morning | | 3 | 3 | 5 | | | | | | 3 | | 3 | | | 3 | | | 3 | | | 3 | | 3 | | | | 3 | | | | |
| Afternoon | | | | | | 3 | | | | | | | | | | 3 | | | | 3 | | | | | 3 | | | | 3 | | |
| Evening | | | | | 3 | | | | | | | 3 | | | | | | | | | | | | | | 3 | | | | | |

7E032190004

Kenny Haverly 7556041 Oct pg 2

***Please make sure that you document your activity before your headache and how long you were incapacitated from the headache in minutes and hours from the headache.***

**Headache Diary**

| | | | | | | |
|---|---|---|---|---|---|---|
| Date: 2 Oct 2018 | Date: 3 Oct 2018 | Date: 4 Oct 2018 | Date: 5 Oct 2018 | Date: 6 Oct 2018 | Date: 10 Oct 2018 | Date: 12 Oct 2018 |
| Warning Signs: (L) ear noise/ music in morning | Warning Signs: no warning other than prior day's episode | Warning Signs: (L) ear music on awakening | Warning Signs: Some flashes during day | Warning Signs: Some (L) ear noise @ awakening → | Warning Signs: + flashes @ awakening | Warning Signs: (L) ear music just before episode |
| Time Begun: 1000 | Time Begun: 0730 | Time Begun: 0430 | Time Begun: 1700 | Time Begun: 1400 | Time Begun: 0800 | Time Begun: 0530 |
| Time Ended: 1700 | Time Ended: 1600 | Time Ended: 1600 | Time Ended: 2330 | Time Ended: 2200 | Time Ended: 1630 | Time Ended: 1315 |
| Pain Type: (e.g. piercing, throbbing, etc.) Sharp, then throbbing later → | Pain Type: (e.g. piercing, throbbing, etc.) | Pain Type: (e.g. piercing, throbbing, etc.) Sharp. | Pain Type: (e.g. piercing, throbbing, etc.) Sharp | Pain Type: (e.g. piercing, throbbing, etc.) Sharp | Pain Type: (e.g. piercing, throbbing, etc.) Sharp | Pain Type: (e.g. piercing, throbbing, etc.) Sharp, then throbbing later |
| Pain Intensity: (scale of 1-10, 10 being the worst) 10 | Pain Intensity: (scale of 1-10, 10 being the worst) 10 | Pain Intensity: (scale of 1-10, 10 being the worst) 15 | Pain Intensity: (scale of 1-10, 10 being the worst) 10 | Pain Intensity: (scale of 1-10, 10 being the worst) 10 | Pain Intensity: (scale of 1-10, 10 being the worst) 10 | Pain Intensity: (scale of 1-10, 10 being the worst) 10 |
| Location: (e.g. between eyes, back of head, etc.) (L) side of head, above sideburn (L) eye forehead → | Location: (e.g. between eyes, back of head, etc.) | Location: (e.g. between eyes, back of head, etc.) (L) side of head near temple, entire top + back of head | Location: (e.g. between eyes, back of head, etc.) (L) side of head, near temple, above sideburn. → | Location: (e.g. between eyes, back of head, etc.) → | Location: (e.g. between eyes, back of head, etc.) → | Location: (e.g. between eyes, back of head, etc.) → + (L) eye |
| Treatment or Meds Taken: Almotriptan 1/2 Vicodin | Treatment or Meds Taken: No medication was alone | Treatment or Meds Taken: Almotriptan + whole Vicodin | Treatment or Meds Taken: Almo → | Treatment or Meds Taken: → | Treatment or Meds Taken: → | Treatment or Meds Taken: → + 1/2 Vicodin |

Oct pg 3

| | 2 Oct 2018 | 3 Oct 2018 | 4 Oct 2018 | 5 Oct 2018 | 6 Oct 2018 | 10 Oct 2018 | 12 Oct 2018 |
|---|---|---|---|---|---|---|---|
| Effect of Treatment: | Sleep, possibly shortened recovery → | → | → | → | → | → | → |
| Hours of Sleep: | 8 | 7 | 4 | 3 | 10 | 6 | 5 |
| What I Ate Today: | Wendy's Dbl Cheeseburger + fries - leftovers | nothing - too early | nothing - too early | Oatmeal Cheese + crackers pizza | nothing - slept late | nothing - was too early → | → |
| Events Prior to Headache: (e.g. strenuous activity, elevated stress, etc.) | no triggers | aftermath of prior episode | nothing - migraine woke me from sound sleep | extremely tired. difficulty sleeping "hangover" from prior days episodes | no triggers | Poor sleep | Ate large meal night before |
| Additional Comments: | Major (ME) episode See key for explanation | ME episode | Traditional (Trad) migraine - see key for explanation. | Popcorn (PC) episode See key for explanation | PC episode | PC episode | ME episode |

7E032190004

Kenny Haverly, Jr. 7956041 Oct pg 4

***Please make sure that you document your activity before your headache and how long you were incapacitated from the headache in minutes and hours from the headache.***

**Headache Diary**

| | | | | | | |
|---|---|---|---|---|---|---|
| Date: 12 Oct 2018 | Date: 15 Oct 2018 | Date: 16 Oct 2018 | Date: 18 Oct 2018 | Date: 20 Oct 2018 | Date: 21 Oct 2018 | Date: 23 Oct 2018 |
| Warning Signs: Flashes during day after morning major episode | Warning Signs: Flashes during day, (L) ear music @ awakening | Warning Signs: (L) ear music @ awakening → | Warning Signs: | Warning Signs: Some flashes during day | Warning Signs: no warning | Warning Signs: Some flashes @ awakening |
| Time Begun: 2130 | Time Begun: 1100 | Time Begun: 1400 | Time Begun: 0900 | Time Begun: 1630 | Time Begun: 1100 | Time Begun: 1000 |
| Time Ended: 0400 | Time Ended: 1730 | Time Ended: 2100 | Time Ended: 1500 | Time Ended: 2300 | Time Ended: 1815 | Time Ended: 1530 |
| Pain Type: (e.g. piercing, throbbing, etc.) Sharp | Pain Type: (e.g. piercing, throbbing, etc.) sharp | Pain Type: (e.g. piercing, throbbing, etc.) Sharp, then throbbing later → | Pain Type: (e.g. piercing, throbbing, etc.) | Pain Type: (e.g. piercing, throbbing, etc.) Sharp | Pain Type: (e.g. piercing, throbbing, etc.) sharp, then throbbing later | Pain Type: (e.g. piercing, throbbing, etc.) Sharp |
| Pain Intensity: (scale of 1-10, 10 being the worst) 10 | Pain Intensity: (scale of 1-10, 10 being the worst) 10 | Pain Intensity: (scale of 1-10, 10 being the worst) 10 | Pain Intensity: (scale of 1-10, 10 being the worst) 10 | Pain Intensity: (scale of 1-10, 10 being the worst) 10 | Pain Intensity: (scale of 1-10, 10 being the worst) 10 | Pain Intensity: (scale of 1-10, 10 being the worst) 10 |
| Location: (e.g. between eyes, back of head, etc.) (L) side of head, above sideburn, near temple → | Location: (e.g. between eyes, back of head, etc.) → | Location: (e.g. between eyes, back of head, etc.) + (L) eye + (L) forehead → | Location: (e.g. between eyes, back of head, etc.) | Location: (e.g. between eyes, back of head, etc.) (L) eye, (L) side of head above sideburn, near temple → | Location: (e.g. between eyes, back of head, etc.) + (L) forehead | Location: (e.g. between eyes, back of head, etc.) (L) side of head above sideburn, near temple |
| Treatment or Meds Taken: Almotriptan → | Treatment or Meds Taken: → | Treatment or Meds Taken: + ½ Vicodin → | Treatment or Meds Taken: | Treatment or Meds Taken: Almotriptan → | Treatment or Meds Taken: + ½ Vicodin | Treatment or Meds Taken: Almotriptan |

Oct pg 5

| 12 Oct 2018 | 15 Oct 2018 | 16 Oct 2018 | 18 Oct 2018 | 20 Oct 2018 | 21 Oct 2018 | 23 Oct 2018 |
|---|---|---|---|---|---|---|
| Effect of Treatment: Sleep, possibly shortened recovery | Effect of Treatment: ---- | Effect of Treatment: ---- | Effect of Treatment: ---- | Effect of Treatment: ---- | Effect of Treatment: ---- | Effect of Treatment: → |
| Hours of Sleep: 5; 7:45 during morning maj episode | Hours of Sleep: 6 | Hours of Sleep: 3 | Hours of Sleep: 7 | Hours of Sleep: 5 | Hours of Sleep: 10 | Hours of Sleep: 3 |
| What I Ate Today: Pizza rolls | What I Ate Today: Corn Fried Chicken | What I Ate Today: Mashed potatoes Almond Log Coca Cola | What I Ate Today: nothing, was too early | What I Ate Today: Steak mashed potatoes French Fries | What I Ate Today: nothing - was too early | What I Ate Today: Rice w/ hamburger, Pizza |
| Events Prior to Headache: (e.g. strenuous activity, elevated stress, etc.) hangover from morning major episode | Events Prior to Headache: (e.g. strenuous activity, elevated stress, etc.) Drank four Coca-Colas night before | Events Prior to Headache: (e.g. strenuous activity, elevated stress, etc.) Severe diarrhea from stomach virus; lack of sleep | Events Prior to Headache: (e.g. strenuous activity, elevated stress, etc.) no triggers | Events Prior to Headache: (e.g. strenuous activity, elevated stress, etc.) Storm front, Large meal w/ rich food, Poor sleep | Events Prior to Headache: (e.g. strenuous activity, elevated stress, etc.) no triggers | Events Prior to Headache: (e.g. strenuous activity, elevated stress, etc.) Rich food, poor sleep |
| Additional Comments: PL episode | Additional Comments: PL episode | Additional Comments: ME episode | Additional Comments: ME episode | Additional Comments: PL episode | Additional Comments: ME episode | Additional Comments: PL episode |

Kenny Haverly, Jr 795 6041 Oct pg 6

*Please make sure that you document your activity before your headache and how long you were incapacitated from the headache in minutes and hours from the headache.*

**Headache Diary**

| | | | | | | |
|---|---|---|---|---|---|---|
| Date: 25 Oct 2018 | Date: 26 Oct 2018 | Date: 27 Oct 2018 | Date: 29 Oct 2018 | Date: | Date: | Date: |
| Warning Signs: Few flashes during day → | Warning Signs: → | Warning Signs: "pre-headache" dizziness | Warning Signs: some flashes during day | Warning Signs: | Warning Signs: | Warning Signs: |
| Time Begun: 1300 | Time Begun: 2200 | Time Begun: 1000 | Time Begun: 1200 | Time Begun: | Time Begun: | Time Begun: |
| Time Ended: 1830 | Time Ended: 0130 | Time Ended: 1830 | Time Ended: 1815 | Time Ended: | Time Ended: | Time Ended: |
| Pain Type: (e.g. piercing, throbbing, etc.) Sharp | Pain Type: (e.g. piercing, throbbing, etc.) sharp | Pain Type: (e.g. piercing, throbbing, etc.) Sharp, then throbbing later | Pain Type: (e.g. piercing, throbbing, etc.) sharp | Pain Type: (e.g. piercing, throbbing, etc.) | Pain Type: (e.g. piercing, throbbing, etc.) | Pain Type: (e.g. piercing, throbbing, etc.) |
| Pain Intensity: (scale of 1-10, 10 being the worst) 10 | Pain Intensity: (scale of 1-10, 10 being the worst) 10 | Pain Intensity: (scale of 1-10, 10 being the worst) 10 | Pain Intensity: (scale of 1-10, 10 being the worst) 10 | Pain Intensity: (scale of 1-10, 10 being the worst) | Pain Intensity: (scale of 1-10, 10 being the worst) | Pain Intensity: (scale of 1-10, 10 being the worst) |
| Location: (e.g. between eyes, back of head, etc.) (L) side of head, above sideburn, near temple → | Location: (e.g. between eyes, back of head, etc.) + (L) eye → | Location: (e.g. between eyes, back of head, etc.) + (L) forehead | Location: (e.g. between eyes, back of head, etc.) (R) side of head, above sideburn, near temple | Location: (e.g. between eyes, back of head, etc.) | Location: (e.g. between eyes, back of head, etc.) | Location: (e.g. between eyes, back of head, etc.) |
| Treatment or Meds Taken: Almotriptan → | Treatment or Meds Taken: → | Treatment or Meds Taken: + ½ Vicodin | Treatment or Meds Taken: Almo | Treatment or Meds Taken: | Treatment or Meds Taken: | Treatment or Meds Taken: |

7E032190004

Oct pg 1

| 25 Oct 2018 | 26 Oct 2018 | 27 Oct 2018 | 29 Oct 2018 | | | |
|---|---|---|---|---|---|---|
| Effect of Treatment: sleep, possibly shortened recovery | Effect of Treatment: | Effect of Treatment: | Effect of Treatment: | Effect of Treatment: | Effect of Treatment: | Effect of Treatment: |
| Hours of Sleep: 9 | Hours of Sleep: 6 | Hours of Sleep: 4 | Hours of Sleep: 7 | Hours of Sleep: | Hours of Sleep: | Hours of Sleep: |
| What I Ate Today: Salami sandwich | What I Ate Today: Sausage + peppers, Pop Tart | What I Ate Today: nothing - was too early | What I Ate Today: Pop Tart Chili | What I Ate Today: | What I Ate Today: | What I Ate Today: |
| Events Prior to Headache: (e.g. strenuous activity, elevated stress, etc.) no triggers | Events Prior to Headache: (e.g. strenuous activity, elevated stress, etc.) Strong cold front | Events Prior to Headache: (e.g. strenuous activity, elevated stress, etc.) bad sleep | Events Prior to Headache: (e.g. strenuous activity, elevated stress, etc.) no triggers | Events Prior to Headache: (e.g. strenuous activity, elevated stress, etc.) | Events Prior to Headache: (e.g. strenuous activity, elevated stress, etc.) | Events Prior to Headache: (e.g. strenuous activity, elevated stress, etc.) |
| Additional Comments: PL episode | Additional Comments: PL episode | Additional Comments: ME episode | Additional Comments: PL episode | Additional Comments: | Additional Comments: | Additional Comments: |

(1)

**Saint Joseph Neurology Associates**
**1021 Majestic Drive, Suite 200,**
**Lexington, KY 40513**
**Phone: (859) 296-1922 Fax: (859) 296-2603**

*MRN:* **1136760**

*Encounter Date:* **08/30/2016 11:00AM**

*DOB:*
*Home:*
*Work:* (

*Address:*
**Kennv Haverlv**

Neurologist
Dr. Chunley
medical records.

### History Reported By
The history today is reported by the patient.

### Chief Complaint
Consult for migraines.

### History of Present Illness
**HPI Free Text - v1.0:** Mr. Haverly was referred 8.30.16 for headaches. He is followed by Dr. Fakhoury for possible seizures manifest as hallucinations. He notes he has been monitored a 3rd time in the EMU and he does not feel the spells are seizures therefore Dr. Fakhoury referred him for possible migraine with aura. He has been on multiple anticonvulsant medications over the years. He notes the episodes started in late 2009 as auditory hallucinations - hearing music (like a sitar). This changed to classical music instruments (not melodic). He notes the sounds are changes of sounds in the surrounding environment. He notes a h/o migraines going back to his late teens; he notes he would see halos around lights before a migraine (like oil on water). He notes no h/o drug use but in January 2010 he started having visual hallucinations manifest as seeing himself crawl into a hole. He had a headache when this happened and went to bed; he slept 16 hours; he woke up at nighttime hallucinated sitting on a milk crate in his living room (he had seen the man before). This lasted for 2 - 3 seconds then another headache.
He has a constant background headache; he has a migraine once per month; he has minor episodes of seeing schools of "pixelated" fish going from left to right daily with no headache. He has major episodes of seeing triangular arrangements of swirling pieces which occurs up to every other day which are followed by headaches. He notes a pineal gland cyst.

**Headache:** The patient is being seen for an initial evaluation of.
**Headache History:**
**Current Headache Information:**
Currently the pain is left frontal, occasionally bitemporal. It is described as stabbing is continuously present. On a scale of 0-10, the pain severity average is 5 and maximum is 12.
Symptoms include nausea, phonophobia and photophobia, but no vomiting.
Current treatment includes topiramate 50 mg bid. (Previous Medications: Keppra, Vimpat, Imitrex before the hallucinations was not well tolerated, Tylenol, ibuprofen, Advil, naproxen. Amitriptyline)

### Active Problems
1. Complex partial seizure with impairment of consciousness (345.40) (G40.209)
2. Nonepileptic episode (780.39) (R56.9)
3. Paresthesias (782.0) (R20.2)
4. Simple partial seizure w/somatosensory or special sensory dysfunction (345.50) (G40.109)

### Allergies
- No Known Drug Allergies
  Recorded By: Merkel, Shannon; 8/18/2016 1:51:26 PM

### Current Meds
1. Topiramate 50 MG Oral Tablet; TAKE 1 TABLET TWICE DAILY;

Therapy: (Recorded:18Aug2016) to Recorded

**Past Medical History**
History of Hernia (553.9) (K46.9)
History of appendicitis (V12.79) (Z87.19)
History of asthma (V12.69) (Z87.09)
History of concussion (V15.52) (Z87.820)
History of head injury (V15.59) (Z87.828)
History of migraine headaches (V12.49) (Z86.69)
History of pneumonia (V12.61) (Z87.01)
History of varicella (V12.09) (Z86.19)

**Surgical History**
History of Appendectomy
History of Cholecystectomy
History of Hernia Repair
History of Surgery Epididymectomy Left

**Family History**
- Family history of migraine headaches (V17.2) (Z82.0)
- Family history of neuropathy (V17.2) (Z82.0)
- Family history of epilepsy (V17.2) (Z82.0)
- Family history of diabetes mellitus (V18.0) (Z83.3)
- Family history of leukemia (V16.6) (Z80.6)
- Family history of malignant neoplasm (V16.9) (Z80.9)
- Family history of rheumatoid arthritis (V17.7) (Z82.61)

**Social History**
Alcohol use (V49.89) (Z78.9)
Caffeine use (V49.89) (F15.90)
Completed college, bachelors degree
Lives with spouse
Married
Never a Smoker
No drug use

**Review of Systems**

***CONSTITUTIONAL:***[1] *fatigue*[1].
***EYES:***[1] *normal*[1].
***ENT:***[1] *vertigo*[1].
***CARDIOVASCULAR:***[1] *normal*[1].
***RESPIRATORY:***[1] *normal*[1].
***GASTROINTESTINAL:***[1] *normal*[1].
***GENITOURINARY:***[1] *normal*[1].
***MUSCULOSKELETAL:***[1] *arthralgia*[1], *muscle cramps*[1], *back pain*[1] *and neck pain*[1].
***INTEGUMENTARY:***[1] *normal*[1].
***NEUROLOGICAL:***[1] *headache*[1] *and dizziness*[1].
***PSYCHIATRIC:***[1] *normal*[1].
***ENDOCRINE:***[1] *normal*[1].
***HEMATOLOGIC/LYMPHATIC:***[1] *normal*[1].
***ALLERGIC/IMMUNOLOGIC:***[1] *normal*[1].

[1] *Amended By: Hulette, Cheri; Aug 30 2016 2:01 PM EST*

**Vitals**
**Vital Signs [Data Includes: Current Encounter]**

Patient: Kenny L. Haverly
Encounter: Aug 30 2016 11:00AM MRN: 1136760 (3)

| | Recorded: 30Aug2016 10:50AM |
|---|---|
| Height | 6 ft 1 in |
| Weight | 240 lb |
| BMI Calculated | **31.66** |
| BSA Calculated | 2.33 |
| Systolic | 120 |
| Diastolic | 82 |

**Neurology Exam**

General: General Appearance - Cooperative and Well groomed. Not Anxious or in acute distress. Build & Nutrition - Well nourished and well developed. Posture - Normal posture.

HEENT:
Head: Normocephalic. Face - Atraumatic.
Eyes: Ophthalmoscopic exam revealed normal optic discs bilaterally with normal cup to disc ratios and normal vessels with exudates or hemorrhages.
Ear: Normal.
Nose & Sinuses: Normal.
Mouth & Throat: Soft Palate - Normal. Tongue - Normal.

Neurologic Exam:
Mental Status: Normal. Affect: Normal and Appropriate. Not Anxious or Depressed.
Speech: Normal word comprehension. No dysarthria. Thought content/perception: Normal.
Cognitive function: No impairment of attention, concentration, global orientation, long term memory or short term memory.

Cranial Nerves (cranial nerves tested bilaterally)
CN II: Fundus - Normal.
Visual fields - Normal.
CN III: Extraocular movements intact bilaterally.
Pupils equal, round, reactive to light.
No nystagmus noted.
CN IV: Normal extraocular movements.
CN V: Normal.
CN VI: Normal extraocular movements.
CN VII: Normal facial muscles bilaterally.
CN VIII: Hearing normal.
CN XI: Normal Bilaterally.
CN XII Hypoglossal: Normal.

Motor: 5/5 strength in the upper and lower extremities with normal bulk and tone. No pronator drift.

Sensory Exam: Intact to light touch, pinprick and vibration bilaterally.

Cerebellar Exam: Intact to finger-to-nose, heel-to-shin, and rapid alternating movements.

Reflexes: 2+ (normal) and symmetric with both toes downgoing.

Gait: Normal on heels, toes, and tandem.

Romberg: Normal.

Musculoskeletal:
Motor: 5/5 strength with normal bulk and tone in the upper and lower extremities.

*Patient:* **Kenny L. Haverly**
*Encounter:* **Aug 30 2016 11:00AM** *MRN:* **1136760**

(4)

Gait: Normal on heels, toes, and tandem.

Romberg: Normal.

Cardiovascular:
Auscultation: Rhythm - Regular. Normal heart sounds. No Murmurs.
Carotid arteries: No Carotid bruits.

Chest & Lung Exam:
Inspection: Chest Wall - Normal.
Auscultation: Breath sounds - Normal.

Abdomen:
Inspection: Normal.
Auscultation: Positive bowel sounds.

Peripheral Vascular:
Upper Extremity: Temperature: Normal bilaterally.
Lower Extremity: Temperature: Normal bilaterally.
No edema bilaterally.

Musculoskeletal:
Spine: Movements - No pain and full range of motion.

Skin: Normal.

**Results/Data**

Mr. Haverly was seen by Dr. Fakhoury 8.18.16 who noted spells of visual hallucinations and past video EEG monitoring at UK in 2010 was negative other than focal slow wave activity in the temporal leads. It was noted the spells may be nonepileptic. Video EEG monitoring on two occasions was mentioned (UK and Vanderbilt) and an ictal SPECT was mentioned. Repeat video EEG monitoring was mentioned due to an increase in the spells.

*MRI brain w/ and w/o, SJH, 9.15.16: No acute intracranial abnormality and no pathologic enhancement. Reviewed on PACS 9.16.16.*
*Mr. Haverty was admitted to the epilepsy monitoring unit (SJH) on August 19 and discharged on August 21, 2016. He had frequent isolated jerks with no associated ictal EEG change. He also had another typical episode of visual symptoms and auras, also with no associated ictal EEG change. Continuous EEG recordings showed no epileptiform abnormality. The spells were discussed nonepileptic and possible migraine with aura was discussed.*
*[2] Labs, KLS, 8.30.16: B12 503. CK 73. CMP nl except crt 1.20 (0.55 - 1.02). HC 10.4. Vit D 22. CBC nl. ESR 13. Serum IFE studies show no evidence of monoclonal gammopathy. No significant abnormalities in the serum protein pattern. MMA <0.20.*
*[1]*

*[1] Amended By: Warren Chumley; Sep 08 2016 5:16 PM EST*
*[2] Amended By: Warren Chumley; Sep 16 2016 8:49 AM EST*

**Assessment**

1. Migraine with aura, intractable (346.01) (G43.119)
   - Complicated migraines - he has auditory hallucinations and visual hallucinations for which has been monitored 3 times, including by Dr. Fakhoury twice (UK and SJH) and at Vanderbilt.
2. Pineal gland cyst (259.8) (E34.8)

**Plan**

**Avitaminosis D**

1. Vitamin D, 25-Hydroxy; Status:Active; Requested for:30Aug2016;

*Patient:* **Kenny L. Haverly**
*Encounter:* **Aug 30 2016 11:00AM** *MRN:* **1136760**

(5)

**Complex partial seizure with impairment of consciousness**

2. Homocysteine; Status:Active; Requested for:30Aug2016;
3. Methylmalonic Acid Serum (Quant); Status:Active; Requested for:30Aug2016;
4. Vitamin B12; Status:Active; Requested for:30Aug2016;

**Migraine with aura, intractable**

5. Start: Almotriptan Malate 12.5 MG Oral Tablet; TAKE ONE TABLET BY MOUTH EVERY 2 HOURS AS NEEDED MAX 2 PER DAY AND 5 PER WEEK
6. Start: Cambia 50 MG Oral Packet; MIX THE CONTENTS OF 1 PACKET WITH 2 TO 4 TEASPOONS OF WATER AND DRINKAS NEEDED FOR HEADACHE
7. Start: Ondansetron HCl - 4 MG Oral Tablet; TAKE 1 TABLET 3 times daily PRN
8. Start: Propranolol HCl - 40 MG Oral Tablet; Take 1 tablet twice daily
9. CBC with Auto Diff; Status:Active; Requested for:30Aug2016;
10. CK; Status:Active; Requested for:30Aug2016;
11. Comp Metabolic Panel w/GFR; Status:Active; Requested for:30Aug2016;
12. Immunofixation, Serum; Status:Active; Requested for:30Aug2016;
13. MRI Brain W And W/O Cont, 70553; Status:Need Information - Required information,Financial Authorization; Requested for:30Aug2016;
14. Sedimentation Rate; Status:Active; Requested for:30Aug2016;
15. Follow-up visit in 1 month Outpatient Follow-up Status: Hold For - Scheduling Requested for: 30Aug2016

**Discussion/Summary**

Mr. Haverly has an interesting history in that he developed migraines in his late teens with an aura of seeing a halo (like a rainbow from oil and water). Then, around 2009, he began having auditory hallucinations and in 2010 began having visual hallucinations. He has chronic daily headaches, migraines once monthly, 2 types of visual hallucinations (seeing "schools of pixels" and swirling objects arranged as triangles); the triangle hallucinations are followed by severe headaches. He has been video EEG monitored at UK (by Dr, Fakhoury), Vanderbilt, and at SJH (by Dr. Fakhoury) and there is no evidence these are seizures; one possible explanation is migraine with complicated aura. We discussed this at length. He will undergo an MRI brain w/ and w/o and have labs drawn. He will start propranolol 40 mg, 1/2 bid for one week, then 40 mg bid. He may take almotriptan prn (Triptan counseling: the triptan may be taken once as needed for headache, it may be taken again in no less than 2 hours; and the triptan should not be taken more than twice in 24 hours nor should it be combined with another triptan medication within 24 hours.) He may also take Cambia and ondansetron prn. He will be seen back in 1 month; future options include nadolol, nortriptyline, Depakote, quetiapine.

**Signatures**

Electronically signed by : Cheri Hulette, ; Aug 30 2016 10:56AM EST (Co-author)
Electronically signed by : Warren Chumley, M.D.; Aug 30 2016 12:11PM EST (Author)
Electronically signed by : Cheri Hulette, ; Aug 30 2016 2:02PM EST (Co-author)
Electronically signed by : Warren Chumley, M.D.; Aug 30 2016 2:12PM EST (Author)
Electronically signed by : Warren Chumley, M.D.; Sep 8 2016 5:18PM EST (Author)
Electronically signed by : Warren Chumley, M.D.; Sep 16 2016 8:53AM EST (Author)

**Saint Joseph Neurology Associates**
**1021 Majestic Drive, Suite 200,**
**Lexington, KY 40513**
**Phone: (859) 296-1922 Fax: (859) 296-2603**

(6)

*MRN:* **1136760**

*Encounter Date:* **10/04/2016 10:45AM**

*DOB:*
*Home*
*Work:*

*Address:*
**Kenny Haverly**

**PCP:** Vincent, Jacob

## History Reported By

The history today is reported by the patient.

## Chief Complaint

Follow up for migraines.

## History of Present Illness

**HPI Free Text - v1.0:** Mr. Haverly was referred 8.30.16 for headaches. He is followed by Dr. Fakhoury for possible seizures manifest as hallucinations. He notes he has been monitored a 3rd time in the EMU and he does not feel the spells are seizures therefore Dr. Fakhoury referred him for possible migraine with aura. He has been on multiple anticonvulsant medications over the years. He notes the episodes started in late 2009 as auditory hallucinations - hearing music (like a sitar). This changed to classical music instruments (not melodic). He notes the sounds are changes of sounds in the surrounding environment. He notes a h/o migraines going back to his late teens; he notes he would see halos around lights before a migraine (like oil on water). He notes no h/o drug use but in January 2010 he started having visual hallucinations manifest as seeing himself crawl into a hole. He had a headache when this happened and went to bed; he slept 16 hours; he woke up at nighttime hallucinated sitting on a milk crate in his living room (he had seen the man before). This lasted for 2 - 3 seconds then another headache.
He has a constant background headache; he has a migraine once per month; he has minor episodes of seeing schools of "pixelated" fish going from left to right daily with no headache. He has major episodes of seeing triangular arrangements of swirling pieces which occurs up to every other day which are followed by headaches. He notes a pineal gland cyst.

**Headache:** The patient is being seen for a routine follow-up of.
**Headache History:**
**Current Headache Information:**
Currently the pain is left frontal, occasionally bitemporal. It is described as stabbing. On a scale of 0-10, the pain severity average is 5 and maximum is 12.
Symptoms include nausea, phonophobia and photophobia, but no vomiting.
Current treatment includes topiramate 50 mg bid; propranolol 40 mg bid; Cambia prn; almotriptan prn. (Previous Medications: Keppra, Vimpat, Imitrex before the hallucinations was not well tolerated, Tylenol, ibuprofen, Advil, naproxen. Amitriptyline)
Major episodes consist of seeing arrangements of three followed by a severe headache (about 9 per month); he sleep 6 hours later ("like waking up from surgery). The minor episodes consist of seeing pixelated fish sometimes followed by a less severe headache ("rapid fire") (about 30 - 60 per month). He has a constant background headache.
He was started on propranolol 8.30.16. He notes that the background headache is gone for 1 - 2 hours per day and he has had fewer "major" episodes.
He tried Cambia and almotriptan and the use of the triptan decreased the post migraine phase.

## Active Problems

*Patient:* **Kenny L. Haverly**
*Encounter:* **Oct 4 2016 10:45AM** *MRN:* **1136760**

7

1. Avitaminosis D (268.9) (E55.9)
2. Complex partial seizure with impairment of consciousness (345.40) (G40.209)
3. Migraine with aura, intractable (346.01) (G43.119)
   - Mr. Haverly was seen by Dr. Fakhoury 8.18.16 who noted spells of visual hallucinations and past video EEG monitoring at UK in 2010 was negative other than focal slow wave activity in the temporal leads. It was noted the spells may be nonepileptic. Video EEG monitoring on two occasions was mentioned (UK and Vanderbilt) and an ictal SPECT was mentioned. Repeat video EEG monitoring was mentioned due to an increase in the spells.

     MRI brain w/ and w/o, SJH, 9.15.16: No acute intracranial abnormality and no pathologic enhancement. Reviewed on PACS 9.16.16.
     Mr. Haverly was admitted to the epilepsy monitoring unit (SJH) on August 19 and discharged on August 21, 2016. He had frequent isolated jerks with no associated ictal EEG change. He also had another typical episode of visual symptoms and auras, also with no associated ictal EEG change. Continuous EEG recordings showed no epileptiform abnormality. The spells were discussed nonepileptic and possible migraine with aura was discussed.
     Labs, KLS, 8.30.16: B12 503. CK 73. CMP nl except crt 1.20 (0.55 - 1.02). HC 10.4. Vit D 22. CBC nl. ESR 13. Serum IFE studies show no evidence of monoclonal gammopathy. No significant abnormalities in the serum protein pattern. MMA <0.20.
   - Complicated migraines - he has auditory hallucinations and visual hallucinations for which has been monitored 3 times, including by Dr. Fakhoury twice (UK and SJH) and at Vanderbilt.
4. Nonepileptic episode (780.39) (R56.9)
5. Paresthesias (782.0) (R20.2)
6. Pineal gland cyst (259.8) (E34.8)
   - Mr. Haverly noted a h/o a pineal gland cyst when seen 8.30.16.

     MRI brain w/ and w/o, SJH, 9.15.16: No acute intracranial abnormality and no pathologic enhancement. Reviewed on PACS 9.16.16.
7. Simple partial seizure w/somatosensory or special sensory dysfunction (345.50) (G40.109)

## Allergies

- No Known Drug Allergies
  Recorded By: Merkel, Shannon; 8/18/2016 1:51:26 PM

## Current Meds

1. Almotriptan Malate 12.5 MG Oral Tablet; TAKE ONE TABLET BY MOUTH EVERY 2 HOURS AS NEEDED MAX 2 PER DAY AND 5 PER WEEK;
   Therapy: 30Aug2016 to (Evaluate:26Feb2017) Requested for: 30Aug2016; Last Rx:30Aug2016 Ordered
2. Naproxen 500 MG Oral Tablet; Take one tablet every 4 hours PRN for headaches;
   Therapy: 22Sep2016 to (Evaluate:21Dec2016) Requested for: 22Sep2016; Last Rx:22Sep2016 Ordered
3. Ondansetron HCl - 4 MG Oral Tablet; TAKE 1 TABLET 3 times daily PRN;
   Therapy: 30Aug2016 to (Evaluate:26Feb2017) Requested for: 30Aug2016; Last Rx:30Aug2016 Ordered
4. Propranolol HCl - 40 MG Oral Tablet; Take 1 tablet twice daily;
   Therapy: 30Aug2016 to (Evaluate:26Feb2017) Requested for: 30Aug2016; Last Rx:30Aug2016 Ordered
5. Topiramate 50 MG Oral Tablet; TAKE 1 TABLET TWICE DAILY;
   Therapy: (Recorded:18Aug2016) to Recorded
6. Vitamin D3 50000 UNIT Oral Tablet; TAKE 1 TABLET WEEKLY;
   Therapy: 31Aug2016 to (Evaluate:02Aug2017) Requested for: 31Aug2016; Last Rx:31Aug2016

*Patient:* **Kenny L. Haverly**
*Encounter:* **Oct 4 2016 10:45AM** *MRN:* **1136760**

(8)

Ordered

**Past Medical History**

History of Hernia (553.9) (K46.9)
History of appendicitis (V12.79) (Z87.19)
History of asthma (V12.69) (Z87.09)
History of concussion (V15.52) (Z87.820)
History of head injury (V15.59) (Z87.828)
History of kidney stones (V13.01) (Z87.442)
History of migraine headaches (V12.49) (Z86.69)
History of pneumonia (V12.61) (Z87.01)
History of varicella (V12.09) (Z86.19)

**Surgical History**

History of Appendectomy
History of Cholecystectomy
History of Hernia Repair
History of Surgery Epididymectomy Left

**Family History**

- Family history of migraine headaches (V17.2) (Z82.0)
- Family history of neuropathy (V17.2) (Z82.0)
- Family history of epilepsy (V17.2) (Z82.0)
- Family history of diabetes mellitus (V18.0) (Z83.3)
- Family history of leukemia (V16.6) (Z80.6)
- Family history of malignant neoplasm (V16.9) (Z80.9)
- Family history of rheumatoid arthritis (V17.7) (Z82.61)

**Social History**

Alcohol use (V49.89) (Z78.9)
Caffeine use (V49.89) (F15.90)
Completed college, bachelors degree
Lives with spouse
Married
Never a Smoker
No drug use

**Review of Systems**

**CONSTITUTIONAL:** fatigue.
**EYES:** normal.
**ENT:** normal.
**CARDIOVASCULAR:** normal.
**RESPIRATORY:** normal.
**GASTROINTESTINAL:** normal.
**GENITOURINARY:** normal.
**MUSCULOSKELETAL:** normal.
**INTEGUMENTARY:** normal.
**NEUROLOGICAL:** headache.
**PSYCHIATRIC:** normal.
**ENDOCRINE:** normal.
**HEMATOLOGIC/LYMPHATIC:** normal.
**ALLERGIC/IMMUNOLOGIC:** normal.

**Vitals**

*Patient:* **Kenny L. Haverly**
*Encounter:* **Oct 4 2016 10:45AM** *MRN:* **1136760**

(a)

**Vital Signs [Data Includes: Current Encounter]**

| | Recorded: 04Oct2016 10:36AM |
|---|---|
| Height | 6 ft 1 in |
| Weight | 244 lb |
| BMI Calculated | **32.19** |
| BSA Calculated | 2.34 |
| Systolic | 122 |
| Diastolic | 78 |

**Results/Data**

Mr. Haverly was seen by Dr. Fakhoury 8.18.16 who noted spells of visual hallucinations and past video EEG monitoring at UK in 2010 was negative other than focal slow wave activity in the temporal leads. It was noted the spells may be nonepileptic. Video EEG monitoring on two occasions was mentioned (UK and Vanderbilt) and an ictal SPECT was mentioned. Repeat video EEG monitoring was mentioned due to an increase in the spells.

MRI brain w/ and w/o, SJH, 9.15.16: No acute intracranial abnormality and no pathologic enhancement. Reviewed on PACS 9.16.16.
Mr. Haverly was admitted to the epilepsy monitoring unit (SJH) on August 19 and discharged on August 21, 2016. He had frequent isolated jerks with no associated ictal EEG change. He also had another typical episode of visual symptoms and auras, also with no associated ictal EEG change. Continuous EEG recordings showed no epileptiform abnormality. The spells were discussed nonepileptic and possible migraine with aura was discussed.
Labs, KLS, 8.30.16: B12 503. CK 73. CMP nl except crt 1.20 (0.55 - 1.02). HC 10.4. Vit D 22. CBC nl. ESR 13. Serum IFE studies show no evidence of monoclonal gammopathy. No significant abnormalities in the serum protein pattern. MMA <0.20.

**Assessment**

1. Migraine with aura, intractable (346.01) (G43.119)
   - Mr. Haverly was seen by Dr. Fakhoury 8.18.16 who noted spells of visual hallucinations and past video EEG monitoring at UK in 2010 was negative other than focal slow wave activity in the temporal leads. It was noted the spells may be nonepileptic. Video EEG monitoring on two occasions was mentioned (UK and Vanderbilt) and an ictal SPECT was mentioned. Repeat video EEG monitoring was mentioned due to an increase in the spells.

     MRI brain w/ and w/o, SJH, 9.15.16: No acute intracranial abnormality and no pathologic enhancement. Reviewed on PACS 9.16.16.
     Mr. Haverly was admitted to the epilepsy monitoring unit (SJH) on August 19 and discharged on August 21, 2016. He had frequent isolated jerks with no associated ictal EEG change. He also had another typical episode of visual symptoms and auras, also with no associated ictal EEG change. Continuous EEG recordings showed no epileptiform abnormality. The spells were discussed nonepileptic and possible migraine with aura was discussed.
     Labs, KLS, 8.30.16: B12 503. CK 73. CMP nl except crt 1.20 (0.55 - 1.02). HC 10.4. Vit D 22. CBC nl. ESR 13. Serum IFE studies show no evidence of monoclonal gammopathy. No significant abnormalities in the serum protein pattern. MMA <0.20.
   - Complicated migraines - he has auditory hallucinations and visual hallucinations for which has been monitored 3 times, including by Dr. Fakhoury twice (UK and SJH) and at Vanderbilt.
2. Pineal gland cyst (259.8) (E34.8)
   - Mr. Haverly noted a h/o a pineal gland cyst when seen 8.30.16.

*Patient:* **Kenny L. Haverly**
*Encounter:* **Oct 4 2016 10:45AM** *MRN:* **1136760**

(10)

MRI brain w/ and w/o, SJH, 9.15.16: No acute intracranial abnormality and no pathologic enhancement. Reviewed on PACS 9.16.16.

3. Avitaminosis D (268.9) (E55.9)

**Plan**

**Avitaminosis D**

1. Renew: Vitamin D3 50000 UNIT Oral Tablet; TAKE 1 TABLET WEEKLY

**Avitaminosis D, Migraine with aura, intractable, Pineal gland cyst**

2. Follow-up visit in 1 month Outpatient Follow-up Status: Hold For - Scheduling Requested for: 04Oct2016.

**Migraine with aura, intractable**

3. Start: Hydrocodone-Acetaminophen 7.5-325 MG Oral Tablet; TAKE 1 TABLET Twice daily PRN
4. Renew: Almotriptan Malate 12.5 MG Oral Tablet; TAKE ONE TABLET BY MOUTH EVERY 2 HOURS AS NEEDED MAX 2 PER DAY AND 5 PER WEEK
5. Renew: Propranolol HCl - 80 MG Oral Tablet; Take 1 tablet twice daily

**Discussion/Summary**

Mr. Haverly has an interesting history in that he developed migraines in his late teens with an aura of seeing a halo (like a rainbow from oil and water). Then, around 2009, he began having auditory hallucinations and in 2010 began having visual hallucinations. He has chronic daily headaches, migraines once monthly, 2 types of visual hallucinations (seeing "schools of pixels" and swirling objects arranged as triangles); the triangle hallucinations are followed by severe headaches. He has been video EEG monitored at UK (by Dr, Fakhoury), Vanderbilt, and at SJH (by Dr. Fakhoury) and there is no evidence these are seizures; one possible explanation is migraine with complicated aura. We discussed this at length. He underwent an MRI brain w/ and w/o at SJH 9.151.6 which was normal (there may be a pineal cyst) and he started propranolol and titrated to 40 mg bid. He has noted an improvement therefore the dose will be increased to 60 mg bid for one week then 80 mg bid. He notes the Cambia is not helpful but almotriptan has been helpful so will be continued; he requested hydrocodone for the more severe headaches and states #10 will last around 5 months or longer. He was asked to sign a pain contract today.

Future options include nadolol, nortriptyline, Depakote, and quetiapine.

**Signatures**

Electronically signed by : Anna Logan, CMA; Oct 4 2016 10:39AM EST (Co-author)
Electronically signed by : Warren Chumley, M.D.; Oct 4 2016 11:10AM EST (Author)

**Saint Joseph Neurology Associates**
**1021 Majestic Drive, Suite 200,**
**Lexington, KY 40513**
**Phone: (859) 296-1922 Fax: (859) 296-2603**

(11)

*MRN:* **1136760** *Encounter Date:* **11/09/2016 10:45AM**

*DOB:*
*Home:*
*Work:*

*Address:*
**Kenny Haverly**

PCP: Vincent, Jacob

## History Reported By

The history today is reported by the patient.

## Chief Complaint

Follow up for migraines.

## History of Present Illness

**HPI Free Text - v1.0:** Mr. Haverly was referred 8.30.16 for headaches. He is followed by Dr. Fakhoury for possible seizures manifest as hallucinations. He notes he has been monitored a 3rd time in the EMU and he does not feel the spells are seizures therefore Dr. Fakhoury referred him for possible migraine with aura. He has been on multiple anticonvulsant medications over the years. He notes the episodes started in late 2009 as auditory hallucinations - hearing music (like a sitar). This changed to classical music instruments (not melodic). He notes the sounds are changes of sounds in the surrounding environment. He notes a h/o migraines going back to his late teens; he notes he would see halos around lights before a migraine (like oil on water). He notes no h/o drug use but in January 2010 he started having visual hallucinations manifest as seeing himself crawl into a hole. He had a headache when this happened and went to bed; he slept 16 hours; he woke up at nighttime hallucinated sitting on a milk crate in his living room (he had seen the man before). This lasted for 2 - 3 seconds then another headache.

He has a constant background headache; he has a migraine once per month; he has minor episodes of seeing schools of "pixelated" fish going from left to right daily with no headache. He has major episodes of seeing triangular arrangements of swirling pieces which occurs up to every other day which are followed by headaches. He notes a pineal gland cyst.

**Headache:** The patient is being seen for a routine follow-up of.
**Headache History:**
**Current Headache Information:**
Currently the pain is left frontal, occasionally bitemporal. It is described as stabbing. On a scale of 0-10, the pain severity average is 5 and maximum is 12.
Symptoms include nausea, phonophobia and photophobia, but no vomiting.
Current treatment includes propranolol 80 mg BID; Cambia PRN; almotriptan PRN; vit D3 50,000 units weekly. (Previous Medications: topiramate, Keppra, Vimpat, Imitrex before the hallucinations was not well tolerated, Tylenol, ibuprofen, Advil, naproxen. Amitriptyline)
Major episodes consist of seeing arrangements of three followed by a severe headache (previously about 9 per month); he sleep 6 hours later ("like waking up from surgery"). The minor episodes consist of seeing pixelated fish sometimes followed by a less severe headache ("rapid fire") (previously about 30 - 60 per month). He has a constant background headache.
He was started on propranolol 8.30.16. The major episodes have come from 9 per month to 4 - 5 per month on propranolol 80 mg BID; he still has episodes of seeing "pixelated fish" daily. Overall he feels there has been an improvement with the propranolol.

*Patient:* **Kenny L. Haverly**
*Encounter:* **Nov 9 2016 10:45AM** *MRN:* **1136760**

(12)

**Active Problems**

1. Avitaminosis D (268.9) (E55.9)
2. Complex partial seizure with impairment of consciousness (345.40) (G40.209)
3. Migraine with aura, intractable (346.01) (G43.119)
   - Mr. Haverly was seen by Dr. Fakhoury 8.18.16 who noted spells of visual hallucinations and past video EEG monitoring at UK in 2010 was negative other than focal slow wave activity in the temporal leads. It was noted the spells may be nonepileptic. Video EEG monitoring on two occasions was mentioned (UK and Vanderbilt) and an ictal SPECT was mentioned. Repeat video EEG monitoring was mentioned due to an increase in the spells.

     MRI brain w/ and w/o, SJH, 9.15.16: No acute intracranial abnormality and no pathologic enhancement. Reviewed on PACS 9.16.16.
     Mr. Haverly was admitted to the epilepsy monitoring unit (SJH) on August 19 and discharged on August 21, 2016. He had frequent isolated jerks with no associated ictal EEG change. He also had another typical episode of visual symptoms and auras, also with no associated ictal EEG change. Continuous EEG recordings showed no epileptiform abnormality. The spells were discussed nonepileptic and possible migraine with aura was discussed.
     Labs, KLS, 8.30.16: B12 503. CK 73. CMP nl except crt 1.20 (0.55 - 1.02). HC 10.4. Vit D 22. CBC nl. ESR 13. Serum IFE studies show no evidence of monoclonal gammopathy. No significant abnormalities in the serum protein pattern. MMA <0.20.
   - Complicated migraines - he has auditory hallucinations and visual hallucinations for which has been monitored 3 times, including by Dr. Fakhoury twice (UK and SJH) and at Vanderbilt.
4. Nonepileptic episode (780.39) (R56.9)
5. Paresthesias (782.0) (R20.2)
6. Pineal gland cyst (259.8) (E34.8)
   - Mr. Haverly noted a h/o a pineal gland cyst when seen 8.30.16.

     MRI brain w/ and w/o, SJH, 9.15.16: No acute intracranial abnormality and no pathologic enhancement. Reviewed on PACS 9.16.16.
7. Simple partial seizure w/somatosensory or special sensory dysfunction (345.50) (G40.109)

**Allergies**

- No Known Drug Allergies
  Recorded By: Merkel, Shannon; 8/18/2016 1:51:26 PM

**Current Meds**

1. Almotriptan Malate 12.5 MG Oral Tablet; TAKE ONE TABLET BY MOUTH EVERY 2 HOURS AS NEEDED MAX 2 PER DAY AND 5 PER WEEK;
   Therapy: 30Aug2016 to (Evaluate:02Apr2017) Requested for: 04Oct2016; Last Rx:04Oct2016 Ordered
2. Hydrocodone-Acetaminophen 7.5-325 MG Oral Tablet; TAKE 1 TABLET Twice daily PRN;
   Therapy: 04Oct2016 to (Evaluate:03Nov2016); Last Rx:04Oct2016 Ordered
3. Naproxen 500 MG Oral Tablet; Take one tablet every 4 hours PRN for headaches;
   Therapy: 22Sep2016 to (Evaluate:21Dec2016) Requested for: 22Sep2016; Last Rx:22Sep2016 Ordered
4. Ondansetron HCl - 4 MG Oral Tablet; TAKE 1 TABLET 3 times daily PRN;
   Therapy: 30Aug2016 to (Evaluate:26Feb2017) Requested for: 30Aug2016; Last Rx:30Aug2016 Ordered
5. Propranolol HCl - 80 MG Oral Tablet; Take 1 tablet twice daily;
   Therapy: 30Aug2016 to (Evaluate:02Apr2017) Requested for: 04Oct2016; Last Rx:04Oct2016 Ordered
6. Vitamin D3 50000 UNIT Oral Tablet; TAKE 1 TABLET WEEKLY;

*Patient:* **Kenny L. Haverly**
*Encounter:* **Nov 9 2016 10:45AM** *MRN:* **1136760**

13

Therapy: 31Aug2016 to (Evaluate:02Apr2017) Requested for: 04Oct2016; Last Rx:04Oct2016 Ordered

**Past Medical History**

History of Hernia (553.9) (K46.9)
History of appendicitis (V12.79) (Z87.19)
History of asthma (V12.69) (Z87.09)
History of concussion (V15.52) (Z87.820)
History of head injury (V15.59) (Z87.828)
History of kidney stones (V13.01) (Z87.442)
History of migraine headaches (V12.49) (Z86.69)
History of pneumonia (V12.61) (Z87.01)
History of varicella (V12.09) (Z86.19)

**Surgical History**

History of Appendectomy
History of Cholecystectomy
History of Hernia Repair
History of Surgery Epididymectomy Left

**Family History**

- Family history of migraine headaches (V17.2) (Z82.0)
- Family history of neuropathy (V17.2) (Z82.0)
- Family history of epilepsy (V17.2) (Z82.0)
- Family history of diabetes mellitus (V18.0) (Z83.3)
- Family history of leukemia (V16.6) (Z80.6)
- Family history of malignant neoplasm (V16.9) (Z80.9)
- Family history of rheumatoid arthritis (V17.7) (Z82.61)

**Social History**

Alcohol use (V49.89) (Z78.9)
Caffeine use (V49.89) (F15.90)
Completed college, bachelors degree
Lives with spouse
Married
Never a Smoker
No drug use

**Review of Systems**

**CONSTITUTIONAL:** normal.
**EYES:** normal.
**ENT:** normal.
**CARDIOVASCULAR:** normal.
**RESPIRATORY:** normal.
**GASTROINTESTINAL:** normal.
**GENITOURINARY:** normal.
**MUSCULOSKELETAL:** normal.
**INTEGUMENTARY:** normal.
**NEUROLOGICAL:** headache.
**PSYCHIATRIC:** normal.
**ENDOCRINE:** normal.
**HEMATOLOGIC/LYMPHATIC:** normal.
**ALLERGIC/IMMUNOLOGIC:** normal.

**Vitals**

*Patient:* **Kenny L. Haverly**
*Encounter:* **Nov 9 2016 10:45AM** *MRN:* **1136760** (14)

**Vital Signs [Data Includes: Current Encounter]**

| | Recorded: 09Nov2016 10:34AM |
|---|---|
| Height | 6 ft 1 in |
| Weight | 254 lb |
| BMI Calculated | **33.51** |
| BSA Calculated | 2.38 |
| Systolic | 110 |
| Diastolic | 72 |

**Results/Data**

Mr. Haverly was seen by Dr. Fakhoury 8.18.16 who noted spells of visual hallucinations and past video EEG monitoring at UK in 2010 was negative other than focal slow wave activity in the temporal leads. It was noted the spells may be nonepileptic. Video EEG monitoring on two occasions was mentioned (UK and Vanderbilt) and an ictal SPECT was mentioned. Repeat video EEG monitoring was mentioned due to an increase in the spells.

MRI brain w/ and w/o, SJH, 9.15.16: No acute intracranial abnormality and no pathologic enhancement. Reviewed on PACS 9.16.16.
Mr. Haverly was admitted to the epilepsy monitoring unit (SJH) on August 19 and discharged on August 21, 2016. He had frequent isolated jerks with no associated ictal EEG change. He also had another typical episode of visual symptoms and auras, also with no associated ictal EEG change. Continuous EEG recordings showed no epileptiform abnormality. The spells were discussed nonepileptic and possible migraine with aura was discussed.
Labs, KLS, 8.30.16: B12 503. CK 73. CMP nl except crt 1.20 (0.55 - 1.02). HC 10.4. Vit D 22. CBC nl. ESR 13. Serum IFE studies show no evidence of monoclonal gammopathy. No significant abnormalities in the serum protein pattern. MMA <0.20.

**Assessment**

1. Migraine with aura, intractable (346.01) (G43.119)
   - Mr. Haverly was seen by Dr. Fakhoury 8.18.16 who noted spells of visual hallucinations and past video EEG monitoring at UK in 2010 was negative other than focal slow wave activity in the temporal leads. It was noted the spells may be nonepileptic. Video EEG monitoring on two occasions was mentioned (UK and Vanderbilt) and an ictal SPECT was mentioned. Repeat video EEG monitoring was mentioned due to an increase in the spells.

     MRI brain w/ and w/o, SJH, 9.15.16: No acute intracranial abnormality and no pathologic enhancement. Reviewed on PACS 9.16.16.
     Mr. Haverly was admitted to the epilepsy monitoring unit (SJH) on August 19 and discharged on August 21, 2016. He had frequent isolated jerks with no associated ictal EEG change. He also had another typical episode of visual symptoms and auras, also with no associated ictal EEG change. Continuous EEG recordings showed no epileptiform abnormality. The spells were discussed nonepileptic and possible migraine with aura was discussed.
     Labs, KLS, 8.30.16: B12 503. CK 73. CMP nl except crt 1.20 (0.55 - 1.02). HC 10.4. Vit D 22. CBC nl. ESR 13. Serum IFE studies show no evidence of monoclonal gammopathy. No significant abnormalities in the serum protein pattern. MMA <0.20.
   - Complicated migraines - he has auditory hallucinations and visual hallucinations for which has been monitored 3 times, including by Dr. Fakhoury twice (UK and SJH) and at Vanderbilt.
2. Pineal gland cyst (259.8) (E34.8)
   - Mr. Haverly noted a h/o a pineal gland cyst when seen 8.30.16.

MRI brain w/ and w/o, SJH, 9.15.16: No acute intracranial abnormality and no pathologic enhancement. Reviewed on PACS 9.16.16.

3. Avitaminosis D (268.9) (E55.9)

## Plan

### Avitaminosis D

1. Renew: Vitamin D3 50000 UNIT Oral Tablet; TAKE 1 TABLET WEEKLY

### Avitaminosis D, Migraine with aura, intractable, Pineal gland cyst

2. Follow-up visit in 3 months Outpatient Follow-up Status: Hold For - Scheduling Requested for: 09Nov2016

### Migraine with aura, intractable

3. Start: Divalproex Sodium ER 250 MG Oral Tablet Extended Release 24 Hour; TAKE 3 TABLET Bedtime
4. Renew: Almotriptan Malate 12.5 MG Oral Tablet; TAKE ONE TABLET BY MOUTH EVERY 2 HOURS AS NEEDED MAX 2 PER DAY AND 5 PER WEEK
5. Renew: Ondansetron HCl - 4 MG Oral Tablet; TAKE 1 TABLET 3 times daily PRN
6. Renew: Propranolol HCl - 80 MG Oral Tablet; Take 1 tablet twice daily

## Discussion/Summary

Mr. Haverly has an interesting history in that he developed migraines in his late teens with an aura of seeing a halo (like a rainbow from oil and water). Then, around 2009, he began having auditory hallucinations and in 2010 began having visual hallucinations. He has chronic daily headaches, migraines once monthly, 2 types of visual hallucinations (seeing "schools of pixels" and swirling objects arranged as triangles); the triangle hallucinations are followed by severe headaches. He has been video EEG monitored at UK (by Dr, Fakhoury), at Vanderbilt, and at SJH (again by Dr. Fakhoury) and there is no evidence these are seizures; one possible explanation is migraine with complicated aura. He underwent an MRI brain w/ and w/o at SJH 9.15.16 which was normal (aside from a possible pineal cyst which he has known about since 2011). The propranolol has been titrated to 80 mg twice daily and this has reduced the number of significant headaches from 9 per month to 4-5 per month; he still has the minor headaches (associated with seeing pixelated fish) daily. The propranolol will continue unchanged; Depakote ER will be added starting 250 mg each night for 1 week, and 500 mg each night for 1 week, and then 750 mg each night until next seen in 3 months. The class warnings for anti-seizure medications concerning the possibility of negative mood changes, worsening depression, and suicidal thoughts were discussed. When seen back he will need follow-up labs.

Future options include nadolol, nortriptyline, and quetiapine.

## Signatures

Electronically signed by : Anna Logan, CMA; Nov 9 2016 10:37AM EST (Co-author)
Electronically signed by : Warren Chumley, M.D.; Nov 9 2016 11:02AM EST (Author)

16

**Saint Joseph Neurology Associates**
**1021 Majestic Drive, Suite 200,**
**Lexington, KY 40513**
**Phone: (859) 296-1922 Fax: (859) 296-2603**

*MRN:* **1136760**

*Encounter Date:* **03/02/2017 3:30PM**

*DOB:*
*Home.*
*Work:*

*Address:*
**Kenny Haverly**

**PCP:** Vincent, Jacob

## History Reported By

The history today is reported by the patient.

## Chief Complaint

Follow up for migraines.

## History of Present Illness

**HPI Free Text - v1.0:** Mr. Haverly was referred 8.30.16 for headaches. He is followed by Dr. Fakhoury for possible seizures manifest as hallucinations. He notes he has been monitored a 3rd time in the EMU and he does not feel the spells are seizures therefore Dr. Fakhoury referred him for possible migraine with aura. He has been on multiple anticonvulsant medications over the years. He notes the episodes started in late 2009 as auditory hallucinations - hearing music (like a sitar). This changed to classical music instruments (not melodic). He notes the sounds are changes of sounds in the surrounding environment. He notes a h/o migraines going back to his late teens; he notes he would see halos around lights before a migraine (like oil on water). He notes no h/o drug use but in January 2010 he started having visual hallucinations manifest as seeing himself crawl into a hole. He had a headache when this happened and went to bed; he slept 16 hours; he woke up at nighttime hallucinated sitting on a milk crate in his living room (he had seen the man before). This lasted for 2 - 3 seconds then another headache.

He has a constant background headache; he has a migraine once per month; he has minor episodes of seeing schools of "pixelated" fish going from left to right daily with no headache. He has major episodes of seeing triangular arrangements of swirling pieces which occurs up to every other day which are followed by headaches. He notes a pineal gland cyst.

**Headache:** The patient is being seen for a routine follow-up of.
**Headache History:**
**Current Headache Information:**
Currently the pain is left frontal, occasionally bitemporal. It is described as stabbing. On a scale of 0-10, the pain severity average is 5 and maximum is 12.
Symptoms include nausea, phonophobia and photophobia, but no vomiting.
Current treatment includes propranolol 80 mg BID; Cambia PRN; almotriptan PRN; vit D3 50,000 units weekly. (Previous Medications: topiramate, Keppra, Vimpat, Imitrex before the hallucinations was not well tolerated, Tylenol, ibuprofen, Advil, naproxen. Amitriptyline)
He has major episodes consist of seeing arrangements of three followed by a severe headache (previously about 9 per month); he sleep 6 hours later ("like waking up from surgery"). The minor episodes consist of seeing pixelated fish sometimes followed by a less severe headache ("rapid fire") (previously about 30 - 60 per month). He has a constant background headache.
He was started on propranolol 8.30.16 and Depakote was added 11.9.2016 and increased to 750 mg QHS; this was taken down to 500 mg QHS 3 weeks ago due to weight gain and emotional blunting. He notes the very few major episodes (severe headache) on Depakote in November and December; in January he had 6 episodes (5 during a 4-day span). He only had two episodes in February. He has had several minor episodes recently

*Patient:* **Kenny L. Haverly**
*Encounter:* **Mar 2 2017 3:30PM** *MRN:* **1136760**

(17)

**Active Problems**

1. Avitaminosis D (268.9) (E55.9)
2. Complex partial seizure with impairment of consciousness (345.40) (G40.209)
3. Migraine with aura, intractable (346.01) (G43.119)
   - Mr. Haverly was seen by Dr. Fakhoury 8.18.16 who noted spells of visual hallucinations and past video EEG monitoring at UK in 2010 was negative other than focal slow wave activity in the temporal leads. It was noted the spells may be nonepileptic. Video EEG monitoring on two occasions was mentioned (UK and Vanderbilt) and an ictal SPECT was mentioned. Repeat video EEG monitoring was mentioned due to an increase in the spells.

     MRI brain w/ and w/o, SJH, 9.15.16: No acute intracranial abnormality and no pathologic enhancement. Reviewed on PACS 9.16.16.
     Mr. Haverly was admitted to the epilepsy monitoring unit (SJH) on August 19 and discharged on August 21, 2016. He had frequent isolated jerks with no associated ictal EEG change. He also had another typical episode of visual symptoms and auras, also with no associated ictal EEG change. Continuous EEG recordings showed no epileptiform abnormality. The spells were discussed nonepileptic and possible migraine with aura was discussed.
     Labs, KLS, 8.30.16: B12 503. CK 73. CMP nl except crt 1.20 (0.55 - 1.02). HC 10.4. Vit D 22. CBC nl. ESR 13. Serum IFE studies show no evidence of monoclonal gammopathy. No significant abnormalities in the serum protein pattern. MMA <0.20.
   - Complicated migraines - he has auditory hallucinations and visual hallucinations for which has been monitored 3 times, including by Dr. Fakhoury twice (UK and SJH) and at Vanderbilt.
4. Nonepileptic episode (780.39) (R56.9)
5. Paresthesias (782.0) (R20.2)
6. Pineal gland cyst (259.8) (E34.8)
   - Mr. Haverly noted a h/o a pineal gland cyst when seen 8.30.16.

     MRI brain w/ and w/o, SJH, 9.15.16: No acute intracranial abnormality and no pathologic enhancement. Reviewed on PACS 9.16.16.
7. Simple partial seizure w/somatosensory or special sensory dysfunction (345.50) (G40.109)

**Allergies**

- No Known Drug Allergies
  Recorded By: Merkel, Shannon; 8/18/2016 1:51:26 PM

**Current Meds**

1. Almotriptan Malate 12.5 MG Oral Tablet; TAKE ONE TABLET BY MOUTH EVERY 2 HOURS AS NEEDED MAX 2 PER DAY AND 5 PER WEEK
2. Hydrocodone-Acetaminophen 7.5-325 MG Oral Tablet; TAKE 1 TABLET Twice daily PRN
3. Naproxen 500 MG Oral Tablet; Take one tablet every 4 hours PRN for headaches
4. Ondansetron HCl - 4 MG Oral Tablet; TAKE 1 TABLET 3 times daily PRN
5. Propranolol HCl - 80 MG Oral Tablet; Take 1 tablet twice daily
6. Vitamin D3 50000 UNIT Oral Tablet; TAKE 1 TABLET WEEKLY

**Past Medical History**

History of Hernia (553.9) (K46.9)
History of appendicitis (V12.79) (Z87.19)
History of asthma (V12.69) (Z87.09)
History of concussion (V15.52) (Z87.820)
History of head injury (V15.59) (Z87.828)
History of kidney stones (V13.01) (Z87.442)

History of migraine headaches (V12.49) (Z86.69)
History of pneumonia (V12.61) (Z87.01)
History of varicella (V12.09) (Z86.19)

**Surgical History**
History of Appendectomy
History of Cholecystectomy
History of Hernia Repair
History of Surgery Epididymectomy Left

**Family History**
- Family history of migraine headaches (V17.2) (Z82.0)
- Family history of neuropathy (V17.2) (Z82.0)
- Family history of epilepsy (V17.2) (Z82.0)
- Family history of diabetes mellitus (V18.0) (Z83.3)
- Family history of leukemia (V16.6) (Z80.6)
- Family history of malignant neoplasm (V16.9) (Z80.9)
- Family history of rheumatoid arthritis (V17.7) (Z82.61)

**Social History**
Alcohol use (V49.89) (Z78.9)
Caffeine use (V49.89) (F15.90)
Completed college, bachelors degree
Lives with spouse
Married
Never smoker
No drug use

**Review of Systems**

**CONSTITUTIONAL:** fatigue and recent 15 lb weight gain.
**EYES:** normal.
**ENT:** normal.
**CARDIOVASCULAR:** normal.
**RESPIRATORY:** normal.
**GASTROINTESTINAL:** normal.
**GENITOURINARY:** normal.
**MUSCULOSKELETAL:** arthralgia, myalgia, back pain and neck pain.
**INTEGUMENTARY:** normal.
**NEUROLOGICAL:** headache, dizziness, lightheaded and temple pain.
**PSYCHIATRIC:** normal.
**ENDOCRINE:** normal.
**HEMATOLOGIC/LYMPHATIC:** normal.
**ALLERGIC/IMMUNOLOGIC:** normal.

**Vitals**
**Vital Signs**

| | Recorded: 02Mar2017 03:14PM |
|---|---|
| Height | 6 ft 1 in |
| Weight | 255 lb |
| BMI Calculated | **33.64** |
| BSA Calculated | 2.39 |

| | |
|---|---|
| Systolic | 132 |
| Diastolic | 88 |

**Physical Exam**

Mental Status - Alert.
General Appearance - Cooperative. Not in acute distress. Build & Nutrition - Well nourished.
HEENT - Eye Note: Pupils equal, reactive to light and to accommodation directly and consensually
Peripheral Vascular - Upper Extremity: Inspection - Bilateral - Normal.
Neurologic
Mental Status: Speech - Normal.
Cranial Nerves:
III Oculomotor: Pupillary constriction - Bilateral - Normal. Note: no ptosis, no Horner's sign, no Marcus Gunn pupil
VII Facial: - Normal and symmetric facial muscles.
Eye Movements: - PERRL. EOMI.
Sensory: Intact to pinprick in all 4 extremities.
Reflexes: 2+ throughout.
Musculoskeletal:
Motor: Tone: Normal.
Bulk: Normal.
Strength: 5/5 bilaterally in the upper and lower extremities.

**Results/Data**

Mr. Haverly was seen by Dr. Fakhoury 8.18.16 who noted spells of visual hallucinations and past video EEG monitoring at UK in 2010 was negative other than focal slow wave activity in the temporal leads. It was noted the spells may be nonepileptic. Video EEG monitoring on two occasions was mentioned (UK and Vanderbilt) and an ictal SPECT was mentioned. Repeat video EEG monitoring was mentioned due to an increase in the spells.

MRI brain w/ and w/o, SJH, 9.15.16: No acute intracranial abnormality and no pathologic enhancement. Reviewed on PACS 9.16.16.
Mr. Haverly was admitted to the epilepsy monitoring unit (SJH) on August 19 and discharged on August 21, 2016. He had frequent isolated jerks with no associated ictal EEG change. He also had another typical episode of visual symptoms and auras, also with no associated ictal EEG change. Continuous EEG recordings showed no epileptiform abnormality. The spells were discussed nonepileptic and possible migraine with aura was discussed.
Labs, KLS, 8.30.16: B12 503. CK 73. CMP nl except crt 1.20 (0.55 - 1.02). HC 10.4. Vit D 22. CBC nl. ESR 13.
Serum IFE studies show no evidence of monoclonal gammopathy. No significant abnormalities in the serum protein pattern. MMA <0.20.

**Assessment**

1. Migraine with aura, intractable (346.01) (G43.119)
    - Mr. Haverly was seen by Dr. Fakhoury 8.18.16 who noted spells of visual hallucinations and past video EEG monitoring at UK in 2010 was negative other than focal slow wave activity in the temporal leads. It was noted the spells may be nonepileptic. Video EEG monitoring on two occasions was mentioned (UK and Vanderbilt) and an ictal SPECT was mentioned. Repeat video EEG monitoring was mentioned due to an increase in the spells.

      MRI brain w/ and w/o, SJH, 9.15.16: No acute intracranial abnormality and no pathologic enhancement. Reviewed on PACS 9.16.16.
      Mr. Haverly was admitted to the epilepsy monitoring unit (SJH) on August 19 and discharged on August 21, 2016. He had frequent isolated jerks with no associated ictal EEG change. He also had another typical episode of visual symptoms and auras, also with no associated ictal EEG change. Continuous EEG recordings showed no epileptiform abnormality. The spells were discussed nonepileptic and possible migraine with aura was discussed.

*Patient:* **Kenny L. Haverly**
*Encounter:* **Mar 2 2017 3:30PM** *MRN:* **1136760**

(20)

Labs, KLS, 8.30.16: B12 503. CK 73. CMP nl except crt 1.20 (0.55 - 1.02). HC 10.4. Vit D 22. CBC nl. ESR 13. Serum IFE studies show no evidence of monoclonal gammopathy. No significant abnormalities in the serum protein pattern. MMA <0.20.

- Complicated migraines - he has auditory hallucinations and visual hallucinations for which has been monitored 3 times, including by Dr. Fakhoury twice (UK and SJH) and at Vanderbilt.

2. Pineal gland cyst (259.8) (E34.8)
   - Mr. Haverly noted a h/o a pineal gland cyst when seen 8.30.16.

   MRI brain w/ and w/o, SJH, 9.15.16: No acute intracranial abnormality and no pathologic enhancement. Reviewed on PACS 9.16.16.
3. Avitaminosis D (268.9) (E55.9)

## Plan

### Avitaminosis D

1. Renew: Vitamin D3 50000 UNIT Oral Tablet; TAKE 1 TABLET WEEKLY

### Migraine with aura, intractable

2. Changed: From Hydrocodone-Acetaminophen 7.5-325 MG Oral Tablet TAKE 1 TABLET Twice daily PRN To Hydrocodone-Acetaminophen 5-325 MG Oral Tablet TAKE 1 TABLET Daily PRN
3. Renew: Almotriptan Malate 12.5 MG Oral Tablet; TAKE ONE TABLET BY MOUTH EVERY 2 HOURS AS NEEDED MAX 2 PER DAY AND 5 PER WEEK
4. Renew: Ondansetron HCl - 4 MG Oral Tablet; TAKE 1 TABLET 3 times daily PRN
5. Renew: Propranolol HCl - 40 MG Oral Tablet; TAKE 3 TABLET Twice daily
6. Follow-up visit in 2 months Outpatient Follow-up Status: Hold For - Scheduling Requested for: 02Mar2017
7. Follow-up visit in 2 months Outpatient Follow-up Status: Hold For - Scheduling Requested for: 02Mar2017

## Discussion/Summary

Mr. Haverly has an interesting history in that he developed migraines in his late teens with an aura of seeing a halo (like a rainbow from oil and water). Then, around 2009, he began having auditory hallucinations and in 2010 began having visual hallucinations. He has chronic daily headaches, migraines once monthly, 2 types of visual hallucinations (seeing "schools of pixels" and swirling objects arranged as triangles); the triangle hallucinations are followed by severe headaches. He undergone video EEG monitoring at UK (by Dr, Fakhoury), at Vanderbilt, and at SJH (again by Dr. Fakhoury) and there is no evidence these are seizures; one possible explanation is migraine with complicated aura. He underwent an MRI brain w/ and w/o at SJH 9.15.16 which was normal (aside from a possible pineal cyst which he has known about since 2011). Propranolol has significantly reduced his number of major and minor headaches; Depakote was added November 9, 2016 but at 750 mg each night is causing weight gain and possibly hallucinations along with emotional blunting. He has reduced the dose to 500 mg each night and it will be tapered off by going to 250 mg each night for 1 week then off. The propranolol will be increased from 80 mg twice daily to 100 mg twice daily for 2 weeks then 120 mg twice daily until he is seen back in 2-3 months. When he returns follow-up labs will be performed.

Future options include nadolol, nortriptyline, and quetiapine.

## Signatures

Electronically signed by : Luthene Peyton, ; Mar 2 2017 3:21PM EST (Co-author)
Electronically signed by : Warren Chumley, M.D.; Mar 2 2017 3:58PM EST (Author)

(21)

**Saint Joseph Neurology Associates**
**1021 Majestic Drive, Suite 200,**
**Lexington, KY 40513**
**Phone: (859) 296-1922 Fax: (859) 296-2603**

*MRN:* **1136760**

*Encounter Date:* **05/30/2017 2:45PM**

*DOB:*
*Home*
*Work.*

*Address:*
**Kennv Haverlv**

**PCP:** Vincent, Jacob

## History Reported By

The history today is reported by the patient.

## Chief Complaint

Follow up for migraines.

## History of Present Illness

**HPI Free Text - v1.0:** Mr. Haverly was referred 8.30.16 for headaches. He is followed by Dr. Fakhoury for possible seizures manifest as hallucinations. He notes he has been monitored a 3rd time in the EMU and he does not feel the spells are seizures therefore Dr. Fakhoury referred him for possible migraine with aura. He has been on multiple anticonvulsant medications over the years. He notes the episodes started in late 2009 as auditory hallucinations - hearing music (like a sitar). This changed to classical music instruments (not melodic). He notes the sounds are changes of sounds in the surrounding environment. He notes a h/o migraines going back to his late teens; he notes he would see halos around lights before a migraine (like oil on water). He notes no h/o drug use but in January 2010 he started having visual hallucinations manifest as seeing himself crawl into a hole. He had a headache when this happened and went to bed; he slept 16 hours; he woke up at nighttime hallucinated sitting on a milk crate in his living room (he had seen the man before). This lasted for 2 - 3 seconds then another headache.

He has a constant background headache; he has a migraine once per month; he has minor episodes of seeing schools of "pixelated" fish going from left to right daily with no headache. He has major episodes of seeing triangular arrangements of swirling pieces which occurs up to every other day which are followed by headaches. He notes a pineal gland cyst.

**Headache:** The patient is being seen for a routine follow-up of.
**Headache History:**
**Current Headache Information:**
Currently the pain is left frontal, occasionally bitemporal. It is described as stabbing. On a scale of 0-10, the pain severity average is 5 and maximum is 12.
Symptoms include nausea, phonophobia and photophobia, but no vomiting.
Current treatment includes propranolol 120 mg BID; Cambia PRN; almotriptan PRN; vit D3 50,000 units weekly. (Previous Medications: topiramate, Keppra, Vimpat, Imitrex before the hallucinations was not well tolerated, Tylenol, ibuprofen, Advil, naproxen. Amitriptyline)
He has major episodes consist of seeing arrangements of three followed by a severe headache (previously about 9 per month); he sleep 6 hours later ("like waking up from surgery"). The minor episodes consist of seeing pixelated fish sometimes followed by a less severe headache ("rapid fire") (previously about 30-60 per month). He has a constant background headache.
The Depakote was tapered off in March 2017 and propranolol increased to 120 mg BID. His last major episode was at the first of May 2017; he has had 3 episodes of minor episodes; this represents continued improvement. He feels better off Depakote; he is tolerating the propranolol well.

*Patient:* **Kenny L. Haverly**
*Encounter:* **May 30 2017 2:45PM** *MRN:* **1136760**

22

**Active Problems**

1. Avitaminosis D (268.9) (E55.9)
2. Complex partial seizure with impairment of consciousness (345.40) (G40.209)
3. Migraine with aura, intractable (346.01) (G43.119)
   - Mr. Haverly was seen by Dr. Fakhoury 8.18.16 who noted spells of visual hallucinations and past video EEG monitoring at UK in 2010 was negative other than focal slow wave activity in the temporal leads. It was noted the spells may be nonepileptic. Video EEG monitoring on two occasions was mentioned (UK and Vanderbilt) and an ictal SPECT was mentioned. Repeat video EEG monitoring was mentioned due to an increase in the spells.
   - MRI brain w/ and w/o, SJH, 9.15.16: No acute intracranial abnormality and no pathologic enhancement. Reviewed on PACS 9.16.16.
   - Mr. Haverly was admitted to the epilepsy monitoring unit (SJH) on August 19 and discharged on August 21, 2016. He had frequent isolated jerks with no associated ictal EEG change. He also had another typical episode of visual symptoms and auras, also with no associated ictal EEG change. Continuous EEG recordings showed no epileptiform abnormality. The spells were discussed nonepileptic and possible migraine with aura was discussed.
   - Labs, KLS, 8.30.16: B12 503. CK 73. CMP nl except crt 1.20 (0.55 - 1.02). HC 10.4. Vit D 22. CBC nl. ESR 13. Serum IFE studies show no evidence of monoclonal gammopathy. No significant abnormalities in the serum protein pattern. MMA <0.20.
   - Complicated migraines - he has auditory hallucinations and visual hallucinations for which has been monitored 3 times, including by Dr. Fakhoury twice (UK and SJH) and at Vanderbilt.
4. Nonepileptic episode (780.39) (R56.9)
5. Paresthesias (782.0) (R20.2)
6. Pineal gland cyst (259.8) (E34.8)
   - Mr. Haverly noted a h/o a pineal gland cyst when seen 8.30.16.
   - MRI brain w/ and w/o, SJH, 9.15.16: No acute intracranial abnormality and no pathologic enhancement. Reviewed on PACS 9.16.16.
7. Simple partial seizure w/somatosensory or special sensory dysfunction (345.50) (G40.109)

**Allergies**

- No Known Drug Allergies
  Recorded By: Merkel, Shannon; 8/18/2016 1:51:26 PM

**Current Meds**

1. Almotriptan Malate 12.5 MG Oral Tablet; TAKE ONE TABLET BY MOUTH EVERY 2 HOURS AS NEEDED MAX 2 PER DAY AND 5 PER WEEK
2. Hydrocodone-Acetaminophen 5-325 MG Oral Tablet; TAKE 1 TABLET Daily PRN
3. Naproxen 500 MG Oral Tablet; Take one tablet every 4 hours PRN for headaches
4. Omeprazole 40 MG Oral Capsule Delayed Release
5. Ondansetron HCl - 4 MG Oral Tablet; TAKE 1 TABLET 3 times daily PRN
6. Propranolol HCl - 40 MG Oral Tablet; TAKE 3 TABLET Twice daily

**Past Medical History**

History of Hernia (553.9) (K46.9)
History of appendicitis (V12.79) (Z87.19)
History of asthma (V12.69) (Z87.09)
History of concussion (V15.52) (Z87.820)
History of head injury (V15.59) (Z87.828)
History of kidney stones (V13.01) (Z87.442)
History of migraine headaches (V12.49) (Z86.69)
History of pneumonia (V12.61) (Z87.01)
History of varicella (V12.09) (Z86.19)

**Surgical History**

History of Appendectomy
History of Cholecystectomy
History of Hernia Repair
History of Surgery Epididymectomy Left

**Family History**
- Family history of migraine headaches (V17.2) (Z82.0)
- Family history of neuropathy (V17.2) (Z82.0)
- Family history of epilepsy (V17.2) (Z82.0)
- Family history of diabetes mellitus (V18.0) (Z83.3)
- Family history of leukemia (V16.6) (Z80.6)
- Family history of malignant neoplasm (V16.9) (Z80.9)
- Family history of rheumatoid arthritis (V17.7) (Z82.61)

**Social History**
Alcohol use (V49.89) (Z78.9)
Caffeine use (V49.89) (F15.90)
Completed college, bachelors degree
Lives with spouse
Married
Never smoker
No drug use

**Review of Systems**

**CONSTITUTIONAL:** fatigue.
**EYES:** normal.
**ENT:** nasal discharge and nasal stuffiness.
**CARDIOVASCULAR:** normal.
**RESPIRATORY:** normal.
**GASTROINTESTINAL:** abdominal pain.
**GENITOURINARY:** normal.
**MUSCULOSKELETAL:** myalgia, hips, knee sciatia, muscle cramps, back pain and knee's ankles.
**INTEGUMENTARY:** normal.
**NEUROLOGICAL:** headache, dizziness, lightheaded, sleep disturbances, difficulty walking and feet numbness.
**PSYCHIATRIC:** normal.
**ENDOCRINE:** normal.
**HEMATOLOGIC/LYMPHATIC:** normal.
**ALLERGIC/IMMUNOLOGIC:** normal.

**Vitals**
**Vital Signs**

| | Recorded: 30May2017 02:40PM |
|---|---|
| Height | 6 ft 1 in |
| Weight | 256 lb |
| BMI Calculated | **33.78** |
| BSA Calculated | 2.39 |
| Systolic | 124 |
| Diastolic | 68 |

**Physical Exam**
Mental Status - Alert.

24

General Appearance - Cooperative. Not in acute distress. Build & Nutrition - Well nourished.
HEENT - Eye Note: Pupils equal, reactive to light and to accommodation directly and consensually
Peripheral Vascular - Upper Extremity: Inspection - Bilateral - Normal.
Neurologic
Mental Status: Speech - Normal.
Cranial Nerves:
III Oculomotor: Pupillary constriction - Bilateral - Normal. Note: no ptosis, no Horner's sign, no Marcus Gunn pupil
VII Facial: - Normal and symmetric facial muscles.
Eye Movements: - PERRL. EOMI.
Sensory: Intact to pinprick in all 4 extremities.
Reflexes: 2+ throughout.
Musculoskeletal:
Motor: Tone: Normal.
Bulk: Normal.
Strength: 5/5 bilaterally in the upper and lower extremities.

## Results/Data

*Mr. Haverly was seen by Dr. Fakhoury 8.18.16 who noted spells of visual hallucinations and past video EEG monitoring at UK in 2010 was negative other than focal slow wave activity in the temporal leads. It was noted the spells may be nonepileptic. Video EEG monitoring on two occasions was mentioned (UK and Vanderbilt) and an ictal SPECT was mentioned. Repeat video EEG monitoring was mentioned due to an increase in the spells.*

*MRI brain w/ and w/o, SJH, 9.15.16: No acute intracranial abnormality and no pathologic enhancement. Reviewed on PACS 9.16.16.*
*Mr. Haverly was admitted to the epilepsy monitoring unit (SJH) on August 19 and discharged on August 21, 2016. He had frequent isolated jerks with no associated ictal EEG change. He also had another typical episode of visual symptoms and auras, also with no associated ictal EEG change. Continuous EEG recordings showed no epileptiform abnormality. The spells were discussed nonepileptic and possible migraine with aura was discussed.*
*Labs, KLS, 8.30.16: B12 503. CK 73. CMP nl except crt 1.20 (0.55 - 1.02). HC 10.4. Vit D 22. CBC nl. ESR 13. Serum IFE studies show no evidence of monoclonal gammopathy. No significant abnormalities in the serum protein pattern. MMA <0.20.*
*Labs, KLS, 5/30/2017: CMP normal. Free T4 0.84. TSH 3.710. Vitamin D 11. CBC normal.*

~~*Mr. Haverly was seen by Dr. Fakhoury 8.18.16 who noted spells of visual hallucinations and past video EEG monitoring at UK in 2010 was negative other than focal slow wave activity in the temporal leads. It was noted the spells may be nonepileptic. Video EEG monitoring on two occasions was mentioned (UK and Vanderbilt) and an ictal SPECT was mentioned. Repeat video EEG monitoring was mentioned due to an increase in the spells.*~~

~~*MRI brain w/ and w/o, SJH, 9.15.16: No acute intracranial abnormality and no pathologic enhancement. Reviewed on PACS 9.16.16.*~~
~~*Mr. Haverly was admitted to the epilepsy monitoring unit (SJH) on August 19 and discharged on August 21, 2016. He had frequent isolated jerks with no associated ictal EEG change. He also had another typical episode of visual symptoms and auras, also with no associated ictal EEG change. Continuous EEG recordings showed no epileptiform abnormality. The spells were discussed nonepileptic and possible migraine with aura was discussed.*~~
~~*Labs, KLS, 8.30.16: B12 503. CK 73. CMP nl except crt 1.20 (0.55 - 1.02). HC 10.4. Vit D 22. CBC nl. ESR 13. Serum IFE studies show no evidence of monoclonal gammopathy. No significant abnormalities in the serum protein pattern. MMA <0.20.*~~

## Assessment

1. Migraine with aura, intractable (346.01) (G43.119)
   - Mr. Haverly was seen by Dr. Fakhoury 8.18.16 who noted spells of visual hallucinations and past video EEG monitoring at UK in 2010 was negative other than focal slow wave activity in the temporal leads. It was noted the spells may be nonepileptic. Video EEG monitoring on two occasions was mentioned (UK and Vanderbilt) and an ictal SPECT was mentioned. Repeat video EEG monitoring was mentioned due to an increase in the spells.
   - MRI brain w/ and w/o, SJH, 9.15.16: No acute intracranial abnormality and no pathologic enhancement. Reviewed on PACS 9.16.16.
   - Mr. Haverly was admitted to the epilepsy monitoring unit (SJH) on August 19 and discharged on August 21, 2016. He had frequent isolated jerks with no associated ictal

*Patient:* **Kenny L. Haverly**
*Encounter:* **May 30 2017 2:45PM** *MRN:* **1136760**

25

EEG change. He also had another typical episode of visual symptoms and auras; also with no associated ictal EEG change. Continuous EEG recordings showed no epileptiform abnormality. The spells were discussed nonepileptic and possible migraine with aura was discussed.

- Labs, KLS, 8.30.16: B12 503. CK 73. CMP nl except crt 1.20 (0.55 - 1.02). HC 10.4. Vit D 22. CBC nl. ESR 13. Serum IFE studies show no evidence of monoclonal gammopathy. No significant abnormalities in the serum protein pattern. MMA <0.20.
- Complicated migraines - he has auditory hallucinations and visual hallucinations for which has been monitored 3 times, including by Dr. Fakhoury twice (UK and SJH) and at Vanderbilt.

2. Pineal gland cyst (259.8) (E34.8)
   - Mr. Haverly noted a h/o a pineal gland cyst when seen 8.30.16.
   - MRI brain w/ and w/o, SJH, 9.15.16: No acute intracranial abnormality and no pathologic enhancement. Reviewed on PACS 9.16.16.
3. Avitaminosis D (268.9) (E55.9)

**Plan**

**Avitaminosis D**

1. Vitamin D, 25-Hydroxy; Status:Active; Requested for:30May2017;

**Avitaminosis D, Migraine with aura, intractable, Pineal gland cyst**

2. Follow-up visit in 3 months Outpatient Follow-up Status: Hold For - Scheduling Requested for: 30May2017

**Migraine with aura, intractable**

3. Renew: Almotriptan Malate 12.5 MG Oral Tablet; TAKE ONE TABLET BY MOUTH EVERY 2 HOURS AS NEEDED MAX 2 PER DAY AND 5 PER WEEK
4. Renew: Hydrocodone-Acetaminophen 5-325 MG Oral Tablet; TAKE 1 TABLET Daily PRN
5. Renew: Ondansetron HCl - 4 MG Oral Tablet; TAKE 1 TABLET AS NEEDED FOR NAUSEA
6. Renew: Propranolol HCl - 40 MG Oral Tablet; TAKE 3 TABLET Twice daily
7. CBC with Auto Diff; Status:Active; Requested for:30May2017;
8. Comp Metabolic Panel w/GFR; Status:Active; Requested for:30May2017;
9. Free T4; Status:Active; Requested for:30May2017;
10. TSH 3rd gen w/Reflex to FT4; Status:Active; Requested for:30May2017;

**Discussion/Summary**

Mr. Haverly has an interesting history in that he developed migraines in his late teens with an aura of seeing a halo (like a rainbow from oil and water). Then, around 2009, he began having auditory hallucinations and in 2010 began having visual hallucinations. He has chronic daily headaches, migraines once monthly, 2 types of visual hallucinations (seeing "schools of pixels" and swirling objects arranged as triangles); the triangle hallucinations are followed by severe headaches. He undergone video EEG monitoring at UK (by Dr, Fakhoury), at Vanderbilt, and at SJH (again by Dr. Fakhoury) and there is no evidence these are seizures; one possible explanation is migraine with complicated aura. He underwent an MRI brain w/ and w/o at SJH 9.15.16 which was normal (aside from a possible pineal cyst which he has known about since 2011). Propranolol has significantly reduced his number of major and minor headaches; Depakote was added 11/9/2016 but caused pain and emotional blunting therefore was tapered off in March 2017. He currently takes propranolol 120 mg twice daily and his major and minor headaches remain significantly improved. He has stopped vitamin D but will have a follow-up level today. No changes will be made and he will be seen back in 3 months.

Future options include nadolol, nortriptyline, and quetiapine.

**Signatures**

Electronically signed by : Luthene Peyton, RMA; May 30 2017 2:45PM EST (Co-author)
Electronically signed by : Warren Chumley, M.D.; May 30 2017 3:22PM EST (Author)
Electronically signed by : Warren Chumley, M.D.; May 31 2017 11:48AM EST (Author)

Saint Joseph Neurology Associates
1021 Majestic Drive, Suite 200,
Lexington, KY 40513
Phone: (859) 296-1922 Fax: (859) 296-2603

216

*MRN:* **1136760**

*Encounter Date:* **09/14/2017 3:15PM**

*DOB:*
*Home:*
*Work:*

*Address:*
**Kenny Haverly**

**PCP:** Vincent, Jacob

## History Reported By

The history today is reported by the patient.

## Chief Complaint

Follow up for migraines.

## History of Present Illness

**HPI Free Text - v1.0:** Mr. Haverly was referred 8.30.16 for headaches. He is followed by Dr. Fakhoury for possible seizures manifest as hallucinations. He notes he has been monitored a 3rd time in the EMU and he does not feel the spells are seizures therefore Dr. Fakhoury referred him for possible migraine with aura. He has been on multiple anticonvulsant medications over the years. He notes the episodes started in late 2009 as auditory hallucinations - hearing music (like a sitar). This changed to classical music instruments (not melodic). He notes the sounds are changes of sounds in the surrounding environment. He notes a h/o migraines going back to his late teens; he notes he would see halos around lights before a migraine (like oil on water). He notes no h/o drug use but in January 2010 he started having visual hallucinations manifest as seeing himself crawl into a hole. He had a headache when this happened and went to bed; he slept 16 hours; he woke up at nighttime hallucinated sitting on a milk crate in his living room (he had seen the man before). This lasted for 2 - 3 seconds then another headache.

He has a constant background headache; he has a migraine once per month; he has minor episodes of seeing schools of "pixelated" fish going from left to right daily with no headache. He has major episodes of seeing triangular arrangements of swirling pieces which occurs up to every other day which are followed by headaches. He notes a pineal gland cyst.

**Headache:** The patient is being seen for a routine follow-up of.
**Headache History:**
**Current Headache Information:**
Currently the pain is left frontal, occasionally bitemporal. It is described as stabbing. On a scale of 0-10, the pain severity average is 5 and maximum is 12.
Symptoms include nausea, phonophobia and photophobia, but no vomiting.
Current treatment includes propranolol 120 mg BID; Cambia PRN; almotriptan PRN; vit D3 50,000 units weekly. (Previous Medications: topiramate, Keppra, Vimpat, Imitrex before the hallucinations was not well tolerated, Tylenol, ibuprofen, Advil, naproxen. Amitriptyline)
He has major episodes consist of seeing arrangements of three followed by a severe headache (previously about 9 per month); he sleep 6 hours later ("like waking up from surgery"). The minor episodes consist of seeing pixelated fish sometimes followed by a less severe headache ("rapid fire") (previously about 30-60 per month). He has a constant background headache.
The Depakote was tapered off in March 2017 and propranolol increased to 120 mg BID. Since he was seen 5/30/2017 are still down to 1-2 per day but not intrusive (still improved); he notes the "rapid-fire" are worse but not significantly worse. The major headaches have been stable.
He notes significant fatigue; he notes it has accelerated over the past 2 months despite exercising regularly.

*Patient:* **Kenny L. Haverly**
*Encounter:* **Sep 14 2017 3:15PM** *MRN:* **1136760**

(27)

**Active Problems**

1. Avitaminosis D (268.9) (E55.9)
2. Complex partial seizure with impairment of consciousness (345.40) (G40.209)
3. Migraine with aura, intractable (346.01) (G43.119)
   - Mr. Haverly was seen by Dr. Fakhoury 8.18.16 who noted spells of visual hallucinations and past video EEG monitoring at UK in 2010 was negative other than focal slow wave activity in the temporal leads. It was noted the spells may be nonepileptic. Video EEG monitoring on two occasions was mentioned (UK and Vanderbilt) and an ictal SPECT was mentioned. Repeat video EEG monitoring was mentioned due to an increase in the spells.

     MRI brain w/ and w/o, SJH, 9.15.16: No acute intracranial abnormality and no pathologic enhancement. Reviewed on PACS 9.16.16.
     Mr. Haverly was admitted to the epilepsy monitoring unit (SJH) on August 19 and discharged on August 21, 2016. He had frequent isolated jerks with no associated ictal EEG change. He also had another typical episode of visual symptoms and auras, also with no associated ictal EEG change. Continuous EEG recordings showed no epileptiform abnormality. The spells were discussed nonepileptic and possible migraine with aura was discussed.
     Labs, KLS, 8.30.16: B12 503. CK 73. CMP nl except crt 1.20 (0.55 - 1.02). HC 10.4. Vit D 22. CBC nl. ESR 13. Serum IFE studies show no evidence of monoclonal gammopathy. No significant abnormalities in the serum protein pattern. MMA <0.20.
   - Complicated migraines - he has auditory hallucinations and visual hallucinations for which has been monitored 3 times, including by Dr. Fakhoury twice (UK and SJH) and at Vanderbilt.
4. Nonepileptic episode (780.39) (R56.9)
5. Paresthesias (782.0) (R20.2)
6. Pineal gland cyst (259.8) (E34.8)
   - Mr. Haverly noted a h/o a pineal gland cyst when seen 8.30.16.

     MRI brain w/ and w/o, SJH, 9.15.16: No acute intracranial abnormality and no pathologic enhancement. Reviewed on PACS 9.16.16.
7. Simple partial seizure w/somatosensory or special sensory dysfunction (345.50) (G40.109)

**Allergies**

- No Known Drug Allergies
  Recorded By: Merkel, Shannon; 8/18/2016 1:51:26 PM

**Current Meds**

1. Almotriptan Malate 12.5 MG Oral Tablet; TAKE ONE TABLET BY MOUTH EVERY 2 HOURS AS NEEDED MAX 2 PER DAY AND 5 PER WEEK
2. Hydrocodone-Acetaminophen 5-325 MG Oral Tablet; TAKE 1 TABLET Daily PRN
3. Naproxen 500 MG Oral Tablet; Take one tablet every 4 hours PRN for headaches
4. Omeprazole 40 MG Oral Capsule Delayed Release
5. Ondansetron HCl - 4 MG Oral Tablet; TAKE 1 TABLET AS NEEDED FOR NAUSEA
6. Propranolol HCl - 40 MG Oral Tablet; TAKE 3 TABLET Twice daily
7. Vitamin D3 50000 UNIT Oral Capsule; TAKE 1 CAPSULE Weekly

**Past Medical History**

History of Hernia (553.9) (K46.9)
History of appendicitis (V12.79) (Z87.19)
History of asthma (V12.69) (Z87.09)
History of concussion (V15.52) (Z87.820)
History of head injury (V15.59) (Z87.828)

History of kidney stones (V13.01) (Z87.442)
History of migraine headaches (V12.49) (Z86.69)
History of pneumonia (V12.61) (Z87.01)
History of varicella (V12.09) (Z86.19)

**Surgical History**
History of Appendectomy
History of Cholecystectomy
History of Hernia Repair
History of Surgery Epididymectomy Left

**Family History**
- Family history of migraine headaches (V17.2) (Z82.0)
- Family history of neuropathy (V17.2) (Z82.0)
- Family history of epilepsy (V17.2) (Z82.0)
- Family history of diabetes mellitus (V18.0) (Z83.3)
- Family history of leukemia (V16.6) (Z80.6)
- Family history of malignant neoplasm (V16.9) (Z80.9)
- Family history of rheumatoid arthritis (V17.7) (Z82.61)

**Social History**
Alcohol use (V49.89) (Z78.9)
Caffeine use (V49.89) (F15.90)
Completed college, bachelors degree
Lives with spouse
Married
Never smoker
No drug use

**Review of Systems**
A complete review of systems revealed no pertinent patient complaints except as noted below.
**CONSTITUTIONAL:** fatigue.
**RESPIRATORY:** expressed as feeling short of breath.
**NEUROLOGICAL:** headache.

**Vitals**
**Vital Signs**

| | Recorded: 14Sep2017 03:04PM |
|---|---|
| Height | 6 ft 1 in |
| Weight | 256 lb |
| BMI Calculated | **33.78** |
| BSA Calculated | 2.39 |
| Systolic | 110 |
| Diastolic | 72 |

**Physical Exam**
Mental Status - Alert.
General Appearance - Cooperative. Not in acute distress. Build & Nutrition - Well nourished.
HEENT - Eye Note: Pupils equal, reactive to light and to accommodation directly and consensually
Peripheral Vascular - Upper Extremity: Inspection - Bilateral - Normal.
Neurologic

*Patient:* **Kenny L. Haverly**
*Encounter:* **Sep 14 2017 3:15PM** *MRN:* **1136760**

29

Mental Status: Speech - Normal.
Cranial Nerves:
III Oculomotor: Pupillary constriction - Bilateral - Normal: Note: no ptosis, no Horner's sign, no Marcus Gunn pupil
VII Facial: - Normal and symmetric facial muscles.
Eye Movements: - PERRL. EOMI.
Sensory: Intact to pinprick in all 4 extremities.
Reflexes: 2+ throughout.
Musculoskeletal:
Motor: Tone: Normal.
Bulk: Normal.
Strength: 5/5 bilaterally in the upper and lower extremities.

## Results/Data

Mr. Haverly was seen by Dr. Fakhoury 8.18.16 who noted spells of visual hallucinations and past video EEG monitoring at UK in 2010 was negative other than focal slow wave activity in the temporal leads. It was noted the spells may be nonepileptic. Video EEG monitoring on two occasions was mentioned (UK and Vanderbilt) and an ictal SPECT was mentioned. Repeat video EEG monitoring was mentioned due to an increase in the spells.

MRI brain w/ and w/o, SJH, 9.15.16: No acute intracranial abnormality and no pathologic enhancement. Reviewed on PACS 9.16.16.
Mr. Haverly was admitted to the epilepsy monitoring unit (SJH) on August 19 and discharged on August 21, 2016. He had frequent isolated jerks with no associated ictal EEG change. He also had another typical episode of visual symptoms and auras, also with no associated ictal EEG change. Continuous EEG recordings showed no epileptiform abnormality. The spells were discussed nonepileptic and possible migraine with aura was discussed.
Labs, KLS, 8.30.16: B12 503. CK 73. CMP nl except crt 1.20 (0.55 - 1.02). HC 10.4. Vit D 22. CBC nl. ESR 13. Serum IFE studies show no evidence of monoclonal gammopathy. No significant abnormalities in the serum protein pattern. MMA <0.20.
Labs, KLS, 5/30/2017: CMP normal. Free T4 0.84. TSH 3.710. Vitamin D 11. CBC normal.

## Assessment

1. Migraine with aura, intractable (346.01) (G43.119)
   - Mr. Haverly was seen by Dr. Fakhoury 8.18.16 who noted spells of visual hallucinations and past video EEG monitoring at UK in 2010 was negative other than focal slow wave activity in the temporal leads. It was noted the spells may be nonepileptic. Video EEG monitoring on two occasions was mentioned (UK and Vanderbilt) and an ictal SPECT was mentioned. Repeat video EEG monitoring was mentioned due to an increase in the spells.

     MRI brain w/ and w/o, SJH, 9.15.16: No acute intracranial abnormality and no pathologic enhancement. Reviewed on PACS 9.16.16.
     Mr. Haverly was admitted to the epilepsy monitoring unit (SJH) on August 19 and discharged on August 21, 2016. He had frequent isolated jerks with no associated ictal EEG change. He also had another typical episode of visual symptoms and auras, also with no associated ictal EEG change. Continuous EEG recordings showed no epileptiform abnormality. The spells were discussed nonepileptic and possible migraine with aura was discussed.
     Labs, KLS, 8.30.16: B12 503. CK 73. CMP nl except crt 1.20 (0.55 - 1.02). HC 10.4. Vit D 22. CBC nl. ESR 13. Serum IFE studies show no evidence of monoclonal gammopathy. No significant abnormalities in the serum protein pattern. MMA <0.20.
   - Complicated migraines - he has auditory hallucinations and visual hallucinations for which has been monitored 3 times, including by Dr. Fakhoury twice (UK and SJH) and at Vanderbilt.

*Patient:* **Kenny L. Haverly**
*Encounter:* **Sep 14 2017 3:15PM** *MRN:* **1136760**

2D

2. Pineal gland cyst (259.8) (E34.8)
   - Mr. Haverly noted a h/o a pineal gland cyst when seen 8.30.16.

   MRI brain w/ and w/o, SJH, 9.15.16: No acute intracranial abnormality and no pathologic enhancement. Reviewed on PACS 9.16.16.
3. Avitaminosis D (268.9) (E55.9)

### Plan

**Avitaminosis D**

1. Renew: Vitamin D3 50000 UNIT Oral Capsule; TAKE 1 CAPSULE Weekly

**Migraine with aura, intractable**

2. Renew: Almotriptan Malate 12.5 MG Oral Tablet; TAKE ONE TABLET BY MOUTH EVERY 2 HOURS AS NEEDED MAX 2 PER DAY AND 5 PER WEEK
3. Renew: Hydrocodone-Acetaminophen 5-325 MG Oral Tablet; TAKE 1 TABLET Daily PRN
4. Renew: Naproxen 500 MG Oral Tablet; Take one tablet every 4 hours PRN for headaches
5. Renew: Ondansetron HCl - 4 MG Oral Tablet; TAKE 1 TABLET AS NEEDED FOR NAUSEA
6. Renew: Propranolol HCl - 40 MG Oral Tablet; TAKE 3 TABLET Twice daily
7. Follow-up visit in 3 months Outpatient Follow-up Status: Complete Done: 14Sep2017

### Discussion/Summary

Mr. Haverly has an interesting history in that he developed migraines in his late teens with an aura of seeing a halo (like a rainbow from oil and water). Then, around 2009, he began having auditory hallucinations and in 2010 began having visual hallucinations. He has chronic daily headaches, migraines once monthly, 2 types of visual hallucinations (seeing "schools of pixels" and swirling objects arranged as triangles); the triangle hallucinations are followed by severe headaches. He undergone video EEG monitoring at UK (by Dr. Fakhoury), at Vanderbilt, and at SJH (again by Dr. Fakhoury in August 2016) and there is no evidence these are seizures; one possible explanation is migraine with complicated aura. He underwent an MRI brain w/ and w/o at SJH 9.15.16 which was normal (aside from a possible pineal cyst which he has known about since 2011). Propranolol has significantly reduced his number of major and minor headaches; Depakote was added 11/9/2016 but caused pain and emotional blunting therefore was tapered off in March 2017. He currently takes propranolol 120 mg twice daily and notes that his major and minor headaches remain significantly improved. The concern now is that he has significant fatigue. He is reticent to change the propranolol therefore, after discussion, he will discuss the fatigue with his primary care physician. If no other conclusion is reached, consideration will be given to substituting the propranolol with another beta blocker, such as nadolol, or changing to a different class such as nortriptyline or quetiapine. He will follow-up in 3 months.

Future options include nadolol, nortriptyline, and quetiapine.

### Signatures

Electronically signed by : Anna Logan, CMA; Sep 14 2017 3:08PM EST (Co-author)
Electronically signed by : Warren Chumley, M.D.; Sep 14 2017 3:45PM EST (Author)

(21)

Saint Joseph Neurology Associates
1021 Majestic Drive, Suite 200,
Lexington, KY 40513
Phone: (859) 296-1922 Fax: (859) 296-2603

*MRN:* **1136760**

*Encounter Date:* **01/05/2018 3:30PM**

*DOB:*
*Home:*
*Work:*

*Address:*
**Kenny Haverly**

PCP: Vincent, Jacob

## History Reported By

Patient

## Chief Complaint

Follow up for seizures.

## History of Present Illness

**HPI Free Text - v1.0:** Mr. Haverly was referred 8.30.16 for headaches. He is followed by Dr. Fakhoury for possible seizures manifest as hallucinations. He notes he has been monitored a 3rd time in the EMU and he does not feel the spells are seizures therefore Dr. Fakhoury referred him for possible migraine with aura. He has been on multiple anticonvulsant medications over the years. He notes the episodes started in late 2009 as auditory hallucinations - hearing music (like a sitar). This changed to classical music instruments (not melodic). He notes the sounds are changes of sounds in the surrounding environment. He notes a h/o migraines going back to his late teens; he notes he would see halos around lights before a migraine (like oil on water). He notes no h/o drug use but in January 2010 he started having visual hallucinations manifest as seeing himself crawl into a hole. He had a headache when this happened and went to bed; he slept 16 hours; he woke up at nighttime hallucinated sitting on a milk crate in his living room (he had seen the man before). This lasted for 2 - 3 seconds then another headache.

He has a constant background headache; he has a migraine once per month; he has minor episodes of seeing schools of "pixelated" fish going from left to right daily with no headache. He has major episodes of seeing triangular arrangements of swirling pieces which occurs up to every other day which are followed by headaches. He notes a pineal gland cyst.

**Headache:** The patient is being seen for a routine follow-up of.
**Headache History:**
**Current Headache Information:**
Currently the pain is left frontal, occasionally bitemporal. It is described as stabbing. On a scale of 0-10, the pain severity average is 5 and maximum is 12.
Symptoms include nausea, phonophobia and photophobia, but no vomiting.
Current treatment includes propranolol 120 mg BID; Cambia PRN; almotriptan PRN; vit D3 50,000 units weekly. (Previous Medications: topiramate, Keppra, Vimpat, Imitrex before the hallucinations was not well tolerated, Tylenol, ibuprofen, Advil, naproxen. Amitriptyline)
He has major episodes consist of seeing arrangements of three followed by a severe headache (previously about 9 per month); he sleep 6 hours later ("like waking up from surgery"). The minor episodes consist of seeing pixelated fish sometimes followed by a less severe headache ("rapid fire") (previously about 30-60 per month). He has a constant background headache.
The Depakote was tapered off in March 2017 and propranolol increased to 120 mg BID.
He notes his headaches have been worse since November 2017. He had 7 painful headaches in November 2017 and 8 in December 2017. He had 9 episodes of seeing pixelated fish in November, which are painful at times. He notes his left eye and field of vision were like "looking through ripples on a pond", like horizontal heat waves. He was on amitriptyline for the last two weeks of November 2017, which caused fatigue.

*Patient:* **Kenny L. Haverly**
*Encounter:* **Jan 5 2018 3:30PM** *MRN:* **1136760**

(22)

**Active Problems**

1. Avitaminosis D (268.9) (E55.9)
2. Complex partial seizure with impairment of consciousness (345.40) (G40.209)
3. Migraine with aura, intractable (346.01) (G43.119)
   Mr. Haverly was seen by Dr. Fakhoury 8.18.16 who noted spells of visual hallucinations and past video EEG monitoring at UK in 2010 was negative other than focal slow wave activity in the temporal leads. It was noted the spells may be nonepileptic. Video EEG monitoring on two occasions was mentioned (UK and Vanderbilt) and an ictal SPECT was mentioned. Repeat video EEG monitoring was mentioned due to an increase in the spells.

   MRI brain w/ and w/o, SJH, 9.15.16: No acute intracranial abnormality and no pathologic enhancement. Reviewed on PACS 9.16.16.
   Mr. Haverly was admitted to the epilepsy monitoring unit (SJH) on August 19 and discharged on August 21, 2016. He had frequent isolated jerks with no associated ictal EEG change. He also had another typical episode of visual symptoms and auras, also with no associated ictal EEG change. Continuous EEG recordings showed no epileptiform abnormality. The spells were discussed nonepileptic and possible migraine with aura was discussed.
   Labs, KLS, 8.30.16: B12 503. CK 73. CMP nl except crt 1.20 (0.55 - 1.02). HC 10.4. Vit D 22. CBC nl. ESR 13. Serum IFE studies show no evidence of monoclonal gammopathy. No significant abnormalities in the serum protein pattern. MMA <0.20.
   Complicated migraines - he has auditory hallucinations and visual hallucinations for which has been monitored 3 times, including by Dr. Fakhoury twice (UK and SJH) and at Vanderbilt.
4. Nonepileptic episode (780.39) (R56.9)
5. Paresthesias (782.0) (R20.2)
6. Pineal gland cyst (259.8) (E34.8)
   Mr. Haverly noted a h/o a pineal gland cyst when seen 8.30.16.

   MRI brain w/ and w/o, SJH, 9.15.16: No acute intracranial abnormality and no pathologic enhancement. Reviewed on PACS 9.16.16.
7. Simple partial seizure w/somatosensory or special sensory dysfunction (345.50) (G40.109)

**Allergies**

- No Known Drug Allergies
  Recorded By: Merkel, Shannon; 8/18/2016 1:51:26 PM

**Current Meds**

1. Almotriptan Malate 12.5 MG Oral Tablet; TAKE ONE TABLET BY MOUTH EVERY 2 HOURS AS NEEDED MAX 2 PER DAY AND 5 PER WEEK
2. Hydrocodone-Acetaminophen 5-325 MG Oral Tablet; TAKE 1 TABLET Daily PRN
3. Naproxen 500 MG Oral Tablet; Take one tablet every 4 hours PRN for headaches
4. Omeprazole 40 MG Oral Capsule Delayed Release
5. Ondansetron HCl - 4 MG Oral Tablet; TAKE 1 TABLET AS NEEDED FOR NAUSEA
6. Propranolol HCl - 40 MG Oral Tablet; TAKE 3 TABLET Twice daily
7. Vitamin D3 50000 UNIT Oral Capsule; TAKE 1 CAPSULE Weekly

**Past Medical History**

History of Hernia (553.9) (K46.9)

History of appendicitis (V12.79) (Z87.19)
History of asthma (V12.69) (Z87.09)
History of concussion (V15.52) (Z87.820)
History of head injury (V15.59) (Z87.828)
History of kidney stones (V13.01) (Z87.442)
History of migraine headaches (V12.49) (Z86.69)
History of pneumonia (V12.61) (Z87.01)
History of varicella (V12.09) (Z86.19)

**Surgical History**
History of Appendectomy
History of Cholecystectomy
History of Hernia Repair
History of Surgery Epididymectomy Left

**Family History**
- Family history of migraine headaches (V17.2) (Z82.0)
- Family history of neuropathy (V17.2) (Z82.0)
- Family history of epilepsy (V17.2) (Z82.0)
- Family history of diabetes mellitus (V18.0) (Z83.3)
- Family history of leukemia (V16.6) (Z80.6)
- Family history of malignant neoplasm (V16.9) (Z80.9)
- Family history of rheumatoid arthritis (V17.7) (Z82.61)

**Social History**
Alcohol use (V49.89) (Z78.9)
Caffeine use (V49.89) (F15.90)
Completed college, bachelors degree
Lives with spouse
Married
Never smoker
No drug use

**Review of Systems**

**CONSTITUTIONAL:** fatigue.
**EYES:** change in vision.
**ENT:** nasal discharge and nasal stuffiness.
**CARDIOVASCULAR:** normal.
**RESPIRATORY:** normal.
**GASTROINTESTINAL:** normal.
**GENITOURINARY:** normal.
**MUSCULOSKELETAL:** normal.
**INTEGUMENTARY:** normal.
**NEUROLOGICAL:** headache, dizziness, sleep disturbances, left side of face numbness and facial pain, but has not had seizures.
**PSYCHIATRIC:** normal.
**ENDOCRINE:** normal.
**HEMATOLOGIC/LYMPHATIC:** normal.
**ALLERGIC/IMMUNOLOGIC:** normal.

**Vitals**
**Vital Signs**

| | Recorded: 05Jan2018 03:15PM |
|---|---|

(34)

*Patient:* **Kenny L. Haverly**
*Encounter:* **Jan 5 2018 3:30PM** *MRN:* **1136760**

| | |
|---|---|
| Height | 6 ft 1 in |
| Weight | 258 lb |
| BMI Calculated | **34.04** |
| BSA Calculated | 2.4 |
| Systolic | 130 |
| Diastolic | 82 |

**Physical Exam**
Mental Status - Alert.
General Appearance - Cooperative. Not in acute distress. Build & Nutrition - Well nourished.
HEENT - Eye Note: Pupils equal, reactive to light and to accommodation directly and consensually
Peripheral Vascular - Upper Extremity: Inspection - Bilateral - Normal.
Neurologic
Mental Status: Speech - Normal.
Cranial Nerves:
III Oculomotor: Pupillary constriction - Bilateral - Normal. Note: no ptosis, no Horner's sign, no Marcus Gunn pupil
VII Facial: - Normal and symmetric facial muscles.
Eye Movements: - PERRL. EOMI.
Sensory: Intact to pinprick in all 4 extremities.
Reflexes: 2+ throughout.
Musculoskeletal:
Motor: Tone: Normal.
Bulk: Normal.
Strength: 5/5 bilaterally in the upper and lower extremities.

**Results/Data**
Mr. Haverly was seen by Dr. Fakhoury 8.18.16 who noted spells of visual hallucinations and past video EEG monitoring at UK in 2010 was negative other than focal slow wave activity in the temporal leads. It was noted the spells may be nonepileptic. Video EEG monitoring on two occasions was mentioned (UK and Vanderbilt) and an ictal SPECT was mentioned. Repeat video EEG monitoring was mentioned due to an increase in the spells.

MRI brain w/ and w/o, SJH, 9.15.16: No acute intracranial abnormality and no pathologic enhancement.
Reviewed on PACS 9.16.16.
Mr. Haverly was admitted to the epilepsy monitoring unit (SJH) on August 19 and discharged on August 21, 2016. He had frequent isolated jerks with no associated ictal EEG change. He also had another typical episode of visual symptoms and auras, also with no associated ictal EEG change. Continuous EEG recordings showed no epileptiform abnormality. The spells were discussed nonepileptic and possible migraine with aura was discussed.
Labs, KLS, 8.30.16: B12 503. CK 73. CMP nl except crt 1.20 (0.55 - 1.02). HC 10.4. Vit D 22. CBC nl. ESR 13. Serum IFE studies show no evidence of monoclonal gammopathy. No significant abnormalities in the serum protein pattern. MMA <0.20.
Labs, KLS, 5/30/2017: CMP normal. Free T4 0.84. TSH 3.710. Vitamin D 11. CBC normal.

**Assessment**
1. Migraine with aura, intractable (346.01) (G43.119)
   Mr. Haverly was seen by Dr. Fakhoury 8.18.16 who noted spells of visual hallucinations and past video EEG monitoring at UK in 2010 was negative other than focal slow wave activity in the temporal leads. It was noted the spells may be nonepileptic. Video EEG monitoring on two occasions was mentioned (UK and Vanderbilt) and an ictal SPECT was mentioned. Repeat video EEG monitoring was mentioned due to an increase in the spells.

(35)

*Patient:* **Kenny L. Haverly**
*Encounter:* **Jan 5 2018 3:30PM** *MRN:* **1136760**

MRI brain w/ and w/o, SJH, 9.15.16: No acute intracranial abnormality and no pathologic enhancement. Reviewed on PACS 9.16.16.
Mr. Haverly was admitted to the epilepsy monitoring unit (SJH) on August 19 and discharged on August 21, 2016. He had frequent isolated jerks with no associated ictal EEG change. He also had another typical episode of visual symptoms and auras, also with no associated ictal EEG change. Continuous EEG recordings showed no epileptiform abnormality. The spells were discussed nonepileptic and possible migraine with aura was discussed.
Labs, KLS, 8.30.16: B12 503. CK 73. CMP nl except crt 1.20 (0.55 - 1.02). HC 10.4. Vit D 22. CBC nl. ESR 13. Serum IFE studies show no evidence of monoclonal gammopathy. No significant abnormalities in the serum protein pattern. MMA <0.20.
Complicated migraines - he has auditory hallucinations and visual hallucinations for which has been monitored 3 times, including by Dr. Fakhoury twice (UK and SJH) and at Vanderbilt.

2. Pineal gland cyst (259.8) (E34.8)
   Mr. Haverly noted a h/o a pineal gland cyst when seen 8.30.16.

   MRI brain w/ and w/o, SJH, 9.15.16: No acute intracranial abnormality and no pathologic enhancement. Reviewed on PACS 9.16.16.
3. Avitaminosis D (268.9) (E55.9)

## Plan

### Avitaminosis D

1. Renew: Vitamin D3 50000 UNIT Oral Capsule; TAKE 1 CAPSULE Weekly

### Migraine with aura, intractable

2. Start: Gabapentin 300 MG Oral Capsule; Take 1 capsule twice daily
3. Follow-up visit in 6 weeks Outpatient Follow-up Status: Hold For - Scheduling Requested for: 05Jan2018
4. Renew: Almotriptan Malate 12.5 MG Oral Tablet; TAKE ONE TABLET BY MOUTH EVERY 2 HOURS AS NEEDED MAX 2 PER DAY AND 5 PER WEEK
5. Renew: Hydrocodone-Acetaminophen 5-325 MG Oral Tablet; TAKE 1 TABLET Daily PRN
6. Renew: Naproxen 500 MG Oral Tablet; Take one tablet every 4 hours PRN for headaches
7. Renew: Ondansetron HCl - 4 MG Oral Tablet; TAKE 1 TABLET AS NEEDED FOR NAUSEA
8. Renew: Propranolol HCl - 40 MG Oral Tablet; TAKE 3 TABLET Twice daily

## Discussion/Summary

Mr. Haverly has an interesting history in that he developed migraines in his late teens with an aura of seeing a halo (like a rainbow from oil and water). Then, around 2009, he began having auditory hallucinations and in 2010 began having visual hallucinations. He has chronic daily headaches, migraines once monthly, 2 types of visual hallucinations (seeing "schools of pixels" and swirling objects arranged as triangles); the triangle hallucinations are followed by severe headaches. He undergone video EEG monitoring at UK (by Dr. Fakhoury), at Vanderbilt, and at SJH (again by Dr. Fakhoury in August 2016) and there is no evidence these are seizures; one possible explanation is migraine with complicated aura. He underwent an MRI brain w/ and w/o at SJH 9.15.16 which was normal (aside from a possible pineal cyst which he has known about since 2011). Propranolol has significantly reduced his number of major and minor headaches; Depakote was added 11/9/2016 but caused pain and emotional blunting therefore was tapered off in March 2017. He noted today, 1/5/2018, that his migraines have been significantly worse since November 2017, however, there've been no medication changes. His primary care physician started him on amitriptyline, which caused excessive drowsiness therefore was stopped. After discussion, he will be started on gabapentin, 300 mg at night for one week then 300 mg twice daily. He will be seen back in 6 weeks.

The class warnings for anti-seizure medications concerning the possibility of negative mood changes, worsening depression, and suicidal thoughts were discussed.

Future options include nadolol, nortriptyline, and quetiapine.

**'End of Encounter Meds'**

**Signatures**
Electronically signed by : Luthene Peyton, RMA; Jan 5 2018 3:19PM EST (Co-author)
Electronically signed by : Warren Chumley, M.D.; Jan 5 2018 3:48PM EST (Author)

**Saint Joseph Neurology Associates**
**1021 Majestic Drive, Suite 200,**
**Lexington, KY 40513**
**Phone: (859) 296-1922 Fax: (859) 296-2603**

(37)

*MRN:* **1136760**

*Encounter Date:* **01/30/2018 9:15AM**

*DOB:* ]
*Home:* (
*Work:* (

*Address:*
**Kenny Haverly**

PCP: Vincent, Jacob W

## History Reported By
Patient

## Chief Complaint
Follow up for migraines

## History of Present Illness
**HPI Free Text - v1.0:** Mr. Haverly was referred 8.30.16 for headaches. He is followed by Dr. Fakhoury for possible seizures manifest as hallucinations. He notes he has been monitored a 3rd time in the EMU and he does not feel the spells are seizures therefore Dr. Fakhoury referred him for possible migraine with aura. He has been on multiple anticonvulsant medications over the years. He notes the episodes started in late 2009 as auditory hallucinations - hearing music (like a sitar). This changed to classical music instruments (not melodic). He notes the sounds are changes of sounds in the surrounding environment. He notes a h/o migraines going back to his late teens; he notes he would see halos around lights before a migraine (like oil on water). He notes no h/o drug use but in January 2010 he started having visual hallucinations manifest as seeing himself crawl into a hole. He had a headache when this happened and went to bed; he slept 16 hours; he woke up at nighttime hallucinated sitting on a milk crate in his living room (he had seen the man before). This lasted for 2 - 3 seconds then another headache.

He has a constant background headache; he has a migraine once per month; he has minor episodes of seeing schools of "pixelated" fish going from left to right daily with no headache. He has major episodes of seeing triangular arrangements of swirling pieces which occurs up to every other day which are followed by headaches.

He notes a pineal gland cyst.

**Headache:** The patient is being seen for a routine follow-up of.
**Headache History:**
**Current Headache Information:**
Currently the pain is left frontal, occasionally bitemporal. It is described as stabbing. On a scale of 0-10, the pain severity average is 5 and maximum is 12.
Symptoms include nausea, phonophobia and photophobia, but no vomiting.
Current treatment includes gabapentin 300 mg BID; propranolol 120 mg BID; Cambia PRN; almotriptan PRN; vit D3 50,000 units weekly. (Previous Medications: topiramate, Keppra, Vimpat, Imitrex before the hallucinations was not well tolerated, Tylenol, ibuprofen, Advil, naproxen. Amitriptyline)
He has major episodes consist of seeing arrangements of three followed by a severe headache (previously about 9 per month); he sleep 6 hours later ("like waking up from surgery"). The minor episodes consist of seeing pixelated fish sometimes followed by a less severe headache ("rapid fire") (previously about 30-60 per month). He has a constant background headache.
The Depakote was tapered off in March 2017 and propranolol increased to 120 mg BID.
He started gabapentin 1/5/2018 and his headaches have decreased to 2-3 per week; he is tolerating the gabapentin well aside from drowsiness. He has gained 3 pounds despite exercising.

*Patient:* **Kenny L. Haverly**
*Encounter:* **Jan 30 2018 9:15AM** *MRN:* **1136760**

(38)

## Active Problems

1. Avitaminosis D (268.9) (E55.9)
2. Complex partial seizure with impairment of consciousness (345.40) (G40.209)
3. Migraine with aura, intractable (346.01) (G43.119)
   Mr. Haverly was seen by Dr. Fakhoury 8.18.16 who noted spells of visual hallucinations and past video EEG monitoring at UK in 2010 was negative other than focal slow wave activity in the temporal leads. It was noted the spells may be nonepileptic. Video EEG monitoring on two occasions was mentioned (UK and Vanderbilt) and an ictal SPECT was mentioned. Repeat video EEG monitoring was mentioned due to an increase in the spells.
   MRI brain w/ and w/o, SJH, 9.15.16: No acute intracranial abnormality and no pathologic enhancement. Reviewed on PACS 9.16.16.
   Mr. Haverly was admitted to the epilepsy monitoring unit (SJH) on August 19 and discharged on August 21, 2016. He had frequent isolated jerks with no associated ictal EEG change. He also had another typical episode of visual symptoms and auras, also with no associated ictal EEG change. Continuous EEG recordings showed no epileptiform abnormality. The spells were discussed nonepileptic and possible migraine with aura was discussed.
   Labs, KLS, 8.30.16: B12 503. CK 73. CMP nl except crt 1.20 (0.55 - 1.02). HC 10.4. Vit D 22. CBC nl. ESR 13. Serum IFE studies show no evidence of monoclonal gammopathy. No significant abnormalities in the serum protein pattern. MMA <0.20.
   Complicated migraines - he has auditory hallucinations and visual hallucinations for which has been monitored 3 times, including by Dr. Fakhoury twice (UK and SJH) and at Vanderbilt.
4. Nonepileptic episode (780.39) (R56.9)
5. Paresthesias (782.0) (R20.2)
6. Pineal gland cyst (259.8) (E34.8)
   Mr. Haverly noted a h/o a pineal gland cyst when seen 8.30.16.
   MRI brain w/ and w/o, SJH, 9.15.16: No acute intracranial abnormality and no pathologic enhancement. Reviewed on PACS 9.16.16.
7. Simple partial seizure w/somatosensory or special sensory dysfunction (345.50) (G40.109)

## Allergies

- No Known Drug Allergies
  Recorded By: Merkel, Shannon; 8/18/2016 1:51:26 PM

## Current Meds

1. Almotriptan Malate 12.5 MG Oral Tablet; TAKE ONE TABLET BY MOUTH EVERY 2 HOURS AS NEEDED MAX 2 PER DAY AND 5 PER WEEK
2. Gabapentin 300 MG Oral Capsule; Take 1 capsule twice daily
3. Hydrocodone-Acetaminophen 5-325 MG Oral Tablet; TAKE 1 TABLET Daily PRN
4. Naproxen 500 MG Oral Tablet; Take one tablet every 4 hours PRN for headaches
5. Omeprazole 40 MG Oral Capsule Delayed Release
6. Ondansetron HCl - 4 MG Oral Tablet; TAKE 1 TABLET AS NEEDED FOR NAUSEA
7. Propranolol HCl - 40 MG Oral Tablet; TAKE 3 TABLET Twice daily
8. Vitamin D3 50000 UNIT Oral Capsule; TAKE 1 CAPSULE Weekly

## Past Medical History

History of Hernia (553.9) (K46.9)
History of appendicitis (V12.79) (Z87.19)
History of asthma (V12.69) (Z87.09)
History of concussion (V15.52) (Z87.820)
History of head injury (V15.59) (Z87.828)
History of kidney stones (V13.01) (Z87.442)
History of migraine headaches (V12.49) (Z86.69)

*Patient:* **Kenny L. Haverly**
*Encounter:* **Jan 30 2018 9:15AM** *MRN:* **1136760**

(39)

History of pneumonia (V12.61) (Z87.01)
History of varicella (V12.09) (Z86.19)

**Surgical History**
History of Appendectomy
History of Cholecystectomy
History of Hernia Repair
History of Surgery Epididymectomy Left

**Family History**
- Family history of migraine headaches (V17.2) (Z82.0)
- Family history of neuropathy (V17.2) (Z82.0)
- Family history of epilepsy (V17.2) (Z82.0)
- Family history of diabetes mellitus (V18.0) (Z83.3)
- Family history of leukemia (V16.6) (Z80.6)
- Family history of malignant neoplasm (V16.9) (Z80.9)
- Family history of rheumatoid arthritis (V17.7) (Z82.61)

**Social History**
Alcohol use (V49.89) (Z78.9)
Caffeine use (V49.89) (F15.90)
Completed college, bachelors degree
Lives with spouse
Married
Never smoker
No drug use

**Review of Systems**

**CONSTITUTIONAL:** fatigue.
**EYES:** blurred vision.
**ENT:** nasal stuffiness and sore throat.
**CARDIOVASCULAR:** normal.
**RESPIRATORY:** normal.
**GASTROINTESTINAL:** normal.
**GENITOURINARY:** normal.
**MUSCULOSKELETAL:** neck pain.
**INTEGUMENTARY:** normal.
**NEUROLOGICAL:** headache, dizziness, lightheaded, temple pain and facial pain.
**PSYCHIATRIC:** normal.
**ENDOCRINE:** normal.
**HEMATOLOGIC/LYMPHATIC:** normal.
**ALLERGIC/IMMUNOLOGIC:** normal.

**Vitals**
**Vital Signs**

| | Recorded: 30Jan2018 09:08AM |
|---|---|
| Height | 6 ft 1 in |
| Weight | 258 lb |
| BMI Calculated | **34.04** |
| BSA Calculated | 2.4 |
| Systolic | 112 |

(40)

| | |
|---|---|
| Diastolic | 86 |

## Physical Exam

Mental Status - Alert.
General Appearance - Cooperative. Not in acute distress. Build & Nutrition - Well nourished.
HEENT - Eye Note: Pupils equal, reactive to light and to accommodation directly and consensually
Peripheral Vascular - Upper Extremity: Inspection - Bilateral - Normal.
Neurologic
Mental Status: Speech - Normal.
Cranial Nerves:
III Oculomotor: Pupillary constriction - Bilateral - Normal. Note: no ptosis, no Horner's sign, no Marcus Gunn pupil
VII Facial: - Normal and symmetric facial muscles.
Eye Movements: - PERRL. EOMI.
Sensory: Intact to pinprick in all 4 extremities.
Reflexes: 2+ throughout.
Musculoskeletal:
Motor: Tone: Normal.
Bulk: Normal.
Strength: 5/5 bilaterally in the upper and lower extremities.

## Results/Data

*Mr. Haverly was seen by Dr. Fakhoury 8.18.16 who noted spells of visual hallucinations and past video EEG monitoring at UK in 2010 was negative other than focal slow wave activity in the temporal leads. It was noted the spells may be nonepileptic. Video EEG monitoring on two occasions was mentioned (UK and Vanderbilt) and an ictal SPECT was mentioned. Repeat video EEG monitoring was mentioned due to an increase in the spells.*

*MRI brain w/ and w/o, SJH, 9.15.16: No acute intracranial abnormality and no pathologic enhancement. Reviewed on PACS 9.16.16.*
*Mr. Haverly was admitted to the epilepsy monitoring unit (SJH) on August 19 and discharged on August 21, 2016. He had frequent isolated jerks with no associated ictal EEG change. He also had another typical episode of visual symptoms and auras, also with no associated ictal EEG change. Continuous EEG recordings showed no epileptiform abnormality. The spells were discussed nonepileptic and possible migraine with aura was discussed.*
*Labs, KLS, 8.30.16: B12 503. CK 73. CMP nl except crt 1.20 (0.55 - 1.02). HC 10.4. Vit D 22. CBC nl. ESR 13. Serum IFE studies show no evidence of monoclonal gammopathy. No significant abnormalities in the serum protein pattern. MMA <0.20.*
*Labs, KLS, 5/30/2017: CMP normal. Free T4 0.84. TSH 3.710. Vitamin D 11. CBC normal.*
*Urine drug screen, KLS, 1/30/2018: Positive for tramadol and acetaminophen.*
~~*Mr. Haverly was seen by Dr. Fakhoury 8.18.16 who noted spells of visual hallucinations and past video EEG monitoring at UK in 2010 was negative other than focal slow wave activity in the temporal leads. It was noted the spells may be nonepileptic. Video EEG monitoring on two occasions was mentioned (UK and Vanderbilt) and an ictal SPECT was mentioned. Repeat video EEG monitoring was mentioned due to an increase in the spells.*~~

~~*MRI brain w/ and w/o, SJH, 9.15.16: No acute intracranial abnormality and no pathologic enhancement. Reviewed on PACS 9.16.16.*~~
~~*Mr. Haverly was admitted to the epilepsy monitoring unit (SJH) on August 19 and discharged on August 21, 2016. He had frequent isolated jerks with no associated ictal EEG change. He also had another typical episode of visual symptoms and auras, also with no associated ictal EEG change. Continuous EEG recordings showed no epileptiform abnormality. The spells were discussed nonepileptic and possible migraine with aura was discussed.*~~
~~*Labs, KLS, 8.30.16: B12 503. CK 73. CMP nl except crt 1.20 (0.55 - 1.02). HC 10.4. Vit D 22. CBC nl. ESR 13. Serum IFE studies show no evidence of monoclonal gammopathy. No significant abnormalities in the serum protein pattern. MMA <0.20.*~~
~~*Labs, KLS, 5/30/2017: CMP normal. Free T4 0.84. TSH 3.710. Vitamin D 11. CBC normal.*~~

## Assessment

1. Migraine with aura, intractable (346.01) (G43.119)
   Mr. Haverly was seen by Dr. Fakhoury 8.18.16 who noted spells of visual hallucinations and past video EEG monitoring at UK in 2010 was negative other than focal slow wave activity in the temporal leads. It was noted the spells may be nonepileptic. Video EEG monitoring on two occasions was mentioned (UK and Vanderbilt) and an ictal SPECT

was mentioned. Repeat video EEG monitoring was mentioned due to an increase in the spells.
MRI brain w/ and w/o, SJH, 9.15.16: No acute intracranial abnormality and no pathologic enhancement. Reviewed on PACS 9.16.16.
Mr. Haverly was admitted to the epilepsy monitoring unit (SJH) on August 19 and discharged on August 21, 2016. He had frequent isolated jerks with no associated ictal EEG change. He also had another typical episode of visual symptoms and auras, also with no associated ictal EEG change. Continuous EEG recordings showed no epileptiform abnormality. The spells were discussed nonepileptic and possible migraine with aura was discussed.
Labs, KLS, 8.30.16: B12 503. CK 73. CMP nl except crt 1.20 (0.55 - 1.02). HC 10.4. Vit D 22. CBC nl. ESR 13. Serum IFE studies show no evidence of monoclonal gammopathy. No significant abnormalities in the serum protein pattern. MMA <0.20.
Complicated migraines - he has auditory hallucinations and visual hallucinations for which has been monitored 3 times, including by Dr. Fakhoury twice (UK and SJH) and at Vanderbilt.

2. Pineal gland cyst (259.8) (E34.8)
   Mr. Haverly noted a h/o a pineal gland cyst when seen 8.30.16.
   MRI brain w/ and w/o, SJH, 9.15.16: No acute intracranial abnormality and no pathologic enhancement. Reviewed on PACS 9.16.16.
3. Avitaminosis D (268.9) (E55.9)

## Plan

### Avitaminosis D

1. Renew: Vitamin D3 50000 UNIT Oral Capsule; TAKE 1 CAPSULE Weekly

### Migraine with aura, intractable

2. Renew: Almotriptan Malate 12.5 MG Oral Tablet; TAKE ONE TABLET BY MOUTH EVERY 2 HOURS AS NEEDED MAX 2 PER DAY AND 5 PER WEEK
3. Pain Management Panel 4; Status:Need Information - Required information; Requested for:30Jan2018;
4. Follow-up visit in 3 months Outpatient Follow-up Status: Hold For - Scheduling Requested for: 30Jan2018
5. Renew: Gabapentin 300 MG Oral Capsule; Take 1 capsule twice daily
6. Renew: Hydrocodone-Acetaminophen 5-325 MG Oral Tablet; TAKE 1 TABLET Daily PRN
7. Renew: Naproxen 500 MG Oral Tablet; Take one tablet every 4 hours PRN for headaches
8. Renew: Ondansetron HCl - 4 MG Oral Tablet; TAKE 1 TABLET AS NEEDED FOR NAUSEA
9. Renew: Propranolol HCl - 40 MG Oral Tablet; TAKE 3 TABLET Twice daily

## Discussion/Summary

Mr. Haverly has an interesting history in that he developed migraines in his late teens with an aura of seeing a halo (like a rainbow from oil and water). Then, around 2009, he began having auditory hallucinations and in 2010 began having visual hallucinations. He has chronic daily headaches, migraines once monthly, 2 types of visual hallucinations (seeing "schools of pixels" and swirling objects arranged as triangles); the triangle hallucinations are followed by severe headaches. He undergone video EEG monitoring at UK (by Dr, Fakhoury), at Vanderbilt, and at SJH (again by Dr. Fakhoury in August 2016) and there is no evidence these are seizures; one possible explanation is migraine with complicated aura. He underwent an MRI brain w/ and w/o at SJH 9.15.16 which was normal (aside from a possible pineal cyst which he has known about since 2011). Propranolol has significantly reduced his number of major and minor headaches; Depakote was added 11/9/2016 but caused pain and emotional blunting therefore was tapered off in March 2017. Gabapentin was started 1/5/2018 and he notes that his headaches have begun to improve, down to only 2-3 per week. No further changes will be made today; the gabapentin was changed to a 90 day supply and he will have a urine drug screen today. He will be seen back in 3 months.

Future options include nadolol, nortriptyline, and quetiapine.

**'End of Encounter Meds'**

*Patient:* **Kenny L. Haverly**
*Encounter:* **Jan 30 2018 9:15AM** *MRN:* **1136760**

(42)

**Signatures**

Electronically signed by : Luthene Peyton, RMA; Jan 30 2018 9:12AM EST (Co-author)
Electronically signed by : Warren Chumley, M.D.; Jan 30 2018 9:33AM EST (Author)
Electronically signed by : Warren Chumley, M.D.; Feb 5 2018 10:37AM EST (Author)

**Saint Joseph Neurology Associates**
**1021 Majestic Drive, Suite 200,**
**Lexington, KY 40513**
**Phone: (859) 296-1922 Fax: (859) 296-2603**

(13)

*MRN:* **1136760**

*Encounter Date:* **06/06/2018 2:45PM**

*DOB:*
*Home.*
*Work:*

*Address:*
**Kenny Haverly**

PCP: Vincent, Jacob W

## History Reported By
Patient

## Chief Complaint
Follow up for migraines

## History of Present Illness
**HPI Free Text - v1.0:** Mr. Haverly was referred 8.30.16 for headaches. He is followed by Dr. Fakhoury for possible seizures manifest as hallucinations. He notes he has been monitored a 3rd time in the EMU and he does not feel the spells are seizures therefore Dr. Fakhoury referred him for possible migraine with aura. He has been on multiple anticonvulsant medications over the years. He notes the episodes started in late 2009 as auditory hallucinations - hearing music (like a sitar). This changed to classical music instruments (not melodic). He notes the sounds are changes of sounds in the surrounding environment. He notes a h/o migraines going back to his late teens; he notes he would see halos around lights before a migraine (like oil on water). He notes no h/o drug use but in January 2010 he started having visual hallucinations manifest as seeing himself crawl into a hole. He had a headache when this happened and went to bed; he slept 16 hours; he woke up at nighttime hallucinated sitting on a milk crate in his living room (he had seen the man before). This lasted for 2 - 3 seconds then another headache.

He has a constant background headache; he has a migraine once per month; he has minor episodes of seeing schools of "pixelated" fish going from left to right daily with no headache. He has major episodes of seeing triangular arrangements of swirling pieces which occurs up to every other day which are followed by headaches.

He notes a pineal gland cyst.

**Headache:** The patient is being seen for a routine follow-up of.
**Headache History:**
**Current Headache Information:**
Currently the pain is left frontal, occasionally bitemporal. It is described as stabbing. On a scale of 0-10, the pain severity average is 5 and maximum is 12.
Symptoms include nausea, phonophobia and photophobia, but no vomiting.
Current treatment includes gabapentin 300 mg BID; propranolol 120 mg BID; almotriptan PRN; vit D3 50,000 units weekly. (Previous Medications: topiramate, Keppra, Vimpat, Imitrex before the hallucinations was not well tolerated, Tylenol, ibuprofen, Advil, naproxen. Amitriptyline)
He has major episodes consist of seeing arrangements of three followed by a severe headache (previously about 9 per month); he sleep 6 hours later ("like waking up from surgery"). The minor episodes consist of seeing pixelated fish sometimes followed by a less severe headache ("rapid fire") (previously about 30-60 per month). He has a constant background headache.
The Depakote was tapered off in March 2017 and propranolol increased to 120 mg BID.
He started gabapentin 1/5/2018 and his significant headaches have decreased to 2-3 per week; he is tolerating the gabapentin well aside from drowsiness. He notes a bad episode of headaches in March and April 2018. He

*Patient:* **Kenny L. Haverly**
*Encounter:* **Jun 6 2018 2:45PM** *MRN:* **1136760**

(49)

has gained about 12 pounds on gabapentin; he is riding a recumbent bike 30 minutes weekly.

**Quality Measures**

**Smoking/Tobacco Use Screening:**
- Do you currently smoke cigarettes or use other types of tobacco? NONE

**Fall Risk Screening:**
Have you had 2 or more falls in the past year? NO
Any fall with injury in the past year? NO
Are you worried about falling or feel unsteady when standing or walking? YES

**Active Problems**

1. Avitaminosis D (268.9) (E55.9)
2. Complex partial seizure with impairment of consciousness (345.40) (G40.209)
3. Migraine with aura, intractable (346.01) (G43.119)
   Mr. Haverly was seen by Dr. Fakhoury 8.18.16 who noted spells of visual hallucinations and past video EEG monitoring at UK in 2010 was negative other than focal slow wave activity in the temporal leads. It was noted the spells may be nonepileptic. Video EEG monitoring on two occasions was mentioned (UK and Vanderbilt) and an ictal SPECT was mentioned. Repeat video EEG monitoring was mentioned due to an increase in the spells.
   MRI brain w/ and w/o, SJH, 9.15.16: No acute intracranial abnormality and no pathologic enhancement. Reviewed on PACS 9.16.16.
   Mr. Haverly was admitted to the epilepsy monitoring unit (SJH) on August 19 and discharged on August 21, 2016. He had frequent isolated jerks with no associated ictal EEG change. He also had another typical episode of visual symptoms and auras, also with no associated ictal EEG change. Continuous EEG recordings showed no epileptiform abnormality. The spells were discussed nonepileptic and possible migraine with aura was discussed.
   Labs, KLS, 8.30.16: B12 503. CK 73. CMP nl except crt 1.20 (0.55 - 1.02). HC 10.4. Vit D 22. CBC nl. ESR 13. Serum IFE studies show no evidence of monoclonal gammopathy. No significant abnormalities in the serum protein pattern. MMA <0.20.
   Complicated migraines - he has auditory hallucinations and visual hallucinations for which has been monitored 3 times, including by Dr. Fakhoury twice (UK and SJH) and at Vanderbilt.
4. Nonepileptic episode (780.39) (R56.9)
5. Paresthesias (782.0) (R20.2)
6. Pineal gland cyst (259.8) (E34.8)
   Mr. Haverly noted a h/o a pineal gland cyst when seen 8.30.16.
   MRI brain w/ and w/o, SJH, 9.15.16: No acute intracranial abnormality and no pathologic enhancement. Reviewed on PACS 9.16.16.
7. Simple partial seizure w/somatosensory or special sensory dysfunction (345.50) (G40.109)

**Allergies**

- No Known Drug Allergies
  Recorded By: Merkel, Shannon; 8/18/2016 1:51:26 PM

**Current Meds**

1. Almotriptan Malate 12.5 MG Oral Tablet; TAKE ONE TABLET BY MOUTH EVERY 2 HOURS AS NEEDED MAX 2 PER DAY AND 5 PER WEEK
2. Gabapentin 300 MG Oral Capsule; Take 1 capsule twice daily
3. Glucosamine Plus Vitamin D TABS

45

4. Hydrocodone-Acetaminophen 5-325 MG Oral Tablet; TAKE 1 TABLET Daily PRN
5. Naproxen 500 MG Oral Tablet; Take one tablet every 4 hours PRN for headaches
6. Omeprazole 40 MG Oral Capsule Delayed Release
7. Ondansetron HCl - 4 MG Oral Tablet; TAKE 1 TABLET AS NEEDED FOR NAUSEA
8. Propranolol HCl - 40 MG Oral Tablet; TAKE 3 TABLET Twice daily
9. Vitamin D3 50000 UNIT Oral Capsule; TAKE 1 CAPSULE Weekly

**Past Medical History**

History of Hernia (553.9) (K46.9)
History of appendicitis (V12.79) (Z87.19)
History of asthma (V12.69) (Z87.09)
History of concussion (V15.52) (Z87.820)
History of head injury (V15.59) (Z87.828)
History of kidney stones (V13.01) (Z87.442)
History of migraine headaches (V12.49) (Z86.69)
History of pneumonia (V12.61) (Z87.01)
History of varicella (V12.09) (Z86.19)

**Surgical History**

History of Appendectomy
History of Cholecystectomy
History of Hernia Repair
History of Surgery Epididymectomy Left

**Family History**

- Family history of migraine headaches (V17.2) (Z82.0)
- Family history of neuropathy (V17.2) (Z82.0)
- Family history of epilepsy (V17.2) (Z82.0)
- Family history of diabetes mellitus (V18.0) (Z83.3)
- Family history of leukemia (V16.6) (Z80.6)
- Family history of malignant neoplasm (V16.9) (Z80.9)
- Family history of rheumatoid arthritis (V17.7) (Z82.61)

**Social History**

Alcohol use (V49.89) (Z78.9)
Caffeine use (V49.89) (F15.90)
Completed college, bachelors degree
Lives with spouse
Married
Never smoker
No drug use

**Review of Systems**

**CONSTITUTIONAL:** fatigue.
**EYES:** change in vision and blurred vision.
**ENT:** dizziness.
**CARDIOVASCULAR:** normal.
**RESPIRATORY:** normal.
**GASTROINTESTINAL:** nausea.
**GENITOURINARY:** normal.
**MUSCULOSKELETAL:** normal.
**INTEGUMENTARY:** normal.
**NEUROLOGICAL:** headache.
**PSYCHIATRIC:** normal.
**ENDOCRINE:** normal.
**HEMATOLOGIC/LYMPHATIC:** normal.

*Patient:* **Kenny L. Haverly**
*Encounter:* **Jun 6 2018 2:45PM** *MRN:* **1136760**

(46)

**ALLERGIC/IMMUNOLOGIC:** normal.

**Vitals**
**Vital Signs**

| | Recorded: 06Jun2018 02:35PM |
|---|---|
| Height | 6 ft 1 in |
| Weight | 257 lb |
| BMI Calculated | **33.91** |
| BSA Calculated | 2.39 |
| Systolic | 102 |
| Diastolic | 82 |

**Physical Exam**
Mental Status - Alert.
General Appearance - Cooperative. Not in acute distress. Build & Nutrition - Well nourished.
HEENT - Eye Note: Pupils equal, reactive to light and to accommodation directly and consensually
Peripheral Vascular - Upper Extremity: Inspection - Bilateral - Normal.
Neurologic
Mental Status: Speech - Normal.
Cranial Nerves:
III Oculomotor: Pupillary constriction - Bilateral - Normal. Note: no ptosis, no Horner's sign, no Marcus Gunn pupil
VII Facial: - Normal and symmetric facial muscles.
Eye Movements: - PERRL. EOMI.
Sensory: Intact to pinprick in all 4 extremities.
Reflexes: 2+ throughout.
Musculoskeletal:
Motor: Tone: Normal.
Bulk: Normal.
Strength: 5/5 bilaterally in the upper and lower extremities.

**Results/Data**

*Mr. Haverly was seen by Dr. Fakhoury 8.18.16 who noted spells of visual hallucinations and past video EEG monitoring at UK in 2010 was negative other than focal slow wave activity in the temporal leads. It was noted the spells may be nonepileptic. Video EEG monitoring on two occasions was mentioned (UK and Vanderbilt) and an ictal SPECT was mentioned. Repeat video EEG monitoring was mentioned due to an increase in the spells.*

*MRI brain w/ and w/o, SJH, 9.15.16: No acute intracranial abnormality and no pathologic enhancement. Reviewed on PACS 9.16.16.*
*Mr. Haverly was admitted to the epilepsy monitoring unit (SJH) on August 19 and discharged on August 21, 2016. He had frequent isolated jerks with no associated ictal EEG change. He also had another typical episode of visual symptoms and auras, also with no associated ictal EEG change. Continuous EEG recordings showed no epileptiform abnormality. The spells were discussed nonepileptic and possible migraine with aura was discussed.*
*Labs, KLS, 8.30.16: B12 503. CK 73. CMP nl except crt 1.20 (0.55 - 1.02). HC 10.4. Vit D 22. CBC nl. ESR 13. Serum IFE studies show no evidence of monoclonal gammopathy. No significant abnormalities in the serum protein pattern. MMA <0.20.*
*Labs, KLS, 5/30/2017: CMP normal. Free T4 0.84. TSH 3.710. Vitamin D 11. CBC normal.*
*Urine drug screen, KLS, 1/30/2018: Positive for tramadol and acetaminophen.*
*Labs, LabCorp, 6/6/2018: CBC normal. CMP normal. Vitamin D 30.6.*

~~*Mr. Haverly was seen by Dr. Fakhoury 8.18.16 who noted spells of visual hallucinations and past video EEG monitoring at UK in 2010 was negative other than focal slow wave activity in the temporal leads. It was noted the spells may be nonepileptic. Video EEG monitoring on two occasions was mentioned (UK and Vanderbilt) and an ictal SPECT was mentioned. Repeat video EEG monitoring was mentioned due to an increase in the spells.*~~

~~*MRI brain w/ and w/o, SJH, 9.15.16: No acute intracranial abnormality and no pathologic enhancement. Reviewed on PACS*~~

*Patient:* **Kenny L. Haverly**
*Encounter:* **Jun 6 2018 2:45PM** *MRN:* **1136760**

(47)

~~9.16.16.~~
~~Mr. Haverly was admitted to the epilepsy monitoring unit (SJH) on August 19 and discharged on August 21, 2016. He had frequent isolated jerks with no associated ictal EEG change. He also had another typical episode of visual symptoms and auras, also with no associated ictal EEG change. Continuous EEG recordings showed no epileptiform abnormality. The spells were discussed nonepileptic and possible migraine with aura was discussed.~~
~~Labs, KLS, 8.30.16: B12 503. CK 73. CMP nl except crt 1.20 (0.55 - 1.02). HC 10.4. Vit D 22. CBC nl. ESR 13. Serum IFE studies show no evidence of monoclonal gammopathy. No significant abnormalities in the serum protein pattern. MMA <0.20.~~
~~Labs, KLS, 5/30/2017: CMP normal. Free T4 0.84. TSH 3.710. Vitamin D 11. CBC normal.~~
~~Urine drug screen, KLS, 1/30/2018: Positive for tramadol and acetaminophen.~~

## Assessment

1. Migraine with aura, intractable (346.01) (G43.119)
   Mr. Haverly was seen by Dr. Fakhoury 8.18.16 who noted spells of visual hallucinations and past video EEG monitoring at UK in 2010 was negative other than focal slow wave activity in the temporal leads. It was noted the spells may be nonepileptic. Video EEG monitoring on two occasions was mentioned (UK and Vanderbilt) and an ictal SPECT was mentioned. Repeat video EEG monitoring was mentioned due to an increase in the spells.
   MRI brain w/ and w/o, SJH, 9.15.16: No acute intracranial abnormality and no pathologic enhancement. Reviewed on PACS 9.16.16.
   Mr. Haverly was admitted to the epilepsy monitoring unit (SJH) on August 19 and discharged on August 21, 2016. He had frequent isolated jerks with no associated ictal EEG change. He also had another typical episode of visual symptoms and auras, also with no associated ictal EEG change. Continuous EEG recordings showed no epileptiform abnormality. The spells were discussed nonepileptic and possible migraine with aura was discussed.
   Labs, KLS, 8.30.16: B12 503. CK 73. CMP nl except crt 1.20 (0.55 - 1.02). HC 10.4. Vit D 22. CBC nl. ESR 13. Serum IFE studies show no evidence of monoclonal gammopathy. No significant abnormalities in the serum protein pattern. MMA <0.20.
   Complicated migraines - he has auditory hallucinations and visual hallucinations for which has been monitored 3 times, including by Dr. Fakhoury twice (UK and SJH) and at Vanderbilt.
2. Pineal gland cyst (259.8) (E34.8)
   Mr. Haverly noted a h/o a pineal gland cyst when seen 8.30.16.
   MRI brain w/ and w/o, SJH, 9.15.16: No acute intracranial abnormality and no pathologic enhancement. Reviewed on PACS 9.16.16.
3. Avitaminosis D (268.9) (E55.9)

## Plan

### Avitaminosis D

1. Renew: Vitamin D3 50000 UNIT Oral Capsule; TAKE 1 CAPSULE Weekly
2. Vitamin D, 25-Hydroxy; Status:Active; Requested for:06Jun2018;

### Migraine with aura, intractable

3. Renew: Almotriptan Malate 12.5 MG Oral Tablet; TAKE ONE TABLET BY MOUTH EVERY 2 HOURS AS NEEDED MAX 2 PER DAY AND 5 PER WEEK
4. CBC With Differential/Platelet; Status:Active; Requested for:06Jun2018;
5. Follow-up visit in 3 months Outpatient Follow-up Status: Hold For - Scheduling Requested for: 06Jun2018
6. Renew: Gabapentin 300 MG Oral Capsule; Take 1 capsule twice daily
7. CMP-COMPREHENSIVE METABOLIC PANEL(14) w/eGFR; Status:Active; Requested for:06Jun2018;
8. Renew: Hydrocodone-Acetaminophen 5-325 MG Oral Tablet; TAKE 1 TABLET Daily PRN
9. Renew: Naproxen 500 MG Oral Tablet; Take one tablet every 4 hours PRN for headaches
10. Renew: Ondansetron HCl - 4 MG Oral Tablet; TAKE 1 TABLET AS NEEDED FOR NAUSEA
11. Renew: Propranolol HCl - 40 MG Oral Tablet; TAKE 3 TABLET Twice daily

## Discussion/Summary

Mr. Haverly has an interesting history in that he developed migraines in his late teens with an aura of seeing a

*Patient:* **Kenny L. Haverly**
*Encounter:* **Jun 6 2018 2:45PM** *MRN:* **1136760**

(48)

halo (like a rainbow from oil and water). Then, around 2009, he began having auditory hallucinations and in 2010 began having visual hallucinations. He has chronic daily headaches, migraines once monthly, 2 types of visual hallucinations (seeing "schools of pixels" and swirling objects arranged as triangles); the triangle hallucinations are followed by severe headaches. He undergone video EEG monitoring at UK (by Dr. Fakhoury), at Vanderbilt, and at SJH (again by Dr. Fakhoury in August 2016) and there is no evidence these are seizures; one possible explanation is migraine with complicated aura. He underwent an MRI brain w/ and w/o at SJH 9.15.16 which was normal (aside from a possible pineal cyst which he has known about since 2011). Propranolol has significantly reduced his number of major and minor headaches; Depakote was added 11/9/2016 but caused pain and emotional blunting therefore was tapered off in March 2017. Gabapentin was started 1/5/2018 and he notes that his headaches have begun to improve, down to only 2-3 per week. Aimovig therapy was discussed today, 6/6/2018, and he was provided with a patient handout and he would like to begin therapy. He will be seen back in 3 months and labs will be checked today.

Future options include nadolol, nortriptyline, and quetiapine.

**'End of Encounter Meds'**

**Signatures**

Electronically signed by : Luthene Peyton, RMA; Jun 6 2018 2:39PM EST (Co-author)
Electronically signed by : Warren Chumley, M.D.; Jun 6 2018 3:14PM EST (Author)
Electronically signed by : Warren Chumley, M.D.; Jun 7 2018 10:24AM EST (Author)

**Saint Joseph Neurology Associates**
**1021 Majestic Drive, Suite 200,**
**Lexington, KY 40513**
**Phone: (859) 296-1922 Fax: (859) 296-2603**

u4

*MRN:* **1136760**

*Encounter Date:* **09/26/2018 2:15PM**

*DOB:*
*Home.*
*Work:*

*Address:*
**Kenny Haverly**

**PCP:** Vincent, Jacob W

## History Reported By
Patient

## Chief Complaint
Follow up for migraines

## History of Present Illness
**HPI Free Text - v1.0:** Mr. Haverly was referred 8.30.16 for headaches. He is followed by Dr. Fakhoury for possible seizures manifest as hallucinations. He notes he has been monitored a 3rd time in the EMU and he does not feel the spells are seizures therefore Dr. Fakhoury referred him for possible migraine with aura. He has been on multiple anticonvulsant medications over the years. He notes the episodes started in late 2009 as auditory hallucinations - hearing music (like a sitar). This changed to classical music instruments (not melodic). He notes the sounds are changes of sounds in the surrounding environment. He notes a h/o migraines going back to his late teens; he notes he would see halos around lights before a migraine (like oil on water). He notes no h/o drug use but in January 2010 he started having visual hallucinations manifest as seeing himself crawl into a hole. He had a headache when this happened and went to bed; he slept 16 hours; he woke up at nighttime hallucinated sitting on a milk crate in his living room (he had seen the man before). This lasted for 2 - 3 seconds then another headache.

He has a constant background headache; he has a migraine once per month; he has minor episodes of seeing schools of "pixelated" fish going from left to right daily with no headache. He has major episodes of seeing triangular arrangements of swirling pieces which occurs up to every other day which are followed by headaches.

He notes a pineal gland cyst.

Headache: The patient is being seen for a routine follow-up of.
**Headache History:**
**Current Headache Information:**
Currently the pain is left frontal, occasionally bitemporal. It is described as stabbing. On a scale of 0-10, the pain severity average is 5 and maximum is 12.
Symptoms include nausea, phonophobia and photophobia, but no vomiting.
Current treatment includes Aimovig 70 mg sc monthly (started 9/18/2018); gabapentin 300 mg BID; propranolol 120 mg BID; almotriptan PRN; vit D3 50,000 units weekly. (Previous Medications: topiramate, Keppra, Vimpat, Imitrex before the hallucinations was not well tolerated, Tylenol, ibuprofen, Advil, naproxen. Amitriptyline)
He has major episodes consist of seeing arrangements of three followed by a severe headache (previously about 9 per month); he sleeps 6 hours ("like waking up from surgery"). The minor episodes consist of seeing pixelated fish sometimes followed by a less severe headache ("rapid fire") (previously about 30-60 per month). He has a constant background headache.
The Depakote was tapered off in March 2017 and propranolol increased to 120 mg BID.

He is having about 1-2 major episodes per week, and he has 2-3 minor episodes per week. He notes since

(50)

starting Aimovig the background headaches have stopped.

## Quality Measures

**Smoking/Tobacco Use Screening:**
- Do you currently smoke cigarettes or use other types of tobacco? NONE

**Fall Risk Screening:**
Have you had 2 or more falls in the past year? YES
Any fall with injury in the past year? NO
Are you worried about falling or feel unsteady when standing or walking? YES

## Active Problems

1. Complex partial seizure with impairment of consciousness (345.40) (G40.209)
2. Migraine with aura, intractable (346.01) (G43.119)
   Mr. Haverly was seen by Dr. Fakhoury 8.18.16 who noted spells of visual hallucinations and past video EEG monitoring at UK in 2010 was negative other than focal slow wave activity in the temporal leads. It was noted the spells may be nonepileptic. Video EEG monitoring on two occasions was mentioned (UK and Vanderbilt) and an ictal SPECT was mentioned. Repeat video EEG monitoring was mentioned due to an increase in the spells.
   MRI brain w/ and w/o, SJH, 9.15.16: No acute intracranial abnormality and no pathologic enhancement. Reviewed on PACS 9.16.16.
   Mr. Haverly was admitted to the epilepsy monitoring unit (SJH) on August 19 and discharged on August 21, 2016. He had frequent isolated jerks with no associated ictal EEG change. He also had another typical episode of visual symptoms and auras, also with no associated ictal EEG change. Continuous EEG recordings showed no epileptiform abnormality. The spells were discussed nonepileptic and possible migraine with aura was discussed.
   Labs, KLS, 8.30.16: B12 503. CK 73. CMP nl except crt 1.20 (0.55 - 1.02). HC 10.4. Vit D 22. CBC nl. ESR 13. Serum IFE studies show no evidence of monoclonal gammopathy. No significant abnormalities in the serum protein pattern. MMA <0.20.
   Complicated migraines - he has auditory hallucinations and visual hallucinations for which has been monitored 3 times, including by Dr. Fakhoury twice (UK and SJH) and at Vanderbilt.
3. Nonepileptic episode (780.39) (R56.9)
4. Paresthesias (782.0) (R20.2)
5. Pineal gland cyst (259.8) (E34.8)
   Mr. Haverly noted a h/o a pineal gland cyst when seen 8.30.16.
   MRI brain w/ and w/o, SJH, 9.15.16: No acute intracranial abnormality and no pathologic enhancement. Reviewed on PACS 9.16.16.
6. Simple partial seizure w/somatosensory or special sensory dysfunction (345.50) (G40.109)

## Allergies

- No Known Drug Allergies
  Recorded By: Merkel, Shannon; 8/18/2016 1:51:26 PM

## Current Meds

1. Aimovig 70 MG/ML Subcutaneous Solution Auto-injector; Inject 70mg/ml subq once monthly
2. Almotriptan Malate 12.5 MG Oral Tablet; TAKE ONE TABLET BY MOUTH EVERY 2 HOURS AS NEEDED MAX 2 PER DAY AND 5 PER WEEK
3. Gabapentin 300 MG Oral Capsule; Take 1 capsule twice daily
4. Glucosamine Plus Vitamin D TABS

(51)

5. Hydrocodone-Acetaminophen 5-325 MG Oral Tablet; TAKE 1 TABLET Daily PRN
6. Naproxen 500 MG Oral Tablet; Take one tablet every 4 hours PRN for headaches
7. Omeprazole 40 MG Oral Capsule Delayed Release
8. Ondansetron HCl - 4 MG Oral Tablet; TAKE 1 TABLET DAILY AS NEEDED FOR NAUSEA
9. Propranolol HCl - 40 MG Oral Tablet; TAKE 3 TABLET Twice daily

**Past Medical History**

History of Hernia (553.9) (K46.9)
History of appendicitis (V12.79) (Z87.19)
History of asthma (V12.69) (Z87.09)
History of concussion (V15.52) (Z87.820)
History of head injury (V15.59) (Z87.828)
History of kidney stones (V13.01) (Z87.442)
History of migraine headaches (V12.49) (Z86.69)
History of pneumonia (V12.61) (Z87.01)
History of varicella (V12.09) (Z86.19)

**Surgical History**

History of Appendectomy
History of Cholecystectomy
History of Hernia Repair
History of Surgery Epididymectomy Left

**Family History**

- Family history of migraine headaches (V17.2) (Z82.0)
- Family history of neuropathy (V17.2) (Z83.0)
- Family history of epilepsy (V17.2) (Z82.0)
- Family history of diabetes mellitus (V18.0) (Z83.3)
- Family history of leukemia (V16.6) (Z80.6)
- Family history of malignant neoplasm (V16.9) (Z80.9)
- Family history of rheumatoid arthritis (V17.7) (Z82.61)

**Social History**

Alcohol use (V49.89) (Z78.9)
Caffeine use (V49.89) (Z78.9)
Completed college, bachelors degree
Lives with spouse
Married
Never smoker
No drug use

**Review of Systems**

**CONSTITUTIONAL:** fatigue.
**EYES:** change in vision, but normal.
**ENT:** dizziness.
**CARDIOVASCULAR:** normal.
**RESPIRATORY:** normal.
**GASTROINTESTINAL:** normal.
**GENITOURINARY:** normal.
**MUSCULOSKELETAL:** normal.
**INTEGUMENTARY:** normal.
**NEUROLOGICAL:** headache and dizziness.
**PSYCHIATRIC:** normal.
**ENDOCRINE:** normal.
**HEMATOLOGIC/LYMPHATIC:** normal.
**ALLERGIC/IMMUNOLOGIC:** normal.

*Patient:* **Kenny L. Haverly**
*Encounter:* **Sep 26 2018 2:15PM** *MRN:* **1136760**

(52)

**Vitals**
**Vital Signs**

| | Recorded: 26Sep2018 02:33PM |
|---|---|
| Height | 6 ft 1 in |
| Weight | 256 lb |
| BMI Calculated | **33.78** |
| BSA Calculated | 2.39 |
| Systolic | 120 |
| Diastolic | **90** |

**Physical Exam**
Mental Status - Alert.
General Appearance - Cooperative. Not in acute distress. Build & Nutrition - Well nourished.
HEENT - Eye Note: Pupils equal, reactive to light and to accommodation directly and consensually
Peripheral Vascular - Upper Extremity: Inspection - Bilateral - Normal.
Neurologic
Mental Status: Speech - Normal.
Cranial Nerves:
III Oculomotor: Pupillary constriction - Bilateral - Normal. Note: no ptosis, no Horner's sign, no Marcus Gunn pupil
VII Facial: - Normal and symmetric facial muscles.
Eye Movements: - PERRL. EOMI.
Sensory: Intact to pinprick in all 4 extremities.
Reflexes: 2+ throughout.
Musculoskeletal:
Motor: Tone: Normal.
Bulk: Normal.
Strength: 5/5 bilaterally in the upper and lower extremities.

**Results/Data**
Mr. Haverly was seen by Dr. Fakhoury 8.18.16 who noted spells of visual hallucinations and past video EEG monitoring at UK in 2010 was negative other than focal slow wave activity in the temporal leads. It was noted the spells may be nonepileptic. Video EEG monitoring on two occasions was mentioned (UK and Vanderbilt) and an ictal SPECT was mentioned. Repeat video EEG monitoring was mentioned due to an increase in the spells.

MRI brain w/ and w/o, SJH, 9.15.16: No acute intracranial abnormality and no pathologic enhancement. Reviewed on PACS 9.16.16.
Mr. Haverly was admitted to the epilepsy monitoring unit (SJH) on August 19 and discharged on August 21, 2016. He had frequent isolated jerks with no associated ictal EEG change. He also had another typical episode of visual symptoms and auras, also with no associated ictal EEG change. Continuous EEG recordings showed no epileptiform abnormality. The spells were discussed nonepileptic and possible migraine with aura was discussed.
Labs, KLS, 8.30.16: B12 503. CK 73. CMP nl except crt 1.20 (0.55 - 1.02). HC 10.4. Vit D 22. CBC nl. ESR 13. Serum IFE studies show no evidence of monoclonal gammopathy. No significant abnormalities in the serum protein pattern. MMA <0.20.
Labs, KLS, 5/30/2017: CMP normal. Free T4 0.84. TSH 3.710. Vitamin D 11. CBC normal.
Urine drug screen, KLS, 1/30/2018: Positive for tramadol and acetaminophen.
Labs, LabCorp, 6/6/2018: CBC normal. CMP normal. Vitamin D 30.6.

**Assessment**
1. Migraine with aura, intractable (346.01) (G43.119)

*Patient:* **Kenny L. Haverly**
*Encounter:* **Sep 26 2018 2:15PM** *MRN:* **1136760**

(53)

Mr. Haverly was seen by Dr. Fakhoury 8.18.16 who noted spells of visual hallucinations and past video EEG monitoring at UK in 2010 was negative other than focal slow wave activity in the temporal leads. It was noted the spells may be nonepileptic. Video EEG monitoring on two occasions was mentioned (UK and Vanderbilt) and an ictal SPECT was mentioned. Repeat video EEG monitoring was mentioned due to an increase in the spells.
MRI brain w/ and w/o, SJH, 9.15.16: No acute intracranial abnormality and no pathologic enhancement. Reviewed on PACS 9.16.16.
Mr. Haverly was admitted to the epilepsy monitoring unit (SJH) on August 19 and discharged on August 21, 2016. He had frequent isolated jerks with no associated ictal EEG change. He also had another typical episode of visual symptoms and auras, also with no associated ictal EEG change. Continuous EEG recordings showed no epileptiform abnormality. The spells were discussed nonepileptic and possible migraine with aura was discussed.
Labs, KLS, 8.30.16: B12 503. CK 73. CMP nl except crt 1.20 (0.55 - 1.02). HC 10.4. Vit D 22. CBC nl. ESR 13. Serum IFE studies show no evidence of monoclonal gammopathy. No significant abnormalities in the serum protein pattern. MMA <0.20.
Complicated migraines - he has auditory hallucinations and visual hallucinations for which has been monitored 3 times, including by Dr. Fakhoury twice (UK and SJH) and at Vanderbilt.

2. Pineal gland cyst (259.8) (E34.8)
   Mr. Haverly noted a h/o a pineal gland cyst when seen 8.30.16.
   MRI brain w/ and w/o, SJH, 9.15.16: No acute intracranial abnormality and no pathologic enhancement. Reviewed on PACS 9.16.16.
3. Never smoker

## Plan

### Migraine with aura, intractable

1. Renew: Aimovig 70 MG/ML Subcutaneous Solution Auto-injector; Inject 70mg/ml subq once monthly
2. Renew: Almotriptan Malate 12.5 MG Oral Tablet; TAKE ONE TABLET BY MOUTH EVERY 2 HOURS AS NEEDED MAX 2 PER DAY AND 5 PER WEEK
3. Renew: Gabapentin 300 MG Oral Capsule; Take 1 capsule twice daily
4. Renew: Hydrocodone-Acetaminophen 5-325 MG Oral Tablet; TAKE 1 TABLET Daily PRN
5. Renew: Naproxen 500 MG Oral Tablet; Take one tablet every 4 hours PRN for headaches
6. Renew: Ondansetron HCl - 4 MG Oral Tablet; TAKE 1 TABLET DAILY AS NEEDED FOR NAUSEA
7. Renew: Propranolol HCl - 40 MG Oral Tablet; TAKE 3 TABLET Twice daily

### Migraine with aura, intractable, Pineal gland cyst

8. Follow-up visit in 3 months Outpatient Follow-up Status: Hold For - Scheduling Requested for: 26Sep2018

## Discussion/Summary

Mr. Haverly has an interesting history in that he developed migraines in his late teens with an aura of seeing a halo (like a rainbow from oil and water). Then, around 2009, he began having auditory hallucinations and in 2010 began having visual hallucinations. He has chronic daily headaches, migraines once monthly, 2 types of visual hallucinations (seeing "schools of pixels" and swirling objects arranged as triangles); the triangle hallucinations are followed by severe headaches. He undergone video EEG monitoring at UK (by Dr. Fakhoury), at Vanderbilt, and at SJH (again by Dr. Fakhoury in August 2016) and there is no evidence these are seizures; one possible explanation is migraine with complicated aura. He underwent an MRI brain w/ and w/o at SJH 9.15.16 which was normal (aside from a possible pineal cyst which he has known about since 2011). His major headaches have been significantly reduced, as well as his minor headaches. With the start of Aimovig 70 mg subcutaneous monthly, the background headaches have dissipated. No changes will be made today. He will be seen back in 3 months and consideration will be given to increasing the Aimovig to 140 mg subcutaneous monthly or changing to Ajovy.

*Patient:* **Kenny L. Haverly**
*Encounter:* **Sep 26 2018 2:15PM** *MRN:* **1136760**

(54)

**'End of Encounter Meds'**

**Signatures**

Electronically signed by : Luthene Peyton, RMA; Sep 26 2018 2:40PM EST (Co-author)
Electronically signed by : Warren Chumley, M.D.; Sep 26 2018 3:27PM EST (Author)
Electronically signed by : Warren Chumley, M.D.; Nov 13 2018 4:40PM EST (Author)

(55)

**Saint Joseph Neurology Associates**
**1021 Majestic Drive, Suite 200,**
**Lexington, KY 40513**
**Phone: (859) 296-1922 Fax: (859) 296-2603**

*MRN:* **1136760**

*Encounter Date:* **01/03/2019 10:15AM**

*DOB:*
*Home:*
*Work:*

*Address:*
**Kenny Haverly**

PCP: Bardstwon Ambulatory Care,

## History Reported By
Patient

## Chief Complaint
Follow up for migraines

## History of Present Illness
**HPI Free Text - v1.0:** Mr. Haverly was referred 8.30.16 for headaches. He is followed by Dr. Fakhoury for possible seizures manifest as hallucinations. He notes he has been monitored a 3rd time in the EMU and he does not feel the spells are seizures therefore Dr. Fakhoury referred him for possible migraine with aura. He has been on multiple anticonvulsant medications over the years. He notes the episodes started in late 2009 as auditory hallucinations - hearing music (like a sitar). This changed to classical music instruments (not melodic). He notes the sounds are changes of sounds in the surrounding environment. He notes a h/o migraines going back to his late teens; he notes he would see halos around lights before a migraine (like oil on water). He notes no h/o drug use but in January 2010 he started having visual hallucinations manifest as seeing himself crawl into a hole. He had a headache when this happened and went to bed; he slept 16 hours; he woke up at nighttime hallucinated sitting on a milk crate in his living room (he had seen the man before). This lasted for 2 - 3 seconds then another headache.

He has a constant background headache; he has a migraine once per month; he has minor episodes of seeing schools of "pixelated" fish going from left to right daily with no headache. He has major episodes of seeing triangular arrangements of swirling pieces which occurs up to every other day which are followed by headaches.

He notes a pineal gland cyst.

Headache: The patient is being seen for a routine follow-up of.
**Headache History:**
**Current Headache Information:**
Currently the pain is left frontal, occasionally bitemporal. It is described as stabbing. On a scale of 0-10, the pain severity average is 5 and maximum is 12.
Symptoms include nausea, phonophobia and photophobia, but no vomiting.
Current treatment includes Aimovig 70 mg sc monthly (started 9/18/2018); gabapentin 300 mg BID; propranolol 120 mg BID; almotriptan PRN; vit D3 50,000 units weekly. (Previous Medications: Depakote, topiramate, Keppra, Vimpat, Imitrex before the hallucinations was not well tolerated, Tylenol, ibuprofen, Advil, naproxen. Amitriptyline)
He has major episodes consist of seeing arrangements of three followed by a severe headache; he sleeps 6 hours ("like waking up from surgery"). The minor episodes consist of seeing pixelated fish sometimes followed by a less severe headache ("rapid fire") (previously about 30-60 per month). He previously had constant background headaches.

He is having about 1-2 major episodes per week (followed by a 6 hour headache), and he has 2-3 minor episodes per week (pixelated fish followed by headache pain occurring in "rapid fire"). He notes since starting Aimovig

56

(9/18/2018) the background headaches have remained stopped.

Due to the headaches, he may be bedbound at times and incapacitated due to the pain, visual changes, and nausea. This may last 12-16 hours and may occur 15-17 times per month. The combination of episodes impairs vision to the point where he cannot concentrate or read for up to 12-16 hours at a time. He cannot work with this amount of pain and disruption to vision, and the episodes are frequent enough to cause disability. The "minor" episodes, while not as severe as the "major" episodes, also disable him from working for up to 8-12 hours at a time.

## Active Problems

1. Eustachian tube dysfunction (381.81) (H69.80)
2. Migraine (346.90) (G43.909)
3. Migraine with aura, intractable (346.01) (G43.119)
   Mr. Haverly was seen by Dr. Fakhoury 8.18.16 who noted spells of visual hallucinations and past video EEG monitoring at UK in 2010 was negative other than focal slow wave activity in the temporal leads. It was noted the spells may be nonepileptic. Video EEG monitoring on two occasions was mentioned (UK and Vanderbilt) and an ictal SPECT was mentioned. Repeat video EEG monitoring was mentioned due to an increase in the spells.
   MRI brain w/ and w/o, SJH, 9.15.16: No acute intracranial abnormality and no pathologic enhancement. Reviewed on PACS 9.16.16.
   Mr. Haverly was admitted to the epilepsy monitoring unit (SJH) on August 19 and discharged on August 21, 2016. He had frequent isolated jerks with no associated ictal EEG change. He also had another typical episode of visual symptoms and auras, also with no associated ictal EEG change. Continuous EEG recordings showed no epileptiform abnormality. The spells were discussed nonepileptic and possible migraine with aura was discussed.
   Labs, KLS, 8.30.16: B12 503. CK 73. CMP nl except crt 1.20 (0.55 - 1.02). HC 10.4. Vit D 22. CBC nl. ESR 13. Serum IFE studies show no evidence of monoclonal gammopathy. No significant abnormalities in the serum protein pattern. MMA <0.20.
   Complicated migraines - he has auditory hallucinations and visual hallucinations for which has been monitored 3 times, including by Dr. Fakhoury twice (UK and SJH) and at Vanderbilt.
4. Paresthesias (782.0) (R20.2)
5. Pineal gland cyst (259.8) (E34.8)
   Mr. Haverly noted a h/o a pineal gland cyst when seen 8.30.16.
   MRI brain w/ and w/o, SJH, 9.15.16: No acute intracranial abnormality and no pathologic enhancement. Reviewed on PACS 9.16.16.
6. Sinusitis, acute (461.9) (J01.90)

## Allergies

- No Known Drug Allergies
  Recorded By: Merkel, Shannon; 8/18/2016 1:51:26 PM

## Current Meds

1. Almotriptan Malate 12.5 MG Oral Tablet; TAKE ONE TABLET BY MOUTH EVERY 2 HOURS AS NEEDED MAX 2 PER DAY AND 5 PER WEEK
2. Gabapentin 300 MG Oral Capsule; Take 1 capsule twice daily
3. Glucosamine Plus Vitamin D TABS
4. Hydrocodone-Acetaminophen 5-325 MG Oral Tablet; TAKE 1 TABLET Daily PRN
5. Naproxen 500 MG Oral Tablet; Take one tablet every 4 hours PRN for headaches
6. Omeprazole 40 MG Oral Capsule Delayed Release
7. Ondansetron HCl - 4 MG Oral Tablet; TAKE 1 TABLET DAILY AS NEEDED FOR NAUSEA
8. PredniSONE 20 MG Oral Tablet; One PO bid x 5 days then One PO QD x 5 days
9. Propranolol HCl - 40 MG Oral Tablet; TAKE 3 TABLET Twice daily

## Past Medical History

(57)

*Patient:* **Kenny L. Haverly**
*Encounter:* **Jan 3 2019 10:15AM** *MRN:* **1136760**

1. History of Hernia (553.9) (K46.9)
2. History of appendicitis (V12.79) (Z87.19)
3. History of asthma (V12.69) (Z87.09)
4. History of concussion (V15.52) (Z87.820)
5. History of head injury (V15.59) (Z87.828)
6. History of kidney stones (V13.01) (Z87.442)
7. History of migraine headaches (V12.49) (Z86.69)
8. History of pneumonia (V12.61) (Z87.01)
9. History of varicella (V12.09) (Z86.19)
10. Personal history of asthma (V12.69) (Z87.09)

**Surgical History**
History of Appendectomy
History of Cholecystectomy
History of Gallbladder surgery
- (PL)

History of Hernia Repair
History of Inguinal hernia repair
- (PL)

History of Surgery Epididymectomy Left

**Family History**
**Mother**
Family history of asthma (V17.5) (Z82.5)
- (PL)

Family history of hypertension (V17.49) (Z82.49)
- (PL)

Family history of migraine headaches (V17.2) (Z82.0)
Family history of neuropathy (V17.2) (Z82.0)
Family history of type 2 diabetes mellitus (V18.0) (Z83.3)
- (PL)

**Sister**
Family history of type 1 diabetes mellitus (V18.0) (Z83.3)
- (PL)

**Maternal Grandfather**
Family history of lung cancer (V16.1) (Z80.1)
- (PL)

**Uncle**
Family history of epilepsy (V17.2) (Z82.0)
**Family History**
Family history of diabetes mellitus (V18.0) (Z83.3)
Family history of leukemia (V16.6) (Z80.6)
Family history of malignant neoplasm (V16.9) (Z80.9)
Family history of rheumatoid arthritis (V17.7) (Z82.61)

**Social History**
Alcohol use (V49.89) (Z78.9)
- (PL) drinks alcohol 7 or less drinks per week (December 12 2018),

Always uses seat belt
- (PL) (December 12 2018)

Caffeine use (V49.89) (Z78.9)
Completed college; bachelors degree
Denied: Drug use (305.90) (F19.90)
- (PL) (December 12 2018)

Exercise habits
- (PL) 3-4 times per week (December 12 2018)

*Patient:* **Kenny L. Haverly**
*Encounter:* **Jan 3 2019 10:15AM** *MRN:* **1136760**

58

Lives with spouse
Married
Never a smoker
- (PL) (December 12 2018)

Never smoker
No drug use
No secondhand smoke exposure (V49.89) (Z78.9)
- (PL) (December 12 2018)

Denied: Tobacco use (305.1) (Z72.0)
- (PL) (December 12 2018)

**Review of Systems**

**CONSTITUTIONAL:** fatigue.
**EYES:** eye dryness, change in vision and left eye not blinking.
**ENT:** normal.
**CARDIOVASCULAR:** normal.
**RESPIRATORY:** normal.
**GASTROINTESTINAL:** normal.
**GENITOURINARY:** normal.
**MUSCULOSKELETAL:** normal.
**INTEGUMENTARY:** rash/hives.
**NEUROLOGICAL:** headache and dizziness.
**PSYCHIATRIC:** normal.
**ENDOCRINE:** normal.
**HEMATOLOGIC/LYMPHATIC:** normal.
**ALLERGIC/IMMUNOLOGIC:** normal.

**Vitals**
**Vital Signs**

| | Recorded: 03Jan2019 10:15AM |
|---|---|
| Height | 6 ft 1 in |
| Weight | 261 lb |
| BMI Calculated | **34.44** |
| BSA Calculated | 2.41 |
| Systolic | 120 |
| Diastolic | 86 |

**Neurology Exam**
Mental Status - Alert.
General Appearance - Cooperative. Not in acute distress. Build & Nutrition - Well nourished.
HEENT - Eye Note: Pupils equal, reactive to light and to accommodation directly and consensually
Peripheral Vascular - Upper Extremity: Inspection - Bilateral - Normal.
Neurologic
Mental Status: Speech - Normal.
Cranial Nerves:
III Oculomotor: Pupillary constriction - Bilateral - Normal. Note: no ptosis, no Homer's sign, no Marcus Gunn pupil
VII Facial: - Normal and symmetric facial muscles.
Eye Movements: - PERRL. EOMI.
Sensory: Intact to pinprick in all 4 extremities.
Reflexes: 2+ throughout.
Musculoskeletal:
Motor: Tone: Normal.

59

Bulk: Normal.
Strength: 5/5 bilaterally in the upper and lower extremities.

**Results/Data**

*Mr. Haverly was seen by Dr. Fakhoury 8.18.16 who noted spells of visual hallucinations and past video EEG monitoring at UK in 2010 was negative other than focal slow wave activity in the temporal leads. It was noted the spells may be nonepileptic. Video EEG monitoring on two occasions was mentioned (UK and Vanderbilt) and an ictal SPECT was mentioned. Repeat video EEG monitoring was mentioned due to an increase in the spells.*

*MRI brain w/ and w/o, SJH, 9.15.16: No acute intracranial abnormality and no pathologic enhancement. Reviewed on PACS 9.16.16.*
*Mr. Haverly was admitted to the epilepsy monitoring unit (SJH) on August 19 and discharged on August 21, 2016. He had frequent isolated jerks with no associated ictal EEG change. He also had another typical episode of visual symptoms and auras, also with no associated ictal EEG change. Continuous EEG recordings showed no epileptiform abnormality. The spells were discussed nonepileptic and possible migraine with aura was discussed.*
*Labs, KLS, 8.30.16: B12 503. CK 73. CMP nl except crt 1.20 (0.55 - 1.02). HC 10.4. Vit D 22. CBC nl. ESR 13. Serum IFE studies show no evidence of monoclonal gammopathy. No significant abnormalities in the serum protein pattern. MMA <0.20.*
*Labs, KLS, 5/30/2017: CMP normal. Free T4 0.84. TSH 3.710. Vitamin D 11. CBC normal.*
*Urine drug screen, KLS, 1/30/2018: Positive for tramadol and acetaminophen.*
*Labs, LabCorp, 6/6/2018: CBC normal. CMP normal. Vitamin D 30.6.*
*Labs, LabCorp, 1/3/2019: CBC normal. CMP normal.*
*Labs, LabCorp, 1/3/2019: Compliance Drug Analysis positive for hydrocodone, norhydrocodone, gabapentin, acetaminophen, and propranolol.*

~~Mr. Haverly was seen by Dr. Fakhoury 8.18.16 who noted spells of visual hallucinations and past video EEG monitoring at UK in 2010 was negative other than focal slow wave activity in the temporal leads. It was noted the spells may be nonepileptic. Video EEG monitoring on two occasions was mentioned (UK and Vanderbilt) and an ictal SPECT was mentioned. Repeat video EEG monitoring was mentioned due to an increase in the spells.~~

~~MRI brain w/ and w/o, SJH, 9.15.16: No acute intracranial abnormality and no pathologic enhancement. Reviewed on PACS 9.16.16.~~
~~Mr. Haverly was admitted to the epilepsy monitoring unit (SJH) on August 19 and discharged on August 21, 2016. He had frequent isolated jerks with no associated ictal EEG change. He also had another typical episode of visual symptoms and auras, also with no associated ictal EEG change. Continuous EEG recordings showed no epileptiform abnormality. The spells were discussed nonepileptic and possible migraine with aura was discussed.~~
~~Labs, KLS, 8.30.16: B12 503. CK 73. CMP nl except crt 1.20 (0.55 - 1.02). HC 10.4. Vit D 22. CBC nl. ESR 13. Serum IFE studies show no evidence of monoclonal gammopathy. No significant abnormalities in the serum protein pattern. MMA <0.20.~~
~~Labs, KLS, 5/30/2017: CMP normal. Free T4 0.84. TSH 3.710. Vitamin D 11. CBC normal.~~
~~Urine drug screen, KLS, 1/30/2018: Positive for tramadol and acetaminophen.~~
~~Labs, LabCorp, 6/6/2018: CBC normal. CMP normal. Vitamin D 30.6.~~
~~Labs, LabCorp, 1/3/2019: CBC normal. CMP normal.~~

~~Mr. Haverly was seen by Dr. Fakhoury 8.18.16 who noted spells of visual hallucinations and past video EEG monitoring at UK in 2010 was negative other than focal slow wave activity in the temporal leads. It was noted the spells may be nonepileptic. Video EEG monitoring on two occasions was mentioned (UK and Vanderbilt) and an ictal SPECT was mentioned. Repeat video EEG monitoring was mentioned due to an increase in the spells.~~

~~MRI brain w/ and w/o, SJH, 9.15.16: No acute intracranial abnormality and no pathologic enhancement. Reviewed on PACS 9.16.16.~~
~~Mr. Haverly was admitted to the epilepsy monitoring unit (SJH) on August 19 and discharged on August 21, 2016. He had frequent isolated jerks with no associated ictal EEG change. He also had another typical episode of visual symptoms and auras, also with no associated ictal EEG change. Continuous EEG recordings showed no epileptiform abnormality. The spells were discussed nonepileptic and possible migraine with aura was discussed.~~
~~Labs, KLS, 8.30.16: B12 503. CK 73. CMP nl except crt 1.20 (0.55 - 1.02). HC 10.4. Vit D 22. CBC nl. ESR 13. Serum IFE studies show no evidence of monoclonal gammopathy. No significant abnormalities in the serum protein pattern. MMA <0.20.~~
~~Labs, KLS, 5/30/2017: CMP normal. Free T4 0.84. TSH 3.710. Vitamin D 11. CBC normal.~~
~~Urine drug screen, KLS, 1/30/2018: Positive for tramadol and acetaminophen.~~
~~Labs, LabCorp, 6/6/2018: CBC normal. CMP normal. Vitamin D 30.6.~~

*Patient:* **Kenny L. Haverly**
*Encounter:* **Jan 3 2019 10:15AM** *MRN:* **1136760**

(10)

**Assessment**

1. Migraine with aura, intractable (346.01) (G43.119)
   Mr. Haverly was seen by Dr. Fakhoury 8.18.16 who noted spells of visual hallucinations and past video EEG monitoring at UK in 2010 was negative other than focal slow wave activity in the temporal leads. It was noted the spells may be nonepileptic. Video EEG monitoring on two occasions was mentioned (UK and Vanderbilt) and an ictal SPECT was mentioned. Repeat video EEG monitoring was mentioned due to an increase in the spells.
   MRI brain w/ and w/o, SJH, 9.15.16: No acute intracranial abnormality and no pathologic enhancement. Reviewed on PACS 9.16.16.
   Mr. Haverly was admitted to the epilepsy monitoring unit (SJH) on August 19 and discharged on August 21, 2016. He had frequent isolated jerks with no associated ictal EEG change. He also had another typical episode of visual symptoms and auras, also with no associated ictal EEG change. Continuous EEG recordings showed no epileptiform abnormality. The spells were discussed nonepileptic and possible migraine with aura was discussed.
   Labs, KLS, 8.30.16: B12 503. CK 73. CMP nl except crt 1.20 (0.55 - 1.02). HC 10.4. Vit D 22. CBC nl. ESR 13. Serum IFE studies show no evidence of monoclonal gammopathy. No significant abnormalities in the serum protein pattern. MMA <0.20.
   Complicated migraines - he has auditory hallucinations and visual hallucinations for which has been monitored 3 times, including by Dr. Fakhoury twice (UK and SJH) and at Vanderbilt.
2. Pineal gland cyst (259.8) (E34.8)
   Mr. Haverly noted a h/o a pineal gland cyst when seen 8.30.16.
   MRI brain w/ and w/o, SJH, 9.15.16: No acute intracranial abnormality and no pathologic enhancement. Reviewed on PACS 9.16.16.
3. High risk medication use (V58.69) (Z79.899)
4. Sinusitis, acute (461.9) (J01.90)

**Plan**

**High risk medication use**

1. Compliance Drug Analysis, Ur; Status:Active; Requested for:03Jan2019; Perform:LabCorp- Draw Station; Due:10Jan2019; Marked Important;Ordered; For:High risk medication use; Ordered By:Chumley, Warren;

**Migraine with aura, intractable**

2. Start: Ajovy 225 MG/1.5ML Subcutaneous Solution Prefilled Syringe; Take one injection sc once monthly
   Rx By: Chumley, Warren; Dispense: 30 Days ; #:1 X 1.5 ML Syringe; Refill: 5;For: Migraine with aura, intractable; DAW = N; Sent To: LEXINGTON COMPOUNDING PHARMACY; Msg to Pharmacy: He has failed topiramate, Depakote, sumatriptan, Tylenol, ibuprofen, propanolol, amitriptyline, Wellbutrin, Keppra.
3. CBC With Differential/Platelet; Status:Active; Requested for:03Jan2019; Perform:LabCorp- Draw Station; Due:10Jan2019; Marked Important;Ordered; For:Migraine with aura, intractable; Ordered By:Chumley, Warren;
4. Renew: Almotriptan Malate 12.5 MG Oral Tablet; TAKE ONE TABLET BY MOUTH EVERY 2 HOURS AS NEEDED MAX 2 PER DAY AND 5 PER WEEK
   Rx By: Chumley, Warren; Dispense: 30 Days ; #:9 Tablet; Refill: 5;For: Migraine with aura, intractable; DAW = N; Verified Transmission to WAL-MART PHARMACY 729; Last Updated By: System, SureScripts; 1/3/2019 10:45:25 AM
5. CMP-COMPREHENSIVE METABOLIC PANEL(14) w/eGFR; Status:Active; Requested for:03Jan2019;
   Perform:LabCorp- Draw Station; Due:10Jan2019; Marked Important;Ordered; For:Migraine with aura, intractable; Ordered By:Chumley, Warren;
6. Renew: Gabapentin 300 MG Oral Capsule; Take 1 capsule twice daily
   Rx By: Chumley, Warren; Dispense: 90 Days ; #:180 Capsule; Refill: 1;For: Migraine with aura, intractable; DAW = N; Print Rx
7. Renew: Hydrocodone-Acetaminophen 5-325 MG Oral Tablet; TAKE 1 TABLET Daily PRN
   Rx By: Chumley, Warren; Dispense: 30 Days ; #:15 Tablet; Refill: 0;For: Migraine with

aura, intractable; DAW = N; Print Rx

8. Renew: Naproxen 500 MG Oral Tablet; Take one tablet every 4 hours PRN for headaches
   Rx By: Chumley, Warren; Dispense: 30 Days ; #:15 Tablet; Refill: 5;For: Migraine with aura, intractable; DAW = N; Verified Transmission to WAL-MART PHARMACY 729; Last Updated By: System, SureScripts; 1/3/2019 10:45:26 AM
9. Renew: Ondansetron HCl - 4 MG Oral Tablet; TAKE 1 TABLET DAILY AS NEEDED FOR NAUSEA
   Rx By: Chumley, Warren; Dispense: 30 Days ; #:10 Tablet; Refill: 5;For: Migraine with aura, intractable; DAW = N; Record
10. Renew: Propranolol HCl - 40 MG Oral Tablet; TAKE 3 TABLET Twice daily
    Rx By: Chumley, Warren; Dispense: 90 Days ; #:540 Tablet; Refill: 3;For: Migraine with aura, intractable; DAW = N; Verified Transmission to EXPRESS SCRIPTS HOME DELIVERY; Last Updated By: System, SureScripts; 1/3/2019 10:45:24 AM

**Sinusitis, acute**

11. Start: Azithromycin 250 MG Oral Tablet; Take 500 mg po x 1, then 250 mg po daily x 4 days
    Rx By: Chumley, Warren; Dispense: 5 Days ; #:6 Tablet; Refill: 0;For: Sinusitis, acute; DAW = N; Verified Transmission to WAL-MART PHARMACY 729; Last Updated By: System, SureScripts; 1/3/2019 10:45:24 AM

## Discussion/Summary

*Mr. Haverly has an interesting history in that he developed migraines in his late teens with an aura of seeing a halo (like a rainbow from oil and water). Then, around 2009, he began having auditory hallucinations and in 2010 began having visual hallucinations. He has chronic daily headaches, migraines once monthly, 2 types of visual hallucinations (seeing "schools of pixels" and swirling objects arranged as triangles); the triangle hallucinations are followed by severe headaches. He undergone video EEG monitoring at UK (by Dr, Fakhoury), at Vanderbilt, and at SJH (again by Dr. Fakhoury in August 2016) and there is no evidence these are seizures; one possible explanation is migraine with complicated aura. He underwent an MRI brain w/ and w/o at SJH 9.15.16 which was normal (aside from a possible pineal cyst which he has known about since 2011). Both his 2 types of episodes remained stable, and the background headaches remain resolved on Aimovig. It is noted that in order to remain on Aimovig he is in a year-long program therefore this will be changed to Ajovy. Printed material was given to him concerning Ajovy, and if tolerated, the injection will be changed from once monthly to 1 set of 3 injections every 3 months. His medications were renewed, he will have a set of labs today including a urine drug screen, and he will be seen back in 3 months.*

> *He was provided with an antibiotic for sinus infection; if this does not clear up his symptom that he will speak with his PCP.*

> *Due to the headaches, he may be bedbound at times and incapacitated due to the pain, visual changes, and nausea. This may*
> *last 12-16 hours and may occur 15-17 times per month. The combination of episodes impairs vision to the point where he cannot*
> *concentrate or read for up to 12-16 hours at a time. He cannot work with this amount of pain and disruption to vision, and the*
> *episodes are frequent enough to cause disability. The "minor" episodes, while not as severe as the "major" episodes, also*
> *disable him from working for up to 8-12 hours at a time.*

~~*Mr. Haverly has an interesting history in that he developed migraines in his late teens with an aura of seeing a halo (like a rainbow from oil and water). Then, around 2009, he began having auditory hallucinations and in 2010 began having visual hallucinations. He has chronic daily headaches, migraines once monthly, 2 types of visual hallucinations (seeing "schools of pixels" and swirling objects arranged as triangles); the triangle hallucinations are followed by severe headaches. He undergone video EEG monitoring at UK (by Dr, Fakhoury), at Vanderbilt, and at SJH (again by Dr. Fakhoury in August 2016) and there is no evidence these are seizures; one possible explanation is migraine with complicated aura. He underwent an MRI brain w/ and w/o at SJH 9.15.16 which was normal (aside from a possible pineal cyst which he has known about since 2011). Both his 2 types of episodes remained stable, and the background headaches remain resolved on Aimovig. It is noted that in order to remain on Aimovig he is in a year-long program therefore this will be changed to Ajovy. Printed material was given to him concerning Ajovy, and if tolerated, the injection will be changed from once monthly to 1 set of 3 injections every 3 months. His medications were renewed, he will have a set of labs today including a urine drug screen, and he will be seen back in 3 months.*~~

~~*Due to the headaches, he may be bedbound at times and incapacitated due to the pain, visual changes, and nausea. This may last 12-16 hours and may occur 15-17 times per month. The combination of episodes impairs vision to the point where he cannot concentrate or read for up to 12-16 hours at a time. He cannot work with this amount of pain and disruption to vision, and the episodes are frequent enough to cause disability. The "minor" episodes, while not as severe as the "major" episodes, also disable him from working for up to 8-12 hours at a time.*~~

**'End of Encounter Meds'**

## Signatures

Electronically signed by : Luthene Peyton, RMA; Jan 3 2019 10:18AM EST (Co-author)
Electronically signed by : Warren Chumley, M.D.; Jan 3 2019 10:49AM EST (Author)

62

*Patient:* **Kenny L. Haverly**
*Encounter:* **Jan 3 2019 10:15AM** *MRN:* **1136760**

Electronically signed by : Warren Chumley, M.D.; Jan 3 2019 10:50AM EST (Author)
Electronically signed by : Warren Chumley, M.D.; Jan 4 2019 7:59AM EST (Author)
Electronically signed by : Warren Chumley, M.D.; Jan 8 2019 8:01AM EST (Author)

7E032190004

OF THE RETURN ADDRESS, FOLD AT DOTTED LINE

CERTIFIED MAIL®

7017 2400 0000 2191 9816

1006

40742

U.S. POSTAGE PAID
PM 2-Day
BARDSTOWN, KY
40004
JAN 29, 19
AMOUNT

$13.65

R2305K142765-16

PRIORITY®
MAIL ☆

DATE OF DELIVERY SPECIFIED*

USPS TRACKING™ INCLUDED*

INSURANCE INCLUDED*

PICKUP AVAILABLE

* Domestic only

SED INTERNATIONALLY,
ITOMS DECLARATION
. MAY BE REQUIRED.

FROM PRIORITY® ☆ MAIL ☆

UNITED STATES POSTAL SERVICE®

VISIT US AT USPS.COM®
ORDER FREE SUPPLIES ONLINE

FROM:

Kenny Haverly, Jr.

TO:

Liberty Life Assurance Company of Boston
Appeal Review Unit
Group Benefits Disability Claims
P.O. Box 7213
London, KY 40742-7213

Label 228, March 2016

FOR DOMESTIC AND INTERNATIONAL USE

This packaging is the property of the U.S. Postal Service® and is provided solely for use in sending Priority Mail® shipments. Misuse may be a violation of federal law. This packaging is not for resale. EP14F © U.S. Postal Service; July 2013; All rights reserved.

0001000014

EP14F July 2013
OD: 12.5 x 9.5

VISIT US AT USPS.COM®
ORDER FREE SUPPLIES ONLINE

UNITED STATES POSTAL SERVICE®

## Billing Statement:

**Invoice Date: 11/08/2018** **Invoice #: 708906**
**Liberty Mutual**

**Invoice for Requests for Medical Information completed between Oct 1 2018 and Oct 31 2018**

**LIBMT4** **Bill Code: LIBSFU**

| RP # / Cust ID | Patient Name / Provider Name | Status | Date / Req By | RP Fee | Med Fee | Rush | QC Amt / Pages | Total |
|---|---|---|---|---|---|---|---|---|
| 4584000 | HAVERLY, KENNY | Complete | 10/29/18 | 8.00 | 0.00 | 0.00 | 0.00 | **8.00** |
| 7956041 | KENTUCKYONE HEALTH NEUROLOG... | | 08-036548 | | | | 13 | |

**ReleasePoint**

**Total Amount Due:** **8.00**

**405 W. Foothill Blvd.**
**Suite 204**
**Claremont, CA 91711**

**Tax ID: 95-2843455**

MCN

1301 5th Ave, Suite 2900
Seattle, WA 98101
MCN.COM

T: 206.219.4910
T: 206.343.6100
F: 206.812.6410

Medical Consultants Network

# Invoice #: N151062

Invoice Date: 11/20/2018

**ATTN:** Christopher Le Grand
Liberty Mutual Insurance
P.O. Box 7210
London, KY 40742

| | | | |
|---|---|---|---|
| **MCN #:** | 1-C278358 | **COVERAGE:** | Disability-Long Term |
| **CLAIM #(S):** | 7956041 | | |
| **CLAIMANT:** | Kenny Haverly | | |
| **DOL/DOI:** | 11/15/2017 | | |

| DATE OF SERVICE: | PROVIDER: | SPECIALTY: | SERVICE: | AMOUNT: |
|---|---|---|---|---|
| 10/25/2018 | Sherry Leitch | Neurology | PR Addendum - 1.25 hrs. | $287.50 |
| | | | **INVOICE TOTAL** | **$287.50** |

For proper credit, please indicate invoice # N151062 on your payment to:

Tax ID#: 27-1944238
Medical Consultants Network LLC
1301 5th Ave, Suite 2900
Seattle, WA 98101

Thank you for choosing MCN for your medical judgment needs!

A finance charge of 1% per month (12% per annum) will be assessed on all charges outstanding more than 60 days after the date of this invoice.

Please notify MCN accounting of any discrepancies within 30 days of the invoice date.
206.219.4910 Phone
206.812.6410 Fax
accounting@mcn.com

MES Peer Review Services

Date: 11/15/2018

MES Case Number: 722554

To: Dr Chumley

**Re: Claimant Name: Kenny Haverly**
**Claim Number: 7956041**
**DOB:**

Dear Dr. Chumley,

Thank you for speaking with me on November 13, 2018 in regards to your patient, Kenny Haverly. As we discussed, I am an Independent Peer Reviewer who contacted you on behalf of Liberty Mutual. Please review the following synopsis of our conversation. In order to ensure that I have not misconstrued any part of our conversation, I am asking that you check the content of this letter for accuracy. If a response is not received, then it is understood you agree with the summary. Please make any corrections or changes in the margins if needed.

During the phone conversation, you indicated the patient's migraines are severe, and has 1-2 episodes per week. He has visual auras prior. He has 2-3 minor headaches per week which are associated. He does not quantify the duration of minutes. He has 9 episodes of migraine per month; he requires sleep after. He has 30-60 episodes of visual aura. You endorse that he is completely incapacitated due to migraines.

From my vantage point, I discussed your progress notes. You will detail how the patients visual issues apply moving forward at the next visit, and I will be happy to review this at that time.

If you agree with the above representation of our telephone conversation, please sign this letter and fax to me at 866-605-5175.

Thank you in advance for your assistance. I would appreciate a response within 2 weeks of receipt of this request. You may respond in writing. Please refer to cover sheet for contact information.

______________________ __________________________
Signature and title Date

Sincerely,

Seth Stoller

Seth R. Stoller, M.D.
Board Certified in Neurology
Added Expertise in Pain Medicine

Added Expertise in Headache
Added Expertise in Traumatic Brain Injury

MES Peer Review Services

# Peer Review Report

| | | | |
|---|---|---|---|
| **Referral Date:** | 11/2/2018 | **Review Type:** | Disability |
| **Claimant's Name:** | Kenny Haverly | **Group/Policy/ Claim Number:** | 7956041 |
| **MES Case Number:** | 722554 | **Service:** | Initial |
| **Client:** | Liberty Mutual | **Referred By:** | Christopher Legrand |

**DATA REVIEWED AND CONTACT INFORMATION:**

- Liberty Mutual - Independent Evaluation Peer Review dated 11/1/2018
- Liberty Mutual Letter dated 11/15/2017, 1/12/2018, 2/2/2018, 6/7/2018
- Saint Joseph Neurology Associates Office Visit Report by L. Peyton, RMA and W. Chumley, MD dated 1/5/2018, 2/5/2018, 6/7/2018, 9/26/2018
- Saint Joseph Neurology Associates Lab Results dated 1/30/2018
- Papa Care Office Notes dated 11/13/2017, 11/27/2017
- ReleasePoint Medical Record Overview dated 10/29/2018, 6/11/2018
- ReleasePoint Quality Assurance Report dated 10/29/2018, 6/11/2018

Dr. Chumley
I left a message with Julie stating the purpose of the call and requested a call back on 11/9/18 at 10:56 AM EST. I called and left a message with Kathy on 11/12/18 at 4:05 PM EST. Dr. Chumley returned the call 4:32 PM EST on 11/13/18. He has migraines which are severe, and has 1-2 episodes per week. He has visual auras prior. He has 2-3 minor headaches per week. He does not quantify the duration of minutes. He has 9 episodes of migraine per month; he requires sleep after. He has 30-60 episodes of visual aura per AP. He endorses that he is completely incapacitated due to migraines.

From my vantage point, I discussed his progress notes. He will detail how his patients visual issues apply moving forward at the next visit, and I will be happy to review this at that time.

**SUMMARY OF RECORDS:**

I reviewed a note by on 11/13/17 by author unclear notes that he will referred to Neurology. He will continue propanolol and at Elavil for headaches.

I reviewed a note on 11/27/17 by author unclear notes that headaches persist. Neurologic exam is nonfocal. He has incapacitating migraine and Elavil will be increased to 10 milligrams and tramadol will be used.

I reviewed a note by Warren Chumley on 1/5/18. He was initially seen in August 2016 for headaches. He has been followed by epilepsy and had multiple spells which were not consistent with seizure after video EEG monitoring. He has been on multiple anticonvulsant medications and after epilepsy evaluation, was thought to have migraine with aura. He has auditory hallucinations including hearing music and classical instruments. He notes that migraines began is late teens where he would see halos around lights before a migraine. He also states he would have visual hallucinations where he would see himself crawl into a hole. These lasted 2 to 3 seconds. He has constant background headaches. He has a migraine once per month a minor episodes of seeing pixelated fish. His headaches are severe at times and had them associated hypersomnia. He was

on Depakote in March 2017. His headaches have been worse since November 2017. An MRI brain in September 2016 was normal. EEG showed no epileptiform activity on video EEG monitoring. He has been seen at Vanderbilt in University of Kentucky Blood work is negative. He has migraine with aura, complex partial seizure, pineal cyst gland, and nonepileptic episodes. Neurologic exam is nonfocal. Medications renewed include almotriptan, gabapentin is started at 300 b.i.d., Vicodin is prescribed. He is no longer on amitriptyline as he had excessive drowsiness

I reviewed a note by Warren Chumley on 6/7/18. Gabapentin was started in January 2018, and he had improvement in his headaches. He will be continued on this. A urine drug screen is obtained. Future options include now doll, nortriptyline, and quetiapine.

I reviewed a note by Warren Chumley on 2/5/18. A neurologic exam is nonfocal. He will continue on gabapentin. He will be seen back in 3 months.

I reviewed a note by Warren Chumley on 9/26/18. He has a constant background headache common migraine once per month. He has a history of a pineal cyst. Neurologic exam is nonfocal. Aimovig is renewed. Almotriptan is renewed. Gabapentin 300 b.i.d. is removed. Ondansetron and propanolol are renewed. He will be continued on Aimovig, or it may be rotated to ajovy.

**REVIEW QUESTION (S):**

**1. Please note all diagnoses supported by the medical evidence (including co-morbids).**

Diagnosis is migraine with aura. While it is noted that he has complex partial seizures, video EEG testing reportedly revealed that there was no seizure.

There are no focal deficits noted on any exam and while seizures listed, there is no definitive evidence that in fact he had seizures.

**2. Please clarify which diagnoses are causing impairment.**

There is no sustained impairment from migraine with aura. He may miss work on days where he requires presentation to the emergency room, Urgent Care Center, or physician's office. He also may miss work for days where he requires a physician appointment.

**3. For each impairing diagnosis that is supported by the medical evidence, please outline reasonably supported restrictions and limitations, including duration and prognosis. Please define in terms of frequency (never, occasional, frequent, constant) and task (sit, stand, lift/carry, type etc). When clarifying the supported restrictions and limitations, please be sure to address endurance restrictions/limitations if any, for example, from performing full time activities throughout an 8 hour day. What is the duration of the aforementioned restrictions?**

There are no sustained restrictions or limitations based on chart review. There is no contraindication to a full 8 hour work they based on diagnosis of migraine with aura and frequency as listed in chart.

Migraines are episodic and not daily. There is notable low-grade headache as a backdrop but there is no major restrictions or limitation attributable to migraine headache.

**4. Please review and comment on the treatment plan. Is it consistent with the severity of diagnosis/ level of impairment reported? Please indicate whether or not it is consistent with**

**the current standard of care. If not, please provide evidence based documentation to support your opinion.**

The treatment plan is consistent with severity of diagnosis. He is on a CG antagonists which is the appropriate standard of care. Additionally gabapentin is being used.

He is on the appropriate treatment plan for migraine headaches. He has been on anti seizure medications, adjuvant, and now novel CGRP antagonists.

**5. Are the severity and scope of the claimant's reported pain consistent with the severity and scope of the claimant's medical conditions and intensity of treatment? Please provide medical evidence to support your answer.**

The severity and scope of migraine with aura is consistent with what is documented. There are early notes from 2017 by primary care physician that state he is incapacitated by migraine. Neurology notes do not indicate as such.

There are no focal deficits documented on examination, trips to the emergency room, Urgent Care, or other translation son how headache impairs daily living.

**<u>Conflict of Interest Attestation:</u>**
*I certify that I do not accept compensation for review activities that is dependent in any way on the specific outcome of the case. To the best of my knowledge I was not involved with the specific episode of care prior to referral of the case for review. I do not have a material professional, familial, or financial conflict of interest (financial conflict of interest is defined as ownership interest of greater than 5%) regarding any of the following: the referring entity; the insurance issuer or group health plan that is the subject of the review; the covered person whose treatment is the subject of the review and the covered person's authorized representative, if applicable; any officer, director or management employee of the insurance issuer that is the subject of the review; any group health plan administrator, plan fiduciary, or plan employee; the health care provider, the health care provider's medical group or independent practice association recommending the health care service or treatment that is the subject of the review; the facility at which the recommended health care service or treatment would be provided; or the developer or manufacturer of the principle drug, device, procedure or other therapy being recommended for the covered person whose treatment is the subject of the review.*

*I attest that I have a scope of licensure or certification and professional experience that typically manages the medical condition, procedure, treatment, or issue under review.*

Seth Stoller

Seth R. Stoller, M.D.
Board Certified in Neurology
NJ License #25MA07912600
11/15/2018

Peer Review Services

# INVOICE

**11/15/2018**

**MES Peer Review Services**
**100 Morse Street**
**Norwood, MA 02062**
www.mesgroup.com

Attention:
LIBERTY MUTUAL/DOVER/DISABILITY/PEERS
100 LIBERTY WAY P.O. BOX 1525 MAIL STOP 03F
DOVER, NH 03820

Referred by: Legrand, Christopher
Referral Date: 11/1/2018

Claimant: Kenny Haverly
Client Claim #: 7956041
Invoice #: 722554
Pages Reviewed: 65

| **Service** | **Specialty** | **Billable Time** | **Fee** |
|---|---|---|---|
| Peer Review | Neurology | 135 | $472.50 |
| | | **Discount:** | - $23.63 |
| | | **Total Billable Amount:** | **$448.87** |

**Reviewer(s):** Stoller, Seth R

**Remit Payment To:**
MES Peer Review Services
100 Morse Street
Norwood, MA 02062

**Tax ID:** 38-2193020

Liberty Mutual Team,

After speaking with Christopher LeGrande, I thought it might be helpful if I included a "key" to go with my migraine diary.

First, my migraines can be broken down into four subtypes.

1.) **The Major Episode** (abbreviated "ME" on the diaries): I call these the "Major" episodes because their symptoms are the most disruptive and wide-ranging. They begin with a visual disturbance best described as three or four dark spots in the left side of my field of view. The little spots almost look as though they are swirling, with the area around each one looking like bathwater drawn down into a drain's whirlpool. The half-dollar-sized group of spots also seems to move a bit, as though they are circling a common center. Simultaneous to their appearance, or nearly simultaneous, is the severe pain on the left side of my head; the pain is absolutely a "10-plus" on the pain scale, being what I describe as "broken bone" pain. The pain is extremely sharp and usually centered in the area above my left cheek and slightly behind the left temple. Occasionally the pain threads "through" my head to the left eye socket and left side of my forehead, causing my left eye to weep a bit and making the left side of my face hurt and feel stiff. The pain gradually becomes less of a sharp pain and becomes more of a severe throbbing, though this process takes several hours. When the pain and visual disturbances start, I also become confused and have difficulty concentrating/thinking that itself lasts anywhere from 15-to-30 minutes. The best way I can describe this is it is almost exactly like the confusion and stupor experienced when waking up from surgery: Memory is sketchy, there is dizziness, walking is slow and awkward and it is difficult to find my words during this time. I have to lay down immediately, get my wife to help me with my medicine, and I usually sleep for six-to-eight hours. The pain subsides a bit at around the eight hour mark, gradually tapering off to a regular headache and what I call the "hangover" phase. Major episodes are probably the second-most common migraines I have.

2.) **The Popcorn Episode** (abbreviated "PC" in the diaries): I call these the "Popcorn" episodes or "Rapid-Fire" because they literally occur one-after the other, every second or two for several hours. Basically there is a pattern moving from left-to-right in the left side of my field of vision. The best way I can describe it is as a "pixelated" shimmering, like that of a school of fish in a 90's video game or something. With this is a little "twinge" of pain over my left eye. When just one of these happens, you'd never know it and I barely notice a single flash. However with the Popcorn episodes, they occur so quickly, "piling up" as it were; the pain from the first shimmer isn't "cleared" before the second one begins, and on and on, until there is a veritable snowballing of pain in the left side of my head. These come on gradually, being a few flashes per minute for the first half hour or so until they are occurring every second or two. The pain from these builds to severe levels, again being a 10-plus on the pain scale. However, I do not have the same level of confusion as with the Major episodes but I do have difficulty finding my words, some nausea and dizziness. When the flashes/twinges have built up to the point where they are critical, again 30 minutes or so after the first flashes, I have to take my medicine and lay down until they are over. The duration is anywhere from three hours

or so to five or six, with my having to sleep until they are over. These typically do not have a hangover like the Major episodes and Traditional migraines. Popcorn episodes are probably the most common episodes I have.

3.) **The Traditional Migraine** (abbreviated "Trad" in the diaries): These are exactly what they sound like. Basically, there is a severe, sharp pain over my left eye, in the eye socket and sometimes the left temple. The pain from these is brutal; if the Popcorn and Major episodes rank a 10-plus on the pain scale, these are 15's. If the other episodes are "broken bone" pain, these are "compound fracture" pain. There are no visual disturbances with these other than occasionally seeing stars as though I had stood up too quickly. However they usually are accompanied with severe nausea, occasional vomiting and some dizziness. They last for anywhere from three hours or so all the way up to a day or two. The only recourse is to take my medicine and sleep until the episode has passed. Like the Major episodes, they too have a hangover afterwards. I have one or two of these per month.

4.) **The C-Shaped Shimmering** (abbreviated "CS" in the diaries): These are like the Traditional migraines, but slightly less severe. Basically there is a visual disturbance that slowly builds, looking like C-shaped waves on one side – usually left - of my field of vision; I call them "waves" because they remind me of ripples on a pond seen when tossing a rock into the water. The waves build from being only at the periphery until one entire side is like looking down through the surface of waves on a pond. The pain seems to build with the waves, peaking at a 10 or so. The pain is sharp and starts over my left eye and in the eye socket, sometimes moving into my left temple. They also include significant dizziness. However, they last for usually just two or three hours and are the rarest of migraines; happening just once every month or two. Again, sleep and medication are the best treatment and these typically do not have a hangover.

Secondly, I wasn't sure how to complete the "Medication Effectiveness" section, given I have never experienced a complete relief in symptoms from the acute medications. However, they do seem to have some effect. Given I figure that a rating of "5" is complete relief and "1" is no relief, I just gave all of them a "3."

I hope this guide was helpful and explains what I have going on with my migraines. Please feel free to call me at (502) 331-9805 or email me at khjr14@aol.com if you have any questions. Electronic devices tend to hurt my eyes and (possibly) cause symptoms so I am not at my computer or phone very much but I do check them at least a couple of times per week.

Thank You,

Kenny Haverly, Jr.
LM LTD Claim number 7956041

ATTN: Chris LeGrande

Name: Kenny Haverly, Jr. 7956041 **Monthly Headache Diary** Month/year: 10 / 2018

Headache severity — Provide a number from 0-10 to rate the severity of the headache. 0 is no headache and 10 is the worst headache requiring bedrest

| Day of the Month | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Morning | | 10/AE | 10/AE | 15 | | | | | | 10/PC | | 10/AE | | | 10/PC | | | 10/AE | | | 10/AE | | 10/PC | | | | 10/AE | | | | |
| Afternoon | | | | | | 10/PC | | | | | | | | | | 10/AE | | | | 10/PC | | | | | 10/PC | | | | 10/PC | | |
| Evening | | | | | 10/PC | | | | | | | 10/PC | | | | | | | | | | | | | | 10/PC | | | | | |

Tal.

Triggers — List any triggers for your headache. Place check mark in box on days that the trigger initiated a headache

| Trigger | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Prior episode | | | X | | X | | | | | | | X | | | | | | | | | | | | | | | | | | | |
| Illness / Allergies | | | | | | | | | | | | | | | | X | | | | | | | | | | | | | | | |
| Large Meal / Rich Food | | | | | | | | | | | | X | | | X | | | | | X | | | X | | | | | | | | |
| Lack of Sleep | | | | | | | | | | X | | | | | | X | | | | X | | | X | | | | X | | | | |
| Stress / exertion | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Nothing | | X | | | | X | | | | | | | | | | | | X | | | X | | | | X | | | | X | | |
| Bad Weather / Front | | | | X | | | | | | | | | | | X | | | | | X | | | | | | X | | | | | |

Acute Medications to treat Headaches — List short acting medications to treat the headache and symptoms related to the headaches.

| Medication | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Medication: Almotriptan | | X | | X | X | X | | | | X | | X | | | X | X | | X | | X | X | | X | | X | X | X | | X | | |
| Medication: 1/2 Vicodin | | X | | | | | | | | | | X | | | | X | | X | | | X | | | | | | X | | | | |
| Medication: Whole Vicodin | | | | X | | | | | | | | | | | | | | | | | | | | | | | | | | | |

no meds alone that day

Medication effectiveness — Rate effectiveness on scale of 0-5 with 0 being complete relief and 5 being no relief.

| | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Morning | | 3 | 3 | 5 | | | | | | 3 | | 3 | | | 3 | | | 3 | | | 3 | | 3 | | | | 3 | | | | |
| Afternoon | | | | | | 3 | | | | | | | | | | 3 | | | | 3 | | | | | 3 | | | | 3 | | |
| Evening | | | | | 3 | | | | | | | 3 | | | | | | | | | | | | | | 3 | | | | | |

Kenny Haverly [illegible] pg 1

*Please make sure that you document your activity before your headache and how long you were incapacitated from the headache in minutes and hours from the headache.*

**Headache Diary**

| | | | | | | |
|---|---|---|---|---|---|---|
| Date: 2 Oct 2018 | Date: 3 Oct 2018 | Date: 4 Oct 2018 | Date: 5 Oct 2018 | Date: 6 Oct 2018 | Date: 10 Oct 2018 | Date: 12 Oct 2018 |
| Warning Signs: (R) ear noise/ music in morning | Warning Signs: no warning other than prior day's episode | Warning Signs: (L) ear music on awakening | Warning Signs: Some flashes during day | Warning Signs: Some (L) ear noise @ awakening → | Warning Signs: + flashes @ awakening | Warning Signs: (L) ear music just before episode |
| Time Begun: 1000 | Time Begun: 0730 | Time Begun: 0430 | Time Begun: 1200 | Time Begun: 1400 | Time Begun: 0800 | Time Begun: 0530 |
| Time Ended: 1700 | Time Ended: 1600 | Time Ended: 1600 | Time Ended: 2330 | Time Ended: 2200 | Time Ended: 1630 | Time Ended: 1315 |
| Pain Type: (e.g. piercing, throbbing, etc.) Sharp, then throbbing later | Pain Type: (e.g. piercing, throbbing, etc.) → | Pain Type: (e.g. piercing, throbbing, etc.) Sharp. | Pain Type: (e.g. piercing, throbbing, etc.) Sharp | Pain Type: (e.g. piercing, throbbing, etc.) Sharp | Pain Type: (e.g. piercing, throbbing, etc.) Sharp | Pain Type: (e.g. piercing, throbbing, etc.) Sharp, then throbbing later |
| Pain Intensity: (scale of 1-10, 10 being the worst) 10 | Pain Intensity: (scale of 1-10, 10 being the worst) 10 | Pain Intensity: (scale of 1-10, 10 being the worst) 15 | Pain Intensity: (scale of 1-10, 10 being the worst) 10 | Pain Intensity: (scale of 1-10, 10 being the worst) 10 | Pain Intensity: (scale of 1-10, 10 being the worst) 10 | Pain Intensity: (scale of 1-10, 10 being the worst) 10 |
| Location: (e.g. between eyes, back of head, etc.) (L) side of head, above sideburn (L) eye forehead | Location: (e.g. between eyes, back of head, etc.) → | Location: (e.g. between eyes, back of head, etc.) (L) side of head near temple, entire top + back of head | Location: (e.g. between eyes, back of head, etc.) (L) side of head near temple, above sideburn. | Location: (e.g. between eyes, back of head, etc.) → | Location: (e.g. between eyes, back of head, etc.) → | Location: (e.g. between eyes, back of head, etc.) → + (L) eye |
| Treatment or Meds Taken: Almotriptan 1/2 Vicodin | Treatment or Meds Taken: No medication was done | Treatment or Meds Taken: Almotriptan + whole Vicodin | Treatment or Meds Taken: Almo → | Treatment or Meds Taken: → | Treatment or Meds Taken: → | Treatment or Meds Taken: → + 1/2 Vicodin |

Kenny Haverly, Jr. 7956041 pg 2

*Please make sure that you document your activity before your headache and how long you were incapacitated from the headache in minutes and hours from the headache.*

**Headache Diary**

| Date: 12 Oct 2018 | Date: 15 Oct 2018 | Date: 16 Oct 2018 | Date: 18 Oct 2018 | Date: 20 Oct 2018 | Date: 21 Oct 2018 | Date: 23 Oct 2018 |
|---|---|---|---|---|---|---|
| Warning Signs: Flashes during day after morning major episode | Warning Signs: Flashes during day, (L) ear music @ awakening | Warning Signs: (L) ear music @ awakening → | Warning Signs: | Warning Signs: Some flashes during day | Warning Signs: no warning | Warning Signs: some flashes @ awakening |
| Time Begun: 2130 | Time Begun: 1100 | Time Begun: 1400 | Time Begun: 0900 | Time Begun: 1630 | Time Begun: 1100 | Time Begun: 1000 |
| Time Ended: 0400 | Time Ended: 1730 | Time Ended: 2100 | Time Ended: 1500 | Time Ended: 2300 | Time Ended: 1815 | Time Ended: 1530 |
| Pain Type: (e.g. piercing, throbbing, etc.) Sharp | Pain Type: (e.g. piercing, throbbing, etc.) sharp | Pain Type: (e.g. piercing, throbbing, etc.) Sharp, then throbbing later → | Pain Type: (e.g. piercing, throbbing, etc.) | Pain Type: (e.g. piercing, throbbing, etc.) sharp | Pain Type: (e.g. piercing, throbbing, etc.) sharp, then throbbing later | Pain Type: (e.g. piercing, throbbing, etc.) sharp |
| Pain Intensity: (scale of 1-10, 10 being the worst) 10 | Pain Intensity: (scale of 1-10, 10 being the worst) 10 | Pain Intensity: (scale of 1-10, 10 being the worst) 10 | Pain Intensity: (scale of 1-10, 10 being the worst) 10 | Pain Intensity: (scale of 1-10, 10 being the worst) 10 | Pain Intensity: (scale of 1-10, 10 being the worst) 10 | Pain Intensity: (scale of 1-10, 10 being the worst) 10 |
| Location: (e.g. between eyes, back of head, etc.) (L) side of head above sideburn, near temple → | Location: (e.g. between eyes, back of head, etc.) → | Location: (e.g. between eyes, back of head, etc.) + (L) eye + (L) forehead → | Location: (e.g. between eyes, back of head, etc.) | Location: (e.g. between eyes, back of head, etc.) (L) eye, (L) side of head above sideburn, near temple → | Location: (e.g. between eyes, back of head, etc.) + (L) forehead | Location: (e.g. between eyes, back of head, etc.) (L) side of head above sideburn, near temple |
| Treatment or Meds Taken: Almotriptan → | Treatment or Meds Taken: → | Treatment or Meds Taken: + ½ Vicodin → | Treatment or Meds Taken: | Treatment or Meds Taken: Almotriptan → | Treatment or Meds Taken: + ½ Vicodin | Treatment or Meds Taken: Almotriptan |

Kenny Haverly, Jr 795604! pg 3

*Please make sure that you document your activity before your headache and how long you were incapacitated from the headache in minutes and hours from the headache.*

**Headache Diary**

| | | | | | | |
|---|---|---|---|---|---|---|
| Date: 25 Oct 2018 | Date: 26 Oct 2018 | Date: 27 Oct 2018 | Date: 29 Oct 2018 | Date: | Date: | Date: |
| Warning Signs: Few flashes during day → | Warning Signs: | Warning Signs: "pre-headache" dizziness | Warning Signs: some flashes during day | Warning Signs: | Warning Signs: | Warning Signs: |
| Time Begun: 1300 | Time Begun: 2200 | Time Begun: 1000 | Time Begun: 1200 | Time Begun: | Time Begun: | Time Begun: |
| Time Ended: 1830 | Time Ended: 0130 | Time Ended: 1830 | Time Ended: 1815 | Time Ended: | Time Ended: | Time Ended: |
| Pain Type: (e.g. piercing, throbbing, etc.) Sharp | Pain Type: (e.g. piercing, throbbing, etc.) sharp | Pain Type: (e.g. piercing, throbbing, etc.) Sharp, then throbbing later | Pain Type: (e.g. piercing, throbbing, etc.) sharp | Pain Type: (e.g. piercing, throbbing, etc.) | Pain Type: (e.g. piercing, throbbing, etc.) | Pain Type: (e.g. piercing, throbbing, etc.) |
| Pain Intensity: (scale of 1-10, 10 being the worst) 10 | Pain Intensity: (scale of 1-10, 10 being the worst) 10 | Pain Intensity: (scale of 1-10, 10 being the worst) 10 | Pain Intensity: (scale of 1-10, 10 being the worst) 10 | Pain Intensity: (scale of 1-10, 10 being the worst) | Pain Intensity: (scale of 1-10, 10 being the worst) | Pain Intensity: (scale of 1-10, 10 being the worst) |
| Location: (e.g. between eyes, back of head, etc.) (L) side of head, above sideburn, near temple → | Location: (e.g. between eyes, back of head, etc.) + (L) eye | Location: (e.g. between eyes, back of head, etc.) → +(L) forehead | Location: (e.g. between eyes, back of head, etc.) (L) side of head, above sideburn, near temple | Location: (e.g. between eyes, back of head, etc.) | Location: (e.g. between eyes, back of head, etc.) | Location: (e.g. between eyes, back of head, etc.) |
| Treatment or Meds Taken: Almotriptan → | Treatment or Meds Taken: | Treatment or Meds Taken: → + ½ Vicodin | Treatment or Meds Taken: Almo | Treatment or Meds Taken: | Treatment or Meds Taken: | Treatment or Meds Taken: |

| [illegible] 2018 | 26 [illegible] 2018 | 27 Oct 2018 | [illegible] 2018 | | | |
|---|---|---|---|---|---|---|
| Effect of Treatment: sleep, possibly shortened recovery → | Effect of Treatment: → | Effect of Treatment: → | Effect of Treatment: → | Effect of Treatment: → | Effect of Treatment: → | Effect of Treatment: → |
| Hours of Sleep: 9 | Hours of Sleep: 6 | Hours of Sleep: 4 | Hours of Sleep: 7 | Hours of Sleep: | Hours of Sleep: | Hours of Sleep: |
| What I Ate Today: Salami sandwich | What I Ate Today: Sausage + peppers, Pop Tart | What I Ate Today: nothing - was too early | What I Ate Today: Pop Tart Chili | What I Ate Today: | What I Ate Today: | What I Ate Today: |
| Events Prior to Headache: (e.g. strenuous activity, elevated stress, etc.) no triggers | Events Prior to Headache: (e.g. strenuous activity, elevated stress, etc.) Strong cold front | Events Prior to Headache: (e.g. strenuous activity, elevated stress, etc.) bad sleep | Events Prior to Headache: (e.g. strenuous activity, elevated stress, etc.) no triggers | Events Prior to Headache: (e.g. strenuous activity, elevated stress, etc.) | Events Prior to Headache: (e.g. strenuous activity, elevated stress, etc.) | Events Prior to Headache: (e.g. strenuous activity, elevated stress, etc.) |
| Additional Comments: PC episode | Additional Comments: PC episode | Additional Comments: ME episode | Additional Comments: PC episode | Additional Comments: | Additional Comments: | Additional Comments: |

| 2 Oct 20[illegible] | [illegible] | [illegible] | 5 Oct [illegible] | [illegible] Oct [illegible] | 10 Oct [illegible] | 12 Oct 2018 |
|---|---|---|---|---|---|---|
| Effect of Treatment:<br>Stop, possibly shortened recovery → | Effect of Treatment: | Effect of Treatment: | Effect of Treatment: | Effect of Treatment: | Effect of Treatment: | Effect of Treatment:<br>→ |
| Hours of Sleep:<br>8 | Hours of Sleep:<br>7 | Hours of Sleep:<br>4 | Hours of Sleep:<br>3 | Hours of Sleep:<br>10 | Hours of Sleep:<br>6 | Hours of Sleep:<br>5 |
| What I Ate Today:<br>Wendy's Dbl Cheeseburger + fries - leftovers | What I Ate Today:<br>nothing - too early | What I Ate Today:<br>nothing - too early | What I Ate Today:<br>Oatmeal<br>Cheese & crackers<br>Pizza | What I Ate Today:<br>nothing - slept late | What I Ate Today:<br>nothing - was too early → | What I Ate Today: |
| Events Prior to Headache: (e.g. strenuous activity, elevated stress, etc.)<br>no triggers | Events Prior to Headache: (e.g. strenuous activity, elevated stress, etc.)<br>aftermath of prior episode | Events Prior to Headache: (e.g. strenuous activity, elevated stress, etc.)<br>nothing - migraine woke me from sound sleep | Events Prior to Headache: (e.g. strenuous activity, elevated stress, etc.)<br>extremely tired. difficulty sleeping "hangover" from prior days episodes | Events Prior to Headache: (e.g. strenuous activity, elevated stress, etc.)<br>no triggers | Events Prior to Headache: (e.g. strenuous activity, elevated stress, etc.)<br>from sleep | Events Prior to Headache: (e.g. strenuous activity, elevated stress, etc.)<br>Ate large meal night before |
| Additional Comments:<br>Major (ME) episode<br>See Key for explanation | Additional Comments:<br>ME episode | Additional Comments:<br>Traditional (Trad) migraine - see Key for explanation | Additional Comments:<br>Popcorn (PC) episode<br>See Key for explanation | Additional Comments:<br>PC episode | Additional Comments:<br>PC episode | Additional Comments:<br>ME episode |

| [illegible] Oct 2018 | [illegible] Oct 2018 | 16 Oct 2018 | 18 Oct 2018 | [illegible] Oct 2018 | [illegible] Oct 2018 | [illegible] Oct 2018 |
|---|---|---|---|---|---|---|
| Effect of Treatment: Sleep, possibly shortened recovery → | Effect of Treatment: → | Effect of Treatment: → | Effect of Treatment: → | Effect of Treatment: → | Effect of Treatment: → | Effect of Treatment: → |
| Hours of Sleep: 5; 7:45 during morning major episode | Hours of Sleep: 6 | Hours of Sleep: 3 | Hours of Sleep: 7 | Hours of Sleep: 5 | Hours of Sleep: 10 | Hours of Sleep: 3 |
| What I Ate Today: Pizza rolls | What I Ate Today: Corn Fried Chicken | What I Ate Today: Mashed potatoes Almond Log. Coca Cola | What I Ate Today: nothing, was too early | What I Ate Today: Steak mashed potatoes French Fries | What I Ate Today: nothing - was too early | What I Ate Today: Rice w/ hamburger, Pizza |
| Events Prior to Headache: (e.g. strenuous activity, elevated stress, etc.) hangover from morning major episode | Events Prior to Headache: (e.g. strenuous activity, elevated stress, etc.) Drank four Coca-Colas night before | Events Prior to Headache: (e.g. strenuous activity, elevated stress, etc.) Severe diarrhea from stomach virus; lack of sleep | Events Prior to Headache: (e.g. strenuous activity, elevated stress, etc.) no triggers | Events Prior to Headache: (e.g. strenuous activity, elevated stress, etc.) Storm front, Large meal w/ rich food, Poor sleep | Events Prior to Headache: (e.g. strenuous activity, elevated stress, etc.) no triggers | Events Prior to Headache: (e.g. strenuous activity, elevated stress, etc.) Rich food, poor sleep |
| Additional Comments: PL episode | Additional Comments: PL episode | Additional Comments: ME episode | Additional Comments: ME episode | Additional Comments: PL episode | Additional Comments: ME episode | Additional Comments: PL episode |

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207

MR. KENNY HAVERLY JR

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
Phone No.: (800) 291-0112
Secure Fax No.: (603) 430-5732

November 30, 2018

Mr. Kenny Haverly Jr

RE: Long Term Disability (LTD) Benefits
Papa John's International, Inc
Claim #: 7956041

Dear Mr. Kenny Haverly Jr:

Liberty Life Assurance Company of Boston, now a Lincoln Financial Group company is responsible for managing claims for Long Term Disability (LTD) benefits under Papa John's International, Inc's Group Disability Policy. We are writing in reference to your claim for LTD benefits under the Policy.

We have completed a thorough review of your eligibility for benefits and have determined that benefits are not payable beyond November 27, 2018. Papa John's International, Inc's LTD Policy requires that to receive benefits you must meet the following definition of disability:

***"Disability" or "Disabled"*** *means:*

1. *For persons other than pilots, co-pilots, and crewmembers of an aircraft:*

   i. *that during the Elimination Period and the next 24 months of Disability the Covered Person, as a result of Injury or Sickness, is unable to perform the Material and Substantial Duties of his Own Occupation; and*

   ii. *thereafter, the Covered Person is unable to perform, with reasonable continuity, the Material and Substantial Duties of Any Occupation.*

2. *With respect to Covered Persons employed as pilots, co-pilots and crewmembers of an aircraft:*

   ***"Disability" or "Disabled"*** *means as a result of Injury or Sickness the Covered Person is unable to perform the Material and Substantial Duties of Any Occupation.*

***"Own Occupation"*** *means the Covered Person's occupation that he was performing when his Disability or Partial Disability began. For the purposes of determining Disability under*

*this policy, Liberty will consider the Covered Person's occupation as it is normally performed in the national economy.*

**Discontinuation of the Long Term Disability Benefit**

*The Monthly Benefit will cease on the earliest of:*

- ***The date the Covered Person is no longer Disabled according to this policy***

You have been receiving LTD benefits for your disability since May 16, 2018.

In order to evaluate whether or not you continued to meet the above definition of disability, we requested medical information from your physician(s).

You submitted a claim for Migraines and your claim file contains the following medical documentation:

**Warren Chumley, M.D**
- Office treatment notes from January 30, 2018, through June 6, 2018.

**Greg Potts, M.D**
- Office treatment notes from November 13, 2017, through November 27, 2017.

In addtion, along with the aformentioned medical records the headache diary you submitted was also considered in our evaluation

In order to better understand the severity of your condition, your file was reviewed by a board-certified consulting physician specializing in Neurology. During the course of this review, the consulting physician reviewed all available medical records in your claim file and concluded the following:

*There is no sustained impairment from migraine with aura. He may miss work on days where he requires presentation to the emergency room, Urgent Care Center, or physician's office. He also may miss work for days where he requires a physician appointment.*

*There are no sustained restrictions or limitations based on chart review. There is no contraindication to a full 8 hour work they based on diagnosis of migraine with aura and frequency as listed in chart.*

*Migraines are episodic and not daily. There is notable low-grade headache as a backdrop but there is no major restrictions or limitation attributable to migraine headache. The severity and scope of migraine with aura is consistent with what is documented.*

*There are early notes from 2017 by primary care physician that state he is incapacitated by migraine. Neurology notes do not indicate as such.*

*There are no focal deficits documented on examination, trips to the emergency room, Urgent Care, or other translation son how headache impairs daily living*

As a part of the clinical review the consulting physician attempted discuss your file with Warren Chumley, M.D.; the communication attempts are as follows:

> *I left a message with Julie stating the purpose of the call and requested a call back on 11/9/18 at 10:56 AM EST. I called and left a message with Kathy on 11/12/18 at 4:05 PM EST. Dr. Chumley returned the call 4:32 PM EST on 11/13/18. He has migraines which are severe, and has 1-2 episodes per week. He has visual auras prior. He has 2-3 minor headaches per week. He does not quantify the duration of minutes. He has 9 episodes of migraine per month; he requires sleep after. He has 30-60 episodes of visual aura per AP. He endorses that he is completely incapacitated due to migraines.*
>
> *From my vantage point, I discussed his progress notes. He will detail how his patients visual issues apply moving forward at the next visit, and I will be happy to review this at that time.*

Based on the medical documentation received in relation to the requirements of your occupation, you no longer meet the definition of disability outlined above. Thus benefits are no longer payable and we must close your claim.

Any pending application(s) for benefits that are considered an offset under the disability Policy continue to be applicable to your claim. If benefits are awarded retroactive to your period of disability with Liberty Life Assurance Company of Boston, you are expected to repay the amount of any other benefit you would have received during the time period that you received disability per the language of the disability Policy. Should Liberty Life Assurance Company of Boston receive notification of any such award, a representative from our Financial Review Services will notify you regarding any repayment due.

This claim determination reflects an evaluation of the claim facts and the Policy provisions. No internal rules, guidelines, protocols, standards or other similar criteria were relied upon in rendering the claim determination. We reserve the right to make a determination on any additional information that may be submitted.

Under the Employee Retirement Income Security Act of 1974 (ERISA), you may request a review of this denial by writing to the address below:

The Liberty Life Assurance Company of Boston,
now a Lincoln Financial Group company
Attn: Appeal Review Unit
Group Benefits Disability Claims
P.O. Box 7213
London, KY 40742-7213

The written request for review must be sent within 180 days from the receipt of this letter and state the reasons you feel your claim should not have been denied. In your request for review please include the following documentation:

- Treatment notes, treatment plans, test results, etc. from May 1, 2018, to present from Dr. Chumley, Dr. Potts, and any other medical providers.

- Specific restrictions and limitations from all providers, which indicate that you are unable to perform your own occupation

You should also provide any additional information that you feel will support your claim.

You are entitled to receive, upon request and free of charge, copies of all claim file documents relevant to the claim determination. If Lincoln Financial Group does not receive your written request for review within 180 days from the receipt of this notice, our claim decision will be final, your file will remain closed, and no further review will be conducted.

Under normal circumstances, you will be notified of the final decision within 45 days from the date your request is received.

If you require language translation assistance, please contact Lincoln Financial Group to initiate a service provided free of charge to assist with understanding your claim and appeal rights.

如果您需要翻译方面的帮助，请联系我，我会免费为您服务以便了解您的要求和诉求。

Shá ata’ hane’go shíká a’doowoł nínízingo saad hosíníłį́į’ dóó ná’ookąąh nííní’ąągo naaltsoos nííníłtsoozígíí hazho’ó bik’idi’deeshtį́į́ł nínízingo doo bą́ąh ílínígóó níká a’doowoł éí biniiyé shił hodíílnih áko ákwe’égi níká adeeshwoł.

Si necesita traducci n, cont cteme para iniciar un servicio gratuito a fin de ayudarle a entender sus derechos de reclamo y apelaci n.

Kung nangangailangan ka ng tulong sa translation, mangyaring makipag-ugnayan sa akin upang gumamit ng serbisyong ibinigay nang walang bayad upang matulungan kang maunawaan ang iyong mga karapatan sa paghahabol at pag-aapela.

If special circumstances cause a delay in our decision, you will be notified of the final decision no later than 90 days from the date your request is received.

Nothing in this letter should be construed as a waiver of any rights and defenses under the above captioned Policy, and all of these rights and defenses are reserved to the company, whether or not they are specifically mentioned herein.

If you have any questions regarding this matter, please contact me.

Sincerely,

Christopher Le Grand
Long Term Disability Specialist
Phone No.: (800) 291-0112 Ext. 13918
Secure Fax No.: (603) 430-5732

# Liberty Mutual - Independent Evaluation

## Peer Review

Requested By: Christopher LeGrand
Disability Claims
P.O. Box 7207
London, KY 40742-7207
(800) 219-0112 x13918
Fax: (603) 430-5732

Document Locations
- [x] Document List
- [ ] Correspondence
- [ ] Paper File

**Return Report to: GBLibertyVendorReferrals@libertymutual.com**

| | | | |
|---|---|---|---|
| Customer Name: | PAPA JOHN'S INTERNATIONAL, INC | Date Sent: | 10/18/2018 |
| Funding type: | CON | Coverage Type: | LTD |
| Claimant Name: | KENNY HAVERLY | Claim #: | 7956041 |
| Claimant Address: | | Claimant SSN: | |
| | | Claimant DOB: | |
| City: | | Claimant Tel. #: | |
| State: | | Claimant DOD: | 11/15/2017 |
| Zip: | | Primary Diagnosis: | Migraine, unspecified |
| Gender: | MALE | Att. Physician: | |
| Specialist Type Requested : | Neurology | Physician: Phone/Fax | dr. chumley 859-296-1922 |

Referral Questions:

Vendor Chosen: Medical Consultant Network

Claimant Name: KENNY HAVERLY

# Liberty Mutual - Independent Evaluation

## Peer Review

***** addendum******
For each impairing diagnosis that is supported by the medical evidence, please outline reasonably supported restrictions and limitations including duration and prognosis. Please define in terms of frequency (never, occasional, frequent, constant) and task (sit, stand, lift/carry, type, etc.). When clarifying the supported restrictions and limitations, please be sure to address endurance restrictions and limitations, if any, for example, from performing full-time activities throughout an eight-hour day. What is the duration of the aforementioned restrictions?

Instructions For Vendor:

Claimant Name: KENNY HAVERLY

# Liberty Mutual - Independent Evaluation

## Peer Review

Attorney Information (if applicable):

Claimant Name: KENNY HAVERLY

ReleasePoint

## Medical Record Overview

**Date:** **October 29, 2018**

**Patient Name:** HAVERLY, KENNY

**Records From:** KENTUCKYONE HEALTH NEUROLOGY ASS...
1021 MAJESTIC DR STE 200
LEXINGTON, KY
(859) 296-1922

**RP ID:** 4584000

**Client ID:** 7956041

**Source:** LIBMT4

**Request Scope:** From October 3, 2015 to October 3, 2018

**Req By:** 08-036548

christopher.legrand@lfg.con

**Chart Range:** 06/06/2018 - 09/26/2018

**SSN:**

| Classification | From | To | Total | Starts on Page |
|---|---|---|---|---|
| Progress Notes | Jun 6 2018 | Sep 26 2018 | 12 | 2 |
| Request Corr. | | | 1 | 14 |
| **Total Page Count:** | | | 13 | |

**Notes From QC:**

Enclosed are all records supplied by medical facility for requested dates of service

**Saint Joseph Neurology Associates**
**1021 Majestic Drive, Suite 200,**
**Lexington, KY 40513**
**Phone: (859) 296-1922 Fax: (859) 296-2603**

*MRN:* **1136760** *Encounter Date:* **09/26/2018 2:15PM**

*DOB:*
*Home:*
*Work:*

*Address:*
**Kenny Haverly**

**PCP:** Vincent, Jacob W

## History Reported By
Patient

## Chief Complaint
Follow up for migraines

## History of Present Illness
**HPI Free Text - v1.0:** Mr. Haverly was referred 8.30.16 for headaches. He is followed by Dr. Fakhoury for possible seizures manifest as hallucinations. He notes he has been monitored a 3rd time in the EMU and he does not feel the spells are seizures therefore Dr. Fakhoury referred him for possible migraine with aura. He has been on multiple anticonvulsant medications over the years. He notes the episodes started in late 2009 as auditory hallucinations - hearing music (like a sitar). This changed to classical music instruments (not melodic). He notes the sounds are changes of sounds in the surrounding environment. He notes a h/o migraines going back to his late teens; he notes he would see halos around lights before a migraine (like oil on water). He notes no h/o drug use but in January 2010 he started having visual hallucinations manifest as seeing himself crawl into a hole. He had a headache when this happened and went to bed; he slept 16 hours; he woke up at nighttime hallucinated sitting on a milk crate in his living room (he had seen the man before). This lasted for 2 - 3 seconds then another headache.

He has a constant background headache; he has a migraine once per month; he has minor episodes of seeing schools of "pixelated" fish going from left to right daily with no headache. He has major episodes of seeing triangular arrangements of swirling pieces which occurs up to every other day which are followed by headaches.

He notes a pineal gland cyst.

**Headache:** The patient is being seen for a routine follow-up of.
**Headache History:**
**Current Headache Information:**
Currently the pain is left frontal, occasionally bitemporal. It is described as stabbing. On a scale of 0-10, the pain severity average is 5 and maximum is 12.
Symptoms include nausea, phonophobia and photophobia, but no vomiting.
Current treatment includes Aimovig 70 mg sc monthly (started 9/18/2018); gabapentin 300 mg BID; propranolol 120 mg BID; almotriptan PRN; vit D3 50,000 units weekly. (Previous Medications: topiramate, Keppra, Vimpat, Imitrex before the hallucinations was not well tolerated, Tylenol, ibuprofen, Advil, naproxen. Amitriptyline)
He has major episodes consist of seeing arrangements of three followed by a severe headache (previously about 9 per month); he sleeps 6 hours ("like waking up from surgery"). The minor episodes consist of seeing pixelated fish sometimes followed by a less severe headache ("rapid fire") (previously about 30-60 per month). He has a constant background headache.
The Depakote was tapered off in March 2017 and propranolol increased to 120 mg BID.

He is having about 1-2 major episodes per week, and he has 2-3 minor episodes per week. He notes since

*Patient:* **Kenny L. Haverly**
*Encounter:* **Sep 26 2018 2:15PM** *MRN:* **1136760**

starting Aimovig the background headaches have stopped.

**Quality Measures**

**Smoking/Tobacco Use Screening:**
- Do you currently smoke cigarettes or use other types of tobacco? NONE

**Fall Risk Screening:**
Have you had 2 or more falls in the past year? YES
Any fall with injury in the past year? NO
Are you worried about falling or feel unsteady when standing or walking? YES

**Active Problems**

1. Complex partial seizure with impairment of consciousness (345.40) (G40.209)
2. Migraine with aura, intractable (346.01) (G43.119)
   Mr. Haverly was seen by Dr. Fakhoury 8.18.16 who noted spells of visual hallucinations and past video EEG monitoring at UK in 2010 was negative other than focal slow wave activity in the temporal leads. It was noted the spells may be nonepileptic. Video EEG monitoring on two occasions was mentioned (UK and Vanderbilt) and an ictal SPECT was mentioned. Repeat video EEG monitoring was mentioned due to an increase in the spells.

   MRI brain w/ and w/o, SJH, 9.15.16: No acute intracranial abnormality and no pathologic enhancement. Reviewed on PACS 9.16.16.
   Mr. Haverly was admitted to the epilepsy monitoring unit (SJH) on August 19 and discharged on August 21, 2016. He had frequent isolated jerks with no associated ictal EEG change. He also had another typical episode of visual symptoms and auras, also with no associated ictal EEG change. Continuous EEG recordings showed no epileptiform abnormality. The spells were discussed nonepileptic and possible migraine with aura was discussed.
   Labs, KLS, 8.30.16: B12 503. CK 73. CMP nl except crt 1.20 (0.55 - 1.02). HC 10.4. Vit D 22. CBC nl. ESR 13. Serum IFE studies show no evidence of monoclonal gammopathy. No significant abnormalities in the serum protein pattern. MMA <0.20.
   Complicated migraines - he has auditory hallucinations and visual hallucinations for which has been monitored 3 times, including by Dr. Fakhoury twice (UK and SJH) and at Vanderbilt.
3. Nonepileptic episode (780.39) (R56.9)
4. Paresthesias (782.0) (R20.2)
5. Pineal gland cyst (259.8) (E34.8)
   Mr. Haverly noted a h/o a pineal gland cyst when seen 8.30.16.

   MRI brain w/ and w/o, SJH, 9.15.16: No acute intracranial abnormality and no pathologic enhancement. Reviewed on PACS 9.16.16.
6. Simple partial seizure w/somatosensory or special sensory dysfunction (345.50) (G40.109)

**Allergies**

- No Known Drug Allergies
  Recorded By: Merkel, Shannon; 8/18/2016 1:51:26 PM

*Patient:* **Kenny L. Haverly**
*Encounter:* **Sep 26 2018 2:15PM** *MRN:* **1136760**

**Current Meds**

1. Aimovig 70 MG/ML Subcutaneous Solution Auto-injector; Inject 70mg/ml subq once monthly
2. Almotriptan Malate 12.5 MG Oral Tablet; TAKE ONE TABLET BY MOUTH EVERY 2 HOURS AS NEEDED MAX 2 PER DAY AND 5 PER WEEK
3. Gabapentin 300 MG Oral Capsule; Take 1 capsule twice daily
4. Glucosamine Plus Vitamin D TABS
5. Hydrocodone-Acetaminophen 5-325 MG Oral Tablet; TAKE 1 TABLET Daily PRN
6. Naproxen 500 MG Oral Tablet; Take one tablet every 4 hours PRN for headaches
7. Omeprazole 40 MG Oral Capsule Delayed Release
8. Ondansetron HCl - 4 MG Oral Tablet; TAKE 1 TABLET DAILY AS NEEDED FOR NAUSEA
9. Propranolol HCl - 40 MG Oral Tablet; TAKE 3 TABLET Twice daily

**Past Medical History**

History of Hernia (553.9) (K46.9)
History of appendicitis (V12.79) (Z87.19)
History of asthma (V12.69) (Z87.09)
History of concussion (V15.52) (Z87.820)
History of head Injury (V15.59) (Z87.828)
History of kidney stones (V13.01) (Z87.442)
History of migraine headaches (V12.49) (Z86.69)
History of pneumonia (V12.61) (Z87.01)
History of varicella (V12.09) (Z86.19)

**Surgical History**

History of Appendectomy
History of Cholecystectomy
History of Hernia Repair
History of Surgery Epididymectomy Left

**Family History**

- Family history of migraine headaches (V17.2) (Z82.0)
- Family history of neuropathy (V17.2) (Z83.0)
- Family history of epilepsy (V17.2) (Z82.0)
- Family history of diabetes mellitus (V18.0) (Z83.3)
- Family history of leukemia (V16.6) (Z80.6)
- Family history of malignant neoplasm (V16.9) (Z80.9)
- Family history of rheumatoid arthritis (V17.7) (Z82.61)

**Social History**

Alcohol use (V49.89) (Z78.9)
Caffeine use (V49.89) (Z78.9)
Completed college, bachelors degree
Lives with spouse
Married
Never smoker
No drug use

**Review of Systems**

**CONSTITUTIONAL:** fatigue.
**EYES:** change in vision, but normal.
**ENT:** dizziness.
**CARDIOVASCULAR:** normal.
**RESPIRATORY:** normal.

*Patient:* **Kenny L. Haverly**
*Encounter:* **Sep 26 2018 2:15PM** *MRN:* **1136760**

**GASTROINTESTINAL:** normal.
**GENITOURINARY:** normal.
**MUSCULOSKELETAL:** normal.
**INTEGUMENTARY:** normal.
**NEUROLOGICAL:** headache and dizziness.
**PSYCHIATRIC:** normal.
**ENDOCRINE:** normal.
**HEMATOLOGIC/LYMPHATIC:** normal.
**ALLERGIC/IMMUNOLOGIC:** normal.

### Vitals
### Vital Signs

| | Recorded: 26Sep2018 02:33PM |
|---|---|
| Height | 6 ft 1 in |
| Weight | 256 lb |
| BMI Calculated | **33.78** |
| BSA Calculated | 2.39 |
| Systolic | 120 |
| Diastolic | **90** |

### Physical Exam
Mental Status - Alert.
General Appearance - Cooperative. Not in acute distress. Build & Nutrition - Well nourished.
HEENT - Eye Note: Pupils equal, reactive to light and to accommodation directly and consensually
Peripheral Vascular - Upper Extremity: Inspection - Bilateral - Normal.
Neurologic
Mental Status: Speech - Normal.
Cranial Nerves:
III Oculomotor: Pupillary constriction - Bilateral - Normal. Note: no ptosis, no Horner's sign, no Marcus Gunn pupil
VII Facial: - Normal and symmetric facial muscles.
Eye Movements: - PERRL. EOMI.
Sensory: Intact to pinprick in all 4 extremities.
Reflexes: 2+ throughout.
Musculoskeletal:
Motor: Tone: Normal.
Bulk: Normal.
Strength: 5/5 bilaterally in the upper and lower extremities.

### Results/Data
Mr. Haverly was seen by Dr. Fakhoury 8.18.16 who noted spells of visual hallucinations and past video EEG monitoring at UK in 2010 was negative other than focal slow wave activity in the temporal leads. It was noted the spells may be nonepileptic. Video EEG monitoring on two occasions was mentioned (UK and Vanderbilt) and an ictal SPECT was mentioned. Repeat video EEG monitoring was mentioned due to an increase in the spells.

MRI brain w/ and w/o, SJH, 9.15.16: No acute intracranial abnormality and no pathologic enhancement. Reviewed on PACS 9.16.16.
Mr. Haverly was admitted to the epilepsy monitoring unit (SJH) on August 19 and discharged on August 21, 2016. He had frequent isolated jerks with no associated ictal EEG change. He also had another typical episode of visual symptoms and auras, also with no associated ictal EEG change. Continuous EEG recordings showed no eplleptiform abnormality. The spells were discussed nonepileptic and possible migraine with aura was discussed. Labs, KLS, 8.30.16: B12 503. CK 73. CMP nl except crt 1.20 (0.55 - 1.02). HC 10.4. Vit D 22. CBC nl. ESR 13.

*Patient:* **Kenny L. Haverly**
*Encounter:* **Sep 26 2018 2:15PM** *MRN:* **1136760**

Serum IFE studies show no evidence of monoclonal gammopathy. No significant abnormalities in the serum protein pattern. MMA <0.20.
Labs, KLS, 5/30/2017: CMP normal. Free T4 0.84. TSH 3.710. Vitamin D 11. CBC normal.
Urine drug screen, KLS, 1/30/2018: Positive for tramadol and acetaminophen.
Labs, LabCorp, 6/6/2018: CBC normal. CMP normal. Vitamin D 30.6.

## Assessment

1. Migraine with aura, intractable (346.01) (G43.119)

   Mr. Haverly was seen by Dr. Fakhoury 8.18.16 who noted spells of visual hallucinations and past video EEG monitoring at UK in 2010 was negative other than focal slow wave activity in the temporal leads. It was noted the spells may be nonepileptic. Video EEG monitoring on two occasions was mentioned (UK and Vanderbilt) and an ictal SPECT was mentioned. Repeat video EEG monitoring was mentioned due to an increase in the spells.

   MRI brain w/ and w/o, SJH, 9.15.16: No acute intracranial abnormality and no pathologic enhancement. Reviewed on PACS 9.16.16.
   Mr. Haverly was admitted to the epilepsy monitoring unit (SJH) on August 19 and discharged on August 21, 2016. He had frequent isolated jerks with no associated ictal EEG change. He also had another typical episode of visual symptoms and auras, also with no associated ictal EEG change. Continuous EEG recordings showed no epileptiform abnormality. The spells were discussed nonepileptic and possible migraine with aura was discussed.
   Labs, KLS, 8.30.16: B12 503. CK 73. CMP nl except crt 1.20 (0.55 - 1.02). HC 10.4. Vit D 22. CBC nl. ESR 13. Serum IFE studies show no evidence of monoclonal gammopathy. No significant abnormalities in the serum protein pattern. MMA <0.20.

   Complicated migraines - he has auditory hallucinations and visual hallucinations for which has been monitored 3 times, including by Dr. Fakhoury twice (UK and SJH) and at Vanderbilt.
2. Pineal gland cyst (259.8) (E34.8)

   Mr. Haverly noted a h/o a pineal gland cyst when seen 8.30.16.

   MRI brain w/ and w/o, SJH, 9.15.16: No acute intracranial abnormality and no pathologic enhancement. Reviewed on PACS 9.16.16.
3. Never smoker

## Plan

### Migraine with aura, intractable

1. Renew: Aimovig 70 MG/ML Subcutaneous Solution Auto-injector; Inject 70mg/ml subq once monthly
2. Renew: Almotriptan Malate 12.5 MG Oral Tablet; TAKE ONE TABLET BY MOUTH EVERY 2 HOURS AS NEEDED MAX 2 PER DAY AND 5 PER WEEK
3. Renew: Gabapentin 300 MG Oral Capsule; Take 1 capsule twice daily
4. Renew: Hydrocodone-Acetaminophen 5-325 MG Oral Tablet; TAKE 1 TABLET Daily PRN
5. Renew: Naproxen 500 MG Oral Tablet; Take one tablet every 4 hours PRN for headaches
6. Renew: Ondansetron HCl - 4 MG Oral Tablet; TAKE 1 TABLET DAILY AS NEEDED FOR NAUSEA
7. Renew: Propranolol HCl - 40 MG Oral Tablet; TAKE 3 TABLET Twice daily

### Migraine with aura, intractable, Pineal gland cyst

8. Follow-up visit in 3 months Outpatient Follow-up Status: Hold For - Scheduling Requested for: 26Sep2018

## Discussion/Summary

*Patient:* **Kenny L. Haverly**
*Encounter:* **Sep 26 2018 2:15PM** *MRN:* **1136760**

Mr. Haverly has an interesting history in that he developed migraines in his late teens with an aura of seeing a halo (like a rainbow from oil and water). Then, around 2009, he began having auditory hallucinations and in 2010 began having visual hallucinations. He has chronic daily headaches, migraines once monthly, 2 types of visual hallucinations (seeing "schools of pixels" and swirling objects arranged as triangles); the triangle hallucinations are followed by severe headaches. He undergone video EEG monitoring at UK (by Dr, Fakhoury), at Vanderbilt, and at SJH (again by Dr. Fakhoury in August 2016) and there is no evidence these are seizures; one possible explanation is migraine with complicated aura. He underwent an MRI brain w/ and w/o at SJH 9.15.16 which was normal (aside from a possible pineal cyst which he has known about since 2011). His major headaches have been significantly reduced, as well as his minor headaches. With the start of Aimovig 70 mg subcutaneous monthly, the background headaches have dissipated. No changes will be made today. He will be seen back in 3 months and consideration will be given to increasing the Aimovig to 140 mg subcutaneous monthly or changing to Ajovy.

**'End of Encounter Meds'**

**Signatures**
Electronically signed by : Luthene Peyton, RMA; Sep 26 2018 2:40PM EST (Co-author)
Electronically signed by : Warren Chumley, M.D.; Sep 26 2018 3:27PM EST (Author)

**Saint Joseph Neurology Associates**
**1021 Majestic Drive, Suite 200,**
**Lexington, KY 40513**
**Phone: (859) 296-1922 Fax: (859) 296-2603**

*MRN:* **1136760** *Encounter Date:* **06/06/2018 2:45PM**

*DOB:*
*Home:*
*Work:*

*Address:*
**Kenny Haverly**

**PCP:** Vincent, Jacob W

**History Reported By**
Patient

**Chief Complaint**
Follow up for migraines

**History of Present Illness**

**HPI Free Text - v1.0:** Mr. Haverly was referred 8.30.16 for headaches. He is followed by Dr. Fakhoury for possible seizures manifest as hallucinations. He notes he has been monitored a 3rd time in the EMU and he does not feel the spells are seizures therefore Dr. Fakhoury referred him for possible migraine with aura. He has been on multiple anticonvulsant medications over the years. He notes the episodes started in late 2009 as auditory hallucinations - hearing music (like a sitar). This changed to classical music instruments (not melodic). He notes the sounds are changes of sounds in the surrounding environment. He notes a h/o migraines going back to his late teens; he notes he would see halos around lights before a migraine (like oil on water). He notes no h/o drug use but in January 2010 he started having visual hallucinations manifest as seeing himself crawl into a hole. He had a headache when this happened and went to bed; he slept 16 hours; he woke up at nighttime hallucinated sitting on a milk crate in his living room (he had seen the man before). This lasted for 2 - 3 seconds then another headache.

He has a constant background headache; he has a migraine once per month; he has minor episodes of seeing schools of "pixelated" fish going from left to right daily with no headache. He has major episodes of seeing triangular arrangements of swirling pieces which occurs up to every other day which are followed by headaches.

He notes a pineal gland cyst.

**Headache:** The patient is being seen for a routine follow-up of.
**Headache History:**
**Current Headache Information:**
Currently the pain is left frontal, occasionally bitemporal. It is described as stabbing. On a scale of 0-10, the pain severity average is 5 and maximum is 12.
Symptoms include nausea, phonophobia and photophobia, but no vomiting.
Current treatment includes gabapentin 300 mg BID; propranolol 120 mg BID; almotriptan PRN; vit D3 50,000 units weekly. (Previous Medications: topiramate, Keppra, Vimpat, Imitrex before the hallucinations was not well tolerated, Tylenol, ibuprofen, Advil, naproxen. Amitriptyline)
He has major episodes consist of seeing arrangements of three followed by a severe headache (previously about 9 per month); he sleep 6 hours later ("like waking up from surgery"). The minor episodes consist of seeing pixelated fish sometimes followed by a less severe headache ("rapid fire") (previously about 30-60 per month). He has a constant background headache.
The Depakote was tapered off in March 2017 and propranolol increased to 120 mg BID.
He started gabapentin 1/5/2018 and his significant headaches have decreased to 2-3 per week; he is tolerating the gabapentin well aside from drowsiness. He notes a bad episode of headaches in March and April 2018. He

*Patient:* **Kenny L. Haverly**
*Encounter:* **Jun 6 2018 2:45PM** *MRN:* **1136760**

has gained about 12 pounds on gabapentin; he is riding a recumbent bike 30 minutes weekly.

## Quality Measures

**Smoking/Tobacco Use Screening:**
- Do you currently smoke cigarettes or use other types of tobacco? NONE

**Fall Risk Screening:**
Have you had 2 or more falls in the past year? NO
Any fall with injury in the past year? NO
Are you worried about falling or feel unsteady when standing or walking? YES

## Active Problems

1. Avitaminosis D (268.9) (E55.9)
2. Complex partial seizure with impairment of consciousness (345.40) (G40.209)
3. Migraine with aura, intractable (346.01) (G43.119)
   Mr. Haverly was seen by Dr. Fakhoury 8.18.16 who noted spells of visual hallucinations and past video EEG monitoring at UK in 2010 was negative other than focal slow wave activity in the temporal leads. It was noted the spells may be nonepileptic. Video EEG monitoring on two occasions was mentioned (UK and Vanderbilt) and an ictal SPECT was mentioned. Repeat video EEG monitoring was mentioned due to an increase in the spells.
   MRI brain w/ and w/o, SJH, 9.15.16: No acute intracranial abnormality and no pathologic enhancement. Reviewed on PACS 9.16.16.
   Mr. Haverly was admitted to the epilepsy monitoring unit (SJH) on August 19 and discharged on August 21, 2016. He had frequent isolated jerks with no associated ictal EEG change. He also had another typical episode of visual symptoms and auras, also with no associated ictal EEG change. Continuous EEG recordings showed no epileptiform abnormality. The spells were discussed nonepileptic and possible migraine with aura was discussed.
   Labs, KLS, 8.30.16: B12 503. CK 73. CMP nl except crt 1.20 (0.55 - 1.02). HC 10.4. Vit D 22. CBC nl. ESR 13. Serum IFE studies show no evidence of monoclonal gammopathy. No significant abnormalities in the serum protein pattern. MMA <0.20.
   Complicated migraines - he has auditory hallucinations and visual hallucinations for which has been monitored 3 times, including by Dr. Fakhoury twice (UK and SJH) and at Vanderbilt.
4. Nonepileptic episode (780.39) (R56.9)
5. Paresthesias (782.0) (R20.2)
6. Pineal gland cyst (259.8) (E34.8)
   Mr. Haverly noted a h/o a pineal gland cyst when seen 8.30.16.
   MRI brain w/ and w/o, SJH, 9.15.16: No acute intracranial abnormality and no pathologic enhancement. Reviewed on PACS 9.16.16.
7. Simple partial seizure w/somatosensory or special sensory dysfunction (345.50) (G40.109)

## Allergies

- No Known Drug Allergies
  Recorded By: Merkel, Shannon; 8/18/2016 1:51:26 PM

## Current Meds

1. Almotriptan Malate 12.5 MG Oral Tablet; TAKE ONE TABLET BY MOUTH EVERY 2 HOURS AS NEEDED MAX 2 PER DAY AND 5 PER WEEK
2. Gabapentin 300 MG Oral Capsule; Take 1 capsule twice daily
3. Glucosamine Plus Vitamin D TABS

*Patient:* **Kenny L. Haverly**
*Encounter:* **Jun 6 2018 2:45PM** *MRN:* **1136760**

4. Hydrocodone-Acetaminophen 5-325 MG Oral Tablet; TAKE 1 TABLET Daily PRN
5. Naproxen 500 MG Oral Tablet; Take one tablet every 4 hours PRN for headaches
6. Omeprazole 40 MG Oral Capsule Delayed Release
7. Ondansetron HCl - 4 MG Oral Tablet; TAKE 1 TABLET AS NEEDED FOR NAUSEA
8. Propranolol HCl - 40 MG Oral Tablet; TAKE 3 TABLET Twice daily
9. Vitamin D3 50000 UNIT Oral Capsule; TAKE 1 CAPSULE Weekly

**Past Medical History**

History of Hernia (553.9) (K46.9)
History of appendicitis (V12.79) (Z87.19)
History of asthma (V12.69) (Z87.09)
History of concussion (V15.52) (Z87.820)
History of head injury (V15.59) (Z87.828)
History of kidney stones (V13.01) (Z87.442)
History of migraine headaches (V12.49) (Z86.69)
History of pneumonia (V12.61) (Z87.01)
History of varicella (V12.09) (Z86.19)

**Surgical History**

History of Appendectomy
History of Cholecystectomy
History of Hernia Repair
History of Surgery Epididymectomy Left

**Family History**

- Family history of migraine headaches (V17.2) (Z82.0)
- Family history of neuropathy (V17.2) (Z82.0)
- Family history of epilepsy (V17.2) (Z82.0)
- Family history of diabetes mellitus (V18.0) (Z83.3)
- Family history of leukemia (V16.6) (Z80.6)
- Family history of malignant neoplasm (V16.9) (Z80.9)
- Family history of rheumatoid arthritis (V17.7) (Z82.61)

**Social History**

Alcohol use (V49.89) (Z78.9)
Caffeine use (V49.89) (F15.90)
Completed college, bachelors degree
Lives with spouse
Married
Never smoker
No drug use

**Review of Systems**

**CONSTITUTIONAL:** fatigue.
**EYES:** change in vision and blurred vision.
**ENT:** dizziness.
**CARDIOVASCULAR:** normal.
**RESPIRATORY:** normal.
**GASTROINTESTINAL:** nausea.
**GENITOURINARY:** normal.
**MUSCULOSKELETAL:** normal.
**INTEGUMENTARY:** normal.
**NEUROLOGICAL:** headache.
**PSYCHIATRIC:** normal.
**ENDOCRINE:** normal.
**HEMATOLOGIC/LYMPHATIC:** normal.

*Patient:* **Kenny L. Haverly**
*Encounter:* **Jun 6 2018 2:45PM** *MRN:* **1136760**

**ALLERGIC/IMMUNOLOGIC:** normal.

## Vitals
### Vital Signs

| | Recorded: 06Jun2018 02:35PM |
|---|---|
| Height | 6 ft 1 in |
| Weight | 257 lb |
| BMI Calculated | **33.91** |
| BSA Calculated | 2.39 |
| Systolic | 102 |
| Diastolic | 82 |

### Physical Exam
Mental Status - Alert.
General Appearance - Cooperative. Not in acute distress. Build & Nutrition - Well nourished.
HEENT - Eye Note: Pupils equal, reactive to light and to accommodation directly and consensually
Peripheral Vascular - Upper Extremity: Inspection - Bilateral - Normal.
Neurologic
Mental Status: Speech - Normal.
Cranial Nerves:
III Oculomotor: Pupillary constriction - Bilateral - Normal. Note: no ptosis, no Horner's sign, no Marcus Gunn pupil
VII Facial: - Normal and symmetric facial muscles.
Eye Movements: - PERRL. EOMI.
Sensory: Intact to pinprick in all 4 extremities.
Reflexes: 2+ throughout.
Musculoskeletal:
Motor: Tone: Normal.
Bulk: Normal.
Strength: 5/5 bilaterally in the upper and lower extremities.

### Results/Data
*Mr. Haverly was seen by Dr. Fakhoury 8.18.16 who noted spells of visual hallucinations and past video EEG monitoring at UK in 2010 was negative other than focal slow wave activity in the temporal leads. It was noted the spells may be nonepileptic. Video EEG monitoring on two occasions was mentioned (UK and Vanderbilt) and an ictal SPECT was mentioned. Repeat video EEG monitoring was mentioned due to an increase in the spells.*

*MRI brain w/ and w/o, SJH, 9.15.16: No acute intracranial abnormality and no pathologic enhancement. Reviewed on PACS 9.16.16.*
*Mr. Haverly was admitted to the epilepsy monitoring unit (SJH) on August 19 and discharged on August 21, 2016. He had frequent isolated jerks with no associated ictal EEG change. He also had another typical episode of visual symptoms and auras, also with no associated ictal EEG change. Continuous EEG recordings showed no epileptiform abnormality. The spells were discussed nonepileptic and possible migraine with aura was discussed.*
*Labs, KLS, 8.30.16: B12 503. CK 73. CMP nl except crt 1.20 (0.55 - 1.02). HC 10.4. Vit D 22. CBC nl. ESR 13. Serum IFE studies show no evidence of monoclonal gammopathy. No significant abnormalities in the serum protein pattern. MMA <0.20.*
*Labs, KLS, 5/30/2017: CMP normal. Free T4 0.84. TSH 3.710. Vitamin D 11. CBC normal.*
*Urine drug screen, KLS, 1/30/2018: Positive for tramadol and acetaminophen.*
*Labs, LabCorp, 6/6/2018: CBC normal. CMP normal. Vitamin D 30.6.*

~~*Mr. Haverly was seen by Dr. Fakhoury 8.18.16 who noted spells of visual hallucinations and past video EEG monitoring at UK in 2010 was negative other than focal slow wave activity in the temporal leads. It was noted the spells may be nonepileptic. Video EEG monitoring on two occasions was mentioned (UK and Vanderbilt) and an ictal SPECT was mentioned. Repeat video EEG monitoring was mentioned due to an increase in the spells.*~~

~~*MRI brain w/ and w/o, SJH, 9.15.16: No acute intracranial abnormality and no pathologic enhancement. Reviewed on PACS*~~

~~*9.16.16.*~~
~~*Mr. Haverly was admitted to the epilepsy monitoring unit (SJH) on August 19 and discharged on August 21, 2016. He had frequent isolated jerks with no associated ictal EEG change. He also had another typical episode of visual symptoms and auras, also with no associated ictal EEG change. Continuous EEG recordings showed no epileptiform abnormality. The spells were discussed nonepileptic and possible migraine with aura was discussed.*~~
~~*Labs, KLS, 8.30.16: B12 503. CK 73. CMP nl except crt 1.20 (0.55 - 1.02). HC 10.4. Vit D 22. CBC nl. ESR 13. Serum IFE studies show no evidence of monoclonal gammopathy. No significant abnormalities in the serum protein pattern. MMA <0.20.*~~
~~*Labs, KLS, 5/30/2017: CMP normal. Free T4 0.84. TSH 3.710. Vitamin D 11. CBC normal.*~~
~~*Urine drug screen, KLS, 1/30/2018: Positive for tramadol and acetaminophen.*~~

### Assessment

1. Migraine with aura, intractable (346.01) (G43.119)
   Mr. Haverly was seen by Dr. Fakhoury 8.18.16 who noted spells of visual hallucinations and past video EEG monitoring at UK in 2010 was negative other than focal slow wave activity in the temporal leads. It was noted the spells may be nonepileptic. Video EEG monitoring on two occasions was mentioned (UK and Vanderbilt) and an ictal SPECT was mentioned. Repeat video EEG monitoring was mentioned due to an increase in the spells.
   MRI brain w/ and w/o, SJH, 9.15.16: No acute intracranial abnormality and no pathologic enhancement. Reviewed on PACS 9.16.16.
   Mr. Haverly was admitted to the epilepsy monitoring unit (SJH) on August 19 and discharged on August 21, 2016. He had frequent isolated jerks with no associated ictal EEG change. He also had another typical episode of visual symptoms and auras, also with no associated ictal EEG change. Continuous EEG recordings showed no epileptiform abnormality. The spells were discussed nonepileptic and possible migraine with aura was discussed.
   Labs, KLS, 8.30.16: B12 503. CK 73. CMP nl except crt 1.20 (0.55 - 1.02). HC 10.4. Vit D 22. CBC nl. ESR 13. Serum IFE studies show no evidence of monoclonal gammopathy. No significant abnormalities in the serum protein pattern. MMA <0.20.
   Complicated migraines - he has auditory hallucinations and visual hallucinations for which has been monitored 3 times, including by Dr. Fakhoury twice (UK and SJH) and at Vanderbilt.
2. Pineal gland cyst (259.8) (E34.8)
   Mr. Haverly noted a h/o a pineal gland cyst when seen 8.30.16.
   MRI brain w/ and w/o, SJH, 9.15.16: No acute intracranial abnormality and no pathologic enhancement. Reviewed on PACS 9.16.16.
3. Avitaminosis D (268.9) (E55.9)

### Plan

#### Avitaminosis D

1. Renew: Vitamin D3 50000 UNIT Oral Capsule; TAKE 1 CAPSULE Weekly
2. Vitamin D, 25-Hydroxy; Status:Active; Requested for:06Jun2018;

#### Migraine with aura, intractable

3. Renew: Almotriptan Malate 12.5 MG Oral Tablet; TAKE ONE TABLET BY MOUTH EVERY 2 HOURS AS NEEDED MAX 2 PER DAY AND 5 PER WEEK
4. CBC With Differential/Platelet; Status:Active; Requested for:06Jun2018;
5. Follow-up visit in 3 months Outpatient Follow-up Status: Hold For - Scheduling Requested for: 06Jun2018
6. Renew: Gabapentin 300 MG Oral Capsule; Take 1 capsule twice daily
7. CMP-COMPREHENSIVE METABOLIC PANEL(14) w/eGFR; Status:Active; Requested for:06Jun2018;
8. Renew: Hydrocodone-Acetaminophen 5-325 MG Oral Tablet; TAKE 1 TABLET Daily PRN
9. Renew: Naproxen 500 MG Oral Tablet; Take one tablet every 4 hours PRN for headaches
10. Renew: Ondansetron HCl - 4 MG Oral Tablet; TAKE 1 TABLET AS NEEDED FOR NAUSEA
11. Renew: Propranolol HCl - 40 MG Oral Tablet; TAKE 3 TABLET Twice daily

### Discussion/Summary

Mr. Haverly has an interesting history in that he developed migraines in his late teens with an aura of seeing a

*Patient:* **Kenny L. Haverly**
*Encounter:* **Jun 6 2018 2:45PM** *MRN:* **1136760**

halo (like a rainbow from oil and water). Then, around 2009, he began having auditory hallucinations and in 2010 began having visual hallucinations. He has chronic daily headaches, migraines once monthly, 2 types of visual hallucinations (seeing "schools of pixels" and swirling objects arranged as triangles); the triangle hallucinations are followed by severe headaches. He undergone video EEG monitoring at UK (by Dr, Fakhoury), at Vanderbilt, and at SJH (again by Dr. Fakhoury in August 2016) and there is no evidence these are seizures; one possible explanation is migraine with complicated aura. He underwent an MRI brain w/ and w/o at SJH 9.15.16 which was normal (aside from a possible pineal cyst which he has known about since 2011). Propranolol has significantly reduced his number of major and minor headaches; Depakote was added 11/9/2016 but caused pain and emotional blunting therefore was tapered off in March 2017. Gabapentin was started 1/5/2018 and he notes that his headaches have begun to improve, down to only 2-3 per week. Aimovig therapy was discussed today, 6/6/2018, and he was provided with a patient handout and he would like to begin therapy. He will be seen back in 3 months and labs will be checked today.

Future options include nadolol, nortriptyline, and quetiapine.

**'End of Encounter Meds'**

**Signatures**

Electronically signed by : Luthene Peyton, RMA; Jun 6 2018 2:39PM EST (Co-author)
Electronically signed by : Warren Chumley, M.D.; Jun 6 2018 3:14PM EST (Author)
Electronically signed by : Warren Chumley, M.D.; Jun 7 2018 10:24AM EST (Author)

KentuckyOne Health®

**FAX COVER SHEET**

| | | | |
|---|---|---|---|
| To: | Liberty Mutual Attn Christian Santos | Phone: | |
| | | Fax: | 213. 884. 4921 |
| From: | | Phone: | |
| Dept.: | Neurology Associates | Fax: | 859. 224. 8721 |
| Date: | 10.29.18 | Time Sent: | 9:20AM |

**LEGAL DISCLAIMER:** This communication, including any attachment, contains information that may be confidential or privileged and is intended solely for the entity or individual to whom it is addressed. If you are not the intended recipient, please notify the KentuckyOne Health Privacy office at (502) 560-8392. You are hereby notified that any disclosure, copying, or distribution of this communication, including any attachment is strictly prohibited.

**Attention:** This information has been disclosed to you from records protected by federal confidentiality rules (42 CFR part 2). The federal rules prohibit you from making any further disclosure of information in this record that identifies a patient as having or having had a substance use disorder either directly, be reference to publicly available information, or through verification of such identification by another person unless further disclosure is expressly permitted by the written consent of the individual whose information is being disclosed or as otherwise permitted by 42 CFR part 2. A general authorization for the release of medical or other information is NOT sufficient for this purpose (see Section 2.31). The federal rules restrict any use of the information to investigate or prosecute with regard to a crime any patient with a substance use disorder, except as provided at Sections 2.12(c)(5) and 2.65.

If the enclosed record pertains to HIV/AIDS, it has been disclosed to you from records whose confidentiality is protected by federal and, perhaps, state law, which prohibits you from making any further disclosure of such information without specific consent of the person to whom such information pertains or as otherwise permitted by state law. A general authorization for this release of health or other information is not sufficient for this purpose.

This is confidential and privileged information. If it contains mental health information, it is for professional use only.

RE: K. Haverly

FACILITY ADDRESS:

KentuckyOne Health
Neurology Associates
1021 Majestic Dr, Ste 200
Lexington, KY 40513

**URGENT:** ☐ Yes ☐ No

**TOTAL PAGES:** 13
(Including Cover Page)

MG-39 Rev. 02/18

# Quality Assurance Report

## Request Information

Report Date: October 29, 2018

**RP ID:** 4584000

Patient Name: HAVERLY, KENNY

Provider Name: KENTUCKYONE HEALTH NEUROLOGY ASSOC.

## Quality Assurance Information

Scope Requested: **From October 3, 2015 to October 3, 2018**

Special Request:

- Seen By: KENTUCKYONE HEALTH NEUROLOGY ASSOC.

Special Request Included? YES

Secondary Request Confirmed? YES

QC Notes:

Enclosed are all records supplied by medical facility
for requested dates of service

Chart Reviewed By: KBONU

MCN

1301 5th Avenue, Suite 2900
Seattle, WA 98101
mcn.com | national@mcn.com

t: 800.636.3926
t: 206.621.9097
f: 206.623.4956

Medical
Consultants
Network

October 30, 2018

Christopher Le Grand
Liberty Mutual Insurance
P.O. Box 7210
London, KY 40742

**Re:** Kenny Haverly
**Claim Number:** 7956041
**Date of Injury:** 11/15/2017
**MCN Number:** 1-C278358

Dear Christopher Le Grand,

This letter is in response to your request for further information regarding a peer review performed on the records of the above referenced claimant July 31, 2018.

**DISCUSSION**

*Please review the additional records and make three attempts to speak with Dr. Chumley.*

*Dr. Chumley; PH: 859-296-1922*

*Then please discuss whether it alters your previous assessment regarding the claimant's restrictions. If so, please address the following:*

*For each impairing diagnosis that is supported by the medical evidence, please outline reasonably supported restrictions and limitations including duration and prognosis. Please define in terms of frequency (never, occasional, frequent, constant) and task (sit, stand, lift/carry, type, etc.). When clarifying the supported restrictions and limitations, please be sure to address endurance restrictions and limitations, if any, for example, from performing full-time activities throughout an eight-hour day. What is the duration of the aforementioned restrictions?*

An addendum was requested on Kenny Haverly.

Papa Cares, November 13, 2017. He was seen for headache. He was diagnosed with migraine.

Papa Cares, November 27, 2017. He was seen for continued headache. Neurologic exam showed no significant abnormality. He was diagnosed with migraine headache.

St. Joseph Neurology Associates, January 5, 2018. He was seen for headache. He also had been seen for seizures thought to be manifesting as hallucinations. However, he was seen in the EMU, and it was felt the spells were not due to seizures. He described episodes that began in late 2009 as auditory hallucinations. He has a history of migraine. He described constant background headache and a migraine once per month. Exam showed no significant neurologic

abnormality. MRI of the brain performed in the past showed no abnormality. He was diagnosed with migraine.

St. Joseph Neurology Associates, January 30, 2018. He was seen for headaches. He was on multiple anticonvulsant medications over the years. He describes a constant background headache. Neurologic exam showed no significant abnormality. He was diagnosed with migraine with aura.

**Treating Provider Contact:**

Dr. Chumley, October 25, 2018, at 3:21 p.m. I spoke to Larry, the receptionist. He stated that the doctor is not available. Contact information provided.

The additional information does not alter the previous report. The additional information does not indicated any significant abnormal neurologic abnormality that would result in restrictions or limitations. The testing that is discussed in the additional records does not demonstrate any significant neurologic abnormalities that would result in restrictions or limitations.

*This reviewer is a board certified neurologist since 1996, and is active practice 50 hours per week. The reviewer has experience in academic and private practice medical settings.*

**NOTE**

*MCN retains qualified independent reviewers who perform peer case reviews as requested on behalf of MCN's clients. These reviewers are independent contractors who are credentialed in accordance with their particular specialties and the standards set by URAC and/or other state and federal regulatory requirements. All reviewers have agreed to only accept reviews where no conflict of interest exists that could compromise the independence and objectivity of the report.*

*The written opinions expressed in this report provided by MCN represent the opinions of the reviewer(s) who reviewed the case. The case review opinions are provided in good faith, based on the medical records and information provided to MCN or its reviewer(s) at the time of the review request or during the phone consultation with the treating provider(s). MCN assumes no liability for the opinions of its contracted reviewers. The health plan, or other third party authorizing this case review, agrees to hold MCN harmless for any and all claims or actions which may arise as a result of this case review. In addition, the health plan, or other third party requesting and authorizing this review, is solely responsible for the policy interpretation and for the final determination made regarding coverage and/or eligibility.*

Sherry Leitch, MD
Neurology, Board Certified
License Number: 202583

Please call if questions: 206.621.9097
You may comment on your experience online at http://www.mcn.com/contact-us/surveys

MCN

1301 5th Avenue, Suite 2900
Seattle, WA 98101
mcn.com | national@mcn.com

t: 800.636.3926
t: 206.621.9097
f: 206.623.4956

Medical
Consultants
Network

October 30, 2018

Christopher Le Grand
Liberty Mutual Insurance
P.O. Box 7210
London, KY 40742

**Re:** Kenny Haverly
**Claim Number:** 7956041
**Date of Injury:** 11/15/2017
**MCN Number:** 1-C278358

Dear Christopher Le Grand,

This letter is in response to your request for further information regarding a peer review performed on the records of the above referenced claimant July 31, 2018.

**DISCUSSION**

*Please review the additional records and make three attempts to speak with Dr. Chumley.*

*Dr. Chumley; PH: 859-296-1922*

*Then please discuss whether it alters your previous assessment regarding the claimant's restrictions. If so, please address the following:*

*For each impairing diagnosis that is supported by the medical evidence, please outline reasonably supported restrictions and limitations including duration and prognosis. Please define in terms of frequency (never, occasional, frequent, constant) and task (sit, stand, lift/carry, type, etc.). When clarifying the supported restrictions and limitations, please be sure to address endurance restrictions and limitations, if any, for example, from performing full-time activities throughout an eight-hour day. What is the duration of the aforementioned restrictions?*

An addendum was requested on Kenny Haverly.

Papa Cares, November 13, 2017. He was seen for headache. He was diagnosed with migraine.

Papa Cares, November 27, 2017. He was seen for continued headache. Neurologic exam showed no significant abnormality. He was diagnosed with migraine headache.

St. Joseph Neurology Associates, January 5, 2018. He was seen for headache. He also had been seen for seizures thought to be manifesting as hallucinations. However, he was seen in the EMU, and it was felt the spells were not due to seizures. He described episodes that began in late 2009 as auditory hallucinations. He has a history of migraine. He described constant background headache and a migraine once per month. Exam showed no significant neurologic

abnormality. MRI of the brain performed in the past showed no abnormality. He was diagnosed with migraine.

St. Joseph Neurology Associates, January 30, 2018. He was seen for headaches. He was on multiple anticonvulsant medications over the years. He describes a constant background headache. Neurologic exam showed no significant abnormality. He was diagnosed with migraine with aura.

**Treating Provider Contact:**

Dr. Chumley, October 25, 2018, at 3:21 p.m. I spoke to Larry, the receptionist. He stated that the doctor is not available. Contact information provided.

The additional information does not alter the previous report. The additional information does not indicated any significant abnormal neurologic abnormality that would result in restrictions or limitations. The testing that is discussed in the additional records does not demonstrate any significant neurologic abnormalities that would result in restrictions or limitations.

*This reviewer is a board certified neurologist since 1996, and is active practice 50 hours per week. The reviewer has experience in academic and private practice medical settings.*

**NOTE**

*MCN retains qualified independent reviewers who perform peer case reviews as requested on behalf of MCN's clients. These reviewers are independent contractors who are credentialed in accordance with their particular specialties and the standards set by URAC and/or other state and federal regulatory requirements. All reviewers have agreed to only accept reviews where no conflict of interest exists that could compromise the independence and objectivity of the report.*

*The written opinions expressed in this report provided by MCN represent the opinions of the reviewer(s) who reviewed the case. The case review opinions are provided in good faith, based on the medical records and information provided to MCN or its reviewer(s) at the time of the review request or during the phone consultation with the treating provider(s). MCN assumes no liability for the opinions of its contracted reviewers. The health plan, or other third party authorizing this case review, agrees to hold MCN harmless for any and all claims or actions which may arise as a result of this case review. In addition, the health plan, or other third party requesting and authorizing this review, is solely responsible for the policy interpretation and for the final determination made regarding coverage and/or eligibility.*

Sherry Leitch, MD
Neurology, Board Certified
License Number: 202583

Please call if questions: 206.621.9097
You may comment on your experience online at http://www.mcn.com/contact-us/surveys

4584000

ATTN: Chris LeGrand
Claim 7956041

## Authorization for Release of Protected Health Information

**PATIENT NAME:** HAVERLY, KENNY
**DATE OF BIRTH:** ____________

I hereby authorize use or disclosure of **protected health information** (PHI) about me as described below.

1. The following persons or entities are authorized to *disclose PHI* about me:
(Physician or Facility Name)
KENTUCKYONE HEALTH NEUROLOGY ASSOC.

2. The following person (or class of persons) *may receive* protected health information about me:
Liberty Mutual (c/o ReleasePoint)
PO Box 1390
St. Peters MO 63376

3. The specific information that should be disclosed is: (i.e. medical records, lab results, etc. Please give dates of service):
From October 3, 2015 to October 3, 2018

4. I may **revoke** this authorization any time by notifying **ReleasePoint** in writing of my desire to revoke it. However, I understand that any action already taken in reliance on this authorization cannot be reversed, and my revocation will not affect those actions.

5. I understand that the medical provider to whom this authorization is furnished may not condition its treatment of me on whether or not I sign the authorization.

6. If this authorization is used for disclosure to someone other than the party listed above, PHI used or disclosed may be subject to re-disclosure by the recipient, in which case it is no longer protected under the HIPAA privacy rule. Any information we receive is protected under the HIPAA privacy rule.

*ReleasePoint/WFI: HIPAA compliant authorization version 1.2012*

7. I understand that the purpose of this authorization is to either determine eligibility for enrollment for insurance, or to authorize the release of health information so that a determination of coverage regarding a claim for specified benefits can be made. Because this authorization is a condition of enrollment for insurance, the effect of declining the authorization can result in your application for coverage being declined. If this authorization is for claim purposes, your claim may be declined if you refuse to sign this authorization.

8. This authorization expires on ____________ OR upon occurrence of the following event that relates to me or to the purpose of the intended use or disclosure of information about me:

12 months from date signed

*I have had full opportunity to read and consider the contents of this authorization, and I understand that, by signing this form, I am confirming my authorization of the use and/or disclosure of my protected health information as described in this form. Note that a copy is as valid as the original, and I am entitled to a copy of this authorization.*

| | | |
|---|---|---|
| Kenny L Haverly, Jr. | [signature] | 19 Oct 2018 |
| Print Name | Signature of Patient/Guardian | Date |

*ReleasePoint/WFI: HIPAA compliant authorization version 1.2012*

ATTN: Chris LeGrande

Name: Kenny Haverly, Jr. 7956041

# Monthly Headache Diary

Month/year: 09 / 2018

Headache severity — Provide a number from 0-10 to rate the severity of the headache. 0 is no headache and 10 is the worst headache requiring bedrest

| Day of the Month | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Morning | | 10/AC | 10/AC | 10/AC | 10/AE | | | | | | 10/AE | | 10/AE | | 10/AC | | | 10/AE | | | 10/AC | | | | | | 10/AE | | | 10/AC | |
| Afternoon | | | | | | | | 10/AC | | | | | | | | | | | | | | | 10/AE | 10/AC | | | | | | | |
| Evening | | | 10/AE | | | | | | | | 10/AE | | | | | 10/AE | | | | 15 Trd | 10/AC | | | | | | | 10/AC | | | |

Triggers — List any triggers for your headache. Place check mark in box on days that the trigger initiated a headache

| Trigger | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Prior episode | | | X | | | | | | | | X | | | | | | | | | | X | | | X | | | | | | | |
| Illness / Allergies | | | | | | | | | | | | | | | | X | | X | | | | | | | | | | | | | |
| Large meal / Rich Food | | X | | | | | | | | | | | | | | | | X | | | | | | | | | X | X | | | |
| Lack of sleep | | X | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Stress / exertion | | | | | | | | | | | | | X | | | | | | | | | | | | | | | | | X | |
| nothing | | | X | X | | | | | | | X | | | | X | | | | | X | | | X | | | | X | | | | |
| Bad weather / Front | | | | | X | | | X | | | | | | | | | | | | | X | | | | | | | | | | |

Acute Medications to treat Headaches — List short acting medications to treat the headache and symptoms related to the headaches.

| Medication | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Medication: Almotriptan | | X | X | X | X | | | X | | | X | | X | | X | X | | X | | X | X | | X | X | | | X | X | | X | |
| Medication: 1/2 Vicodin | | | X | | X | | | | | | X | | X | | | X | | X | | | | | X | | | | X | | | | |
| Medication: whole Vicodin | | | | | | | | | | | | | | | | | | | | X | | | | | | | | | | | |

Medication effectiveness — Rate effectiveness on scale of 0-5 with 0 being complete relief and 5 being no relief.

| | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Morning | | 3 | 3 | 3 | 3 | | | | | | 3 | | 3 | | 3 | | | 3 | | | 3 | | | | | | 3 | | | 3 | |
| Afternoon | | | | | | | | 3 | | | | | | | | | | | | | | | 3 | 3 | | | | | | | |
| Evening | | | 3 | | | | | | | | 3 | | | | | 3 | | | | 5 | 3 | | | | | | | 3 | | | |

Kenny Haverly 7956041 pg 1

***Please make sure that you document your activity before your headache and how long you were incapacitated from the headache in minutes and hours from the headache.***

**Headache Diary**

| | | | | | | |
|---|---|---|---|---|---|---|
| Date: 2 Sept 2018 | Date: 3 Sept 2018 | Date: 3 Sept 2018 | Date: 4 Sept 2018 | Date: 5 Sept 2018 | Date: 8 Sept 2018 | Date: 11 Sept 2018 |
| Warning Signs: some flashes during night when I got up to go to the bathroom | Warning Signs: sound causing flashes, "mixing" sounds during morning. | Warning Signs: Sounds still mixed after morning FC episode | Warning Signs: Few flashes in morning | Warning Signs: Sound + white flashes at awakening | Warning Signs: still hungover from day before | Warning Signs: tired/achy Feeling |
| Time Begun: 0445 | Time Begun: 1100 | Time Begun: 1600 | Time Begun: 1030 | Time Begun: 0900 | Time Begun: 1500 | Time Begun: 0600 |
| Time Ended: 1100 | Time Ended: 1500 | Time Ended: 2300 | Time Ended: 1600 | Time Ended: 1730 | Time Ended: 2100 | Time Ended: 1530 |
| Pain Type: (e.g. piercing, throbbing, etc.) Sharp | Pain Type: (e.g. piercing, throbbing, etc.) sharp | Pain Type: (e.g. piercing, throbbing, etc.) sharp then throbbing later | Pain Type: (e.g. piercing, throbbing, etc.) sharp | Pain Type: (e.g. piercing, throbbing, etc.) sharp, then throbbing later | Pain Type: (e.g. piercing, throbbing, etc.) sharp | Pain Type: (e.g. piercing, throbbing, etc.) sharp, then throbbing later |
| Pain Intensity: (scale of 1-10, 10 being the worst) 10 | Pain Intensity: (scale of 1-10, 10 being the worst) 10 | Pain Intensity: (scale of 1-10, 10 being the worst) 10 | Pain Intensity: (scale of 1-10, 10 being the worst) 10 | Pain Intensity: (scale of 1-10, 10 being the worst) 10 | Pain Intensity: (scale of 1-10, 10 being the worst) 10 | Pain Intensity: (scale of 1-10, 10 being the worst) 10 |
| Location: (e.g. between eyes, back of head, etc.) Ⓛ side of head near temple above sideburn → | Location: (e.g. between eyes, back of head, etc.) → + Left eye + Ⓛ forehead | Location: (e.g. between eyes, back of head, etc.) Ⓛ side of head near temple, above sideburn → | Location: (e.g. between eyes, back of head, etc.) → | Location: (e.g. between eyes, back of head, etc.) + Ⓛ eye + Ⓛ forehead | Location: (e.g. between eyes, back of head, etc.) Ⓛ side of head, near temple, above sideburn → | Location: (e.g. between eyes, back of head, etc.) + Ⓛ eye + Ⓛ forehead |
| Treatment or Meds Taken: Almotriptan → | Treatment or Meds Taken: → | Treatment or Meds Taken: + ½ Vicodin | Treatment or Meds Taken: Almotriptan → | Treatment or Meds Taken: + ½ Vicodin | Treatment or Meds Taken: Almotriptan → | Treatment or Meds Taken: + ½ Vicodin |

| 2 Sept 2018 | 3 Sept 2018 | 3 Sept 2018 | 4 Sept 2018 | 5 Sept 2018 | 6 Sept 2018 | 11 Sept 2018 |
|---|---|---|---|---|---|---|
| Effect of Treatment: sleep, possibly shortened recovery → | Effect of Treatment: → | Effect of Treatment: → | Effect of Treatment: → | Effect of Treatment: → | Effect of Treatment: → | Effect of Treatment: |
| Hours of Sleep: 5 | Hours of Sleep: 8 | Hours of Sleep: 4 during PC 8 night before | Hours of Sleep: 8 | Hours of Sleep: 6 | Hours of Sleep: 8 | Hours of Sleep: 5 |
| What I Ate Today: Nothing - was early | What I Ate Today: Yoghurt | What I Ate Today: Yoghurt crackers + cheese later after PC | What I Ate Today: Pizza rolls | What I Ate Today: nothing - didn't get a chance | What I Ate Today: Yoghurt Salami sandwiches | What I Ate Today: nothing - too early |
| Events Prior to Headache: (e.g. strenuous activity, elevated stress, etc.) Ate rich meal night before Poor sleep | Events Prior to Headache: (e.g. strenuous activity, elevated stress, etc.) nothing of note | Events Prior to Headache: (e.g. strenuous activity, elevated stress, etc.) PC episode in morning | Events Prior to Headache: (e.g. strenuous activity, elevated stress, etc.) no triggers | Events Prior to Headache: (e.g. strenuous activity, elevated stress, etc.) Storm front | Events Prior to Headache: (e.g. strenuous activity, elevated stress, etc.) Stormy weather | Events Prior to Headache: (e.g. strenuous activity, elevated stress, etc.) no triggers |
| Additional Comments: Popcorn (PC) episode. See key for explanation | Additional Comments: PC episode | Additional Comments: Major (ME) episode See key for explanation | Additional Comments: PC episode | Additional Comments: ME episode | Additional Comments: PC episode | Additional Comments: ME episode |

Kenny Haverly - 7956041 pg 2

*Please make sure that you document your activity before your headache and how long you were incapacitated from the headache in minutes and hours from the headache.*

**Headache Diary**

| | | | | | | |
|---|---|---|---|---|---|---|
| Date: 11 Sept 2018 | Date: 13 Sept 2018 | Date: 15 Sept 2018 | Date: 16 Sept 2018 | Date: 18 Sept 2018 | Date: 20 Sept 2018 | Date: 21 Sept 2018 |
| Warning Signs: "Euro Ambulance" / "wee-wah" sounds in (L) ear @ awakening | Warning Signs: (L) ear noise mixing @ awakening | Warning Signs: Euro ambulance / wee-wah noise in (L) ear; "pre-headache" @ awakening | Warning Signs: (L) ear noise all day before | Warning Signs: (L) ear "Euro Ambulance / wee wah" noise @ awakening, pre-headache | Warning Signs: (L) ear music on awakening | Warning Signs: (L) ear noise. flashes w/ sound, some flashes |
| Time Begun: 2130 | Time Begun: 1030 | Time Begun: 0800 | Time Begun: 1610 | Time Begun: 1000 | Time Begun: 1400 | Time Begun: 1030 |
| Time Ended: 0330 | Time Ended: 1700 | Time Ended: 1330 | Time Ended: 2030 | Time Ended: 1915 | Time Ended: 2330 | Time Ended: 1545 |
| Pain Type: (e.g. piercing, throbbing, etc.) Sharp | Pain Type: (e.g. piercing, throbbing, etc.) Sharp, then throbbing later | Pain Type: (e.g. piercing, throbbing, etc.) Sharp | Pain Type: (e.g. piercing, throbbing, etc.) Sharp, then throbbing later → | Pain Type: (e.g. piercing, throbbing, etc.) | Pain Type: (e.g. piercing, throbbing, etc.) Sharp | Pain Type: (e.g. piercing, throbbing, etc.) Sharp |
| Pain Intensity: (scale of 1-10, 10 being the worst) 10 | Pain Intensity: (scale of 1-10, 10 being the worst) 10 | Pain Intensity: (scale of 1-10, 10 being the worst) 10 | Pain Intensity: (scale of 1-10, 10 being the worst) 10 | Pain Intensity: (scale of 1-10, 10 being the worst) 10 | Pain Intensity: (scale of 1-10, 10 being the worst) 15 | Pain Intensity: (scale of 1-10, 10 being the worst) 10 |
| Location: (e.g. between eyes, back of head, etc.) (L) side of head, near temple, above sideburn → | Location: (e.g. between eyes, back of head, etc.) → | Location: (e.g. between eyes, back of head, etc.) → | Location: (e.g. between eyes, back of head, etc.) → + (L) eye + (L) forehead → | Location: (e.g. between eyes, back of head, etc.) | Location: (e.g. between eyes, back of head, etc.) (L) side of head near temple, entire top & back of head | Location: (e.g. between eyes, back of head, etc.) (L) side of head near temple, above sideburn |
| Treatment or Meds Taken: Almotriptan → | Treatment or Meds Taken: + ½ Vicodin | Treatment or Meds Taken: Almotriptan | Treatment or Meds Taken: → + ½ Vicodin | Treatment or Meds Taken: → | Treatment or Meds Taken: Almo + entire Vicodin | Treatment or Meds Taken: Almotriptan |

| | 11 Sept 2018 | 13 Sept | 15 Sept | 16 Sept | 18 Sept | 20 Sept | 21 Sept |
|---|---|---|---|---|---|---|---|
| Effect of Treatment: | sleep, possibly shortened recovery → | → | → | → | → | Sleep; no effect otherwise | Sleep, possibly shorter recovery |
| Hours of Sleep: | 5 night before, 9.5 during earlier ME episode | 6 | 8 | 7 | 6 | 6 | 5 |
| What I Ate Today: | Yoghurt banana | Cereal | nothing - happened early | Yoghurt Pizza rolls | Pizza rolls | Cereal Yoghurt Pop Tart | Pop Tart |
| Events Prior to Headache: (e.g. strenuous activity, elevated stress, etc.) | ME episode in morning. Hangover | stress over repairing sump pump | no triggers | bad allergies | Rich food night before, but problems last night | no triggers | hangover from 20 Sept + storm front |
| Additional Comments: | PC episode | ME episode | PC episode | ME episode → | + took Almonds for 1st time @ 2100 | Traditional (Trad) episode. See Key. Worst Trad episode in years | PC episode |

Kenny Haverly 7956041 pg 3

*Please make sure that you document your activity before your headache and how long you were incapacitated from the headache in minutes and hours from the headache.*

**Headache Diary**

| | | | | | | |
|---|---|---|---|---|---|---|
| Date: 21 Sept 2018 | Date: 23 Sept 2018 | Date: 24 Sept 2018 | Date: 27 Sept 2018 | Date: 28 Sept 2018 | Date: 30 Sept 2018 | Date: |
| Warning Signs: Some Flashes | Warning Signs: None | Warning Signs: Flashes @ awakening + during day | Warning Signs: (L) ear music @ awakening | Warning Signs: flashes during day | Warning Signs: (L) ear noise @ awakening; Some flashes during day | Warning Signs: |
| Time Begun: 1930 | Time Begun: 1230 | Time Begun: 1400 | Time Begun: 0915 | Time Begun: 2200 | Time Begun: 1000 | Time Begun: |
| Time Ended: 0100 | Time Ended: 2030 | Time Ended: 2000 | Time Ended: 1700 | Time Ended: 0330 | Time Ended: 1600 | Time Ended: |
| Pain Type: (e.g. piercing, throbbing, etc.) Sharp | Pain Type: (e.g. piercing, throbbing, etc.) Sharp, then throbbing later | Pain Type: (e.g. piercing, throbbing, etc.) sharp | Pain Type: (e.g. piercing, throbbing, etc.) sharp then throbbing later | Pain Type: (e.g. piercing, throbbing, etc.) sharp → | Pain Type: (e.g. piercing, throbbing, etc.) | Pain Type: (e.g. piercing, throbbing, etc.) |
| Pain Intensity: (scale of 1-10, 10 being the worst) 10 | Pain Intensity: (scale of 1-10, 10 being the worst) 10 | Pain Intensity: (scale of 1-10, 10 being the worst) 10 | Pain Intensity: (scale of 1-10, 10 being the worst) 10 | Pain Intensity: (scale of 1-10, 10 being the worst) 10 | Pain Intensity: (scale of 1-10, 10 being the worst) 10 | Pain Intensity: (scale of 1-10, 10 being the worst) |
| Location: (e.g. between eyes, back of head, etc.) (L) side of head near temple, above sideburn, (L) eye, (L) forehead → | Location: (e.g. between eyes, back of head, etc.) | Location: (e.g. between eyes, back of head, etc.) (L) side of head near temple [illegible] sideburn → | Location: (e.g. between eyes, back of head, etc.) → | Location: (e.g. between eyes, back of head, etc.) +(L) eye +(L) forehead → | Location: (e.g. between eyes, back of head, etc.) | Location: (e.g. between eyes, back of head, etc.) |
| Treatment or Meds Taken: Almotriptan → | Treatment or Meds Taken: + 1/2 Vicodin | Treatment or Meds Taken: Almotriptan → | Treatment or Meds Taken: + 1/2 Vicodin | Treatment or Meds Taken: Almotriptan → | Treatment or Meds Taken: | Treatment or Meds Taken: |

| 21 Sept 2018 | 23 Sept | 24 Sept | 27 Sept | 28 Sept | 30 Sept | |
|---|---|---|---|---|---|---|
| Effect of Treatment: Sleep possibly shorter recovery → | Effect of Treatment: → | Effect of Treatment: → | Effect of Treatment: → | Effect of Treatment: → | Effect of Treatment: → | Effect of Treatment: |
| Hours of Sleep: 5 last night, 5 during earlier PC episode | Hours of Sleep: 6 | Hours of Sleep: 6 | Hours of Sleep: 8 | Hours of Sleep: 6 | Hours of Sleep: 5 | Hours of Sleep: |
| What I Ate Today: Pop tart, Cheese + crackers, Hamburger | What I Ate Today: Scrambled eggs + waffles | What I Ate Today: Yoghurt, Salami + ham sandwich | What I Ate Today: nothing - was early | What I Ate Today: Yoghurt, Chicken strips, French Fries | What I Ate Today: Toast w/ butter | What I Ate Today: |
| Events Prior to Headache: (e.g. strenuous activity, elevated stress, etc.) PC episode earlier. Little hung over still from 20 Sept Trad episode | Events Prior to Headache: (e.g. strenuous activity, elevated stress, etc.) nothing of note | Events Prior to Headache: (e.g. strenuous activity, elevated stress, etc.) hungover from 23 Sept | Events Prior to Headache: (e.g. strenuous activity, elevated stress, etc.) Bad weather and long day the day before | Events Prior to Headache: (e.g. strenuous activity, elevated stress, etc.) Ate Large Meal, late | Events Prior to Headache: (e.g. strenuous activity, elevated stress, etc.) Sleep interrupted night before due to father-in-law illness | Events Prior to Headache: (e.g. strenuous activity, elevated stress, etc.) |
| Additional Comments: PC episode | Additional Comments: ME episode | Additional Comments: PC episode | Additional Comments: ME episode | Additional Comments: R episode | Additional Comments: PC episode | Additional Comments: |

Liberty Mutual Team,

After speaking with Christopher LeGrande, I thought it might be helpful if I included a "key" to go with my migraine diary.

First, my migraines can be broken down into four subtypes.

1.) **The Major Episode** (abbreviated "ME" on the diaries): I call these the "Major" episodes because their symptoms are the most disruptive and wide-ranging. They begin with a visual disturbance best described as three or four dark spots in the left side of my field of view. The little spots almost look as though they are swirling, with the area around each one looking like bathwater drawn down into a drain's whirlpool. The half-dollar-sized group of spots also seems to move a bit, as though they are circling a common center. Simultaneous to their appearance, or nearly simultaneous, is the severe pain on the left side of my head; the pain is absolutely a "10-plus" on the pain scale, being what I describe as "broken bone" pain. The pain is extremely sharp and usually centered in the area above my left cheek and slightly behind the left temple. Occasionally the pain threads "through" my head to the left eye socket and left side of my forehead, causing my left eye to weep a bit and making the left side of my face hurt and feel stiff. The pain gradually becomes less of a sharp pain and becomes more of a severe throbbing, though this process takes several hours. When the pain and visual disturbances start, I also become confused and have difficulty concentrating/thinking that itself lasts anywhere from 15-to-30 minutes. The best way I can describe this is it is almost exactly like the confusion and stupor experienced when waking up from surgery: Memory is sketchy, there is dizziness, walking is slow and awkward and it is difficult to find my words during this time. I have to lay down immediately, get my wife to help me with my medicine, and I usually sleep for six-to-eight hours. The pain subsides a bit at around the eight hour mark, gradually tapering off to a regular headache and what I call the "hangover" phase. Major episodes are probably the second-most common migraines I have.

2.) **The Popcorn Episode** (abbreviated "PC" in the diaries): I call these the "Popcorn" episodes or "Rapid-Fire" because they literally occur one-after the other, every second or two for several hours. Basically there is a pattern moving from left-to-right in the left side of my field of vision. The best way I can describe it is as a "pixelated" shimmering, like that of a school of fish in a 90's video game or something. With this is a little "twinge" of pain over my left eye. When just one of these happens, you'd never know it and I barely notice a single flash. However with the Popcorn episodes, they occur so quickly, "piling up" as it were; the pain from the first shimmer isn't "cleared" before the second one begins, and on and on, until there is a veritable snowballing of pain in the left side of my head. These come on gradually, being a few flashes per minute for the first half hour or so until they are occurring every second or two. The pain from these builds to severe levels, again being a 10-plus on the pain scale. However, I do not have the same level of confusion as with the Major episodes but I do have difficulty finding my words, some nausea and dizziness. When the flashes/twinges have built up to the point where they are critical, again 30 minutes or so after the first flashes, I have to take my medicine and lay down until they are over. The duration is anywhere from three hours

or so to five or six, with my having to sleep until they are over. These typically do not have a hangover like the Major episodes and Traditional migraines. Popcorn episodes are probably the most common episodes I have.

3.) **The Traditional Migraine** (abbreviated "Trad" in the diaries): These are exactly what they sound like. Basically, there is a severe, sharp pain over my left eye, in the eye socket and sometimes the left temple. The pain from these is brutal; if the Popcorn and Major episodes rank a 10-plus on the pain scale, these are 15's. If the other episodes are "broken bone" pain, these are "compound fracture" pain. There are no visual disturbances with these other than occasionally seeing stars as though I had stood up too quickly. However they usually are accompanied with severe nausea, occasional vomiting and some dizziness. They last for anywhere from three hours or so all the way up to a day or two. The only recourse is to take my medicine and sleep until the episode has passed. Like the Major episodes, they too have a hangover afterwards. I have one or two of these per month.

4.) **The C-Shaped Shimmering** (abbreviated "CS" in the diaries): These are like the Traditional migraines, but slightly less severe. Basically there is a visual disturbance that slowly builds, looking like C-shaped waves on one side – usually left - of my field of vision; I call them "waves" because they remind me of ripples on a pond seen when tossing a rock into the water. The waves build from being only at the periphery until one entire side is like looking down through the surface of waves on a pond. The pain seems to build with the waves, peaking at a 10 or so. The pain is sharp and starts over my left eye and in the eye socket, sometimes moving into my left temple. They also include significant dizziness. However, they last for usually just two or three hours and are the rarest of migraines; happening just once every month or two. Again, sleep and medication are the best treatment and these typically do not have a hangover.

Secondly, I wasn't sure how to complete the "Medication Effectiveness" section, given I have never experienced a complete relief in symptoms from the acute medications. However, they do seem to have some effect. Given I figure that a rating of "5" is complete relief and "1" is no relief, I just gave all of them a "3."

I hope this guide was helpful and explains what I have going on with my migraines. Please feel free to call me at (502) 331-9805 or email me at khjr14@aol.com if you have any questions. Electronic devices tend to hurt my eyes and (possibly) cause symptoms so I am not at my computer or phone very much but I do check them at least a couple of times per week.

Thank You,

Kenny Haverly, Jr.
LM LTD Claim number 7956041

4584000

# Authorization for Release of Protected Health Information

**PATIENT NAME:** HAVERLY, KENNY
**DATE OF BIRTH:** ____________

I hereby authorize use or disclosure of **protected health information** (PHI) about me as described below.

1. The following persons or entities are authorized to *disclose PHI* about me: (Physician or Facility Name)
KENTUCKYONE HEALTH NEUROLOGY ASSOC.

2. The following person (or class of persons) *may receive* protected health information about me:
Liberty Mutual (c/o ReleasePoint)
PO Box 1390
St. Peters MO 63376

3. The specific information that should be disclosed is: (i.e. medical records, lab results, etc. Please give dates of service):
From October 3, 2015 to October 3, 2018

4. I may **revoke** this authorization any time by notifying **ReleasePoint** in writing of my desire to revoke it. However, I understand that any action already taken in reliance on this authorization cannot be reversed, and my revocation will not affect those actions.

5. I understand that the medical provider to whom this authorization is furnished may not condition its treatment of me on whether or not I sign the authorization.

6. If this authorization is used for disclosure to someone other than the party listed above, PHI used or disclosed may be subject to re-disclosure by the recipient, in which case it is no longer protected under the HIPAA privacy rule. Any information we receive is protected under the HIPAA privacy rule.

7. I understand that the purpose of this authorization is to either determine eligibility for enrollment for insurance, or to authorize the release of health information so that a determination of coverage regarding a claim for specified benefits can be made. Because this authorization is a condition of enrollment for insurance, the effect of declining the authorization can result in your application for coverage being declined. If this authorization is for claim purposes, your claim may be declined if you refuse to sign this authorization.

8. This authorization expires on ___________________ OR upon occurrence of the following event that relates to me or to the purpose of the intended use or disclosure of information about me:
12 months from date signed
______________________________________________________________________.

*I have had full opportunity to read and consider the contents of this authorization, and I understand that, by signing this form, I am confirming my authorization of the use and/or disclosure of my protected health information as described in this form. Note that a copy is as valid as the original, and I am entitled to a copy of this authorization.*

| | | |
|---|---|---|
| ____________________ | ___________________________ | ___________ |
| Print Name | Signature of Patient/Guardian | Date |

*ReleasePoint/WFI: HIPAA compliant authorization version 1.2012*

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207

MR. KENNY HAVERLY JR

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
Phone No.: (800) 291-0112
Secure Fax No.: (603) 430-5732

October 4, 2018

Mr. Kenny Haverly Jr

RE: Long Term Disability (LTD) Benefits
Papa John's International, Inc
Claim #: 7956041

Dear Mr. Kenny Haverly Jr:

Your healthcare provider ( **KENTUCKYONE HEALTH NEUROLOGY ASSOC.**) requires a facility specific authorization to obtain and release medical records. Attached is a copy of the facility specific authorization for your completion. Please complete and submit a copy to your Disability Case Manager, Christopher Le Grand.

If you have any questions regarding this matter, please contact me.

Sincerely,

Christopher Le Grand
Long Term Disability Specialist
Phone No.: (800) 291-0112 Ext. 13918
Secure Fax No.: (603) 430-5732

Attachments: 7956041-EMPLOYEE/CLAIMANT-AUTHORIZATION-10.04.2018

4584000

## Authorization for Release of Protected Health Information

**PATIENT NAME:** HAVERLY, KENNY
**DATE OF BIRTH:** _ _

I hereby authorize use or disclosure of **protected health information** (PHI) about me as described below.

1. The following persons or entities are authorized to *disclose PHI* about me: (Physician or Facility Name)
KENTUCKYONE HEALTH NEUROLOGY ASSOC.

2. The following person (or class of persons) *may receive* protected health information about me:
Liberty Mutual (c/o ReleasePoint)
PO Box 1390
St. Peters MO 63376

3. The specific information that should be disclosed is: (i.e. medical records, lab results, etc. Please give dates of service):
From October 3, 2015 to October 3, 2018

4. I may **revoke** this authorization any time by notifying **ReleasePoint** in writing of my desire to revoke it. However, I understand that any action already taken in reliance on this authorization cannot be reversed, and my revocation will not affect those actions.

5. I understand that the medical provider to whom this authorization is furnished may not condition its treatment of me on whether or not I sign the authorization.

6. If this authorization is used for disclosure to someone other than the party listed above, PHI used or disclosed may be subject to re-disclosure by the recipient, in which case it is no longer protected under the HIPAA privacy rule. Any information we receive is protected under the HIPAA privacy rule.

7. I understand that the purpose of this authorization is to either determine eligibility for enrollment for insurance, or to authorize the release of health information so that a determination of coverage regarding a claim for specified benefits can be made. Because this authorization is a condition of enrollment for insurance, the effect of declining the authorization can result in your application for coverage being declined. If this authorization is for claim purposes, your claim may be declined if you refuse to sign this authorization.

8. This authorization expires on ________________ OR upon occurrence of the following event that relates to me or to the purpose of the intended use or disclosure of information about me:

12 months from date signed
________________________________________________________________.

*I have had full opportunity to read and consider the contents of this authorization, and I understand that, by signing this form, I am confirming my authorization of the use and/or disclosure of my protected health information as described in this form. Note that a copy is as valid as the original, and I am entitled to a copy of this authorization.*

| Print Name | Signature of Patient/Guardian | Date |
|---|---|---|

# Billing Statement:

**Invoice Date: 09/07/2018** **Invoice #: 708628**
**Liberty Mutual**

**Invoice for Requests for Medical Information completed between Aug 1 2018 and Aug 31 2018**

**LIBMT4** **Bill Code: LIBSFU**

| RP #<br>Cust ID | Patient Name<br>Provider Name | Status | Date<br>Req By | RP Fee | Med Fee | Rush | QC Amt<br>Pages | Total |
|---|---|---|---|---|---|---|---|---|
| 4187888<br>7956041 | HAVERLY, KENNY<br>BAPTIST HEALTH - CLINICS ONLY | Canceled | 08/02/18<br>C Le Grand | 4.00 | 0.00 | 0.00 | 0.00<br>0 | **4.00** |
| 4187889<br>7956041 | HAVERLY, KENNY<br>KENTUCKYONE HEALTH NEUROLOG... | Complete | 06/11/18<br>C Le Grand | 8.00 | 0.00 | 0.00 | 0.00<br>15 | **8.00** |

**ReleasePoint**

**405 W. Foothill Blvd.**
**Suite 204**
**Claremont, CA 91711**

**Total Amount Due:** **12.00**

**Tax ID: 95-2843455**

One Corporate Place
55 Ferncroft Road Suite 300
Danvers, MA 01923
Tel: 800-278-0550
www.ISGVALUE.com

**Claimant:** **Kenny Haverly**
**Claim Nbr:** **7956041**
**ISG Nbr:** **484054**

**Bill To**
Christopher LeGrand
Liberty Mutual
P.O. Box 7207
London, KY 40742

**Invoice Nbr:** 398745
**Invoice Date:** 9/5/2018

| Date | | Description | | Ext Amt |
|---|---|---|---|---|
| 8/31/2018 | | Surveillance 8 hrs | | $520.00 |
| 9/1/2018 | | Surveillance 8 hrs | | $520.00 |
| 9/2/2018 | | Surveillance 8 hrs | | $520.00 |
| 9/3/2018 | | Surveillance 8 hrs | | $520.00 |
| | | | | |
| | | Sub Total | | $2,080.00 |
| | | Total | | $2,080.00 |

***Please remit payment to:***
***ISG ID#800324***
***P.O. Box 983122***
***Boston, MA 02298-3122***
***Federal Tax ID# 04-3280934***
***Thank you for choosing ISG. We appreciate your business.***

One Corporate Place
55 Ferncroft Road Suite 300
Danvers, MA 01923
Tel: 800-278-0550
www.ISGVALUE.com

Liberty Mutual Benefits-Charlotte NC
Attention: Christopher LeGrand
P.O. Box 7207
London, KY 40742

Claimant: Kenny Haverly

ISG has completed the Surveillance– Social Media Search and surveillance on the following individual. An extensive Social search was conducted to ascertain the level of employment, complete background check, and current status and activity level of the individual.

| ***SURVEILLANCE VIDEO LINK*** |
|---|
| On August 31, 2018, September 1, 2018, September 2, 2018, and September 3, 2018, documentation video was obtained of the claimant's residence. The video can be viewed through the following link: https://www.isgvalue.net/ISGDocs/2018-08/484054/Kenny%20Haverly%20Video.mpg. |

| ***OBJECTIVE*** |
|---|
| To observe and document the claimant's activities with headaches. |

| ***PHOTOGRAPH OF THE CLAIMANT'S RESIDENCE*** | |
|---|---|
|   | The residence can be described as extremely rural and difficult to observe from the road. It has a narrow gravel driveway that is long and curved. The residence is behind a large area of trees and bushes. It is a larger, newer, two- or three-story Cape Cod styled home with a large wrap around porch. |

| ***SURVEILLANCE INVESTIGATION*** |
|---|
| On Friday, August 31, 2018, surveillance was conducted at the claimant's residence, located at , in an attempt to observe and document the claimant's activities. |

One Corporate Place
55 Ferncroft Road Suite 300
Danvers, MA 01923
Tel: 800-278-0550
www.ISGVALUE.com

The following is a summary of activities observed during this surveillance period:

- Upon arrival, the investigator observed a silver and a white parked in the vicinity of the claimant's residence. The residence can be described as being extremely rural and difficult to observe from the road. It had a narrow gravel driveway that was long and curved. The residence was behind a large area of trees and bushes. It was a larger, newer 2 or 3 story Cape Cod style house with a large wrap around porch.
- A stationary surveillance was conducted away from the residence with no direct view of the claimant's residence. (Drive-bys were conducted.)
- During a drive by of the residence, the Infinity was no longer observed at the residence. It later returned with an unidentified female as the driver.
- No activity was observed with regards to the claimant and the investigator departed the area.

On Saturday, September 1, 2018, surveillance was conducted at the claimant's residence, located at , in an attempt to observe and document the claimant's activities.

The following is a summary of activities observed during this surveillance period:

- Upon arrival, the investigator observed a silver Infinity QX56 and a white Nissan Frontier pickup parked in the vicinity of the claimant's residence.
- A stationary surveillance was conducted away from the residence with no direct view of the claimant's residence. (Drive-bys were conducted.)
- No changes to the exterior of the residence was observed during the surveillance period.
- No activity was observed with regards to the claimant and the investigator departed the area.

On Sunday, September 2, 2018, surveillance was conducted at the claimant's residence, located at , in an attempt to observe and document the claimant's activities.

The following is a summary of activities observed during this surveillance period:

- Upon arrival, the investigator observed a silver and a white parked in the vicinity of the claimant's residence.
- A stationary surveillance was conducted away from the residence with no direct view of the claimant's residence. (Drive-bys were conducted.)
- The investigator observed an unidentified female departing the area in the infinity and then returning to the area.
- No activity was observed with regards to the claimant and the investigator departed the area.



PROVIDED INFORMATION IS PRIVILEGED & CONFIDENTIAL WORK PRODUCT

One Corporate Place
55 Ferncroft Road Suite 300
Danvers, MA 01923
Tel: 800-278-0550
www.ISGVALUE.com

On Monday, September 3, 2018, surveillance was conducted at the claimant's residence, located at , in an attempt to observe and document the claimant's activities.

The following is a summary of activities observed during this surveillance period:

- Upon arrival, the investigator observed the claimant's vehicle parked in the vicinity of the claimant's residence.
- A stationary surveillance was conducted away from the residence with no direct view of the claimant's residence. (Drive-bys were conducted.)
- Light neighborhood activity was observed during the surveillance period. No external changes to the residence were observed during the drive by checks.
- No further activity was observed with regards to the claimant and the investigator departed the area.

## *INVESTIGATIVE REPORT*

Friday, August 31, 2018
*Investigator: MA*

**9:00 a.m.** The investigator proceeded to the claimant's provided address, located a Upon arrival, a silver and a white Nissan were parked in the vicinity of the residence. The residence can be described as extremely rural and difficult to observe from the road. It has a narrow gravel driveway that is long and curved. The residence is behind a large area of trees and bushes. It is a larger, newer, two- or three-story Cape Cod styled home with a large wrap around porch. Stationary surveillance was initiated along the most likely route of egress. Drive-bys were conducted.

**10:02 a.m.** A drive-by was conducted and the Infinity was no longer observed. Surveillance efforts continued.

**12:00 p.m.** A drive-by was conducted and no activity was observed. Surveillance efforts continued.

**1:12 p.m.** An unidentified female returned to the residence in the Infinity. Surveillance efforts continued.

**3:00 p.m.** A drive-by was conducted and no activity was observed. Surveillance efforts continued.

**5:00 p.m.** No activity was observed with regards to the claimant. The investigator terminated surveillance and departed from the area.

Saturday, September 1, 2018
*Investigator: MA*

**9:00 a.m.** The investigator proceeded to the claimant's provided address, located a . Upon arrival, the and the pickup were parked in the vicinity of the residence. Stationary surveillance was initiated along the most likely route of egress. Drive-bys were conducted.

**11:00 a.m.** A drive-by was conducted and no activity was observed. Surveillance efforts continued.

**1:00 p.m.** A drive-by was conducted and no activity was observed. Surveillance efforts continued.

**3:00 p.m.** A drive-by was conducted and no activity was observed. Surveillance efforts continued.

**5:00 p.m.** No activity was observed with regards to the claimant. The investigator terminated surveillance and departed from the area.

Sunday, September 2, 2018
*Investigator: MA*

**9:00 a.m.** The investigator proceeded to the claimant's provided address, located a . Upon arrival, the and the pickup were parked in the vicinity of the residence. Stationary surveillance was initiated along the most likely route of egress. Drive-bys were conducted.

**10:20 a.m.** An unidentified female departed from the area in the Infinity. Surveillance efforts continued.

**11:00 a.m.** The unidentified female returned to the residence in the Infinity. Surveillance efforts continued.

One Corporate Place
55 Ferncroft Road Suite 300
Danvers, MA 01923
Tel: 800-278-0550
www.ISGVALUE.com

**1:00 p.m.** A drive-by was conducted and no activity was observed. Surveillance efforts continued.

**3:00 p.m.** A drive-by was conducted and no activity was observed. Surveillance efforts continued.

**5:00 p.m.** No activity was observed with regards to the claimant. The investigator terminated surveillance and departed from the area.

Monday, September 3, 2018
*Investigator: MA*

**9:00 a.m.** The investigator proceeded to the claimant's provided address, located a . Upon arrival, the and the pickup were parked in the vicinity of the residence. Stationary surveillance was initiated along the most likely route of egress. Drive-bys were conducted.

**11:00 a.m.** A drive-by was conducted and no activity was observed. Surveillance efforts continued.

**1:00 p.m.** A drive-by was conducted and no activity was observed. Surveillance efforts continued.

**3:00 p.m.** A drive-by was conducted and no activity was observed. Surveillance efforts continued.

**5:00 p.m.** No activity was observed with regards to the claimant. The investigator terminated surveillance and departed from the area.

One Corporate Place
55 Ferncroft Road Suite 300
Danvers, MA 01923
Tel: 800-278-0550
www.ISGVALUE.com

# Social Networking & Internet Research Report

ISG has completed the Initial Surveillance Research on the following individual. The purpose of this research is to ascertain the level of employment, complete background check, and current status and activity level of the individual as well as augment the investigative strategy moving forward.

| PERTINENT CLAIMANT INFORMATION | |
|---|---|
| Claimant | Kenny Haverly |
| Possible Alias': | 1) HAVERLY, KENNY L JR. (DOB: )<br>2) HAVERLY, KENNY L SR. (DOB: )<br>3) HAVERLY, KENNY L JR. |
| Insured: | PAPA JOHN'S INTERNATIONAL, INC |
| Date of Birth: | |
| Date of Loss: | 11/15/2017 |
| Address: | |
| Phone Number: | |
| Email Address: | N/A |
| Injury: | Headaches |
| Claim #: | 7956041 |

| PHOTOGRAPHS OF THE CLAIMANT |
|---|
| |



PROVIDED INFORMATION IS PRIVILEGED & CONFIDENTIAL WORK PRODUCT



*Photographs located through Facebook (2015/2016)*

***ADDRESS HISTORY***

**Provided Address:**

- 

One Corporate Place
55 Ferncroft Road Suite 300
Danvers, MA 01923
Tel: 800-278-0550
www.ISGVALUE.com

## *RESIDENTIAL MAPS & PHOTOGRAPHS*

**Provided Address:**



*No Photograph Available.*

## *PROPERTY OWNERSHIP RECORDS*

**Provided Address:** is believed to be a single family home owned by Shannon Downs Haverly.

Primary Owner
HAVERLY SHANNON DOWNS

## *PHONE AND EMAIL ADDRESS INFORMATION*

**Provided Phone Number:**

- is a landline number.

**Other Newly Developed Phone Numbers:**

- is a landline number.

One Corporate Place
55 Ferncroft Road Suite 300
Danvers, MA 01923
Tel: 800-278-0550
www.ISGVALUE.com

- is a landline number.

**Provided Email Address:**
- *No email address was provided.*

**Newly ail Address:**
- esearch yielded no results.
- .com Research yielded no results.
- Research yielded no results.
- search yielded no results.
- om Research yielded no results.
- papajohns.com Research yielded no results.

| ***CURRENT MOTOR VEHICLE INFORMATION*** |
|---|
| Registered at<br>▪ 2008 Silver exp. 10/31/2018 registered to the claimant<br><br>Associated with<br>▪ 2006 Pickup 4 Door |

| ***SOCIAL NETWORKING RESEARCH*** |
|---|
| Clmt FB https://www.facebook.com/thisis.forreadingstuff |
| Clmt LinkedIn https://www.linkedin.com/in/kenny-haverly-a8575812/ |
| Clmt Photobucket http://smg.photobucket.com/user/Z0mBe/profile |
| Wife Shannon Downs Haverly FB https://www.facebook.com/shannon.haverly |
| *Research Conducted:*<br><br>*Several hundreds of sites were examined which included: Facebook, MySpace, Spokeo, LinkedIn, YouTube, Twitter, Flickr, Meetup, Flixster, Tagged, MeetMe, LiveJournal, Ning, Yuku, Friendster, Xanga, 360. Yahoo, Orkut, UrbanCliq, Fubar, Google, Yahoo, MSN, Pipl, Spring.Me, Lifeknot, Bing, Searchbug, Zoom info, Badoo, Zorpia, Netlog, Habbo, Heritage, OK Cupid, Multiple Match, KY Department of Corrections and Couch Surfing. No additional results were found.* |

One Corporate Place
55 Ferncroft Road Suite 300
Danvers, MA 01923
Tel: 800-278-0550
www.ISGVALUE.com

Should you have any questions or additional information relating to this file please call us at 800-278-0550.

**The information contained within this report depicts information relative to the individual denoted above. The information contained herein has been derived from the various databases, internet sites, social networking sites, and other secure information sources accessed thru ISG contractual agreements. The Company does not warrant the accuracy and completeness of such information.**

AMM

KentuckyOne Health®

# FAX COVER SHEET

To: Liberty Mutual

Phone:

Fax: 603 430-5732

From: Linda Schweitzer

Phone: 859 685-0685

Dept.: Medical Records

Fax: 859 296-2603

Date: 8/10/18

Time Sent:

**LEGAL DISCLAIMER:** This communication, including any attachment, contains information that may be confidential or privileged and is intended solely for the entity or individual to whom it is addressed. If you are not the intended recipient, please notify the KentuckyOne Health Privacy office at (502) 560-8392. You are hereby notified that any disclosure, copying, or distribution of this communication, including any attachment is strictly prohibited.

**Attention:** This information has been disclosed to you from records protected by federal confidentiality rules (42 CFR part 2). The federal rules prohibit you from making any further disclosure of information in this record that identifies a patient as having or having had a substance use disorder either directly, be reference to publicly available information, or through verification of such identification by another person unless further disclosure is expressly permitted by the written consent of the individual whose information is being disclosed or as otherwise permitted by 42 CFR part 2. A general authorization for the release of medical or other information is NOT sufficient for this purpose (see Section 2.31). The federal rules restrict any use of the information to investigate or prosecute with regard to a crime any patient with a substance use disorder, except as provided at Sections 2.12(c)(5) and 2.65.

If the enclosed record pertains to HIV/AIDS, it has been disclosed to you from records whose confidentiality is protected by federal and, perhaps, state law, which prohibits you from making any further disclosure of such information without specific consent of the person to whom such information pertains or as otherwise permitted by state law. A general authorization for this release of health or other information is not sufficient for this purpose.

This is confidential and privileged information. If it contains mental health information, it is for professional use only.

RE:

ACILITY ADDRESS:
KyOne Health Neurology Associates
021 Majestic Dr, Ste 200
Lexington Ky 40513

URGENT: ☐ Yes ☐ No

TOTAL PAGES: (Including Cover Page)

MG-39 Rev. 02/18

Liberty Mutual. INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
Phone No.: (800) 291-0112
Secure Fax No.: (603) 430-5732

| | |
|---|---|
| Date: | August 3, 2018 |
| To: | DR. CHUMLEY<br>SAINT JOSEPH NEUROLOGY ASSOC.<br>1021 MAJESTIC DRIVE<br>SUITE 200<br>LEXINGTON KY 40513 |
| Attn: | |
| Fax: | (859) 296-2603 |
| From: | Christopher Le Grand<br>Long Term Disability Specialist<br>Phone No.: Phone No.: (800) 291-0112<br>Secure Fax No.: (603) 430-5732 |
| Total Pages (Including Cover): | 6 |
| RE: | Claim #: 7956041<br>Claimant: Kenny Haverly<br><br>Papa John's International, Inc |

**Welcome to Lincoln Financial Group.**
Effective May 1, 2018, Liberty Life Assurance Company of Boston was acquired by The Lincoln National Life Insurance Company, a Lincoln Financial Group company. During the transition, you may receive communications from both companies. Please open and read all correspondence you receive about your benefits.
Thank you.

**Bienvenido a Lincoln Financial Group.**
A partir del 1 de mayo de 2018, Liberty Life Assurance Company of Boston pasó a pertenecer a The Lincoln National Life Insurance Company, una compañía de Lincoln Financial Group. Durante la transición, es posible que reciba comunicados de ambas compañías. Abra y lea toda la correspondencia que reciba sobre sus beneficios.
Muchas gracias.

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me by telephone at (800) 291-0112 and permanently shred the original and any copy of any fax and any printout thereof.

**Saint Joseph Neurology Associates**
**1021 Majestic Drive, Suite 200,**
**Lexington, KY 40513**
**Phone: (859) 296-1922 Fax: (859) 296-2603**

*MRN:* **1136760**

*Encounter Date:* **06/30/2018 12:00AM**

*DOB:*
*Home:*
*Work:*

*Address:*
**Kenny Haverly**

To Whom It May Concern,

Mr. Kenny Haverly is a 41-year-old gentleman who has migraine with aura and is followed at KentuckyOne Health Neurology Associates. A previous letter was dictated in February 2018, and this letter is in follow-up to the prior letter in response to Mr. Haverly not being found disabled (8/3/2018). It should be noted that Mr. Haverly hs up to 30-60 visual events per month followed by headache, and he has 2-3 significant headache days per week. Mr. Haverly will need to take at least one to 2 days off from work per week because of headache, intermittently; he will need frequent breaks at work, which may be 3-4 times at a 4 hour period. Mr. Haverly may need to go home or work at times because of headache, and he may not be abla to go to work at times because of headache, which may occur several times per week. Other accommodations may need to be made, such as being allowed to stand and walk intermittently throughout the day may also need to be made.

In addition, Mr. Haverly continue to be seen in clinic approximately every 3-4 months and medication changes will be made which may also affect his ability to function at work.

Overall, it is felt due to the frequency and severity of his migraines and visual phenomenon that he is not able to work; if, however, he has asked to work frequent absenteeism will be a problem and he will need accommodations at work concerning breaks in the ability to sit and/or stand and walk throughout the day

Sincerely,

8/10/2018

Warren Chumley, M.D.

**Signatures**

Electronically signed by : Warren Chumley, M.D.; Aug 10 2018 9:03AM EST (Author)

Liberty Mutual. INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
Phone No.: (800) 291-0112
Secure Fax No.: (603) 430-5732

August 3, 2018

Dr. Chumley
SAINT JOSEPH NEUROLOGY ASSOC.
1021 MAJESTIC DRIVE
SUITE 200
LEXINGTON, KY 40513

RE: Long Term Disability (LTD) Benefits
Papa John's International, Inc
Claim #: 7956041
Claimant: Kenny Haverly
Claimant D.O.B.:

Dear Dr. Chumley:

We are the Disability Claim Administrator for your patient, Kenny Haverly.

On July 31, 2018 a/an peer review was performed to assist us in determining Mr. Haverly's eligibility for continued Long Term Disability (LTD) benefits. The results of this assessment demonstrate the following:

*There is no diagnosis causing impairment. The migraine headaches are not associated with any clinical neurologic abnormalities.*
*The nonepileptic events are not considered due to a neurologic condition.*
*There is no neurologically impairing condition.*
*He has reliable sustainable work capacity from a neurologic perspective. He is able to work on a full-time basis: 40 hours per week, 8 hours per day.*

Please review the enclosed report by Sherry Leitch, MD, and provide any comments you wish to have considered. If you disagree with Sherry Leitch, MD's findings, please detail the specific areas with which you disagree and provide medical documentation to support your position.

We ask that you provide this information by August 12, 2018. Failure to provide the requested information may result in an adverse benefit determination. The information can be faxed to our office at our secure fax number (603) 430-5732 or mailed to the above address.

Although HIPAA does not apply to disability insurance carriers, we understand your responsibilities under HIPAA as a health care provider, and our associated responsibility of ensuring this information is protected against deliberate or inadvertent misuse or disclosure.

As the insurance carrier providing employer sponsored Long Term Disability (LTD) benefits coverage to your patient, we have enclosed a HIPAA compliant authorization signed by Mr. Haverly allowing the release of information to our company. This authorization specifically allows you to release medical information to us and is valid for two years from the date of Mr. Haverly's signature.

If you have any questions regarding this matter, please contact me.

Sincerely,

Christopher Le Grand
Long Term Disability Specialist
Phone No.: (800) 291-0112 Ext. 13918
Secure Fax No.: (603) 430-5732

Attachments: 7956041-MEDICAL-CP/PEER REVIEW-07.31.2018

MCN

901 Boren Ave, Suite 1400
Seattle, WA 98104
mcn.com | national@mcn.com

t: 800.636.3926
t: 206.621.9097
f: 206.623.4956

Medical Consultants Network

July 31, 2018

Christopher Le Grand
Liberty Mutual
P.O. Box 7210
London, KY 40742

**Re:** Kenny Haverly
**Claim Number:** 7956041
**Date of Disability:** 11/15/2017
**MCN Number:** 1-C278358

Dear Christopher Le Grand,

Thank you for allowing Medical Consultants Network to schedule a peer review of the medical records of Kenny Haverly. The following is a report of the peer review prepared on July 31, 2018. Sherry Leitch, MD, prepared and dictated this report.

The opinions expressed in this report are those of the provider, and do not reflect the opinions of Medical Consultants Network.

The dictated report is as follows:

**PEER REVIEW**

Papa Cares. November 13, 2017. He was seen for migraine. Examination showed no significant neurologic abnormalities. He was diagnosed with migraine.

Papa Cares. November 27, 2017. He again complained of migraine.

Saint Joseph Neurology Associates. January 5, 2018. He was seen for seizures. He has hallucinations. He has a constant background headache. He was diagnosed with migraine. He had video EEG monitoring in 2010, which was negative other than focal slow-wave activity in the temporal leads. It is noted that the spells may be nonepileptic. The assessment was complex partial seizures, migraine, nonepileptic episode.

Saint Joseph Neurology Associates. January 30, 2018. He was seen for headaches. He was seen for abnormal episodes. Examination showed no significant abnormality. He was seen in the epilepsy monitoring unit in August 2016. Episodes were seen with no EEG changes. These spells were considered nonepileptic at that time.

Saint Joseph Hospital. February 7, 2018. The letter states that he has intractable migraine. He has a severe migraine at least once per month. He has abnormal episodes. He has severe visual phenomena as part of the migraine. The visual phenomena are considered auras. He is unable to work in any capacity.

Saint Joseph Neurology Associates. June 6, 2018. He was seen for migraines. He has a constant background headache and experiences migraines.

## CALLS TO TREATING PROVIDERS

*When contacting the treating providers, please clarify the information reviewed and discuss your opinion if it differs from that of the treating provider. Indicate whether you have reached a consensus with the treating provider. If not, document your final assessment after the call.*

Dr. Potts. I spoke to him on July 24, 2018, at 2:07 p.m. He said that the claimant was terminated from the practice in 2017. He said that he never formed an opinion as to restrictions, limitations, or ability to work. He said he was unable to provide any information about the claimant's condition.

## DISCUSSION

The following is in response to the questions in your cover letter.

1) *Please note all diagnoses supported by the medical evidence (including comorbids).*

   1. Migraine headache – G43.
   2. Nonepileptic events – F44.

2) *Please clarify which cardiac diagnoses are causing impairment.*

   There is no diagnosis causing impairment. The migraine headaches are not associated with any clinical neurologic abnormalities.

   The nonepileptic events are not considered due to a neurologic condition.

   There is no neurologically impairing condition.

3) *For each impairing diagnosis that is supported by the medical evidence, please outline reasonably supported restrictions and limitations including duration and prognosis. Please define in terms of frequency (never, occasional, frequent, constant) and task (sit, stand, lift/carry, type, etc.). When clarifying the supported restrictions and limitations, please be sure to address endurance restrictions and limitations, if any, for example, from performing full-time activities throughout an eight-hour day. What is the duration of the aforementioned restrictions?*

   No restrictions and limitations are necessary.

4) *Do the medical records on file indicate if the claimant has reliable sustainable work capacity on a full-time basis and for what duration?*

   He has reliable sustainable work capacity from a neurologic perspective. He is able to work on a full-time basis: 40 hours per week, 8 hours per day.

*This reviewer is a board certified neurologist since 1996, and is active practice 50 hours per week. The reviewer has experience in academic and private practice medical settings.*

**NOTE**

*MCN retains qualified independent reviewers who perform peer case reviews as requested on behalf of MCN's clients. These reviewers are independent contractors who are credentialed in accordance with their particular specialties and the standards set by URAC and/or other state and federal regulatory requirements. All reviewers have agreed to only accept reviews where no conflict of interest exists that could compromise the independence and objectivity of the report.*

*The written opinions expressed in this report provided by MCN represent the opinions of the reviewer(s) who reviewed the case. The case review opinions are provided in good faith, based on the medical records and information provided to MCN or its reviewer(s) at the time of the review request or during the phone consultation with the treating provider(s). MCN assumes no liability for the opinions of its contracted reviewers. The health plan, or other third party authorizing this case review, agrees to hold MCN harmless for any and all claims or actions which may arise as a result of this case review. In addition, the health plan, or other third party requesting and authorizing this review, is solely responsible for the policy interpretation and for the final determination made regarding coverage and/or eligibility.*

Sherry Leitch, MD
Neurology, Board Certified

**Please call if questions: 206.621.9097**
You may comment on your experience online at http://www.mcn.com/contact-us/surveys

*Please make sure that you document your activity before your headache and how long you were incapacitated from the headache in minutes and hours from the headache.*

**Headache Diary**

| | | | | | | |
|---|---|---|---|---|---|---|
| Date: | Date: | Date: | Date: | Date: | Date: | Date: |
| Warning Signs: | Warning Signs: | Warning Signs: | Warning Signs: | Warning Signs: | Warning Signs: | Warning Signs: |
| Time Begun: | Time Begun: | Time Begun: | Time Begun: | Time Begun: | Time Begun: | Time Begun: |
| Time Ended: | Time Ended: | Time Ended: | Time Ended: | Time Ended: | Time Ended: | Time Ended: |
| Pain Type: (e.g. piercing, throbbing, etc.) | Pain Type: (e.g. piercing, throbbing, etc.) | Pain Type: (e.g. piercing, throbbing, etc.) | Pain Type: (e.g. piercing, throbbing, etc.) | Pain Type: (e.g. piercing, throbbing, etc.) | Pain Type: (e.g. piercing, throbbing, etc.) | Pain Type: (e.g. piercing, throbbing, etc.) |
| Pain Intensity: (scale of 1-10, 10 being the worst) | Pain Intensity: (scale of 1-10, 10 being the worst) | Pain Intensity: (scale of 1-10, 10 being the worst) | Pain Intensity: (scale of 1-10, 10 being the worst) | Pain Intensity: (scale of 1-10, 10 being the worst) | Pain Intensity: (scale of 1-10, 10 being the worst) | Pain Intensity: (scale of 1-10, 10 being the worst) |
| Location: (e.g. between eyes, back of head, etc.) | Location: (e.g. between eyes, back of head, etc.) | Location: (e.g. between eyes, back of head, etc.) | Location: (e.g. between eyes, back of head, etc.) | Location: (e.g. between eyes, back of head, etc.) | Location: (e.g. between eyes, back of head, etc.) | Location: (e.g. between eyes, back of head, etc.) |
| Treatment or Meds Taken: | Treatment or Meds Taken: | Treatment or Meds Taken: | Treatment or Meds Taken: | Treatment or Meds Taken: | Treatment or Meds Taken: | Treatment or Meds Taken: |

| | | | | | | |
|---|---|---|---|---|---|---|
| Effect of Treatment: | Effect of Treatment: | Effect of Treatment: | Effect of Treatment: | Effect of Treatment: | Effect of Treatment: | Effect of Treatment: |
| Hours of Sleep: | Hours of Sleep: | Hours of Sleep: | Hours of Sleep: | Hours of Sleep: | Hours of Sleep: | Hours of Sleep: |
| What I Ate Today: | What I Ate Today: | What I Ate Today: | What I Ate Today: | What I Ate Today: | What I Ate Today: | What I Ate Today: |
| Events Prior to Headache: (e.g. strenuous activity, elevated stress, etc.) | Events Prior to Headache: (e.g. strenuous activity, elevated stress, etc.) | Events Prior to Headache: (e.g. strenuous activity, elevated stress, etc.) | Events Prior to Headache: (e.g. strenuous activity, elevated stress, etc.) | Events Prior to Headache: (e.g. strenuous activity, elevated stress, etc.) | Events Prior to Headache: (e.g. strenuous activity, elevated stress, etc.) | Events Prior to Headache: (e.g. strenuous activity, elevated stress, etc.) |
| Additional Comments: | Additional Comments: | Additional Comments: | Additional Comments: | Additional Comments: | Additional Comments: | Additional Comments: |

Name: ____________________________

# Monthly Headache Diary

Month/year:_______/______

Headache severity

Provide a number from 0-10 to rate the severity of the headache. 0 is no headache and 10 is the worst headache requiring bedrest

| Day of the Month | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Morning | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Afternoon | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Evening | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

Triggers

List any triggers for your headache. Place check mark in box on days that the trigger initiated a headache

| | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

Acute Medications to treat Headaches

List short acting medications to treat the headache and symptoms related to the headaches.

| | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Medication: | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Medication: | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Medication: | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

Medication effectiveness

Rate effectiveness on scale of 0-5 with 0 being complete relief and 5 being no relief.

| | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Morning | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Afternoon | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Evening | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207

MR. KENNY HAVERLY JR

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
Phone No.: (800) 291-0112
Secure Fax No.: (603) 430-5732

August 12, 2018

Mr. Kenny Haverly Jr

RE: Long Term Disability (LTD) Benefits
Papa John's International, Inc
Claim #: 7956041

Dear Mr. Kenny Haverly Jr:

In order to determine how your migraines restrict you in your activities of daily living, we are requesting that you complete **both** enclosed headache diaries for the months of September, October, and November.

Enclosed you have a Monthly Headache Diary for the months of September, October, and November.

In addition, you have four accompanying weekly diaries for each month.

Please complete and return the September monthly and weekly diaries by October 15, 2018.

Your LTD policy contains the following discontinuation provision:

> ***Discontinuation of the Long Term Disability Benefit***
>
> *The Monthly Benefit will cease on the earliest of:*
>
> ***the date the Covered Person fails to cooperate in the administration of the claim. Such cooperation includes, but is not limited to, providing any information or documents needed to determine whether benefits are payable or the actual benefit amount due.***

Please provide completed copies of September monthly and weekly diaries by; failure to provide the requested documentation by October 15, 2018, may result in suspension of benefits or the closure of your claim.

In addition, please save and complete as appropriate the October and November monthly and weekly diaries.

If you have any questions regarding this matter, please contact me.

Sincerely,

Christopher Le Grand
Long Term Disability Specialist
Phone No.: (800) 291-0112 Ext. 13918
Secure Fax No.: (603) 430-5732

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
Phone No.: (800) 291-0112
Secure Fax No.: (603) 430-5732

Date: August 3, 2018

To: DR. CHUMLEY
SAINT JOSEPH NEUROLOGY ASSOC.
1021 MAJESTIC DRIVE
SUITE 200
LEXINGTON KY 40513

Attn:

Fax: (859) 296-2603

From: Christopher Le Grand
Long Term Disability Specialist
Phone No.: Phone No.: (800) 291-0112
Secure Fax No.: (603) 430-5732

Total Pages
(Including Cover): 6

RE:

Claim #: 7956041
Claimant: Kenny Haverly

Papa John's International, Inc

**Welcome to Lincoln Financial Group.**
Effective May 1, 2018, Liberty Life Assurance Company of Boston was acquired by The Lincoln National Life Insurance Company, a Lincoln Financial Group company. During the transition, you may receive communications from both companies. Please open and read all correspondence you receive about your benefits.
Thank you.

**Bienvenido a Lincoln Financial Group.**
A partir del 1 de mayo de 2018, Liberty Life Assurance Company of Boston pas   a pertenecer a The Lincoln National Life Insurance Company, una compa   a de Lincoln Financial Group. Durante la transici   n, es posible que reciba comunicados de ambas compa   as. Abra y lea toda la correspondencia que reciba sobre sus beneficios.
Muchas gracias.

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me by telephone at (800) 291-0112 and permanently shred the original and any copy of any fax and any printout thereof.

**Lincoln/Haverly 258**

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
Phone No.: (800) 291-0112
Secure Fax No.: (603) 430-5732

August 3, 2018

Dr. Chumley
SAINT JOSEPH NEUROLOGY ASSOC.
1021 MAJESTIC DRIVE
SUITE 200
LEXINGTON, KY 40513

RE: Long Term Disability (LTD) Benefits
Papa John's International, Inc
Claim #: 7956041
Claimant: Kenny Haverly
Claimant D.O.B.:

Dear Dr. Chumley:

We are the Disability Claim Administrator for your patient, Kenny Haverly.

On July 31, 2018 a/an peer review was performed to assist us in determining Mr. Haverly's eligibility for continued Long Term Disability (LTD) benefits. The results of this assessment demonstrate the following:

*There is no diagnosis causing impairment. The migraine headaches are not associated with any clinical neurologic abnormalities.*
*The nonepileptic events are not considered due to a neurologic condition.*
*There is no neurologically impairing condition.*
*He has reliable sustainable work capacity from a neurologic perspective. He is able to work on a full-time basis: 40 hours per week, 8 hours per day.*

Please review the enclosed report by Sherry Leitch, MD, and provide any comments you wish to have considered. If you disagree with Sherry Leitch, MD's findings, please detail the specific areas with which you disagree and provide medical documentation to support your position.

We ask that you provide this information by August 12, 2018. Failure to provide the requested information may result in an adverse benefit determination. The information can be faxed to our office at our secure fax number (603) 430-5732 or mailed to the above address.

Although HIPAA does not apply to disability insurance carriers, we understand your responsibilities under HIPAA as a health care provider, and our associated responsibility of ensuring this information is protected against deliberate or inadvertent misuse or disclosure.

As the insurance carrier providing employer sponsored Long Term Disability (LTD) benefits coverage to your patient, we have enclosed a HIPAA compliant authorization signed by Mr. Haverly allowing the release of information to our company. This authorization specifically allows you to release medical information to us and is valid for two years from the date of Mr. Haverly's signature.

If you have any questions regarding this matter, please contact me.

Sincerely,

Christopher Le Grand
Long Term Disability Specialist
Phone No.: (800) 291-0112 Ext. 13918
Secure Fax No.: (603) 430-5732

Attachments: 7956041-MEDICAL-CP/PEER REVIEW-07.31.2018

MCN
901 Boren Ave, Suite 1400
Seattle, WA 98104
mcn.com | national@mcn.com
t: 800.636.3926
t: 206.621.9097
f: 206.623.4956
Medical Consultants Network

July 31, 2018

Christopher Le Grand
Liberty Mutual
P.O. Box 7210
London, KY 40742

**Re:** Kenny Haverly
**Claim Number:** 7956041
**Date of Disability:** 11/15/2017
**MCN Number:** 1-C278358

Dear Christopher Le Grand,

Thank you for allowing Medical Consultants Network to schedule a peer review of the medical records of Kenny Haverly. The following is a report of the peer review prepared on July 31, 2018. Sherry Leitch, MD, prepared and dictated this report.

The opinions expressed in this report are those of the provider, and do not reflect the opinions of Medical Consultants Network.

The dictated report is as follows:

**PEER REVIEW**

Papa Cares. November 13, 2017. He was seen for migraine. Examination showed no significant neurologic abnormalities. He was diagnosed with migraine.

Papa Cares. November 27, 2017. He again complained of migraine.

Saint Joseph Neurology Associates. January 5, 2018. He was seen for seizures. He has hallucinations. He has a constant background headache. He was diagnosed with migraine. He had video EEG monitoring in 2010, which was negative other than focal slow-wave activity in the temporal leads. It is noted that the spells may be nonepileptic. The assessment was complex partial seizures, migraine, nonepileptic episode.

Saint Joseph Neurology Associates. January 30, 2018. He was seen for headaches. He was seen for abnormal episodes. Examination showed no significant abnormality. He was seen in the epilepsy monitoring unit in August 2016. Episodes were seen with no EEG changes. These spells were considered nonepileptic at that time.

Saint Joseph Hospital. February 7, 2018. The letter states that he has intractable migraine. He has a severe migraine at least once per month. He has abnormal episodes. He has severe visual phenomena as part of the migraine. The visual phenomena are considered auras. He is unable to work in any capacity.

Saint Joseph Neurology Associates. June 6, 2018. He was seen for migraines. He has a constant background headache and experiences migraines.

**CALLS TO TREATING PROVIDERS**

*When contacting the treating providers, please clarify the information reviewed and discuss your opinion if it differs from that of the treating provider. Indicate whether you have reached a consensus with the treating provider. If not, document your final assessment after the call.*

Dr. Potts. I spoke to him on July 24, 2018, at 2:07 p.m. He said that the claimant was terminated from the practice in 2017. He said that he never formed an opinion as to restrictions, limitations, or ability to work. He said he was unable to provide any information about the claimant's condition.

**DISCUSSION**

The following is in response to the questions in your cover letter.

*1) Please note all diagnoses supported by the medical evidence (including comorbids).*

1. Migraine headache – G43.

2. Nonepileptic events – F44.

*2) Please clarify which cardiac diagnoses are causing impairment.*

There is no diagnosis causing impairment. The migraine headaches are not associated with any clinical neurologic abnormalities.

The nonepileptic events are not considered due to a neurologic condition.

There is no neurologically impairing condition.

*3) For each impairing diagnosis that is supported by the medical evidence, please outline reasonably supported restrictions and limitations including duration and prognosis. Please define in terms of frequency (never, occasional, frequent, constant) and task (sit, stand, lift/carry, type, etc.). When clarifying the supported restrictions and limitations, please be sure to address endurance restrictions and limitations, if any, for example, from performing full-time activities throughout an eight-hour day. What is the duration of the aforementioned restrictions?*

No restrictions and limitations are necessary.

*4) Do the medical records on file indicate if the claimant has reliable sustainable work capacity on a full-time basis and for what duration?*

He has reliable sustainable work capacity from a neurologic perspective. He is able to work on a full-time basis: 40 hours per week, 8 hours per day.

*This reviewer is a board certified neurologist since 1996, and is active practice 50 hours per week. The reviewer has experience in academic and private practice medical settings.*

**NOTE**

*MCN retains qualified independent reviewers who perform peer case reviews as requested on behalf of MCN's clients. These reviewers are independent contractors who are credentialed in accordance with their particular specialties and the standards set by URAC and/or other state and federal regulatory requirements. All reviewers have agreed to only accept reviews where no conflict of interest exists that could compromise the independence and objectivity of the report.*

*The written opinions expressed in this report provided by MCN represent the opinions of the reviewer(s) who reviewed the case. The case review opinions are provided in good faith, based on the medical records and information provided to MCN or its reviewer(s) at the time of the review request or during the phone consultation with the treating provider(s). MCN assumes no liability for the opinions of its contracted reviewers. The health plan, or other third party authorizing this case review, agrees to hold MCN harmless for any and all claims or actions which may arise as a result of this case review. In addition, the health plan, or other third party requesting and authorizing this review, is solely responsible for the policy interpretation and for the final determination made regarding coverage and/or eligibility.*

Sherry Leitch, MD
Neurology, Board Certified

Please call if questions: 206.621.9097
You may comment on your experience online at http://www.mcn.com/contact-us/surveys

MCN

1301 5th Ave, Suite 2900
Seattle, WA 98101
MCN.COM

T: 206.219.4910
T: 206.343.6100
F: 206.812.6410

Medical Consultants Network

# Invoice #: N14VV05

Invoice Date: 07/31/2018

**ATTN:** MLristopLer ke Grand
ki) erty 8 utual Insurance
P.O. Box 0716
kondon, KY 56057

| | | | |
|---|---|---|---|
| **MCN #:** | 1-C278358 | **COE RGAL R:** | Disability-Long Term |
| **C( AIM #)SD** | 7956041 | | |
| **C( AIMANT:** | Kenny Haverly | | |
| **/ O( P/ OI:** | 11/15/2017 | | |

| / ATR OF SRGE ICR: | YGOE I/ RG: | SYRCIA( TU: | SRGE ICR: | AMO$ NT: |
|---|---|---|---|---|
| 07/24/2018 | Sherry Leitch | Neurology | Peer Review - 3.00 hrs. | $690.00 |
| | | | **INE OICR TOTA(** | **7690.00** |

For proper credit, please indicate invoice # N150062 on your payment to:

Tax ID#: 70-1955743
8 edical Monsultants NetCorwkkM
1461 2tL Ave, huite 7966
heattle, S A 93161

TLanwyou Wr cLoosinf 8 MN Wr your medical gudf ment needsj

A Whance cLarf e oW1! per montL %17! per annum( Cill ) e assessed on all cLarf es outstandinf more tLan b6 days aWer tLe date oWLis invoice.

Please notiW 8 MN accountinf oWany discrepancies CitLin 46 days oWLe invoice date.
76b.719.5916 PLone
76b.317.b516 Fax
accountinf@mcn.com

*Please make sure that you document your activity before your headache and how long you were incapacitated from the headache in minutes and hours from the headache.*

**Headache Diary**

| | | | | | | |
|---|---|---|---|---|---|---|
| Date: | Date: | Date: | Date: | Date: | Date: | Date: |
| Warning Signs: | Warning Signs: | Warning Signs: | Warning Signs: | Warning Signs: | Warning Signs: | Warning Signs: |
| Time Begun: | Time Begun: | Time Begun: | Time Begun: | Time Begun: | Time Begun: | Time Begun: |
| Time Ended: | Time Ended: | Time Ended: | Time Ended: | Time Ended: | Time Ended: | Time Ended: |
| Pain Type: (e.g. piercing, throbbing, etc.) | Pain Type: (e.g. piercing, throbbing, etc.) | Pain Type: (e.g. piercing, throbbing, etc.) | Pain Type: (e.g. piercing, throbbing, etc.) | Pain Type: (e.g. piercing, throbbing, etc.) | Pain Type: (e.g. piercing, throbbing, etc.) | Pain Type: (e.g. piercing, throbbing, etc.) |
| Pain Intensity: (scale of 1-10, 10 being the worst) | Pain Intensity: (scale of 1-10, 10 being the worst) | Pain Intensity: (scale of 1-10, 10 being the worst) | Pain Intensity: (scale of 1-10, 10 being the worst) | Pain Intensity: (scale of 1-10, 10 being the worst) | Pain Intensity: (scale of 1-10, 10 being the worst) | Pain Intensity: (scale of 1-10, 10 being the worst) |
| Location: (e.g. between eyes, back of head, etc.) | Location: (e.g. between eyes, back of head, etc.) | Location: (e.g. between eyes, back of head, etc.) | Location: (e.g. between eyes, back of head, etc.) | Location: (e.g. between eyes, back of head, etc.) | Location: (e.g. between eyes, back of head, etc.) | Location: (e.g. between eyes, back of head, etc.) |
| Treatment or Meds Taken: | Treatment or Meds Taken: | Treatment or Meds Taken: | Treatment or Meds Taken: | Treatment or Meds Taken: | Treatment or Meds Taken: | Treatment or Meds Taken: |

| | | | | | | |
|---|---|---|---|---|---|---|
| Effect of Treatment: | Effect of Treatment: | Effect of Treatment: | Effect of Treatment: | Effect of Treatment: | Effect of Treatment: | Effect of Treatment: |
| Hours of Sleep: | Hours of Sleep: | Hours of Sleep: | Hours of Sleep: | Hours of Sleep: | Hours of Sleep: | Hours of Sleep: |
| What I Ate Today: | What I Ate Today: | What I Ate Today: | What I Ate Today: | What I Ate Today: | What I Ate Today: | What I Ate Today: |
| Events Prior to Headache: (e.g. strenuous activity, elevated stress, etc.) | Events Prior to Headache: (e.g. strenuous activity, elevated stress, etc.) | Events Prior to Headache: (e.g. strenuous activity, elevated stress, etc.) | Events Prior to Headache: (e.g. strenuous activity, elevated stress, etc.) | Events Prior to Headache: (e.g. strenuous activity, elevated stress, etc.) | Events Prior to Headache: (e.g. strenuous activity, elevated stress, etc.) | Events Prior to Headache: (e.g. strenuous activity, elevated stress, etc.) |
| Additional Comments: | Additional Comments: | Additional Comments: | Additional Comments: | Additional Comments: | Additional Comments: | Additional Comments: |

MCN

901 Boren Ave, Suite 1400
Seattle, WA 98104
mcn.com | national@mcn.com

t: 800.636.3926
t: 206.621.9097
f: 206.623.4956

Medical Consultants Network

July 31, 2018

Christopher Le Grand
Liberty Mutual
P.O. Box 7210
London, KY 40742

**Re:** Kenny Haverly
**Claim Number:** 7956041
**Date of Disability:** 11/15/2017
**MCN Number:** 1-C278358

Dear Christopher Le Grand,

Thank you for allowing Medical Consultants Network to schedule a peer review of the medical records of Kenny Haverly. The following is a report of the peer review prepared on July 31, 2018. Sherry Leitch, MD, prepared and dictated this report.

The opinions expressed in this report are those of the provider, and do not reflect the opinions of Medical Consultants Network.

The dictated report is as follows:

**PEER REVIEW**

Papa Cares. November 13, 2017. He was seen for migraine. Examination showed no significant neurologic abnormalities. He was diagnosed with migraine.

Papa Cares. November 27, 2017. He again complained of migraine.

Saint Joseph Neurology Associates. January 5, 2018. He was seen for seizures. He has hallucinations. He has a constant background headache. He was diagnosed with migraine. He had video EEG monitoring in 2010, which was negative other than focal slow-wave activity in the temporal leads. It is noted that the spells may be nonepileptic. The assessment was complex partial seizures, migraine, nonepileptic episode.

Saint Joseph Neurology Associates. January 30, 2018. He was seen for headaches. He was seen for abnormal episodes. Examination showed no significant abnormality. He was seen in the epilepsy monitoring unit in August 2016. Episodes were seen with no EEG changes. These spells were considered nonepileptic at that time.

Saint Joseph Hospital. February 7, 2018. The letter states that he has intractable migraine. He has a severe migraine at least once per month. He has abnormal episodes. He has severe visual phenomena as part of the migraine. The visual phenomena are considered auras. He is unable to work in any capacity.

Saint Joseph Neurology Associates. June 6, 2018. He was seen for migraines. He has a constant background headache and experiences migraines.

## CALLS TO TREATING PROVIDERS

*When contacting the treating providers, please clarify the information reviewed and discuss your opinion if it differs from that of the treating provider. Indicate whether you have reached a consensus with the treating provider. If not, document your final assessment after the call.*

Dr. Potts. I spoke to him on July 24, 2018, at 2:07 p.m. He said that the claimant was terminated from the practice in 2017. He said that he never formed an opinion as to restrictions, limitations, or ability to work. He said he was unable to provide any information about the claimant's condition.

## DISCUSSION

The following is in response to the questions in your cover letter.

*1) Please note all diagnoses supported by the medical evidence (including comorbids).*

1. Migraine headache – G43.

2. Nonepileptic events – F44.

*2) Please clarify which cardiac diagnoses are causing impairment.*

There is no diagnosis causing impairment. The migraine headaches are not associated with any clinical neurologic abnormalities.

The nonepileptic events are not considered due to a neurologic condition.

There is no neurologically impairing condition.

*3) For each impairing diagnosis that is supported by the medical evidence, please outline reasonably supported restrictions and limitations including duration and prognosis. Please define in terms of frequency (never, occasional, frequent, constant) and task (sit, stand, lift/carry, type, etc.). When clarifying the supported restrictions and limitations, please be sure to address endurance restrictions and limitations, if any, for example, from performing full-time activities throughout an eight-hour day. What is the duration of the aforementioned restrictions?*

No restrictions and limitations are necessary.

*4) Do the medical records on file indicate if the claimant has reliable sustainable work capacity on a full-time basis and for what duration?*

He has reliable sustainable work capacity from a neurologic perspective. He is able to work on a full-time basis: 40 hours per week, 8 hours per day.

*This reviewer is a board certified neurologist since 1996, and is active practice 50 hours per week. The reviewer has experience in academic and private practice medical settings.*

**NOTE**

*MCN retains qualified independent reviewers who perform peer case reviews as requested on behalf of MCN's clients. These reviewers are independent contractors who are credentialed in accordance with their particular specialties and the standards set by URAC and/or other state and federal regulatory requirements. All reviewers have agreed to only accept reviews where no conflict of interest exists that could compromise the independence and objectivity of the report.*

*The written opinions expressed in this report provided by MCN represent the opinions of the reviewer(s) who reviewed the case. The case review opinions are provided in good faith, based on the medical records and information provided to MCN or its reviewer(s) at the time of the review request or during the phone consultation with the treating provider(s). MCN assumes no liability for the opinions of its contracted reviewers. The health plan, or other third party authorizing this case review, agrees to hold MCN harmless for any and all claims or actions which may arise as a result of this case review. In addition, the health plan, or other third party requesting and authorizing this review, is solely responsible for the policy interpretation and for the final determination made regarding coverage and/or eligibility.*

Sherry Leitch, MD
Neurology, Board Certified

Please call if questions: 206.621.9097
You may comment on your experience online at http://www.mcn.com/contact-us/surveys

*Patricia Thal & Associates*
*P.O. Box 647*
*Madison, CT 06443*
*203-640-9082 (phone)*
*203-604-0605 (fax)*

# OCCUPATIONAL ANALYSIS / VOCATIONAL REVIEW

| | |
|---|---|
| **Claimant:** | Kenny Haverly |
| **Claim Number:** | 7956041 |
| **LTD Specialist:** | Christopher LeGrand |
| **Date of Report:** | 07/07/18 |

## FILE REVIEW / SUMMARY

### DEMOGRAPHICS

Mr. Haverly is a 41-year-old POS Technical Specialist who has been employed by Papa John's International, Inc. since 05/20/02. He discontinued work on 11/15/17 due to migraines.

In preparation for this report, I reviewed the Job Description and researched standard vocational resources (e.g. Dictionary of Occupational Titles (DOT), Occupational Outlook Handbook (OOH), Occupational Information Network (O*NET) / Standard Occupational Classification (SOC) coding system, etc.) and Internet job boards.

### JOB

Mr. Haverly's job title is POS Technical Specialist. The job is summarized as:

> "The POS Technical Specialist position requires a highly technical individual with experience in system development, implementation, and support. The candidate must be able to implement technical design from senior team members, update hardware requirements, create and update documentation, test software configurations, and be comfortable deploying hardware and software in multiple environments (dev,qa, etc.). This position will also work with the field systems help desk to troubleshoot technical issues with POS hardware and software."

## ASSESSMENT / ANALYSIS

### OCCUPATION

Based on a review of the job information provided, Mr. Haverly's job tasks are best represented by the following occupational title: Computer Support Specialist. This occupational title has five Dictionary of Occupational Titles (DOT) and two Occupational Information Network (O*NET) descriptions that accurately reflect the different types of specialists (noted at the bottom of this report for reference purposes only). However, all of the codes crosswalk up to the master Occupational Outlook Handbook (OOH) description of Computer Support Specialist and, therefore, this description will be used in

this review, along with information and survey research from one of the O*NET codes (as the other is under data collection). Employees performing this occupation can be primarily concerned with hardware, software, networks or any combination of the above and the occupation exists from the sedentary to medium physical demand levels (see below), depending on the types of systems on which the specialist works, the size of the office and the expertise of the specialist. The OOH description notes the following:

> "Computer support specialists provide help and advice to computer users and organizations. These specialists either support computer networks or they provide technical assistance directly to computer users.
>
> ***Computer network support specialists*** typically do the following:
> - Test and evaluate existing network systems
> - Perform regular maintenance to ensure that networks operate correctly
> - Troubleshoot local area networks (LANs), wide area networks (WANs), and Internet systems
>
> Computer network support specialists, also called *technical support specialists*, analyze, troubleshoot, and evaluate computer network problems…Network support specialists may assist computer users through phone, email, or in-person visits. They often work under network and computer systems administrators, who handle more complex tasks.
>
> ***Computer user support specialists*** typically do the following:
> - Pay attention to customers' descriptions of their computer problems
> - Ask customers questions to properly diagnose the problem
> - Walk customers through the recommended problem-solving steps
> - Set up or repair computer equipment and related devices
> - Train users to work with new computer hardware or software, such as printers, word-processing software, and email
> - Provide other team members and managers in the organization with information about what gives customers the most trouble and about other concerns customers have
>
> Computer user support specialists, also called help-desk technicians, usually provide technical help to non-IT computer users. They respond to phone and email requests for help. They can usually help users remotely, but they also may make site visits so that they can solve a problem in person."

## PHYSICAL DEMANDS

Based on the research outlined above (including 2008 and 2014 surveys of incumbents), the occupation is most often performed at the sedentary, light and medium levels of physical demand based on Department of Labor descriptions found in the Dictionary of Occupational Titles. As more hardware and peripheral support is required, the physical demands of the job raise more toward the medium capacity. However, as more telephonic, software or networking is required, jobs within the occupation gravitate

toward the sedentary physical demand level. Opportunity exists at all levels, however, in the national economy.

The Department of Labor defines sedentary work as,

> "**S-Sedentary Work** - Exerting up to 10 pounds of force occasionally (Occasionally: activity or condition exists up to 1/3 of the time) and/or a negligible amount of force frequently (Frequently: activity or condition exists from 1/3 to 2/3 of the time) to lift, carry, push, pull, or otherwise move objects, including the human body. Sedentary work involves sitting most of the time, but may involve walking or standing for brief periods of time. Jobs are sedentary if walking and standing are required only occasionally and all other sedentary criteria are met."

Positional requirements in sedentary environments include:

- <u>**Constant**</u> sitting
- <u>**Frequent**</u> handling and fingering
- <u>**Occasional**</u> standing and walking
- <u>**No**</u> bending/stooping, crouching/squatting, twisting, kneeling, crawling, climbing, balancing or reaching (reaching can be eliminated at this level by moving objects an ergonomically correct distance from the body)

The Department of Labor defines light and medium work as,

> "**L-Light Work** - Exerting up to 20 pounds of force occasionally, and/or up to 10 pounds of force frequently, and/or a negligible amount of force constantly (Constantly: activity or condition exists 2/3 or more of the time) to move objects. Physical demand requirements are in excess of those for Sedentary Work. Even though the weight lifted may be only a negligible amount, a job should be rated Light Work: (1) when it requires walking or standing to a significant degree; or (2) when it requires sitting most of the time but entails pushing and/or pulling of arm or leg controls; and/or (3) when the job requires working at a production rate pace entailing the constant pushing and/or pulling of materials even though the weight of those materials is negligible. NOTE: The constant stress and strain of maintaining a production rate pace, especially in an industrial setting, can be and is physically demanding of a worker even though the amount of force exerted is negligible.
>
> **M-Medium Work** - Exerting 20 to 50 pounds of force occasionally, and/or 10 to 25 pounds of force frequently, and/or greater than negligible up to 10 pounds of force constantly to move objects. Physical Demand requirements are in excess of those for Light Work."

Positional requirements in the light and medium environments include:

- **Frequent** sitting, handling and fingering
- **Occasional to Frequent** reaching
- **Occasional** standing, walking, bending/stooping, twisting, crouching/squatting, crawling and kneeling
- **No** climbing or balancing

## ACTION PLAN/OUTCOME

**SUMMARY AND CONCLUSIONS**

With a reasonable degree of vocational certainty, the occupation is most often performed at the sedentary, light and medium levels of physical demand based on Department of Labor descriptions found in the Dictionary of Occupational Titles. Opportunity exists at all levels.

Based on the standard vocational resources outlined above, coupled with my vocational expertise, part-time opportunity does exist in this occupation.

I have not met with Mr. Haverly for the purpose of this review. All opinions are based on a review of the resources noted.

Thank you for referring this file. Should additional information be needed, please do not hesitate to contact me.

Respectfully submitted,

*Electronically signed*

Patricia Thal, MA, CDMS, ABDA
Vocational Consultant

**REFERENCE CODES**

| DOT | O*NET |
|---|---|
| Microcomputer Support Specialist (039.264-010) | Computer User Support Specialists (15-1151.00) |
| User Support Analyst (032.262-010) | Computer User Support Specialists (15-1151.00) |
| Network Control Operator (031.262-014) | Computer Network Support Specialists (15-1152.00) |
| Technical Support Specialist (033.162-018) | Computer User Support Specialists (15-1151.00) |
| Data Communications Analyst (031.262-010) | Computer Network Architects (15-1143.00) |

*Patricia Thal & Associates*

P.O. Box 647
Madison, CT 06443
Phone 203-640-9082  Fax 203-604-0605

# INVOICE

INVOICE 7644
EIN: 45-2619451
DATE: 07/07/18

To:
Christopher LeGrand
Lincoln Financial
Charlotte Disability Claims Office
Charlotte NC

FOR:
Kenny Haverly
Claim #: 7965041
Occupational Analysis

| DESCRIPTION | AMOUNT |
|---|---|
| Occupational Analysis 2.25 hrs @$80/hr | $180.00 |
| PLEASE PAY AS:VOCATIONAL/JOB TASK ANALYSIS (OCCUPATIONAL ANALYSIS) TOTAL | $180.00 |

Make all checks payable to Patricia Thal, MA, CDMS, ABDA
Payment is due within 30 days.
If you have any questions concerning this invoice, contact Patricia Thal at 203-640-9082 or PatriciaThal126@gmail.com

**Thank you for your business!**

# Papa John's International
# Job Description

**Job Code:** I039 **FLSA:** Exempt
**Job Title:** POS Technical Specialist **Revision Date:** 12/07/15

**SUMMARY**
The POS Technical Specialist position requires a highly technical individual with experience in system development, implementation, and support. The candidate must be able to implement technical design from senior team members, update hardware requirements, create and update documentation, test software configurations, and be comfortable deploying hardware and software in multiple environments (dev,qa, etc.). This position will also work with the field systems help desk to troubleshoot technical issues with POS hardware and software.

**ESSENTIAL DUTIES AND RESPONSIBILITIES** include the following. Other duties may be assigned.

- Provide support for Fedora/RedHat/CentOS Linux, Java, Tomcat, proprietary POS application, hardware and networking configurations.
- Participate in discussions for POS infrastructure projects with internal Papa John's team or external vendors and provide direction of resolution.
- Set up and maintain test environment to install and test necessary infrastructure software and hardware.
- Create build packages (RPM's) for deployment, testing and certification.
- Integrate device drivers into system for new and existing hardware.
- Update existing bash scripts and create simple bash scripts from scratch.
- Work with developers and vendors to integrate functionality of hardware, software and operating system(s).
- Create documentation for system configurations and procedures.
- Attend project meetings as required to provide direction and updates to status of technical tasks.
- Continue to develop technical expertise from team mentors, documentation, and technical discussions.
- Know software and hardware product life cycle at Papa John's

**POSITION QUALIFICATIONS** To perform this job successfully, an individual must be able to perform each essential duty satisfactorily. The requirements listed below are representative of the knowledge, skill, and/or ability required. The below requirements may be substituted for an equivalent combination of education, experience and training that provides the required knowledge, skills and abilities sufficient to successfully perform the essential functions of the job. Reasonable accommodations may be made to enable individuals with disabilities to perform the essential functions.

**COMPETENCIES** are classified as the work habits, attitudes, personal characteristics, and behaviors that reflect how a person accomplishes the duties and responsibilities of his/her job.
***Action Oriented*** Enjoys working hard; is action oriented and full of energy for the things he/she sees as challenging; not fearful of acting with a minimum of planning; seizes more opportunities than others.
***Peer Relationships*** Can quickly find common ground and solve problems for the good of all; can represent his/her own interests and yet be fair to other groups; can solve problems with peers with a minimum of noise; is seen as a team player and is cooperative; easily gains trust and support of peers; encourages collaboration; can be candid with peers.
***Active Learning*** Learns quickly when facing new problems; a relentless and versatile learner; open to change; analyzes both successes and failures for clues to improvement; experiments and will try anything to find solutions; enjoys the challenge of unfamiliar tasks; quickly grasps the essence and the underlying structure of anything.
***Business Acumen*** Knows how business works; knowledgeable in current and possible future policies, practices, trends, technology, and information affecting his/her business and organization; knows the competition; is aware of how strategies and tactics work in the marketplace.
**Timely Decision Making:** Makes decisions in a timely manner, sometimes with incomplete information and under tight deadlines and pressure; able to make a quick decision.
***Decision Quality*** Makes good decisions (without considering how much time it takes) based upon a mixture of analysis, wisdom, experience, and judgment; most of his/her solutions and suggestions turn out to be correct and accurate when judged over time; sought out by others for advice and solutions.
***Building Effective Teams*** Blends people into teams when needed; creates strong morale and spirit in his/her team; shares wins and successes; fosters open dialogue; lets people finish and be responsible for their work; defines success in terms of the whole team; creates a feeling of belonging in the team.
***Presentation Skills*** Is effective in a variety of formal presentation settings: one-on-one, small and large groups, with peers, direct reports, and bosses; is effective both inside and outside the organization, on both cool data and hot and controversial topics; commands attention and can manage group process during the presentation; can change tactics midstream when something isn't working.

# Papa John's International
# Job Description

**Job Code:** I039 | **FLSA:** Exempt
**Job Title:** POS Technical Specialist | **Revision Date:** 12/07/15

**EDUCATION, EXPERIENCE AND CERTIFICATIONS**

- Bachelor's degree required or equivalent technical experience
- Knowledge of Linux operating systems, specifically Red Hat based distributions
- Minimum four (4) years of experience in proprietary POS (PROFIT, FOCUS) support
- Experience with Glassfish / Payara
- Experience with Java / Tomcat
- Experience in bash scripting
- Knowledge of hardware/software setup for servers, networks, printers, etc. in a Linux environment
- Knowledge of application implementation and troubleshooting
- Must be effective in presenting technical knowledge for support and documentation purposes

**PHYSICAL DEMANDS**

While performing the duties of this job, the team member is regularly required to sit and talk or hear. The team member frequently is required to use hands to finger, handle, or feel. The team member is occasionally required to stand, walk, reach with hands and arms, repetitive use (or motion) of arms and hands, bend and stoop, and lift up to 30 pounds.

**WORKING CONDITIONS**

Working conditions are normal for an office environment.

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207

MR. KENNY HAVERLY JR

Liberty Mutual INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
Phone No.: (800) 291-0112
Secure Fax No.: (603) 430-5732

July 2, 2018

Mr. Kenny Haverly Jr

RE: Long Term Disability (LTD) Benefits
Papa John's International, Inc
Claim #: 7956041

Dear Mr. Kenny Haverly Jr:

Liberty Life Assurance Company of Boston ("Liberty") is responsible for managing claims for Long Term Disability (LTD) benefits under Papa John's International, Inc's Group Disability Policy. We are writing in reference to your claim for LTD benefits under the Policy.

We are currently reviewing your eligibility for continued disability benefits, and are in need of additional information.

On May 30, 2018, we requested medical records from Dr. Chumley and Dr. Potts. This information is necessary to complete our ongoing claims investigation. Please provide us with the following information to assist us with our review of your eligibility for benefits:

•Office treatment notes, test results, operative reports, prescription histories, and treatment plans from February 1, 2018 through present from Dr. Chumley and Dr. Potts.

If there are any other attending physicians or specialists, including physical therapy providers, that we are unaware of, please have them forward all medical records pertinent to your disability within the timeframe stated above.

Papa John's International, Inc's LTD Policy requires that, in order to receive ongoing benefits, you provide proof of disability within a required timeframe. Your cooperation in providing the requested information is essential to our claim investigation.

If we do not receive all of the requested information by June 30, 2018, 30 days from the date of this request, your benefits will be suspended. If we do not receive all of this requested information by July 13, 2018, 15 days from the date of suspension, your claim will be closed.

We ask that you provide us with this information no later than July 13, 2018 as required under the terms of the Policy.

If you have any questions regarding this matter, please contact me.

Sincerely,

Christopher Le Grand
Long Term Disability Specialist
Phone No.: (800) 291-0112 Ext. 13918
Secure Fax No.: (603) 430-5732

ReleasePoint

## Medical Record Overview

**Date:** **June 11, 2018**

**Patient Name:** HAVERLY, KENNY

**Records From:** CHUMLEY, DR. WARREN
1021 MAJESTIC DR STE 200
LEXINGTON, KY 40513
(859) 296-1922

**Request Scope:** From January 30, 2018 to June 6, 2018

**Chart Range:** 01/30/2018 - 06/06/2018

**RP ID:** 4187889

**Client ID:** 7956041

**Source:** LIBMT4

**Req By:** C Le Grand

**SSN:**

| Classification | From | To | Total | Starts on Page |
|---|---|---|---|---|
| Progress Notes | Jan 30 2018 | Jun 6 2018 | 12 | 2 |
| Other Records | | | 1 | 14 |
| Request Corr. | | | 2 | 15 |

**Total Page Count:** 15

**Saint Joseph Neurology Associates**
**1021 Majestic Drive, Suite 200,**
**Lexington, KY 40513**
**Phone: (859) 296-1922 Fax: (859) 296-2603**

*MRN:* **1136760** *Encounter Date:* **06/06/2018 2:45PM**

*DOB:*
*Home*
*Work*

*Address:*
**Kenny Haverly**

**PCP:** Vincent, Jacob W

## History Reported By

Patient

## Chief Complaint

Follow up for migraines

## History of Present Illness

**HPI Free Text - v1.0:** Mr. Haverly was referred 8.30.16 for headaches. He is followed by Dr. Fakhoury for possible seizures manifest as hallucinations. He notes he has been monitored a 3rd time in the EMU and he does not feel the spells are seizures therefore Dr. Fakhoury referred him for possible migraine with aura. He has been on multiple anticonvulsant medications over the years. He notes the episodes started in late 2009 as auditory hallucinations - hearing music (like a sitar). This changed to classical music instruments (not melodic). He notes the sounds are changes of sounds in the surrounding environment. He notes a h/o migraines going back to his late teens; he notes he would see halos around lights before a migraine (like oil on water). He notes no h/o drug use but in January 2010 he started having visual hallucinations manifest as seeing himself crawl into a hole. He had a headache when this happened and went to bed; he slept 16 hours; he woke up at nighttime hallucinated sitting on a milk crate in his living room (he had seen the man before). This lasted for 2 - 3 seconds then another headache.

He has a constant background headache; he has a migraine once per month; he has minor episodes of seeing schools of "pixelated" fish going from left to right daily with no headache. He has major episodes of seeing triangular arrangements of swirling pieces which occurs up to every other day which are followed by headaches.

He notes a pineal gland cyst.

**Headache:** The patient is being seen for a routine follow-up of.
**Headache History:**
**Current Headache Information:**
Currently the pain is left frontal, occasionally bitemporal. It is described as stabbing. On a scale of 0-10, the pain severity average is 5 and maximum is 12.
Symptoms include nausea, phonophobia and photophobia, but no vomiting.
Current treatment includes gabapentin 300 mg BID; propranolol 120 mg BID; almotriptan PRN; vit D3 50,000 units weekly. (Previous Medications: topiramate, Keppra, Vimpat, Imitrex before the hallucinations was not well tolerated, Tylenol, ibuprofen, Advil, naproxen. Amitriptyline)
He has major episodes consist of seeing arrangements of three followed by a severe headache (previously about 9 per month); he sleep 6 hours later ("like waking up from surgery"). The minor episodes consist of seeing pixelated fish sometimes followed by a less severe headache ("rapid fire") (previously about 30-60 per month). He has a constant background headache.
The Depakote was tapered off in March 2017 and propranolol increased to 120 mg BID.
He started gabapentin 1/5/2018 and his significant headaches have decreased to 2-3 per week; he is tolerating the gabapentin well aside from drowsiness. He notes a bad episode of headaches in March and April 2018. He

*Patient:* **Kenny L. Haverly**
*Encounter:* **Jun 6 2018 2:45PM** *MRN:* **1136760**

has gained about 12 pounds on gabapentin; he is riding a recumbent bike 30 minutes weekly.

## Quality Measures

**Smoking/Tobacco Use Screening:**
- Do you currently smoke cigarettes or use other types of tobacco? NONE

**Fall Risk Screening:**
Have you had 2 or more falls in the past year? NO
Any fall with injury in the past year? NO
Are you worried about falling or feel unsteady when standing or walking? YES

## Active Problems

1. Avitaminosis D (268.9) (E55.9)
2. Complex partial seizure with impairment of consciousness (345.40) (G40.209)
3. Migraine with aura, intractable (346.01) (G43.119)
   Mr. Haverly was seen by Dr. Fakhoury 8.18.16 who noted spells of visual hallucinations and past video EEG monitoring at UK in 2010 was negative other than focal slow wave activity in the temporal leads. It was noted the spells may be nonepileptic. Video EEG monitoring on two occasions was mentioned (UK and Vanderbilt) and an ictal SPECT was mentioned. Repeat video EEG monitoring was mentioned due to an increase in the spells.
   MRI brain w/ and w/o, SJH, 9.15.16: No acute intracranial abnormality and no pathologic enhancement. Reviewed on PACS 9.16.16.
   Mr. Haverly was admitted to the epilepsy monitoring unit (SJH) on August 19 and discharged on August 21, 2016. He had frequent isolated jerks with no associated ictal EEG change. He also had another typical episode of visual symptoms and auras, also with no associated ictal EEG change. Continuous EEG recordings showed no epileptiform abnormality. The spells were discussed nonepileptic and possible migraine with aura was discussed.
   Labs, KLS, 8.30.16: B12 503. CK 73. CMP nl except crt 1.20 (0.55 - 1.02). HC 10.4. Vit D 22. CBC nl. ESR 13. Serum IFE studies show no evidence of monoclonal gammopathy. No significant abnormalities in the serum protein pattern. MMA <0.20.
   Complicated migraines - he has auditory hallucinations and visual hallucinations for which has been monitored 3 times, including by Dr. Fakhoury twice (UK and SJH) and at Vanderbilt.
4. Nonepileptic episode (780.39) (R56.9)
5. Paresthesias (782.0) (R20.2)
6. Pineal gland cyst (259.8) (E34.8)
   Mr. Haverly noted a h/o a pineal gland cyst when seen 8.30.16.
   MRI brain w/ and w/o, SJH, 9.15.16: No acute intracranial abnormality and no pathologic enhancement. Reviewed on PACS 9.16.16.
7. Simple partial seizure w/somatosensory or special sensory dysfunction (345.50) (G40.109)

## Allergies

- No Known Drug Allergies
  Recorded By: Merkel, Shannon; 8/18/2016 1:51:26 PM

## Current Meds

1. Almotriptan Malate 12.5 MG Oral Tablet; TAKE ONE TABLET BY MOUTH EVERY 2 HOURS AS NEEDED MAX 2 PER DAY AND 5 PER WEEK
2. Gabapentin 300 MG Oral Capsule; Take 1 capsule twice daily
3. Glucosamine Plus Vitamin D TABS

| | | | |
|---|---|---|---|
| *Patient:* | **Kenny L. Haverly** | | |
| *Encounter:* | **Jun 6 2018 2:45PM** | *MRN:* | **1136760** |

4. Hydrocodone-Acetaminophen 5-325 MG Oral Tablet; TAKE 1 TABLET Daily PRN
5. Naproxen 500 MG Oral Tablet; Take one tablet every 4 hours PRN for headaches
6. Omeprazole 40 MG Oral Capsule Delayed Release
7. Ondansetron HCl - 4 MG Oral Tablet; TAKE 1 TABLET AS NEEDED FOR NAUSEA
8. Propranolol HCl - 40 MG Oral Tablet; TAKE 3 TABLET Twice daily
9. Vitamin D3 50000 UNIT Oral Capsule; TAKE 1 CAPSULE Weekly

**Past Medical History**

History of Hernia (553.9) (K46.9)
History of appendicitis (V12.79) (Z87.19)
History of asthma (V12.69) (Z87.09)
History of concussion (V15.52) (Z87.820)
History of head injury (V15.59) (Z87.828)
History of kidney stones (V13.01) (Z87.442)
History of migraine headaches (V12.49) (Z86.69)
History of pneumonia (V12.61) (Z87.01)
History of varicella (V12.09) (Z86.19)

**Surgical History**

History of Appendectomy
History of Cholecystectomy
History of Hernia Repair
History of Surgery Epididymectomy Left

**Family History**

- Family history of migraine headaches (V17.2) (Z82.0)
- Family history of neuropathy (V17.2) (Z82.0)
- Family history of epilepsy (V17.2) (Z82.0)
- Family history of diabetes mellitus (V18.0) (Z83.3)
- Family history of leukemia (V16.6) (Z80.6)
- Family history of malignant neoplasm (V16.9) (Z80.9)
- Family history of rheumatoid arthritis (V17.7) (Z82.61)

**Social History**

Alcohol use (V49.89) (Z78.9)
Caffeine use (V49.89) (F15.90)
Completed college, bachelors degree
Lives with spouse
Married
Never smoker
No drug use

**Review of Systems**

**CONSTITUTIONAL:** fatigue.
**EYES:** change in vision and blurred vision.
**ENT:** dizziness.
**CARDIOVASCULAR:** normal.
**RESPIRATORY:** normal.
**GASTROINTESTINAL:** nausea.
**GENITOURINARY:** normal.
**MUSCULOSKELETAL:** normal.
**INTEGUMENTARY:** normal.
**NEUROLOGICAL:** headache.
**PSYCHIATRIC:** normal.
**ENDOCRINE:** normal.
**HEMATOLOGIC/LYMPHATIC:** normal.

*Patient:* **Kenny L. Haverly**
*Encounter:* **Jun 6 2018 2:45PM** *MRN:* **1136760**

**ALLERGIC/IMMUNOLOGIC:** normal.

**Vitals**
**Vital Signs**

| | Recorded: 06Jun2018 02:35PM |
|---|---|
| Height | 6 ft 1 in |
| Weight | 257 lb |
| BMI Calculated | **33.91** |
| BSA Calculated | 2.39 |
| Systolic | 102 |
| Diastolic | 82 |

**Physical Exam**
Mental Status - Alert.
General Appearance - Cooperative. Not in acute distress. Build & Nutrition - Well nourished.
HEENT - Eye Note: Pupils equal, reactive to light and to accommodation directly and consensually
Peripheral Vascular - Upper Extremity: Inspection - Bilateral - Normal.
Neurologic
Mental Status: Speech - Normal.
Cranial Nerves:
III Oculomotor: Pupillary constriction - Bilateral - Normal. Note: no ptosis, no Horner's sign, no Marcus Gunn pupil
VII Facial: - Normal and symmetric facial muscles.
Eye Movements: - PERRL. EOMI.
Sensory: Intact to pinprick in all 4 extremities.
Reflexes: 2+ throughout.
Musculoskeletal:
Motor: Tone: Normal.
Bulk: Normal.
Strength: 5/5 bilaterally in the upper and lower extremities.

**Results/Data**
*Mr. Haverly was seen by Dr. Fakhoury 8.18.16 who noted spells of visual hallucinations and past video EEG monitoring at UK in 2010 was negative other than focal slow wave activity in the temporal leads. It was noted the spells may be nonepileptic. Video EEG monitoring on two occasions was mentioned (UK and Vanderbilt) and an ictal SPECT was mentioned. Repeat video EEG monitoring was mentioned due to an increase in the spells.*

*MRI brain w/ and w/o, SJH, 9.15.16: No acute intracranial abnormality and no pathologic enhancement. Reviewed on PACS 9.16.16.*
*Mr. Haverly was admitted to the epilepsy monitoring unit (SJH) on August 19 and discharged on August 21, 2016. He had frequent isolated jerks with no associated ictal EEG change. He also had another typical episode of visual symptoms and auras, also with no associated ictal EEG change. Continuous EEG recordings showed no epileptiform abnormality. The spells were discussed nonepileptic and possible migraine with aura was discussed.*
*Labs, KLS, 8.30.16: B12 503. CK 73. CMP nl except crt 1.20 (0.55 - 1.02). HC 10.4. Vit D 22. CBC nl. ESR 13. Serum IFE studies show no evidence of monoclonal gammopathy. No significant abnormalities in the serum protein pattern. MMA <0.20.*
*Labs, KLS, 5/30/2017: CMP normal. Free T4 0.84. TSH 3.710. Vitamin D 11. CBC normal.*
*Urine drug screen, KLS, 1/30/2018: Positive for tramadol and acetaminophen.*
*Labs, LabCorp, 6/6/2018: CBC normal. CMP normal. Vitamin D 30.6.*

~~*Mr. Haverly was seen by Dr. Fakhoury 8.18.16 who noted spells of visual hallucinations and past video EEG monitoring at UK in 2010 was negative other than focal slow wave activity in the temporal leads. It was noted the spells may be nonepileptic. Video EEG monitoring on two occasions was mentioned (UK and Vanderbilt) and an ictal SPECT was mentioned. Repeat video EEG monitoring was mentioned due to an increase in the spells.*~~

~~*MRI brain w/ and w/o, SJH, 9.15.16: No acute intracranial abnormality and no pathologic enhancement. Reviewed on PACS*~~

*Patient:* **Kenny L. Haverly**
*Encounter:* **Jun 6 2018 2:45PM** *MRN:* **1136760**

~~9.16.16.~~
~~Mr. Haverly was admitted to the epilepsy monitoring unit (SJH) on August 19 and discharged on August 21, 2016. He had frequent isolated jerks with no associated ictal EEG change. He also had another typical episode of visual symptoms and auras, also with no associated ictal EEG change. Continuous EEG recordings showed no epileptiform abnormality. The spells were discussed nonepileptic and possible migraine with aura was discussed.~~
~~Labs, KLS, 8.30.16: B12 503. CK 73. CMP nl except crt 1.20 (0.55 - 1.02). HC 10.4. Vit D 22. CBC nl. ESR 13. Serum IFE studies show no evidence of monoclonal gammopathy. No significant abnormalities in the serum protein pattern. MMA <0.20.~~
~~Labs, KLS, 5/30/2017: CMP normal. Free T4 0.84. TSH 3.710. Vitamin D 11. CBC normal.~~
~~Urine drug screen, KLS, 1/30/2018: Positive for tramadol and acetaminophen.~~

## Assessment

1. Migraine with aura, intractable (346.01) (G43.119)
   Mr. Haverly was seen by Dr. Fakhoury 8.18.16 who noted spells of visual hallucinations and past video EEG monitoring at UK in 2010 was negative other than focal slow wave activity in the temporal leads. It was noted the spells may be nonepileptic. Video EEG monitoring on two occasions was mentioned (UK and Vanderbilt) and an ictal SPECT was mentioned. Repeat video EEG monitoring was mentioned due to an increase in the spells.
   MRI brain w/ and w/o, SJH, 9.15.16: No acute intracranial abnormality and no pathologic enhancement. Reviewed on PACS 9.16.16.
   Mr. Haverly was admitted to the epilepsy monitoring unit (SJH) on August 19 and discharged on August 21, 2016. He had frequent isolated jerks with no associated ictal EEG change. He also had another typical episode of visual symptoms and auras, also with no associated ictal EEG change. Continuous EEG recordings showed no epileptiform abnormality. The spells were discussed nonepileptic and possible migraine with aura was discussed.
   Labs, KLS, 8.30.16: B12 503. CK 73. CMP nl except crt 1.20 (0.55 - 1.02). HC 10.4. Vit D 22. CBC nl. ESR 13. Serum IFE studies show no evidence of monoclonal gammopathy. No significant abnormalities in the serum protein pattern. MMA <0.20.
   Complicated migraines - he has auditory hallucinations and visual hallucinations for which has been monitored 3 times, including by Dr. Fakhoury twice (UK and SJH) and at Vanderbilt.
2. Pineal gland cyst (259.8) (E34.8)
   Mr. Haverly noted a h/o a pineal gland cyst when seen 8.30.16.
   MRI brain w/ and w/o, SJH, 9.15.16: No acute intracranial abnormality and no pathologic enhancement. Reviewed on PACS 9.16.16.
3. Avitaminosis D (268.9) (E55.9)

## Plan

### Avitaminosis D

1. Renew: Vitamin D3 50000 UNIT Oral Capsule; TAKE 1 CAPSULE Weekly
2. Vitamin D, 25-Hydroxy; Status:Active; Requested for:06Jun2018;

### Migraine with aura, intractable

3. Renew: Almotriptan Malate 12.5 MG Oral Tablet; TAKE ONE TABLET BY MOUTH EVERY 2 HOURS AS NEEDED MAX 2 PER DAY AND 5 PER WEEK
4. CBC With Differential/Platelet; Status:Active; Requested for:06Jun2018;
5. Follow-up visit in 3 months Outpatient Follow-up Status: Hold For - Scheduling Requested for: 06Jun2018
6. Renew: Gabapentin 300 MG Oral Capsule; Take 1 capsule twice daily
7. CMP-COMPREHENSIVE METABOLIC PANEL(14) w/eGFR; Status:Active; Requested for:06Jun2018;
8. Renew: Hydrocodone-Acetaminophen 5-325 MG Oral Tablet; TAKE 1 TABLET Daily PRN
9. Renew: Naproxen 500 MG Oral Tablet; Take one tablet every 4 hours PRN for headaches
10. Renew: Ondansetron HCl - 4 MG Oral Tablet; TAKE 1 TABLET AS NEEDED FOR NAUSEA
11. Renew: Propranolol HCl - 40 MG Oral Tablet; TAKE 3 TABLET Twice daily

## Discussion/Summary

Mr. Haverly has an interesting history in that he developed migraines in his late teens with an aura of seeing a

halo (like a rainbow from oil and water). Then, around 2009, he began having auditory hallucinations and in 2010 began having visual hallucinations. He has chronic daily headaches, migraines once monthly, 2 types of visual hallucinations (seeing "schools of pixels" and swirling objects arranged as triangles); the triangle hallucinations are followed by severe headaches. He undergone video EEG monitoring at UK (by Dr, Fakhoury), at Vanderbilt, and at SJH (again by Dr. Fakhoury in August 2016) and there is no evidence these are seizures; one possible explanation is migraine with complicated aura. He underwent an MRI brain w/ and w/o at SJH 9.15.16 which was normal (aside from a possible pineal cyst which he has known about since 2011). Propranolol has significantly reduced his number of major and minor headaches; Depakote was added 11/9/2016 but caused pain and emotional blunting therefore was tapered off in March 2017. Gabapentin was started 1/5/2018 and he notes that his headaches have begun to improve, down to only 2-3 per week. Aimovig therapy was discussed today, 6/6/2018, and he was provided with a patient handout and he would like to begin therapy. He will be seen back in 3 months and labs will be checked today.

Future options include nadolol, nortriptyline, and quetiapine.

**'End of Encounter Meds'**

**Signatures**

Electronically signed by : Luthene Peyton, RMA; Jun 6 2018 2:39PM EST (Co-author)
Electronically signed by : Warren Chumley, M.D.; Jun 6 2018 3:14PM EST (Author)
Electronically signed by : Warren Chumley, M.D.; Jun 7 2018 10:24AM EST (Author)

**Saint Joseph Neurology Associates**
**1021 Majestic Drive, Suite 200,**
**Lexington, KY 40513**
**Phone: (859) 296-1922 Fax: (859) 296-2603**

*MRN:* **1136760**

*Encounter Date:* **01/30/2018 9:15AM**

*DOB:*
*Home.*
*Work:*

*Address:*
**Kenny Haverly**

**PCP:** Vincent, Jacob W

## History Reported By
Patient

## Chief Complaint
Follow up for migraines

## History of Present Illness
**HPI Free Text - v1.0:** Mr. Haverly was referred 8.30.16 for headaches. He is followed by Dr. Fakhoury for possible seizures manifest as hallucinations. He notes he has been monitored a 3rd time in the EMU and he does not feel the spells are seizures therefore Dr. Fakhoury referred him for possible migraine with aura. He has been on multiple anticonvulsant medications over the years. He notes the episodes started in late 2009 as auditory hallucinations - hearing music (like a sitar). This changed to classical music instruments (not melodic). He notes the sounds are changes of sounds in the surrounding environment. He notes a h/o migraines going back to his late teens; he notes he would see halos around lights before a migraine (like oil on water). He notes no h/o drug use but in January 2010 he started having visual hallucinations manifest as seeing himself crawl into a hole. He had a headache when this happened and went to bed; he slept 16 hours; he woke up at nighttime hallucinated sitting on a milk crate in his living room (he had seen the man before). This lasted for 2 - 3 seconds then another headache.

He has a constant background headache; he has a migraine once per month; he has minor episodes of seeing schools of "pixelated" fish going from left to right daily with no headache. He has major episodes of seeing triangular arrangements of swirling pieces which occurs up to every other day which are followed by headaches.

He notes a pineal gland cyst.

**Headache:** The patient is being seen for a routine follow-up of.
**Headache History:**
**Current Headache Information:**
Currently the pain is left frontal, occasionally bitemporal. It is described as stabbing. On a scale of 0-10, the pain severity average is 5 and maximum is 12.
Symptoms include nausea, phonophobia and photophobia, but no vomiting.
Current treatment includes gabapentin 300 mg BID; propranolol 120 mg BID; Cambia PRN; almotriptan PRN; vit D3 50,000 units weekly. (Previous Medications: topiramate, Keppra, Vimpat, Imitrex before the hallucinations was not well tolerated, Tylenol, ibuprofen, Advil, naproxen. Amitriptyline)
He has major episodes consist of seeing arrangements of three followed by a severe headache (previously about 9 per month); he sleep 6 hours later ("like waking up from surgery"). The minor episodes consist of seeing pixelated fish sometimes followed by a less severe headache ("rapid fire") (previously about 30-60 per month). He has a constant background headache.
The Depakote was tapered off in March 2017 and propranolol increased to 120 mg BID.
He started gabapentin 1/5/2018 and his headaches have decreased to 2-3 per week; he is tolerating the gabapentin well aside from drowsiness. He has gained 3 pounds despite exercising.

*Patient:* **Kenny L. Haverly**
*Encounter:* **Jan 30 2018 9:15AM** *MRN:* **1136760**

### Active Problems

1. Avitaminosis D (268.9) (E55.9)
2. Complex partial seizure with impairment of consciousness (345.40) (G40.209)
3. Migraine with aura, intractable (346.01) (G43.119)
   Mr. Haverly was seen by Dr. Fakhoury 8.18.16 who noted spells of visual hallucinations and past video EEG monitoring at UK in 2010 was negative other than focal slow wave activity in the temporal leads. It was noted the spells may be nonepileptic. Video EEG monitoring on two occasions was mentioned (UK and Vanderbilt) and an ictal SPECT was mentioned. Repeat video EEG monitoring was mentioned due to an increase in the spells.
   MRI brain w/ and w/o, SJH, 9.15.16: No acute intracranial abnormality and no pathologic enhancement. Reviewed on PACS 9.16.16.
   Mr. Haverly was admitted to the epilepsy monitoring unit (SJH) on August 19 and discharged on August 21, 2016. He had frequent isolated jerks with no associated ictal EEG change. He also had another typical episode of visual symptoms and auras, also with no associated ictal EEG change. Continuous EEG recordings showed no epileptiform abnormality. The spells were discussed nonepileptic and possible migraine with aura was discussed.
   Labs, KLS, 8.30.16: B12 503. CK 73. CMP nl except crt 1.20 (0.55 - 1.02). HC 10.4. Vit D 22. CBC nl. ESR 13. Serum IFE studies show no evidence of monoclonal gammopathy. No significant abnormalities in the serum protein pattern. MMA <0.20.
   Complicated migraines - he has auditory hallucinations and visual hallucinations for which has been monitored 3 times, including by Dr. Fakhoury twice (UK and SJH) and at Vanderbilt.
4. Nonepileptic episode (780.39) (R56.9)
5. Paresthesias (782.0) (R20.2)
6. Pineal gland cyst (259.8) (E34.8)
   Mr. Haverly noted a h/o a pineal gland cyst when seen 8.30.16.
   MRI brain w/ and w/o, SJH, 9.15.16: No acute intracranial abnormality and no pathologic enhancement. Reviewed on PACS 9.16.16.
7. Simple partial seizure w/somatosensory or special sensory dysfunction (345.50) (G40.109)

### Allergies

- No Known Drug Allergies
  Recorded By: Merkel, Shannon; 8/18/2016 1:51:26 PM

### Current Meds

1. Almotriptan Malate 12.5 MG Oral Tablet; TAKE ONE TABLET BY MOUTH EVERY 2 HOURS AS NEEDED MAX 2 PER DAY AND 5 PER WEEK
2. Gabapentin 300 MG Oral Capsule; Take 1 capsule twice daily
3. Hydrocodone-Acetaminophen 5-325 MG Oral Tablet; TAKE 1 TABLET Daily PRN
4. Naproxen 500 MG Oral Tablet; Take one tablet every 4 hours PRN for headaches
5. Omeprazole 40 MG Oral Capsule Delayed Release
6. Ondansetron HCl - 4 MG Oral Tablet; TAKE 1 TABLET AS NEEDED FOR NAUSEA
7. Propranolol HCl - 40 MG Oral Tablet; TAKE 3 TABLET Twice daily
8. Vitamin D3 50000 UNIT Oral Capsule; TAKE 1 CAPSULE Weekly

### Past Medical History

History of Hernia (553.9) (K46.9)
History of appendicitis (V12.79) (Z87.19)
History of asthma (V12.69) (Z87.09)
History of concussion (V15.52) (Z87.820)
History of head injury (V15.59) (Z87.828)
History of kidney stones (V13.01) (Z87.442)
History of migraine headaches (V12.49) (Z86.69)

History of pneumonia (V12.61) (Z87.01)
History of varicella (V12.09) (Z86.19)

**Surgical History**
History of Appendectomy
History of Cholecystectomy
History of Hernia Repair
History of Surgery Epididymectomy Left

**Family History**
- Family history of migraine headaches (V17.2) (Z82.0)
- Family history of neuropathy (V17.2) (Z82.0)
- Family history of epilepsy (V17.2) (Z82.0)
- Family history of diabetes mellitus (V18.0) (Z83.3)
- Family history of leukemia (V16.6) (Z80.6)
- Family history of malignant neoplasm (V16.9) (Z80.9)
- Family history of rheumatoid arthritis (V17.7) (Z82.61)

**Social History**
Alcohol use (V49.89) (Z78.9)
Caffeine use (V49.89) (F15.90)
Completed college, bachelors degree
Lives with spouse
Married
Never smoker
No drug use

**Review of Systems**

**CONSTITUTIONAL:** fatigue.
**EYES:** blurred vision.
**ENT:** nasal stuffiness and sore throat.
**CARDIOVASCULAR:** normal.
**RESPIRATORY:** normal.
**GASTROINTESTINAL:** normal.
**GENITOURINARY:** normal.
**MUSCULOSKELETAL:** neck pain.
**INTEGUMENTARY:** normal.
**NEUROLOGICAL:** headache, dizziness, lightheaded, temple pain and facial pain.
**PSYCHIATRIC:** normal.
**ENDOCRINE:** normal.
**HEMATOLOGIC/LYMPHATIC:** normal.
**ALLERGIC/IMMUNOLOGIC:** normal.

**Vitals**
**Vital Signs**

| | Recorded: 30Jan2018 09:08AM |
|---|---|
| Height | 6 ft 1 in |
| Weight | 258 lb |
| BMI Calculated | **34.04** |
| BSA Calculated | 2.4 |
| Systolic | 112 |

*Patient:* **Kenny L. Haverly**
*Encounter:* **Jan 30 2018 9:15AM** *MRN:* **1136760**

| | |
|---|---|
| Diastolic | 86 |

**Physical Exam**

Mental Status - Alert.
General Appearance - Cooperative. Not in acute distress. Build & Nutrition - Well nourished.
HEENT - Eye Note: Pupils equal, reactive to light and to accommodation directly and consensually
Peripheral Vascular - Upper Extremity: Inspection - Bilateral - Normal.
Neurologic
Mental Status: Speech - Normal.
Cranial Nerves:
III Oculomotor: Pupillary constriction - Bilateral - Normal. Note: no ptosis, no Horner's sign, no Marcus Gunn pupil
VII Facial: - Normal and symmetric facial muscles.
Eye Movements: - PERRL. EOMI.
Sensory: Intact to pinprick in all 4 extremities.
Reflexes: 2+ throughout.
Musculoskeletal:
Motor: Tone: Normal.
Bulk: Normal.
Strength: 5/5 bilaterally in the upper and lower extremities.

**Results/Data**

*Mr. Haverly was seen by Dr. Fakhoury 8.18.16 who noted spells of visual hallucinations and past video EEG monitoring at UK in 2010 was negative other than focal slow wave activity in the temporal leads. It was noted the spells may be nonepileptic. Video EEG monitoring on two occasions was mentioned (UK and Vanderbilt) and an ictal SPECT was mentioned. Repeat video EEG monitoring was mentioned due to an increase in the spells.*

*MRI brain w/ and w/o, SJH, 9.15.16: No acute intracranial abnormality and no pathologic enhancement. Reviewed on PACS 9.16.16.*
*Mr. Haverly was admitted to the epilepsy monitoring unit (SJH) on August 19 and discharged on August 21, 2016. He had frequent isolated jerks with no associated ictal EEG change. He also had another typical episode of visual symptoms and auras, also with no associated ictal EEG change. Continuous EEG recordings showed no epileptiform abnormality. The spells were discussed nonepileptic and possible migraine with aura was discussed.*
*Labs, KLS, 8.30.16: B12 503. CK 73. CMP nl except crt 1.20 (0.55 - 1.02). HC 10.4. Vit D 22. CBC nl. ESR 13. Serum IFE studies show no evidence of monoclonal gammopathy. No significant abnormalities in the serum protein pattern. MMA <0.20.*
*Labs, KLS, 5/30/2017: CMP normal. Free T4 0.84. TSH 3.710. Vitamin D 11. CBC normal.*
*Urine drug screen, KLS, 1/30/2018: Positive for tramadol and acetaminophen.*
~~*Mr. Haverly was seen by Dr. Fakhoury 8.18.16 who noted spells of visual hallucinations and past video EEG monitoring at UK in 2010 was negative other than focal slow wave activity in the temporal leads. It was noted the spells may be nonepileptic. Video EEG monitoring on two occasions was mentioned (UK and Vanderbilt) and an ictal SPECT was mentioned. Repeat video EEG monitoring was mentioned due to an increase in the spells.*~~

~~*MRI brain w/ and w/o, SJH, 9.15.16: No acute intracranial abnormality and no pathologic enhancement. Reviewed on PACS 9.16.16.*~~
~~*Mr. Haverly was admitted to the epilepsy monitoring unit (SJH) on August 19 and discharged on August 21, 2016. He had frequent isolated jerks with no associated ictal EEG change. He also had another typical episode of visual symptoms and auras, also with no associated ictal EEG change. Continuous EEG recordings showed no epileptiform abnormality. The spells were discussed nonepileptic and possible migraine with aura was discussed.*~~
~~*Labs, KLS, 8.30.16: B12 503. CK 73. CMP nl except crt 1.20 (0.55 - 1.02). HC 10.4. Vit D 22. CBC nl. ESR 13. Serum IFE studies show no evidence of monoclonal gammopathy. No significant abnormalities in the serum protein pattern. MMA <0.20.*~~
~~*Labs, KLS, 5/30/2017: CMP normal. Free T4 0.84. TSH 3.710. Vitamin D 11. CBC normal.*~~

**Assessment**

1. Migraine with aura, intractable (346.01) (G43.119)
   Mr. Haverly was seen by Dr. Fakhoury 8.18.16 who noted spells of visual hallucinations and past video EEG monitoring at UK in 2010 was negative other than focal slow wave activity in the temporal leads. It was noted the spells may be nonepileptic. Video EEG monitoring on two occasions was mentioned (UK and Vanderbilt) and an ictal SPECT

*Patient:* **Kenny L. Haverly**
*Encounter:* **Jan 30 2018 9:15AM** *MRN:* **1136760**

was mentioned. Repeat video EEG monitoring was mentioned due to an increase in the spells.
MRI brain w/ and w/o, SJH, 9.15.16: No acute intracranial abnormality and no pathologic enhancement. Reviewed on PACS 9.16.16.
Mr. Haverly was admitted to the epilepsy monitoring unit (SJH) on August 19 and discharged on August 21, 2016. He had frequent isolated jerks with no associated ictal EEG change. He also had another typical episode of visual symptoms and auras, also with no associated ictal EEG change. Continuous EEG recordings showed no epileptiform abnormality. The spells were discussed nonepileptic and possible migraine with aura was discussed.
Labs, KLS, 8.30.16: B12 503. CK 73. CMP nl except crt 1.20 (0.55 - 1.02). HC 10.4. Vit D 22. CBC nl. ESR 13. Serum IFE studies show no evidence of monoclonal gammopathy. No significant abnormalities in the serum protein pattern. MMA <0.20.
Complicated migraines - he has auditory hallucinations and visual hallucinations for which has been monitored 3 times, including by Dr. Fakhoury twice (UK and SJH) and at Vanderbilt.

2. Pineal gland cyst (259.8) (E34.8)
   Mr. Haverly noted a h/o a pineal gland cyst when seen 8.30.16.
   MRI brain w/ and w/o, SJH, 9.15.16: No acute intracranial abnormality and no pathologic enhancement. Reviewed on PACS 9.16.16.
3. Avitaminosis D (268.9) (E55.9)

## Plan

### Avitaminosis D

1. Renew: Vitamin D3 50000 UNIT Oral Capsule; TAKE 1 CAPSULE Weekly

### Migraine with aura, intractable

2. Renew: Almotriptan Malate 12.5 MG Oral Tablet; TAKE ONE TABLET BY MOUTH EVERY 2 HOURS AS NEEDED MAX 2 PER DAY AND 5 PER WEEK
3. Pain Management Panel 4; Status:Need Information - Required information; Requested for:30Jan2018;
4. Follow-up visit in 3 months Outpatient Follow-up Status: Hold For - Scheduling Requested for: 30Jan2018
5. Renew: Gabapentin 300 MG Oral Capsule; Take 1 capsule twice daily
6. Renew: Hydrocodone-Acetaminophen 5-325 MG Oral Tablet; TAKE 1 TABLET Daily PRN
7. Renew: Naproxen 500 MG Oral Tablet; Take one tablet every 4 hours PRN for headaches
8. Renew: Ondansetron HCl - 4 MG Oral Tablet; TAKE 1 TABLET AS NEEDED FOR NAUSEA
9. Renew: Propranolol HCl - 40 MG Oral Tablet; TAKE 3 TABLET Twice daily

## Discussion/Summary

Mr. Haverly has an interesting history in that he developed migraines in his late teens with an aura of seeing a halo (like a rainbow from oil and water). Then, around 2009, he began having auditory hallucinations and in 2010 began having visual hallucinations. He has chronic daily headaches, migraines once monthly, 2 types of visual hallucinations (seeing "schools of pixels" and swirling objects arranged as triangles); the triangle hallucinations are followed by severe headaches. He undergone video EEG monitoring at UK (by Dr. Fakhoury), at Vanderbilt, and at SJH (again by Dr. Fakhoury in August 2016) and there is no evidence these are seizures; one possible explanation is migraine with complicated aura. He underwent an MRI brain w/ and w/o at SJH 9.15.16 which was normal (aside from a possible pineal cyst which he has known about since 2011). Propranolol has significantly reduced his number of major and minor headaches; Depakote was added 11/9/2016 but caused pain and emotional blunting therefore was tapered off in March 2017. Gabapentin was started 1/5/2018 and he notes that his headaches have begun to improve, down to only 2-3 per week. No further changes will be made today; the gabapentin was changed to a 90 day supply and he will have a urine drug screen today. He will be seen back in 3 months.

Future options include nadolol, nortriptyline, and quetiapine.

**'End of Encounter Meds'**

*Patient:* **Kenny L. Haverly**
*Encounter:* **Jan 30 2018 9:15AM** *MRN:* **1136760**

**Signatures**

Electronically signed by : Luthene Peyton, RMA; Jan 30 2018 9:12AM EST (Co-author)
Electronically signed by : Warren Chumley, M.D.; Jan 30 2018 9:33AM EST (Author)
Electronically signed by : Warren Chumley, M.D.; Feb 5 2018 10:37AM EST (Author)

KentuckyOne Health

# Attention

Confidential Information Enclosed

To be viewed by authorized persons only.

If you have questions regarding any information you have requested, please call the office at: 859-296-1922

This information has been disclosed to you from records protected by federal confidentiality rules (42 CFR part 2). The federal rules prohibit you from making any further disclosure of information in this record that identifies a patient as having or having had a substance use disorder either directly, be reference to publicly available information, or through verification of such identification by another person unless further disclosure is expressly permitted by the written consent of the individual whose information is being disclosed or as otherwise permitted by 42 CFR part 2. A general authorization for the release of medical or other information is NOT sufficient for this purpose (see Section 2.31). The federal rules restrict any use of the information to investigate or prosecute with regard to a crime any patient with a substance use disorder, except as provided at Sections 2.12(c)(5) and 2.65.

If the enclosed record pertains to HIV/AIDS, it has been disclosed to you from records whose confidentiality is protected by federal and, perhaps, state law, which prohibits you from making any further disclosure of such information without specific consent of the person to whom such information pertains or as otherwise permitted by state law. A general authorization for this release of health or other information is not sufficient for this purpose.

This is confidential and privileged information. If it contains mental health information, it is for professional use only.

Liberty Mutual.
INSURANCE

Liberty Life Assurance Co. of Boston
c/o RP Claims Processing
P.O. Box 1390
St. Peters, MO 63376

Jun 7, 2018

KENTUCKYONE HEALTH NEUROLOGY ASSOC.
1021 MAJESTIC DR STE 200
ATTN: MEDICAL RECORDS
LEXINGTON, KY 40513

**Re: Long Term Disability Benefits**
Claim# 7956041 4187889
Claimant: HAVERLY, KENNY
Claimant DOB:

Dear Medical Records,

Liberty Mutual is the Disability Claim Administrator for your patient, listed above.

To evaluate your patient's eligibility for disability benefits and help facilitate a return to work when appropriate, we are requesting the following information:

**From January 30, 2018 to June 6, 2018**

Office visit notes for the dates requested. - Seen By: CHUMLEY, DR. WARREN

We ask that you provide this information within a week of the date of this mailing. Failure to provide the requested information may result in an adverse benefit or claim determination. The information can be faxed to our office at our secure fax number (213) 269-3262 or mailed to the above address.

If prepayment is required, please fax an invoice indicating the number of pages, the Federal TAX ID, and the amount due. If you're a hospital, only abstract records are required: admission, history/physical, OP reports, discharge summaries, etc.

Although HIPAA does not apply to disability insurance carriers, we understand your responsibilities under HIPAA as a health care provider, and our associated responsibility of ensuring this information is protected against deliberate or inadvertent misuse or disclosure.

As the insurance carrier providing employer sponsored LTD benefits coverage to your patient, we have enclosed a HIPAA compliant authorization signed by your patient allowing the release of information to our company. This authorization specifically allows you to release medical information to Liberty Mutual, and is valid for 2 years from the date of signature.

If you have any questions regarding this matter, please contact me.

Sincerely,

Gai Uezu
Disability Information Specialist
Phone No.: (213) 266-7865
Fax No: (213) 269-3262

Liberty Mutual. INSURANCE

November 15, 2017

To Whom It May Concern:

Liberty Life Assurance Company of Boston ("Liberty Life") authorizes ReleasePoint to act on its behalf for the purpose of obtaining medical records in connection with the administration of your patient's disability claim.

The enclosed authorization to Obtain and Release Information, as executed by the patient, directs the release of medical information to Liberty Life. We request that you please mail records to:

Liberty Life Assurance Company of Boston
c/o ReleasePoint
P.O. Box 1390
St. Peters, MO 63376

Sincerely,

Robert A. Parks, FLMI, ALHC, RHU, FIA
Operations Manager
Liberty Mutual Benefits Claims

ReleasePoint

# Quality Assurance Report

## Request Information

Report Date: June 11, 2018 **RP ID:** 4187889

Patient Name: HAVERLY, KENNY

Provider Name: KENTUCKYONE HEALTH NEUROLOGY ASSOC.

## Quality Assurance Information

Special Request: Office visit notes for the dates requested. - Seen By: CHUMLEY, DR. WARREN

Special Request Included?

Secondary ID Confirmed?

QC Notes:

Chart Reviewed By: PROBE

**From January 30, 2018 to June 6, 2018**

4584000

Dr. Office Auth
FAX to: 502-253-4829

BAPTIST HEALTH
RELEASE OF INFORMATION

**AUTHORIZATION FOR THE USE AND DISCLOSURE OF HEALTH INFORMATION**

PLACE STICKER WITH BARCODE AT BOTTOM

Authorization to Release Protected Health Information

Patient Information: (Please Print)

Name: HAVERLY, KENNY Med Rec # or Last Four of Social ____

Street Address or PO Box ____

City, State, Zip ____

Phone# ____ Date of Birth ____ E-Mail ____

I, the undersigned hereby authorize and direct:
[X] Baptist Health Medical Group
Physician name: ____ Address: ____
and its entities, authorized agents and employees to disclose and deliver a copy of the protected health information described below in accordance with this authorization.

This information may be disclosed to and used by the following individual, organization or agency:
Liberty Mutual (c/o ReleasePoint) PO Box 1390 St. Peters MO 63376

The purpose of this release is: ( ) Continued Medical Care ( ) Legal Purposes ( ) Insurance Purposes ( ) Personal Interest
[X] Other (Specify) Claims - Disability Insurance

Dates to be released: From 02/01/2018 To Present

The information to be disclosed will include: (check all that apply)

____ Entire Medical Record
____ Basic Medical Record
____ Emergency Room Record
____ Face Sheet
____ Pathology
____ Radiology
____ History and Physical
____ Operative Report
____ Cardiac Cath Report
____ Discharge Summary
____ Lab
____ Electronic Format
[X] Other (Specify): all PHI, excluding x-ray films

I understand that my protected health information may include information relating to sexually transmitted disease, acquired immunodeficiency syndrome (AIDS) or human immunodeficiency virus (HIV). It may also include information about behavioral or mental health services and treatment for drug and alcohol abuse.

Federal and state laws protect the information disclosed pursuant to this Authorization. I understand that if the authorized recipient of the information is not a health care provider or health plan covered by federal privacy regulations, the information may be re-disclosed and no longer protected. However, the recipient may be prohibited from disclosing any substance abuse information under the federal confidentiality requirements for alcohol and drug abuse patient records and the Public Health Service Act. Such information may not be used to criminally investigate or prosecute any alcohol or drug patient. Further, state law prohibits a recipient from making any further disclosure of test results relating to HIV or AIDS without the specific written consent of the person to whom such information pertains. A general authorization for the release of medical or other information is NOT sufficient for such purpose.

This authorization will expire upon the occurrence of the following event or condition: 12 months from date signed. If no event or condition is listed, it will expire in 60 days. I understand that I have the right to revoke this Authorization at any time, and in order to do so, I must present a written revocation to the Hospital's Health Information Management Department. I understand that the revocation will not apply to information that already has been released in response to or in reliance upon this Authorization. I understand that I need not sign this Authorization in order to ensure health care treatment, payment, enrollment in my health plan, or eligibility for benefits. I understand that I will be given a copy of this Authorization form, after signing it.

____ By initialing here, I acknowledge this to be my one and only free copy of my medical record, duplicate pages will be charged $1.00 per page.

____ By initialing here, I request my record to be provided in an electronic format on a CD.

Signature of Patient/Authorized Representative (include relationship or nature of authority) ____ Date ____

[ ] Faxed to: ____ [ ] Given to: ____ [ ] Mailed to: ____

Mail completed request to:

2600 Stanley Gault Parkway Suite 101 Louisville, Ky. 40223

BAPTIST HEALTH

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207

MR. KENNY HAVERLY JR

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
Phone No.: (800) 291-0112
Secure Fax No.: (603) 430-5732

June 1, 2018

Mr. Kenny Haverly Jr

RE: Long Term Disability (LTD) Benefits
Papa John's International, Inc
Claim #: 7956041

Dear Mr. Kenny Haverly Jr:

Your healthcare provider (**BAPTIST HEALTH - CLINICS ONLY**) requires a facility specific authorization to obtain and release medical records. Attached is a copy of the facility specific authorization for your completion. Please complete and submit a copy to your Disability Case Manager, Christopher Le Grand.

If you have any questions regarding this matter, please contact me.

Sincerely,

Christopher Le Grand
Long Term Disability Specialist
Phone No.: (800) 291-0112 Ext. 13918
Secure Fax No.: (603) 430-5732

Attachments: 7956041-EMPLOYEE/CLAIMANT-AUTHORIZATION-06.01.2018

4187888

Dr. Office Auth
FAX to: 502·253·4829

BAPTIST HEALTH
RELEASE OF INFORMATION

## AUTHORIZATION FOR THE USE AND DISCLOSURE OF HEALTH INFORMATION

PLACE STICKER WITH BARCODE AT BOTTOM

Authorization to Release Protected Health Information

Patient Information: (Please Print)

Name: HAVERLY, KENNY Med Rec # or Last Four of Social ____________

Street Address or PO Box ____________

City, State, Zip ____________

Phone# ____________ Date of Birth ____________ E-Mail ____________

I, the undersigned hereby authorize and direct:
[X] Baptist Health Medical Group
Physician name: ____________ Address: ____________
and its entities, authorized agents and employees to disclose and deliver a copy of the protected health information described below in accordance with this authorization.

This information may be disclosed to and used by the following individual, organization or agency:
Liberty Mutual (c/o ReleasePoint) PO Box 1390 St. Peters MO 63376

The purpose of this release is: ( ) Continued Medical Care ( ) Legal Purposes ( ) Insurance Purposes ( ) Personal Interest
[X] Other (Specify) Claims - Disability Insurance

Dates to be released: From 02/01/20 To Present

The information to be disclosed will include: (check all that apply)

| | | |
|---|---|---|
| ___ Entire Medical Record | ___ Pathology | ___ Cardiac Cath Report |
| ___ Basic Medical Record | ___ Radiology | ___ Discharge Summary |
| ___ Emergency Room Record | ___ History and Physical | ___ Lab |
| ___ Face Sheet | ___ Operative Report | ___ Electronic Format |

[X] Other (Specify): all PHI, excluding x-ray films

I understand that my protected health information may include information relating to sexually transmitted disease, acquired immunodeficiency syndrome (AIDS) or human immunodeficiency virus (HIV). It may also include information about behavioral or mental health services and treatment for drug and alcohol abuse.

Federal and state laws protect the information disclosed pursuant to this Authorization. I understand that if the authorized recipient of the information is not a health care provider or health plan covered by federal privacy regulations, the information may be re-disclosed and no longer protected. However, the recipient may be prohibited from disclosing any substance abuse information under the federal confidentiality requirements for alcohol and drug abuse patient records and the Public Health Service Act. Such information may not be used to criminally investigate or prosecute any alcohol or drug patient. Further, state law prohibits a recipient from making any further disclosure of test results relating to HIV or AIDS without the specific written consent of the person to whom such information pertains. A general authorization for the release of medical or other information is NOT sufficient for such purpose.

This authorization will expire upon the occurrence of the following event or condition: 180 days after signat. If no event or condition is listed, it will expire in 60 days. I understand that I have the right to revoke this Authorization at any time, and in order to do so, I must present a written revocation to the Hospital's Health Information Management Department. I understand that the revocation will not apply to information that already has been released in response to or in reliance upon this Authorization. I understand that I need not sign this Authorization in order to ensure health care treatment, payment, enrollment in my health plan, or eligibility for benefits. I understand that I will be given a copy of this Authorization form, after signing it.

________ By initialing here, I acknowledge this to be my one and only free copy of my medical record, duplicate pages will be charged $1.00 per page.

________ By initialing here, I request my record to be provided in an electronic format on a CD.

____________________ ____________
Signature of Patient/Authorized Representative (include relationship or nature of authority) Date

[ ] Faxed to: ____________ [ ] Given to: ____________ [ ] Mailed to: ____________

Mail completed request to:

2600 Stanley Gault Parkway Suite 101 Louisville, Ky. 40223

BAPTIST HEALTH

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207

MR. KENNY HAVERLY JR

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
Phone No.: (800) 291-0112
Secure Fax No.: (603) 430-5732

May 30, 2018

Mr. Kenny Haverly Jr

RE: Long Term Disability (LTD) Benefits
Papa John's International, Inc
Claim #: 7956041

Dear Mr. Kenny Haverly Jr:

Liberty Life Assurance Company of Boston ("Liberty") is responsible for managing claims for Long Term Disability (LTD) benefits under Papa John's International, Inc's Group Disability Policy. We are writing in reference to your claim for LTD benefits under the Policy.

We are currently reviewing your eligibility for continued disability benefits, and are in need of additional information.

On May 30, 2018, we requested medical records from Dr. Chumley and Dr. Potts. This information is necessary to complete our ongoing claims investigation. Please provide us with the following information to assist us with our review of your eligibility for benefits:

- Office treatment notes, test results, operative reports, prescription histories, and treatment plans from February 1, 2018 through present from Dr. Chumley and Dr. Potts

If there are any other attending physicians or specialists, including physical therapy providers, that we are unaware of, please have them forward all medical records pertinent to your disability within the timeframe stated above.

Papa John's International, Inc's LTD Policy requires that, in order to receive ongoing benefits, you provide proof of disability within a required timeframe. Your cooperation in providing the requested information is essential to our claim investigation.

If we do not receive all of the requested information by June 30, 2018, 30 days from the date of this request, your benefits will be suspended. If we do not receive all of this requested information by July 13, 2018, 15 days from the date of suspension, your claim will be closed.

We ask that you provide us with this information no later than July 13, 2018 as required under the terms of the Policy.

If you have any questions regarding this matter, please contact me.

Sincerely,

Christopher Le Grand
Long Term Disability Specialist
Phone No.: (800) 291-0112 Ext. 13918
Secure Fax No.: (603) 430-5732

# ACTIVITIES QUESTIONNAIRE

Liberty Mutual INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
Phone No.: (800) 291-0112
Secure Fax No.: (603) 430-5732

**Return To:** Christopher Le Grand



ATTN: Chris LeGrand

EMPLOYEE/CLAIMANT NAME: Kenny Haverly

CLAIM NO: 7956041 DATE OF BIRTH: ______

EMPLOYER/SPONSOR: Papa John's International, Inc

**TO BE COMPLETED BY THE CLAIMANT:**

Please answer the following questions and return the form to Liberty Life Assurance Company of Boston.

How long are you able to:

sit 2 hrs stand 30 mins walk 30 mins

How many hours a day do you:

sit 10 hrs stand 30 mins walk 10 mins

Do you take a nap during the day?

Yes X No ______

If Yes, for how long? 4-6 hrs At what time of the day? varies

How many hours a day do you spend in bed? 12 hrs

Do you require any assistive devices such as a:

cane ______ walker ______ crutches ______ wheelchair ______ other glasses - anti-glare

How long are you able to sit in a car? 2 hrs

Do you hold a valid driver's license?

Yes X No ______

If No, please explain: ______

If Yes, how long are you able to drive a car? 1 hr

**Please provide a copy of your driver's license when returning this form.**

How do you maintain contact with people or activities that matter most to you?

Email + Texting

Do you have children?

Yes ______ No X If Yes, what are their dates of birth ______

Do you need help caring for your children?

Yes ______ No X

Are you responsible for taking care of any grandchildren, an elderly parent or grandparent?

Yes ______ No ______ If Yes, please explain ______

How many times a day do you leave the house during the week? 1

On the weekends? 0

How often do you run errands? 1-2 times / month

Please describe what errands you most commonly run: Deposit checks, pick up prescriptions, get groceries, go to Dr appointments

Liberty Mutual. INSURANCE



How often do you get outdoors? Once a week

Are you left or right hand dominant? Left ____ Right X

Are you able to work in your garden? Yes ____ No X

Are you able to work on your house? small stuff Yes X No ____

Are you able to wash your car? Yes ____ No X

How much time is spent daily on your home computer? Screens on electronics hurt my eyes / head.
____ None X 0-1 hours ____ 1-2 hours ____ 2-3 hours ____ 3+ hours

How much time is spent weekly on your home computer?
____ None ____ 0-1 hours X 1-2 hours ____ 2-3 hours ____ 3+ hours

What activities do you perform on your home computer. Please check all that apply:

X Pay bills ____ Read news/articles ____ Use search engines X Send emails
____ Visit chat rooms ____ Photos Other: ____

What computer software applications do you utilize. Please check all that apply:

____ Word processing (Word) ____ Spreadsheets (Excel) ____ Database (Access) ____ Graphics
____ Photo software (Photoshop) ____ Programming Other: Browser for bill pay

Do you have a working home copy machine/fax machine? ____ Yes X No

If yes, please explain purpose and usage: ____

The following questions intend to identify whether or not you are able to independently conduct routine daily activities. If assistance is required, please clarify.

| How are the following accomplished? | By Whom? | Assistance Required? |
|---|---|---|
| Grocery Shopping | wife usually | if its me, sometimes yes |
| Carrying groceries into the house | both | sometimes |
| Cooking meals | both | sometimes I need help |
| Cleaning after meals | both | sometimes I need help. |
| Cleaning bathrooms | wife usually | " " " " |
| Vacuuming | both (we have a Roomba) | no |
| Doing the laundry | both | no |
| Opening and responding to mail | wife | no |
| Managing your finances | wife | no |
| Balancing your checkbook | both | sometimes |
| Bathing yourself | me | no |
| Styling your own hair | me | sometimes |
| Getting dressed | me | sometimes after an episode |
| Going up and down stairs | me | " " " " |

Have you been confined to a hospital within the last 12 months? Yes ____ No X

If Yes, please provide reason and hospital contact Information: ____

Liberty Mutual. INSURANCE



How often do you travel or take vacation? Once every 10-12 years.

Where do you go? How do you get there (transportation method)? Last one was Vermont w/ stops on the way. We drove

Are you able to pursue your hobbies? Yes X No ____

If Yes, please describe I build scale models.

Do you participate in an exercise program? Yes X No ____

If Yes, please describe 15 mins on stationary recumbent bike, 2-3 times/week on "good" days

Do you do any Volunteer work? Yes ____ No X

If Yes:

how many hours per day? ____

how many hours per week? ____

for whom? ____

Are you working for wages? Yes ____ No X

If Yes, please provide employer's name ____

**Describe in your own words, what prevents you from engaging in any gainful employment.**

My disease makes me too unreliable. I have 2-3 bad days per week (or more). "Bad" days mean either an episode which are either hours of rapid-fire visual disturbances and headaches/nausea/dizziness; or it means one severe visual disturbance of three black "whirlpools" in a triangle followed by a severe headache and what I describe as post-operative-type sickness lasting 6 hours or more. "Good" days mean an all day background headache, bouts of dizziness and fatigue.

**Please describe your daily routine: (if more space is needed, please use the back of this form)**

Wake up, brush teeth, take medicine. If I make it 30 minutes, I usually will not have one of the swirly-whirlpool bad days. The rapid-fire disturbances (I call them "popcorn") can start at any time of day. The background headache/dizziness/fatigue usually requires I lay down after a few hours. If it's a bad day, I will be back in bed quickly when the episode occurs: two-plus hours with popcorn episodes and six-plus hours with the swirly episodes.

Is there a daytime number where you can be reached in the event we have any questions regarding your responses?

____

In the event we cannot reach you, please provide an alternate contact's name and telephone number.

____

**Upon completion of this form, please sign and date below and return in the envelope provided to you. Thank you for your cooperation.

The above statements are true and complete to the best of my knowledge and belief and I hereby authorize any hospital or physician who has treated me or other person who has attended me or examined me or any company or Government agency to furnish the Insurance Company providing this firm or their representative, any and all information with respect to any illness, injury, medical history, consultations, prescriptions, treatments or benefits and copies of all applicable records. A photo static copy of this form will be as valid as the original. I understand that if this information changes at any time, I will contact Liberty.

Name: Kenny Haverly, Jr.

Date: 19 Apr 2018

Liberty Mutual. INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
Phone No.: (800) 291-0112
Secure Fax No.: (603) 430-5732

## AUTHORIZATION FOR THE RELEASE OF INFORMATION INCLUDING PROTECTED HEALTH INFORMATION

**I HEREBY AUTHORIZE THE USE OR DISCLOSURE OF INFORMATION ABOUT ME AS DESCRIBED BELOW:**

**Person(s) or group(s) of persons authorized to use or disclose the information:** Any physicians, medical practitioners, hospitals, clinics, HMOs, long-term care facilities, medical or medically-related facilities, pharmacies, insurance companies, credit or consumer reporting agency, financial/educational institutions, current or former employer, governmental agency, MIB Inc., and any insurance support organizations.

**Person(s) or group(s) of persons authorized to collect or otherwise receive the information:** The particular Company in the Liberty Mutual Group of companies to which I am submitting a claim and its authorized representatives, agents and/or employees, the Plan Sponsor (if self-insured Plan) and other organizations providing claims management services.

**Description of the information that may be used or disclosed:** This Authorization specifically includes the release of all information related to:

* My physical and mental health and my insurance policies and claims, including, but not limited to, those containing diagnosis, treatments, prognosis, prescription drug information, alcohol or drug abuse or information regarding communicable or infectious conditions, including HIV/AIDS.

* Job duties, earnings, personnel records and other work related information and credit reports, bank records, and federal and state tax returns.

* Information concerning Social Security benefits, including any records pertaining to me and my dependents

**The information will be used or disclosed only for the following purpose(s):** For purposes of investigating, evaluating and processing my claim, and/or for insurance-related functions.

**STATEMENTS OF UNDERSTANDING & ACKNOWLEDGMENT:**

**I understand** that information used or disclosed pursuant to this authorization could be subject to redisclosure as necessary by the recipient and, if so, may not be subject to federal or state law protecting its confidentiality.

**I understand** that I may revoke this authorization in writing at any time by sending a written revocation to the Company in the Liberty Mutual Group of companies to which I have submitted a claim, except to the extent that action has been taken in reliance on this authorization, or to the extent that other law provides the Company with the right to contest a claim. I also understand that the revocation of this authorization will not affect uses and disclosures of my health information for purposes of treatment, payment and health care operations.

**I understand** that authorizing the disclosure of my health information is voluntary and the provision of health care services to me is not conditioned on whether I sign this authorization. If I choose not to sign this authorization, insurance coverage or claim payments may be denied or delayed.

This authorization shall remain in force for 24 months from the date of signature, except to the extent applicable state law imposes or allows a different duration. The information obtained under this authorization will be retained in accordance with the Company's standard retention policy and applicable law. I understand that I may request a copy of this authorization.

Name of claimant (print) Kenny Haverly, Jr

Name of legal representative, if applicable (print) ____________ Relationship ____________

Signature of claimant or legal representative [signature]

Date of Birth: ____________ Claim Number: 7956041 Date: 17 Apr 2018

**A copy of this authorization will be considered as valid as the original.**

# CLAIMANT SUPPLEMENTARY STATEMENT

Liberty Mutual INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
Phone No.: (800) 291-0112
Secure Fax No.: (603) 430-5732

**Return to:** Christopher Le Grand

**EMPLOYEE/CLAIMANT NAME:** Kenny Haverly **CLAIM #:** 7956041
**EMPLOYER:** Papa John's International, Inc **DATE OF BIRTH:** ____

| Full Name (Last, First, Middle Int.) | Social Security # | Email Address | |
|---|---|---|---|
| Haverly Jr., Kenny, L | | | |
| Street Address | City | State | Zip Code |
| | | | |
| Telephone Number (include area code) | Cell Phone Number (include area code) | Marital Status | |
| | | married | |

| Spouse's Full Name and Date of Birth | Number of Children | Dates of Birth of Children |
|---|---|---|
| Shannon Downs Haverly | 0 | |

Next of Kin/Emergency Contact (required should additional benefits be payable in the event of your death).
Name Shannon Haverly Relationship to you? wife Tel #

Have you returned to any type of employment or activity that provides you money? If yes, please provide name of employer, start date, hours worked per/wk and rate of pay. NO

Do you own a business, or are you involved or affiliated with any type of business, corporation, partnership, or sole proprietary? If yes, please explain and provide proof of income from prior year. NO

Do you have a tax identification number (TIN) or employer identification number (EIN)? If yes, for what purpose? NO

Do you hold a professional license? If yes, for what purpose? NO

Are you associated with an Internet business of any kind? Do you have a website? If yes, please explain and provide website address(es) and the date started. NO

Are you pursuing money from a third party or involved in any litigation? If yes, please explain why and provide your attorney's contact information. NO

Are you pursuing moneys from a third party: Workers' Compensation Carrier, Insurance Co., or Individual? If yes, please explain. NO

Identify other income you are receiving or for which you have applied. You have an ongoing obligation to notify us immediately of receipt of any other income or any other changes to this information, including supporting documentation confirming the amount you receive and the effective date:

| Yes | No | Type | Amount per Week/Month | Date Began Receiving | Date Ceased Receiving | Date Income Applied for |
|---|---|---|---|---|---|---|
| ☐ | X | Wages/ Income/ Money/ Unemployment | $ | | | |
| ☐ | X | Social Security (disability or retirement) | $ | | | |
| ☐ | X | Social Security (for your spouse/dependents) | $ | | | |
| ☐ | X | Short Term Disability or State Disability | $ | | | |
| ☐ | X | Pension or Retirement benefits (lump sum/ongoing) | $ | | | |
| ☐ | X | Workers' Compensation | $ | | | |
| ☐ | X | Severance or Employment Separation payment (provide Agreement) | $ | | | |
| ☐ | X | Other income/money/benefit (describe) ____ | $ | | | |

**If my claim is overpaid, I understand and agree that Liberty has the right to recover such overpayment from me, including the right to reduce future disability benefits, or pursue other collection methods as appropriate. The above statements are true and complete to the best of my knowledge and I understand that any person who knowingly, and with intent to injure, defraud, or deceive Liberty and/or Plan Sponsor, files a statement or claim containing any false, incomplete, or misleading information may be guilty of a criminal act punishable under law. A photo static copy of this form will be valid as the original.**

**EMPLOYEE'S PRINTED NAME:** Kenny Haverly, Jr.

**DATE:** 19 Apr 2018 **EMPLOYEE'S SIGNATURE:** [signature]

# DIRECT DEPOSIT APPLICATION

Liberty Mutual. INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
Phone No.: (800) 291-0112
Secure Fax No.: (603) 430-5732

**Return To:** Christopher Le Grand

EMPLOYEE/CLAIMANT NAME: Kenny Haverly
CLAIM NO: 7956041
EMPLOYER/SPONSOR: Papa John's International, Inc DATE OF BIRTH: ______

**CHECK ONE:** [X] New [ ] Change
**YOUR TELEPHONE NUMBER:** ______
**ADDRESS:** ______ **CITY:** ______ **STATE:** ______ **ZIP:** ______

**AUTHORIZATION AGREEMENT FOR PRE-AUTHORIZED DEPOSITS**

I (We) hereby authorize and request Liberty Life Assurance Company of Boston, hereinafter called LIBERTY, to make payment of any Disability payments owing to me (either of us) by initiating credit entries or adjustment entries to my account indicated below in the bank named below, hereinafter called BANK, and I (we) authorize and request BANK to accept any credit entries or adjustment entries initiated by LIBERTY to such account and to enter the same to such account without responsibility for the correctness thereof.

## REQUIRED FIELDS ARE BOLDED BELOW

******All must be completed or your form will be rejected******

**TYPE OF ACCOUNT:** [X] Checking [ ] Savings **BANK NAME:** Fort Knox Federal Credit Union

**9 DIGIT ABA ROUTING NUMBER:** ______ **BANK ADDRESS:** 3939 South Dixie Blvd.

**YOUR ACCOUNT NUMBER:** ______ **CITY:** Radcliff **STATE:** KY **ZIP:** 40160

**BANK PHONE:** (800) 285-5669

******You must check yes or no to BOTH of the following two questions******

**WILL THESE DIRECT DEPOSIT BENEFIT PAYMENTS BE SENT TO A BANK OUTSIDE THE U.S.?** [ ] YES [X] NO

**DOES YOUR BANK HAVE STANDING ORDERS FROM YOU TO MOVE FUNDS FROM THE ACCOUNT WE CREDITED TO A BANK OUTSIDE THE U.S.?** [ ] YES [X] NO

It is my understanding that this agreement may be terminated by me (either of us) at any time by written notification to LIBERTY or BANK. Any such notification to LIBERTY shall be effective only with respect to entries initiated by LIBERTY after receipt of such notification and a reasonable opportunity to act on it. Any such notification to BANK shall be effective only with respect to entries credited to my (our) account by BANK after receipt of such notification and a reasonable time to act on it. I also understand that it is my responsibility to confirm payments or funds have been deposited into the specified account before authorizing payment or making withdrawals from specified account.

Signed: [signature] Date: 19 Apr 2018

DP481 DD AP



# CLAIMANT INFORMATION FORM

Liberty Mutual. INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
Phone No.: (800) 291-0112
Secure Fax No.: (603) 430-5732

**Return To:** Christopher Le Grand

EMPLOYEE/CLAIMANT NAME: Kenny Haverly
CLAIM NO: 7956041
EMPLOYER/SPONSOR: Papa John's International, Inc DATE OF BIRTH:

**TO BE COMPLETED BY EMPLOYEE:**
Please provide us with the names of all medical providers, hospitals, medical insurance carriers, and pharmacies used during the time period from 01/01/2018 to the present. *If additional space is needed, please use a separate sheet of paper.*

**MEDICAL PROVIDERS/THERAPISTS/CLINICS/HOSPITALS:**

Name: Dr. Warren Chumley
Specialty: Neurology
Address: 1021 Majestic Dr, Ste 200, Lexington KY 40513
Telephone No.: (859) 685-0656 Fax No.: (859) 296 2603

Name:
Specialty:
Address:
Telephone No.: ( ) Fax No.: ( )

Name:
Specialty:
Address:
Telephone No.: ( ) Fax No.: ( )

Name:
Specialty:
Address:
Telephone No.: ( ) Fax No.: ( )

**MEDICAL INSURANCE CARRIER(S):**

Name: Anthem BC/BS
Specialty:
Address:
Telephone No.: (866) 542-4468 Fax No.: ( )

Name:
Specialty:
Address:
Telephone No.: ( ) Fax No.: ( )

**PHARMACY(S):**

Name: Wal-Mart
Specialty:
Address: 3745 E. John Rowan Blvd Bardstown, KY 40004
Telephone No.: (502) 349-6044 Fax No.: ( )

Name: Express Scripts (mail)
Specialty:
Address: 2040 Rte 130 North, Burlington, NJ 08016
Telephone No.: (800) 711 0917 Fax No.: ( )

I hereby attest the above statement is true. I understand that any person who knowingly and with intent to injure, defraud, or deceive the insurance company files a statement or claim containing any false or misleading information may be guilty of a criminal act punishable under law.

**SIGNATURE:** [signature] **DATE:** 19 Apr 2018

# FAMILY INFORMATION QUESTIONNAIRE

Liberty Mutual. INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
Phone No.: (800) 291-0112
Secure Fax No.: (603) 430-5732

**Return to:** Christopher Le Grand

EMPLOYEE/CLAIMANT NAME: Kenny Haverly
CLAIM NO: 7956041
EMPLOYER/SPONSOR: Papa John's International, Inc DATE OF BIRTH: ________

To document your Long Term Disability Claim file and properly administer benefits, we need the following information. Please complete and return this form in the envelope provided. Thank you for your prompt attention to this request for information.

What is your marital status? Single ____ Married X Divorced ____
If married, please indicate your spouse's name and date of birth. Name: Shannon Haverly DOB: 1 Sept 1978

Do you have children or dependents*? Yes ____ No X
If yes, please provide additional details below, using additional space as needed.
* An Eligible dependent may include:

- Biological Child(ren)
- Stepchildren
- Children not residing in your household
- Custodial Grandchildren
- A child 18 or older with a disability that started before age 22
- Adopted Children
- A child 18-19 and a full-time student (not higher than grade 12)

| Name | DOB | If Divorced or Separated, Indicate Custodial or Non-Custodial | High School Student? Yes or No | Anticipated/Actual Last Month/Year of High School |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |

Is your spouse and/or children receiving Social Security benefits? Yes: ________ No: ✓
If yes, please complete the information below and include a copy of their Social Security Award Certificate(s).

If no, however, they were previously receiving Social Security benefits in the past and are no longer, please include a copy of the Social Security Termination notice (s), if this information has not already been provided to Liberty Life Assurance Company.

| Name | DOB | Awarded as: Dependent, Spouse or Disabled | Current Monthly Benefit Amount | Date of Entitlement to Benefits | Benefit Termination Date (if applicable) |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

Your Name: Kenny Haverly, Jr. [signature] Date: 19 Apr 2018

## Initial Payment Set up Worksheet

**Claimant's Name** Kenny Haverly **DOB**

**Customer** Papa John's International Inc.

**LTD Claim #** 7956041 **Work State:** KY

**Associated Claims** 3903216 Type STD Type

**Benefit End date of associated claims** 5/15/2018

**Contractual EP** Greater of End of STD Benefits or 180 days

**LTD Benefit begin date** 5/16/2018 **DOD** 11/15/2017 **AGE** 41

**Max Benefit date** /2043 Age 67

**Does policy include COLA provision** No

**Sources used to verify BME amount**

Per Wage Report in Doc list PPE 11/5/17, indicates Weekly $1212.26 x 52 wks / 12 months = $5253.13 BME

**BME amount** $5,253.13 **Benefit percentage** 60.00

**Gross modal benefit** $3,151.88

**Benefit Begin date** 5/16/2018

**Approved thru date** 5/15/2020 24 months own occupation

**Offsets entered**

| **Type** | **Amount** |
|---|---|
| No CSS form or Notes re: other income; DCM will refer if offset needed | |
| | |
| | |

**Deductions entered** **Effective:** **Through**

| **Type** | **Amount** | **Type** | **Amount** |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

**Tax Withholding** **Federal** **State**

**Completed by:** **Jackie M.** **Approved by:**

| Company | Name | Employee ID | Job Title | Week Ending Paid | Salaried Regular Earnings | Gross Pay | Net Pay | Bonus Amounts | Date of Paycheck |
|---|---|---|---|---|---|---|---|---|---|
| Papa John's USA, Inc. | Haverly Jr,Kenny | 263486 | POS Technical Specialist | 11/20/2016 | 473.08 | 473.08 | 209.02 | | 11/25/2016 |
| Papa John's USA, Inc. | Haverly Jr,Kenny | 263486 | POS Technical Specialist | 11/27/2016 | 1182.69 | 1182.69 | 708.31 | | 12/2/2016 |
| Papa John's USA, Inc. | Haverly Jr,Kenny | 263486 | POS Technical Specialist | 12/4/2016 | 1182.69 | 1182.69 | 714.93 | | 12/9/2016 |
| Papa John's USA, Inc. | Haverly Jr,Kenny | 263486 | POS Technical Specialist | 12/11/2016 | 1182.69 | 1182.69 | 743.01 | | 12/16/2016 |
| Papa John's USA, Inc. | Haverly Jr,Kenny | 263486 | POS Technical Specialist | 12/18/2016 | 1182.69 | 1182.69 | 718.03 | | 12/23/2016 |
| Papa John's USA, Inc. | Haverly Jr,Kenny | 263486 | POS Technical Specialist | 12/25/2016 | | | | | 12/30/2016 |
| Papa John's USA, Inc. | Haverly Jr,Kenny | 263486 | POS Technical Specialist | 12/25/2016 | 1182.69 | 1182.69 | 708.03 | | 12/30/2016 |
| Papa John's USA, Inc. | Haverly Jr,Kenny | 263486 | POS Technical Specialist | 1/1/2017 | 1182.69 | 1182.69 | 693.04 | | 1/6/2017 |
| Papa John's USA, Inc. | Haverly Jr,Kenny | 263486 | POS Technical Specialist | 1/8/2017 | 1182.69 | 1182.69 | 711.64 | | 1/13/2017 |
| Papa John's USA, Inc. | Haverly Jr,Kenny | 263486 | POS Technical Specialist | 1/15/2017 | 1182.69 | 1182.69 | 711.65 | | 1/20/2017 |
| Papa John's USA, Inc. | Haverly Jr,Kenny | 263486 | POS Technical Specialist | 1/22/2017 | 1182.69 | 1182.69 | 711.65 | | 1/27/2017 |
| Papa John's USA, Inc. | Haverly Jr,Kenny | 263486 | POS Technical Specialist | 1/29/2017 | 1182.69 | 1182.69 | 705.04 | | 2/3/2017 |
| Papa John's USA, Inc. | Haverly Jr,Kenny | 263486 | POS Technical Specialist | 2/5/2017 | 1182.69 | 1182.69 | 711.64 | | 2/10/2017 |
| Papa John's USA, Inc. | Haverly Jr,Kenny | 263486 | POS Technical Specialist | 2/12/2017 | 1182.69 | 1182.69 | 711.64 | | 2/17/2017 |
| Papa John's USA, Inc. | Haverly Jr,Kenny | 263486 | POS Technical Specialist | 2/19/2017 | 1182.69 | 2879.44 | 1695.63 | 1696.75 | 2/24/2017 |
| Papa John's USA, Inc. | Haverly Jr,Kenny | 263486 | POS Technical Specialist | 2/26/2017 | 1212.26 | 1212.26 | 709.4 | | 3/3/2017 |
| Papa John's USA, Inc. | Haverly Jr,Kenny | 263486 | POS Technical Specialist | 3/5/2017 | 1212.26 | 1212.26 | 731.59 | | 3/10/2017 |
| Papa John's USA, Inc. | Haverly Jr,Kenny | 263486 | POS Technical Specialist | 3/12/2017 | 1212.26 | 1212.26 | 761.59 | | 3/17/2017 |
| Papa John's USA, Inc. | Haverly Jr,Kenny | 263486 | POS Technical Specialist | 3/19/2017 | 1212.26 | 1212.26 | 761.59 | | 3/24/2017 |
| Papa John's USA, Inc. | Haverly Jr,Kenny | 263486 | POS Technical Specialist | 3/26/2017 | 1212.26 | 1212.26 | 761.6 | | 3/31/2017 |
| Papa John's USA, Inc. | Haverly Jr,Kenny | 263486 | POS Technical Specialist | 4/2/2017 | 1212.26 | 1212.26 | 748.99 | | 4/7/2017 |
| Papa John's USA, Inc. | Haverly Jr,Kenny | 263486 | POS Technical Specialist | 4/9/2017 | 1212.26 | 1212.26 | 761.59 | | 4/14/2017 |
| Papa John's USA, Inc. | Haverly Jr,Kenny | 263486 | POS Technical Specialist | 4/16/2017 | 1212.26 | 1212.26 | 761.6 | | 4/21/2017 |
| Papa John's USA, Inc. | Haverly Jr,Kenny | 263486 | POS Technical Specialist | 4/23/2017 | 1212.26 | 1212.26 | 761.59 | | 4/28/2017 |
| Papa John's USA, Inc. | Haverly Jr,Kenny | 263486 | POS Technical Specialist | 4/30/2017 | 1212.26 | 1427.18 | 880.86 | 214.92 | 5/5/2017 |
| Papa John's USA, Inc. | Haverly Jr,Kenny | 263486 | POS Technical Specialist | 5/7/2017 | 1212.26 | 1212.26 | 761.59 | | 5/12/2017 |
| Papa John's USA, Inc. | Haverly Jr,Kenny | 263486 | POS Technical Specialist | 5/14/2017 | 1212.26 | 1212.26 | 761.6 | | 5/19/2017 |
| Papa John's USA, Inc. | Haverly Jr,Kenny | 263486 | POS Technical Specialist | 5/21/2017 | 1212.26 | 1212.26 | 761.59 | | 5/26/2017 |
| Papa John's USA, Inc. | Haverly Jr,Kenny | 263486 | POS Technical Specialist | 5/28/2017 | 1212.26 | 1212.26 | 755 | | 6/2/2017 |
| Papa John's USA, Inc. | Haverly Jr,Kenny | 263486 | POS Technical Specialist | 6/4/2017 | 1212.26 | 1212.26 | 761.59 | | 6/9/2017 |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Papa John's USA, Inc. | Haverly Jr,Kenny | 263486 | POS Technical Specialist | 6/11/2017 | 1212.26 | 1212.26 | 761.59 | | 6/16/2017 |
| Papa John's USA, Inc. | Haverly Jr,Kenny | 263486 | POS Technical Specialist | 6/18/2017 | 1212.26 | 1212.26 | 761.6 | | 6/23/2017 |
| Papa John's USA, Inc. | Haverly Jr,Kenny | 263486 | POS Technical Specialist | 6/25/2017 | 1212.26 | 1212.26 | 761.59 | | 6/30/2017 |
| Papa John's USA, Inc. | Haverly Jr,Kenny | 263486 | POS Technical Specialist | 7/2/2017 | 1212.26 | 1212.26 | 754.99 | | 7/7/2017 |
| Papa John's USA, Inc. | Haverly Jr,Kenny | 263486 | POS Technical Specialist | 7/9/2017 | 1212.26 | 1212.26 | 761.59 | | 7/14/2017 |
| Papa John's USA, Inc. | Haverly Jr,Kenny | 263486 | POS Technical Specialist | 7/16/2017 | 1212.26 | 1212.26 | 761.59 | | 7/21/2017 |
| Papa John's USA, Inc. | Haverly Jr,Kenny | 263486 | POS Technical Specialist | 7/23/2017 | 1212.26 | 1212.26 | 761.6 | | 7/28/2017 |
| Papa John's USA, Inc. | Haverly Jr,Kenny | 263486 | POS Technical Specialist | 7/30/2017 | 1212.26 | 1349.85 | 835.63 | 137.59 | 8/4/2017 |
| Papa John's USA, Inc. | Haverly Jr,Kenny | 263486 | POS Technical Specialist | 8/6/2017 | 1212.26 | 1212.26 | 761.59 | | 8/11/2017 |
| Papa John's USA, Inc. | Haverly Jr,Kenny | 263486 | POS Technical Specialist | 8/13/2017 | 1212.26 | 1212.26 | 761.59 | | 8/18/2017 |
| Papa John's USA, Inc. | Haverly Jr,Kenny | 263486 | POS Technical Specialist | 8/20/2017 | 1212.26 | 1212.26 | 761.59 | | 8/25/2017 |
| Papa John's USA, Inc. | Haverly Jr,Kenny | 263486 | POS Technical Specialist | 8/27/2017 | 1212.26 | 1212.26 | 755 | | 9/1/2017 |
| Papa John's USA, Inc. | Haverly Jr,Kenny | 263486 | POS Technical Specialist | 9/3/2017 | 1212.26 | 1212.26 | 761.6 | | 9/8/2017 |
| Papa John's USA, Inc. | Haverly Jr,Kenny | 263486 | POS Technical Specialist | 9/10/2017 | 1212.26 | 1212.26 | 761.59 | | 9/15/2017 |
| Papa John's USA, Inc. | Haverly Jr,Kenny | 263486 | POS Technical Specialist | 9/17/2017 | 1212.26 | 1212.26 | 761.59 | | 9/22/2017 |
| Papa John's USA, Inc. | Haverly Jr,Kenny | 263486 | POS Technical Specialist | 9/24/2017 | 1212.26 | 1212.26 | 761.6 | | 9/29/2017 |
| Papa John's USA, Inc. | Haverly Jr,Kenny | 263486 | POS Technical Specialist | 10/1/2017 | 1212.26 | 1212.26 | 754.99 | | 10/6/2017 |
| Papa John's USA, Inc. | Haverly Jr,Kenny | 263486 | POS Technical Specialist | 10/8/2017 | 1212.26 | 1212.26 | 761.59 | | 10/13/2017 |
| Papa John's USA, Inc. | Haverly Jr,Kenny | 263486 | POS Technical Specialist | 10/15/2017 | 1212.26 | 1212.26 | 761.59 | | 10/20/2017 |
| Papa John's USA, Inc. | Haverly Jr,Kenny | 263486 | POS Technical Specialist | 10/22/2017 | 1212.26 | 1212.26 | 761.59 | | 10/27/2017 |
| Papa John's USA, Inc. | Haverly Jr,Kenny | 263486 | POS Technical Specialist | 10/29/2017 | 1212.26 | 1404.8 | 867.77 | 192.54 | 11/3/2017 |
| Papa John's USA, Inc. | Haverly Jr,Kenny | 263486 | POS Technical Specialist | 11/5/2017 | 1212.26 | 1212.26 | 761.59 | | 11/9/2017 |

**n0001662**

**From:** Sarah Walker
**Sent:** Wednesday, April 11, 2018 8:47:24 AM
**To:** Monahan, Jaqueline
**Subject:** RE: LTD Salary Verification - Kenny Haverly - LTD Claim 7956041
**Attachments:** wage statement.xls

Here you go Jaqueline – sorry for the delay!

Thanks,


**Sarah M. Walker**

Benefits Administrator

Phone: (502) 261-4798

Fax: (502) 261-4326


**From:** Monahan, Jaqueline [mailto:JAQUELINE.MONAHAN@LibertyMutual.com]
**Sent:** Tuesday, April 10, 2018 10:54 AM
**To:** Debbie Quillin <Debra_Quillin@papajohns.com>; Janna Curtsinger <Janna_Curtsinger@papajohns.com>; Sarah Walker <Sarah_Walker@papajohns.com>
**Subject:** RE: LTD Salary Verification - Kenny Haverly - LTD Claim 7956041
**Importance:** High

[EXTERNAL EMAIL - USE CAUTION]

Good Morning,

Sending a follow-up to my request for salary information, please respond at your earliest convenience and let me know if you have any questions.  Thank you.

**Jackie Monahan**

Financial Ops Rep II – Financial Services

Liberty Mutual Benefits – Operations Support Services

Liberty Mutual Insurance

100 Liberty Way| Dover, N.H. 03820

Direct Dial: (888) 437-7611 ext 16489

Fax (603) 334-3956

jaqueline.monahan@libertymutual.com

**From:** Monahan, Jaqueline
**Sent:** Thursday, April 05, 2018 8:15 AM
**To:** 'debra_quillin@papajohns.com' <debra_quillin@papajohns.com>; 'janna_Curtsinger@papajohns.com' <janna_Curtsinger@papajohns.com>; 'Sarah_walker@papajohns.com' <Sarah_walker@papajohns.com>
**Subject:** LTD Salary Verification - Kenny Haverly - LTD Claim 7956041

Good Morning,

I'm a Payment Specialist in the Financial Services Department within Disability Claims at Liberty Life Assurance Company and am contacting you for salary verification regarding the LTD claim for Kenny Haverly, (Emp #263486 and DOB: ).

Please provide the following:

- A copy of the employee's earnings statement for the pay period ending prior to, but not including, the disability date of 11/15/2017.
- Confirm the standard number of hours this employee was scheduled to work per pay period prior to disability.

Please contact me with any questions.

Thank you,

**Jackie Monahan**

Financial Ops Rep II – Financial Services

Liberty Mutual Benefits – Operations Support Services

Liberty Mutual Insurance

100 Liberty Way| Dover, N.H. 03820

Direct Dial: (888) 437-7611 ext 16489

Fax (603) 334-3956

jaqueline.monahan@libertymutual.com

---------- This communication is intended only for the use of the individual or entity named as the addressee. It may contain information that is privileged and/or confidential under applicable law. If you are not the intended recipient or such recipient's employee or agent, you are hereby notified that any dissemination, copy or disclosure of this communication is strictly prohibited. If you have received this communication in error, please notify the sender immediately via email and delete this communication and its attachments without making any copies. Thank you for your cooperation.----------

**n0001662**

**From:** Monahan, Jaqueline
**Sent:** Tuesday, April 10, 2018 10:54:16 AM
**To:** 'debra_quillin@papajohns.com'; 'janna_Curtsinger@papajohns.com'; 'Sarah_walker@papajohns.com'
**Subject:** RE: LTD Salary Verification - Kenny Haverly - LTD Claim 7956041

Good Morning,

Sending a follow-up to my request for salary information, please respond at your earliest convenience and let me know if you have any questions. Thank you.


**Jackie Monahan**

Financial Ops Rep II – Financial Services

Liberty Mutual Benefits – Operations Support Services

Liberty Mutual Insurance

100 Liberty Way| Dover, N.H. 03820

Direct Dial: (888) 437-7611 ext 16489

Fax (603) 334-3956

jaqueline.monahan@libertymutual.com


**From:** Monahan, Jaqueline
**Sent:** Thursday, April 05, 2018 8:15 AM
**To:** 'debra_quillin@papajohns.com' <debra_quillin@papajohns.com>; 'janna_Curtsinger@papajohns.com' <janna_Curtsinger@papajohns.com>; 'Sarah_walker@papajohns.com' <Sarah_walker@papajohns.com>
**Subject:** LTD Salary Verification - Kenny Haverly - LTD Claim 7956041

Good Morning,

I'm a Payment Specialist in the Financial Services Department within Disability Claims

at Liberty Life Assurance Company and am contacting you for salary verification regarding the LTD claim for Kenny Haverly, (Emp #263486 and DOB: .

Please provide the following:

•□□□□□□□□ A copy of the employee’s earnings statement for the pay period ending prior to, but not including, the disability date of 11/15/2017.

•□□□□□□□□ Confirm the standard number of hours this employee was scheduled to work per pay period prior to disability.

Please contact me with any questions.

Thank you,

**Jackie Monahan**

Financial Ops Rep II – Financial Services

Liberty Mutual Benefits – Operations Support Services

Liberty Mutual Insurance

100 Liberty Way| Dover, N.H. 03820

Direct Dial: (888) 437-7611 ext 16489

Fax (603) 334-3956

jaqueline.monahan@libertymutual.com

**n0001662**

---

**From:** Monahan, Jaqueline
**Sent:** Thursday, April 05, 2018 8:15:16 AM
**To:** 'debra_quillin@papajohns.com'; 'janna_Curtsinger@papajohns.com'; 'Sarah_walker@papajohns.com'
**Subject:** LTD Salary Verification - Kenny Haverly - LTD Claim 7956041

Good Morning,

I'm a Payment Specialist in the Financial Services Department within Disability Claims at Liberty Life Assurance Company and am contacting you for salary verification regarding the LTD claim for Kenny Haverly, (Emp #263486 and DOB:                    ).

Please provide the following:

●□□□□□□□□ A copy of the employee's earnings statement for the pay period ending prior to, but not including, the disability date of 11/15/2017.

●□□□□□□□□ Confirm the standard number of hours this employee was scheduled to work per pay period prior to disability.

Please contact me with any questions.

Thank you,

**Jackie Monahan**

Financial Ops Rep II – Financial Services

Liberty Mutual Benefits – Operations Support Services

Liberty Mutual Insurance

100 Liberty Way| Dover, N.H. 03820

Direct Dial: (888) 437-7611 ext 16489

Fax (603) 334-3956

jaqueline.monahan@libertymutual.com

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207

MR. KENNY HAVERLY JR

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
Phone No.: (800) 291-0112
Secure Fax No.: (603) 430-5732

March 29, 2018

Mr. Kenny Haverly Jr

RE: Long Term Disability (LTD) Benefits
Papa John's International, Inc
Claim #: 7956041

Dear Mr. Kenny Haverly Jr:

Liberty Life Assurance Company of Boston ("Liberty") is responsible for managing claims for Long Term Disability (LTD) benefits under Papa John's International, Inc's Group Disability Policy. We are writing in reference to your claim for LTD benefits under the Policy.

We have completed a thorough review of the information submitted and have approved your claim for benefits.

The Policy states that to be eligible for benefits you must meet the definition of disability as defined in the LTD Policy:

> ***"Disability"*** *or* ***"Disabled"*** *means:*
>
> *1. For persons other than pilots, co-pilots, and crewmembers of an aircraft:*
>
> *i. that during the Elimination Period and the next 24 months of Disability the Covered*
> *Person, as a result of Injury or Sickness, is unable to perform the Material and Substantial Duties of his Own Occupation; and*
>
> *i. thereafter, the Covered Person is unable to perform, with reasonable continuity, the*
> *Material and Substantial Duties of Any Occupation.*
>
> ***"Material and Substantial Duties"****, means responsibilities that are normally required to perform the Covered Person's Own Occupation, or any other occupation, and cannot be reasonably eliminated or modified.*
>
> ***"Own Occupation"****, means the Covered Person's occupation that he was performing when his Disability or Partial Disability began. For the purposes of*

*determining Disability under this policy, Liberty will consider the Covered Person's occupation as it is normally performed in the national economy.*

Based on the medical and vocational information contained in our claim file, we have determined that you are unable to perform the duties of your occupation.

We have determined that your date of disability is November 15, 2017 and your benefits begin on May 16, 2018. Benefit payment will be sent under separate cover.

The Policy provides benefits at 60% of your pre-disability earnings less benefits from other income. These include, but are not limited to benefits under the United States Social Security Act, the Public Employees' Retirement Fund and Workers' Compensation benefits.

You will continue to receive benefits provided all contractual provisions continue to be met or until you return to work or other income benefits are awarded as defined by the Policy.

You may have your benefit checks automatically deposited into your checking or savings account by completing the enclosed Direct Deposit Form and returning it to our office.

While you are eligible to receive Long Term Disability benefits, we will not require payment of any LTD premiums normally due.

Federal and state tax withholding requirements are based upon the disability Policy established by your employer. In this case, both federal and state income tax withholding is voluntary. To elect federal income tax withholding from your benefits, please return a completed Form W-4S. You cannot elect less than $88.00 per month to be deducted for federal taxes. To elect state income tax withholding, provide us with the applicable state tax withholding form, which can be obtained from your local federal building or online at www.irs.gov.

We will continue to review your claim and request medical documentation to evaluate your continued eligibility for benefits. Please note that approval at this time does not guarantee payments through the maximum benefit duration. It is imperative that you assist with the management of your claim going forward by providing prompt responses to our requests for information. Please notify our office immediately if your condition changes or your physicians alter your treatment plan.

If your benefit is overpaid Liberty Life Assurance Company of Boston has the right to recover the amount overpaid in full. To avoid an overpayment, please notify our office immediately if you begin receiving other income for this same time period as outlined in your LTD Policy.

If you have any questions regarding this matter, please contact me.

Liberty Mutual Insurance offers you the convenience of managing multiple aspects of your benefits online or through your mobile device, including viewing the status of your claim or leave. Visit www.mylibertyconnection.com on your computer or mobile device.

Sincerely,

Christopher Le Grand
Long Term Disability Specialist
Phone No.: (800) 291-0112 Ext. 13918
Secure Fax No.: (603) 430-5732

Attachments: Activities Questionnaire Form
Authorization - Medical
Claimant Information Form
Claimant Supplementary Statement
Direct Deposit Application
Family Information Questionnaire

# ACTIVITIES QUESTIONNAIRE

Liberty Mutual INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
Phone No.: (800) 291-0112
Secure Fax No.: (603) 430-5732

**Return To:** Christopher Le Grand

EMPLOYEE/CLAIMANT NAME: Kenny Haverly

CLAIM NO: 7956041 DATE OF BIRTH: ____________

EMPLOYER/SPONSOR: Papa John's International, Inc

**TO BE COMPLETED BY THE CLAIMANT:**

Please answer the following questions and return the form to Liberty Life Assurance Company of Boston.

How long are you able to:

sit ____________ stand ____________ walk ____________

How many hours a day do you:

sit ____________ stand ____________ walk ____________

Do you take a nap during the day?

Yes____________ No ____________

If Yes, for how long? ____________ At what time of the day?____________

How many hours a day do you spend in bed?____________

Do you require any assistive devices such as a:

cane ________ walker________ crutches ________ wheelchair ________ other________

How long are you able to sit in a car?____________

Do you hold a valid driver's license?

Yes____________ No ____________

If No, please explain: ____________________________________________

If Yes, how long are you able to drive a car?__________

**Please provide a copy of your driver's license when returning this form.**

How do you maintain contact with people or activities that matter most to you?

____________________________________________

Do you have children?

Yes________ No ________ If Yes, what are their dates of birth ____________________

Do you need help caring for your children?

Yes ________ No ________

Are you responsible for taking care of any grandchildren, an elderly parent or grandparent?

Yes________ No ________ If Yes, please explain ____________________

How many times a day do you leave the house during the week? __________

On the weekends? __________

How often do you run errands? ____________________

Please describe what errands you most commonly run: ____________________

____________________________________________

Liberty Mutual INSURANCE



How often do you get outdoors? ____________________________________________

Are you left or right hand dominant? Left ________ Right ________

Are you able to work in your garden? Yes ________ No ________

Are you able to work on your house? Yes ________ No ________

Are you able to wash your car? Yes ________ No ________

How much time is spent daily on your home computer?
_______ None _______ 0-1 hours _______ 1-2 hours _______ 2-3 hours _______ 3+ hours

How much time is spent weekly on your home computer?
_______ None _______ 0-1 hours _______ 1-2 hours _______ 2-3 hours _______ 3+ hours

What activities do you perform on your home computer. Please check all that apply:

_______ Pay bills _______ Read news/articles _______ Use search engines _______ Send emails

_______ Visit chat rooms _______ Photos Other: ________________________

What computer software applications do you utilize. Please check all that apply:

______ Word processing (Word) ______ Spreadsheets (Excel) ______ Database (Access) ______ Graphics

______ Photo software (Photoshop) ______ Programming Other: ________________________

Do you have a working home copy machine/fax machine? ________ Yes ________ No

If yes, please explain purpose and usage: ____________________________________________

The following questions intend to identify whether or not you are able to independently conduct routine daily activities. If assistance is required, please clarify.

| **How are the following accomplished?** | **By Whom?** | **Assistance Required?** |
|---|---|---|
| Grocery Shopping | | |
| Carrying groceries into the house | | |
| Cooking meals | | |
| Cleaning after meals | | |
| Cleaning bathrooms | | |
| Vacuuming | | |
| Doing the laundry | | |
| Opening and responding to mail | | |
| Managing your finances | | |
| Balancing your checkbook | | |
| Bathing yourself | | |
| Styling your own hair | | |
| Getting dressed | | |
| Going up and down stairs | | |

Have you been confined to a hospital within the last 12 months? Yes ________ No ________

If Yes, please provide reason and hospital contact Information: ________________________

____________________________________________

____________________________________________

How often do you travel or take vacation? ______

Where do you go? How do you get there (transportation method)? ______

______

Are you able to pursue your hobbies? Yes ______ No ______

If Yes, please describe ______

Do you participate in an exercise program? Yes ______ No ______

If Yes, please describe ______

Do you do any Volunteer work? Yes ______ No ______

If Yes:

how many hours per day? ______

how many hours per week? ______

for whom? ______

Are you working for wages? Yes ______ No ______

If Yes, please provide employer's name ______

**Describe in your own words, what prevents you from engaging in any gainful employment.**

______
______
______
______
______

**Please describe your daily routine: (if more space is needed, please use the back of this form)**

______
______
______
______
______

Is there a daytime number where you can be reached in the event we have any questions regarding your responses?

______

In the event we cannot reach you, please provide an alternate contact's name and telephone number.

______

**Upon completion of this form, please sign and date below and return in the envelope provided to you. Thank you for your cooperation.

The above statements are true and complete to the best of my knowledge and belief and I hereby authorize any hospital or physician who has treated me or other person who has attended me or examined me or any company or Government agency to furnish the Insurance Company providing this firm or their representative, any and all information with respect to any illness, injury, medical history, consultations, prescriptions, treatments or benefits and copies of all applicable records. A photo static copy of this form will be as valid as the original. I understand that if this information changes at any time, I will contact Liberty.

Name: ______ Date: ______

Signature: ______

**Lincoln/Haverly 330**

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
Phone No.: (800) 291-0112
Secure Fax No.: (603) 430-5732

# AUTHORIZATION FOR THE RELEASE OF INFORMATION INCLUDING PROTECTED HEALTH INFORMATION

**I HEREBY AUTHORIZE THE USE OR DISCLOSURE OF INFORMATION ABOUT ME AS DESCRIBED BELOW:**
**Person(s) or group(s) of persons authorized to use or disclose the information:** Any physicians, medical practitioners, hospitals, clinics, HMOs, long-term care facilities, medical or medically-related facilities, pharmacies, insurance companies, credit or consumer reporting agency, financial/educational institutions, current or former employer, governmental agency, MIB Inc., and any insurance support organizations.
**Person(s) or group(s) of persons authorized to collect or otherwise receive the information**: The particular Company in the Liberty Mutual Group of companies to which I am submitting a claim and its authorized representatives, agents and/or employees, the Plan Sponsor (if self-insured Plan) and other organizations providing claims management services.
**Description of the information that may be used or disclosed**: This Authorization specifically includes the release of all information related to:

* My physical and mental health and my insurance policies and claims, including, but not limited to, those containing diagnosis, treatments, prognosis, prescription drug information, alcohol or drug abuse or information regarding communicable or infectious conditions, including HIV/AIDS.
* Job duties, earnings, personnel records and other work related information and credit reports, bank records, and federal and state tax returns.
* Information concerning Social Security benefits, including any records pertaining to me and my dependents

**The information will be used or disclosed only for the following purpose(s):** For purposes of investigating, evaluating and processing my claim, and/or for insurance-related functions.

**STATEMENTS OF UNDERSTANDING & ACKNOWLEDGMENT:**
**I understand** that information used or disclosed pursuant to this authorization could be subject to redisclosure as necessary by the recipient and, if so, may not be subject to federal or state law protecting its confidentiality.
**I understand** that I may revoke this authorization in writing at any time by sending a written revocation to the Company in the Liberty Mutual Group of companies to which I have submitted a claim, except to the extent that action has been taken in reliance on this authorization, or to the extent that other law provides the Company with the right to contest a claim. I also understand that the revocation of this authorization will not affect uses and disclosures of my health information for purposes of treatment, payment and health care operations.
**I understand** that authorizing the disclosure of my health information is voluntary and the provision of health care services to me is not conditioned on whether I sign this authorization. If I choose not to sign this authorization, insurance coverage or claim payments may be denied or delayed.
This authorization shall remain in force for 24 months from the date of signature, except to the extent applicable state law imposes or allows a different duration. The information obtained under this authorization will be retained in accordance with the Company's standard retention policy and applicable law. I understand that I may request a copy of this authorization.

Name of claimant (print) ______________________________

Name of legal representative, if applicable (print) ______________________________ Relationship ________________

Signature of claimant or legal representative ______________________________

Date of Birth: ____________ Claim Number: 7956041 Date: ____________________

**A copy of this authorization will be considered as valid as the original.**



**Lincoln/Haverly 331**

# CLAIMANT INFORMATION FORM

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
Phone No.: (800) 291-0112
Secure Fax No.: (603) 430-5732

**Return To:** Christopher Le Grand

EMPLOYEE/CLAIMANT NAME: Kenny Haverly
CLAIM NO: 7956041
EMPLOYER/SPONSOR: Papa John's International, Inc DATE OF BIRTH: ______

**TO BE COMPLETED BY EMPLOYEE:**
Please provide us with the names of all medical providers, hospitals, medical insurance carriers, and pharmacies used during the time period from 01/01/2018 to the present. *If additional space is needed, please use a separate sheet of paper.*

**MEDICAL PROVIDERS/THERAPISTS/CLINICS/HOSPITALS:**

Name: ______ Name: ______
Specialty: ______ Specialty: ______
Address: ______ Address: ______
Telephone No. :( ) Fax No. :( ) Telephone No. :( ) Fax No. :( )

Name: ______ Name: ______
Specialty: ______ Specialty: ______
Address: ______ Address: ______
Telephone No. :( ) Fax No. :( ) Telephone No. :( ) Fax No. :( )

**MEDICAL INSURANCE CARRIER(S):**

Name: ______ Name: ______
Specialty: ______ Specialty: ______
Address: ______ Address: ______
Telephone No. :( ) Fax No. :( ) Telephone No. :( ) Fax No. :( )

**PHARMACY(S):**

Name: ______ Name: ______
Specialty: ______ Specialty: ______
Address: ______ Address: ______
Telephone No. :( ) Fax No. :( ) Telephone No. :( ) Fax No. :( )

I hereby attest the above statement is true. I understand that any person who knowingly and with intent to injure, defraud, or deceive the insurance company files a statement or claim containing any false or misleading information may be guilty of a criminal act punishable under law.

**SIGNATURE:** ______ **DATE:** ______

# CLAIMANT SUPPLEMENTARY STATEMENT

Liberty Mutual INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
Phone No.: (800) 291-0112
Secure Fax No.: (603) 430-5732

**Return to:** Christopher Le Grand

**EMPLOYEE/CLAIMANT NAME:** Kenny Haverly **CLAIM #:** 7956041
**EMPLOYER:** Papa John's International, Inc **DATE OF BIRTH:**_________

| | | |
|---|---|---|
| Full Name (Last, First, Middle Int.) | Social Security # | Email Address |
| Street Address | City | State / Zip Code |
| Telephone Number (include area code) | Cell Phone Number (include area code) | Marital Status |
| Spouse's Full Name and Date of Birth | Number of Children | Dates of Birth of Children |

Next of Kin/Emergency Contact (required should additional benefits be payable in the event of your death).
Name Relationship to you? Tel #.

Have you returned to any type of employment or activity that provides you money? If yes, please provide name of employer, start date, hours worked per/wk and rate of pay.

Do you own a business, or are you involved or affiliated with any type of business, corporation, partnership, or sole proprietary? If yes, please explain and provide proof of income from prior year.

Do you have a tax identification number (TIN) or employer identification number (EIN)? If yes, for what purpose?

Do you hold a professional license? If yes, for what purpose?

Are you associated with an Internet business of any kind? Do you have a website? If yes, please explain and provide website address(es) and the date started.

Are you pursuing money from a third party or involved in any litigation? If yes, please explain why and provide your attorney's contact information.

Are you pursuing moneys from a third party: Workers' Compensation Carrier, Insurance Co., or Individual? If yes, please explain.

Identify other income you are receiving or for which you have applied. You have an ongoing obligation to notify us immediately of receipt of any other income or any other changes to this information, including supporting documentation confirming the amount you receive and the effective date:

| Yes | No | Type | Amount per Week/Month | Date Began Receiving | Date Ceased Receiving | Date Income Applied for |
|---|---|---|---|---|---|---|
| ☐ | ☐ | Wages/ Income/ Money/ Unemployment | $ | | | |
| ☐ | ☐ | Social Security (disability or retirement) | $ | | | |
| ☐ | ☐ | Social Security (for your spouse/dependents) | $ | | | |
| ☐ | ☐ | Short Term Disability or State Disability | $ | | | |
| ☐ | ☐ | Pension or Retirement benefits (lump sum/ongoing) | $ | | | |
| ☐ | ☐ | Workers' Compensation | $ | | | |
| ☐ | ☐ | Severance or Employment Separation payment (provide Agreement) | $ | | | |
| ☐ | ☐ | Other income/money/benefit (describe) ______ | $ | | | |

**If my claim is overpaid, I understand and agree that Liberty has the right to recover such overpayment from me, including the right to reduce future disability benefits, or pursue other collection methods as appropriate. The above statements are true and complete to the best of my knowledge and I understand that any person who knowingly, and with intent to injure, defraud, or deceive Liberty and/or Plan Sponsor, files a statement or claim containing any false, incomplete, or misleading information may be guilty of a criminal act punishable under law. A photo static copy of this form will be valid as the original.**

**EMPLOYEE'S PRINTED NAME:** ________________

**DATE:**__________ **EMPLOYEE'S SIGNATURE:** ________________

DP 409

# DIRECT DEPOSIT APPLICATION

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
Phone No.: (800) 291-0112
Secure Fax No.: (603) 430-5732

**Return To:** Christopher Le Grand

EMPLOYEE/CLAIMANT NAME: Kenny Haverly
CLAIM NO: 7956041
EMPLOYER/SPONSOR: Papa John's International, Inc DATE OF BIRTH: ______

**CHECK ONE:** ☐ **New** ☐ **Change**
**YOUR TELEPHONE NUMBER:** ( ) ______
**ADDRESS:** ______ **CITY:** ______ **STATE:** ______ **ZIP:** ______

**AUTHORIZATION AGREEMENT FOR PRE-AUTHORIZED DEPOSITS**

I (We) hereby authorize and request Liberty Life Assurance Company of Boston, hereinafter called LIBERTY, to make payment of any Disability payments owing to me (either of us) by initiating credit entries or adjustment entries to my account indicated below in the bank named below, hereinafter called BANK, and I (we) authorize and request BANK to accept any credit entries or adjustment entries initiated by LIBERTY to such account and to enter the same to such account without responsibility for the correctness thereof.

## REQUIRED FIELDS ARE BOLDED BELOW

******All must be completed or your form will be rejected******

**TYPE OF ACCOUNT:** ☐ **Checking** ☐ **Savings** **BANK NAME:** ______

**9 DIGIT ABA ROUTING NUMBER:** ______ **BANK ADDRESS:** ______

**YOUR ACCOUNT NUMBER:** ______ **CITY:** ______ **STATE:** ______ **ZIP:** ______

**BANK PHONE:** ( ) ______

******You must check yes or no to BOTH of the following two questions******

**WILL THESE DIRECT DEPOSIT BENEFIT PAYMENTS BE SENT TO A BANK OUTSIDE THE U.S.?** ☐ **YES** ☐ **NO**

**DOES YOUR BANK HAVE STANDING ORDERS FROM YOU TO MOVE FUNDS FROM THE ACCOUNT WE CREDITED TO A BANK OUTSIDE THE U.S.?** ☐ **YES** ☐ **NO**

It is my understanding that this agreement may be terminated by me (either of us) at any time by written notification to LIBERTY or BANK. Any such notification to LIBERTY shall be effective only with respect to entries initiated by LIBERTY after receipt of such notification and a reasonable opportunity to act on it. Any such notification to BANK shall be effective only with respect to entries credited to my (our) account by BANK after receipt of such notification and a reasonable time to act on it. I also understand that it is my responsibility to confirm payments or funds have been deposited into the specified account before authorizing payment or making withdrawals from specified account.

Signed: ______ Date: ______

The term "BANK" as used on this application includes Credit Unions, Savings and Loans, etc

**ATTACH VOIDED CHECK HERE**
**Your application will be rejected unless included with the form.**

DP481 DD APLICATION 01/10

**Lincoln/Haverly 334**

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
Phone No.: (800) 291-0112
Secure Fax No.: (603) 430-5732

Liberty Life Assurance Company of Boston is pleased to offer you the security and convenience of having your Disability Benefit check deposited electronically to your bank account. Direct Deposit, often referred to as electronic fund transfer (EFT), means no more mail delays or trips to the bank to cash your check.

**How does direct deposit work?**
Liberty's bank will transfer your benefit payment directly into your bank account. Liberty recommends this payment option because it is predictable, safe and convenient.

**How do I sign up?**
Complete the enclosed Pre-Authorized Direct Deposit Application. Fold it and insert it into the enclosed pre addressed and postage paid envelope along with the **necessary voided check or savings account deposit slip** and drop in the nearest mailbox. Be sure to print all the information clearly, and sign the application. Unfortunately, we cannot accept applications by phone.

**How soon can my direct deposits begin?**
To ensure accuracy, Direct Deposit will actually begin within 10 business days following successful notification to, and verification from your bank. Generally, this means you will receive several benefit checks by mail after you send in your direct deposit application.

C**an I sign up for Direct Deposit and forward my benefit payment to a foreign bank account**?
No, at this time Liberty Life Assurance Group Disability will not allow benefit payment to be paid via EFT if they are funded to a foreign bank or intended to be forwarded to a foreign bank account.

**What if I move to a non US State or territory and receiving Direct Deposit payments?**
You will receive a notification that your direct deposit is being deactivated and provided a new form to complete for consideration of ongoing direct deposit payments.

**Will I continue to receive an Explanation of Benefits (EOB) Statement in the mail?**
Yes. Each deposit will also be confirmed by your bank on your regular bank statement each month. Funds will be deposited to your account within 3 - 5 days after the payment date shown on the Explanation of Benefits (EOB) Statement.

**What happens if I am out of town when the payment is due?**
Your deposit is in your account. You may access it any time after it is deposited.

**What if I change bank accounts?**
Notify your Disability Case Manager and a new form will be sent to you for completion with the information about your new account. We can continue the direct deposit process with your new bank following notification to and verification from your new bank. You may receive several benefit checks by mail in the interim. Do not close your original bank account until you confirm that we have discontinued the Direct Deposit process to that account.

**Can I change my mind?**
Yes. You can start or stop Direct Deposit at any time. Just notify your Disability Case Manager.

**What if I have questions?**
Call your assigned Disability Case Manager. They are available Monday through Friday from 8:30 - 4:30 P.M EST.

**What happens if I fail to complete my direct deposit application?**
Incomplete applications will be mailed back to you along with a new application for you to complete.

# FAMILY INFORMATION QUESTIONNAIRE

Liberty Mutual INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
Phone No.: (800) 291-0112
Secure Fax No.: (603) 430-5732

**Return to:** Christopher Le Grand

EMPLOYEE/CLAIMANT NAME: Kenny Haverly
CLAIM NO: 7956041
EMPLOYER/SPONSOR: Papa John's International, Inc DATE OF BIRTH: ____

To document your Long Term Disability Claim file and properly administer benefits, we need the following information. Please complete and return this form in the envelope provided. Thank you for your prompt attention to this request for information.

What is your marital status? Single ____ Married ____ Divorced ____
If married, please indicate your spouse's name and date of birth. Name: ____ DOB: ____

Do you have children or dependents*? Yes ____ No ____
If yes, please provide additional details below, using additional space as needed.
* An Eligible dependent may include:

- Biological Child(ren)
- Stepchildren
- Children not residing in your household
- Custodial Grandchildren
- A child 18 or older with a disability that started before age 22
- Adopted Children
- A child 18-19 and a full-time student (not higher than grade 12)

| Name | DOB | If Divorced or Separated, Indicate Custodial or Non-Custodial | High School Student? Yes or No | Anticipated/Actual Last Month/Year of High School |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |

Is your spouse and/or children receiving Social Security benefits? Yes: ____ No: ____
If yes, please complete the information below and include a copy of their Social Security Award Certificate(s).

If no, however, they were previously receiving Social Security benefits in the past and are no longer, please include a copy of the Social Security Termination notice (s), if this information has not already been provided to Liberty Life Assurance Company.

| Name | DOB | Awarded as: Dependent, Spouse or Disabled | Current Monthly Benefit Amount | Date of Entitlement to Benefits | Benefit Termination Date (if applicable) |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

Your Name: ____ Date: ____

**From:** GrpMktClmOpsReporting@LibertyMutual.com
**Sent:** Thu, 8 Mar 2018 13:58:08 +0000
**To:**
ASHLEY_YOUNG@PAPAJOHNS.COM;Debra_Quillin@papajohns.com;Janna_Curtsinger@papajohns.com;
sarah_walker@papajohns.com;sharon_kremer@papajohns.com;WILLIE_JAMES@PAPAJOHNS.COM
**Subject:** Claim# 3903216, KENNY HAVERLY

**THIS IS AN AUTOMATED EMAIL, PLEASE DO NOT RESPOND.**

The above named employee has applied for short term disability benefits. The date of disability is 11/15/2017. The claim has been approved through 5/15/2018. As of 5/16/2018 this claim is closed. The case manager for this claim is Christopher Le Grand. The claim number is 3903216.

If you have further questions, please call Liberty Mutual Insurance at (800) 291-0112.

**From:** GrpMktClmOpsReporting@LibertyMutual.com
**Sent:** Thu, 8 Mar 2018 13:58:08 +0000
**To:** ASHLEY_YOUNG@PAPAJOHNS.COM;Debra_Quillin@papajohns.com;Janna_Curtsinger@papajohns.com;sarah_walker@papajohns.com;sharon_kremer@papajohns.com;WILLIE_JAMES@PAPAJOHNS.COM
**Subject:** Claim# 3903216, KENNY HAVERLY

**THIS IS AN AUTOMATED EMAIL, PLEASE DO NOT RESPOND.**

The above named employee has applied for short term disability benefits. The date of disability is 11/15/2017. The claim has been approved through 5/15/2018. As of 5/16/2018 this claim is closed. The case manager for this claim is Christopher Le Grand. The claim number is 3903216.

If you have further questions, please call Liberty Mutual Insurance at (800) 291-0112.

**From:** GrpMktClmOpsReporting@LibertyMutual.com
**Sent:** Thu, 8 Mar 2018 13:58:08 +0000
**To:** ASHLEY_YOUNG@PAPAJOHNS.COM;Debra_Quillin@papajohns.com;Janna_Curtsinger@papajohns.com;sarah_walker@papajohns.com;sharon_kremer@papajohns.com;WILLIE_JAMES@PAPAJOHNS.COM
**Subject:** Claim# 3903216, KENNY HAVERLY

**THIS IS AN AUTOMATED EMAIL, PLEASE DO NOT RESPOND.**

The above named employee has applied for short term disability benefits. The date of disability is 11/15/2017. The claim has been approved through 5/15/2018. As of 5/16/2018 this claim is closed. The case manager for this claim is Christopher Le Grand. The claim number is 3903216.

If you have further questions, please call Liberty Mutual Insurance at (800) 291-0112.

**From:** GrpMktClmOpsReporting@LibertyMutual.com
**Sent:** Thu, 8 Mar 2018 13:58:08 +0000
**To:**
ASHLEY_YOUNG@PAPAJOHNS.COM;Debra_Quillin@papajohns.com;Janna_Curtsinger@papajohns.com;
sarah_walker@papajohns.com;sharon_kremer@papajohns.com;WILLIE_JAMES@PAPAJOHNS.COM
**Subject:** Claim# 3903216, KENNY HAVERLY

**THIS IS AN AUTOMATED EMAIL, PLEASE DO NOT RESPOND.**

The above named employee has applied for short term disability benefits. The date of disability is 11/15/2017. The claim has been approved through 5/15/2018. As of 5/16/2018 this claim is closed. The case manager for this claim is Christopher Le Grand. The claim number is 3903216.

If you have further questions, please call Liberty Mutual Insurance at (800) 291-0112.

**From:** GrpMktClmOpsReporting@LibertyMutual.com
**Sent:** Thu, 8 Mar 2018 13:58:08 +0000
**To:**
ASHLEY_YOUNG@PAPAJOHNS.COM;Debra_Quillin@papajohns.com;Janna_Curtsinger@papajohns.com;sarah_walker@papajohns.com;sharon_kremer@papajohns.com;WILLIE_JAMES@PAPAJOHNS.COM
**Subject:** Claim# 3903216, KENNY HAVERLY

**THIS IS AN AUTOMATED EMAIL, PLEASE DO NOT RESPOND.**

The above named employee has applied for short term disability benefits. The date of disability is 11/15/2017. The claim has been approved through 5/15/2018. As of 5/16/2018 this claim is closed. The case manager for this claim is Christopher Le Grand. The claim number is 3903216.

If you have further questions, please call Liberty Mutual Insurance at (800) 291-0112.

**From:** GrpMktClmOpsReporting@LibertyMutual.com
**Sent:** Thu, 8 Mar 2018 13:58:08 +0000
**To:** ASHLEY_YOUNG@PAPAJOHNS.COM;Debra_Quillin@papajohns.com;Janna_Curtsinger@papajohns.com;sarah_walker@papajohns.com;sharon_kremer@papajohns.com;WILLIE_JAMES@PAPAJOHNS.COM
**Subject:** Claim# 3903216, KENNY HAVERLY

**THIS IS AN AUTOMATED EMAIL, PLEASE DO NOT RESPOND.**

The above named employee has applied for short term disability benefits. The date of disability is 11/15/2017. The claim has been approved through 5/15/2018. As of 5/16/2018 this claim is closed. The case manager for this claim is Christopher Le Grand. The claim number is 3903216.

If you have further questions, please call Liberty Mutual Insurance at (800) 291-0112.

**From:** GrpMktClmOpsReporting@LibertyMutual.com
**Sent:** Wed, 7 Mar 2018 14:33:36 +0000
**To:**
ASHLEY_YOUNG@PAPAJOHNS.COM;Debra_Quillin@papajohns.com;Janna_Curtsinger@papajohns.com;
sarah_walker@papajohns.com;sharon_kremer@papajohns.com;WILLIE_JAMES@PAPAJOHNS.COM
**Subject:** Claim # 3903216, KENNY HAVERLY

**THIS IS AN AUTOMATED EMAIL, PLEASE DO NOT RESPOND.**

The above named employee has applied for short term disability benefits. The claim has a date of disability of 11/15/2017. This claim is approved through 5/15/2018. This indicates an extension of benefits. The case manager for this claim is Shana Pryor. The claim number is 3903216.

If you have further questions or if the employee has returned to work, please call Liberty Mutual Insurance at (800) 291-0112.

**From:** GrpMktClmOpsReporting@LibertyMutual.com
**Sent:** Wed, 7 Mar 2018 14:33:36 +0000
**To:**
ASHLEY_YOUNG@PAPAJOHNS.COM;Debra_Quillin@papajohns.com;Janna_Curtsinger@papajohns.com;
sarah_walker@papajohns.com;sharon_kremer@papajohns.com;WILLIE_JAMES@PAPAJOHNS.COM
**Subject:** Claim # 3903216, KENNY HAVERLY

**THIS IS AN AUTOMATED EMAIL, PLEASE DO NOT RESPOND.**

The above named employee has applied for short term disability benefits. The claim has a date of disability of 11/15/2017. This claim is approved through 5/15/2018. This indicates an extension of benefits. The case manager for this claim is Shana Pryor. The claim number is 3903216.

If you have further questions or if the employee has returned to work, please call Liberty Mutual Insurance at (800) 291-0112.

**From:** GrpMktClmOpsReporting@LibertyMutual.com
**Sent:** Wed, 7 Mar 2018 14:33:36 +0000
**To:**
ASHLEY_YOUNG@PAPAJOHNS.COM;Debra_Quillin@papajohns.com;Janna_Curtsinger@papajohns.com;
sarah_walker@papajohns.com;sharon_kremer@papajohns.com;WILLIE_JAMES@PAPAJOHNS.COM
**Subject:** Claim # 3903216, KENNY HAVERLY

**THIS IS AN AUTOMATED EMAIL, PLEASE DO NOT RESPOND.**

The above named employee has applied for short term disability benefits. The claim has a date of disability of 11/15/2017. This claim is approved through 5/15/2018. This indicates an extension of benefits. The case manager for this claim is Shana Pryor. The claim number is 3903216.

If you have further questions or if the employee has returned to work, please call Liberty Mutual Insurance at (800) 291-0112.

**From:** GrpMktClmOpsReporting@LibertyMutual.com
**Sent:** Wed, 7 Mar 2018 14:33:36 +0000
**To:**
ASHLEY_YOUNG@PAPAJOHNS.COM;Debra_Quillin@papajohns.com;Janna_Curtsinger@papajohns.com;
sarah_walker@papajohns.com;sharon_kremer@papajohns.com;WILLIE_JAMES@PAPAJOHNS.COM
**Subject:** Claim # 3903216, KENNY HAVERLY

**THIS IS AN AUTOMATED EMAIL, PLEASE DO NOT RESPOND.**

The above named employee has applied for short term disability benefits. The claim has a date of disability of 11/15/2017. This claim is approved through 5/15/2018. This indicates an extension of benefits. The case manager for this claim is Shana Pryor. The claim number is 3903216.

If you have further questions or if the employee has returned to work, please call Liberty Mutual Insurance at (800) 291-0112.

**From:** GrpMktClmOpsReporting@LibertyMutual.com
**Sent:** Wed, 7 Mar 2018 14:33:36 +0000
**To:**
ASHLEY_YOUNG@PAPAJOHNS.COM;Debra_Quillin@papajohns.com;Janna_Curtsinger@papajohns.com;
sarah_walker@papajohns.com;sharon_kremer@papajohns.com;WILLIE_JAMES@PAPAJOHNS.COM
**Subject:** Claim # 3903216, KENNY HAVERLY

**THIS IS AN AUTOMATED EMAIL, PLEASE DO NOT RESPOND.**

The above named employee has applied for short term disability benefits. The claim has a date of disability of 11/15/2017. This claim is approved through 5/15/2018. This indicates an extension of benefits. The case manager for this claim is Shana Pryor. The claim number is 3903216.

If you have further questions or if the employee has returned to work, please call Liberty Mutual Insurance at (800) 291-0112.

**From:** GrpMktClmOpsReporting@LibertyMutual.com
**Sent:** Wed, 7 Mar 2018 14:33:36 +0000
**To:**
ASHLEY_YOUNG@PAPAJOHNS.COM;Debra_Quillin@papajohns.com;Janna_Curtsinger@papajohns.com;sarah_walker@papajohns.com;sharon_kremer@papajohns.com;WILLIE_JAMES@PAPAJOHNS.COM
**Subject:** Claim # 3903216, KENNY HAVERLY

**THIS IS AN AUTOMATED EMAIL, PLEASE DO NOT RESPOND.**

The above named employee has applied for short term disability benefits. The claim has a date of disability of 11/15/2017. This claim is approved through 5/15/2018. This indicates an extension of benefits. The case manager for this claim is Shana Pryor. The claim number is 3903216.

If you have further questions or if the employee has returned to work, please call Liberty Mutual Insurance at (800) 291-0112.

KentuckyOne Health

# Attention

Confidential Information Enclosed

To be viewed by authorized persons only.

If you have questions regarding any information you have requested, please call the office at: 859-296-1922

This information has been disclosed to you from records protected by federal confidentiality rules (42 CFR part 2). The federal rules prohibit you from making any further disclosure of information in this record that identifies a patient as having or having had a substance use disorder either directly, be reference to publicly available information, or through verification of such identification by another person unless further disclosure is expressly permitted by the written consent of the individual whose information is being disclosed or as otherwise permitted by 42 CFR part 2. A general authorization for the release of medical or other information is NOT sufficient for this purpose (see Section 2.31). The federal rules restrict any use of the information to investigate or prosecute with regard to a crime any patient with a substance use disorder, except as provided at Sections 2.12(c)(5) and 2.65.

If the enclosed record pertains to HIV/AIDS, it has been disclosed to you from records whose confidentiality is protected by federal and, perhaps, state law, which prohibits you from making any further disclosure of such information without specific consent of the person to whom such information pertains or as otherwise permitted by state law. A general authorization for this release of health or other information is not sufficient for this purpose.

This is confidential and privileged information. If it contains mental health information, it is for professional use only.

Liberty Mutual.
INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
Phone No.: (800) 291-0112
Secure Fax No.: (603) 427-1809

| | |
|---|---|
| Date: | February 21, 2018 |
| To: | DR. CHUMLEY |
| Attn: | medical records |
| Fax: | (859) 296-2603 |
| From: | Shana Pryor<br>Disability Case Manager<br>Phone No.: Phone No.: (800) 291-0112<br>Secure Fax No.: (603) 427-1809 |
| Total Pages (Including Cover): | 4 |
| RE: | Claim #: 3903216<br>Claimant: Kenny Haverly<br><br>Papa John's International, Inc |

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me by telephone at (800) 291-0112 and permanently shred the original and any copy of any fax and any printout thereof.

Liberty Mutual INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
Phone No.: (800) 291-0112
Secure Fax No.: (603) 427-1809

February 21, 2018

Dr. Chumley

RE: Short Term Disability (STD) Benefits
Papa John's International, Inc
Claim #: 3903216
Claimant: Kenny Haverlv
Claimant D.O.B.:

Dear Dr. Chumley:

We are the Disability Claim Administrator for your patient, Kenny Haverly.

To evaluate Mr. Haverly's eligibility for disability benefits and to help facilitate a return to work, when appropriate, we are requesting the following information:

- Office treatment notes, test results, prescription histories, and treatment plans from January 1, 2018 through the present
- Completion of the Enclosed Forms:

  X Restrictions Form
  ___ Other

We ask that you provide this information by February 28, 2018. Failure to provide the requested information may result in an adverse benefit or claim determination. The information can be faxed to our office at our secure fax number (603) 427-1809 or mailed to the above address.

If prepayment is required, please fax an invoice indicating the number of pages, federal tax ID# and amount due.

Although HIPAA does not apply to disability insurance carriers, we understand your responsibilities under HIPAA as a health care provider, and our associated responsibility of ensuring this information is protected against deliberate or inadvertent misuse or disclosure.

The Genetic Information Nondiscrimination Act of 2008 (GINA) prohibits employers and other entities covered by GINA Title II from requesting or requiring genetic information of an individual or family member of the individual, except as specifically allowed by this law. To comply with this

law, we are asking that you not provide any genetic information when responding to this request for medical information.

'Genetic information' as defined by GINA, includes an individual's family medical history, the results of an individual's or family member's genetic tests, the fact that an individual or an individual's family member sought or received genetic services, and genetic information of a fetus carried by an individual or an individual's family member or an embryo lawfully held by an individual or family member receiving assistive reproductive services.

If you have any questions regarding this matter, please contact me.

Sincerely,

Shana Pryor
Disability Case Manager
Phone No.: (800) 291-0112 Ext. 13914
Secure Fax No.: (603) 427-1809

CC: Greg Potts

Attachments: Restrictions Form

Liberty Mutual. INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
Phone No.: (800) 291-0112
Secure Fax No.: (603) 427-1809

# Restrictions Form

**Return To:** Shana Pryor

| Kenny Haverly | | 3903216 |
|---|---|---|
| **Employee /Claimant Name** | **Date of Birth** | **Claim Number** |

**To be completed by physician:**

1. **DATE FIRST TREATED** — 8/30/2016
   **DATE LAST TREATED** — 1/30/2018
   **NEXT OFFICE VISIT** — 6/6/2018

   INTRACTABLE MIGRAINE W/AURA
   "

   **DIAGNOSIS(ES) WITH ASSOCIATED ICD CODES**

2. **For physical diagnoses, check one that indicates what your patient is capable of performing occupationally on a full-time basis:**

☐ none **SEDENTARY** Lifting / carrying up to **10** pounds occasionally, sitting over 50% of the time and standing / walking occasionally.
☐ none **LIGHT** Lifting / carrying up to **20** pounds occasionally, sitting at least occasionally and standing / walking frequently.
☐ none **MEDIUM** Lifting / carrying up to **50** pounds occasionally; sitting, standing and / or walking constantly.
☐ none **HEAVY** Lifting / carrying up to **100** pounds occasionally; sitting, standing and / or walking constantly.
☐ none **VERY HEAVY** Lifting / carrying over **100** pounds occasionally; sitting, standing and / or walking constantly.

| KEY: | OCCASIONALLY | FREQUENTLY | CONSTANTLY |
|---|---|---|---|
| | Up to 20 Minutes / Hour<br>Up to 2 ½ Hours / Day | Up to 40 Minutes / Hour<br>Up to 5 ½ Hours / Day | Over 40 Minutes / Hour<br>Over 5 ½ Hours / Day |

3. **DESCRIBE PHYSICAL, MENTAL AND / OR COGNITIVE RESTRICTIONS THAT CORRESPOND WITH THE DIAGNOSIS(ES) LISTED ABOVE.** 1) **For physical diagnoses, describe the type of task (bend, grasp, etc.) *AND* frequency *(SEE KEY).***
   2) **For mental and / or cognitive diagnoses, describe the work situations that should be avoided or reduced.**

   MR. HAVERLY HAS 2-4 SEVERE MIGRAINES PER WEEK THAT ARE ASSOCIATED WITH VISION CHANGES, SEVERE PAIN, AND NAUSEA

4. **RESTRICTIONS IMPOSED FROM** 10/4/2016 **TO** ~~[illegible]~~ ONGOING - WILL RE-EVAL ON NEXT APPT.

5. **IF YOUR PATIENT CANNOT RETURN TO WORK NOW, WHAT TREATMENT IS PLANNED TO FACILITATE RETURN TO WORK (MEDICATIONS, TESTS, PROCEDURES, ETC.)? WHAT IS THE ESTIMATED RETURN TO WORK DATE?** ________
   ADJUSTING MEDICATION

6. **PLEASE LIST THE MEDICAL / PSYCHOLOGICAL FINDINGS THAT SUPPORT THE NOTED RESTRICTIONS?**
   THE DIAGNOSIS OF MIGRAINE IS BASED CLINICAL SYMPTOMS, NEGATIVE MRI BRAIN, AND NEGATIVE LABS.

7. **PLEASE FORWARD COPIES OF YOUR OFFICE NOTES AND TEST RESULTS FROM** ____________ **TO** ____________.

| Warren F. Chumley | MD / Neurology | 61-1352729 |
|---|---|---|
| **Provider's Name (Please Print)** | **Degree *AND* Area of Specialty** | **Social Security or Tax ID Number** |
| 1021 Majestic Dr Ste 200 | 859 296-1922 | 859 296-2603 |
| **Street Address** | **Telephone Number** | **Fax Number** |
| Lexington Ky 40513 | [signature] MD | 2/21/2018 |
| **City, State & Zip Code** | **Signature** | **Date** |

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207

MR. KENNY HAVERLY JR

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
Phone No.: (800) 291-0112
Secure Fax No.: (603) 427-1809

February 23, 2018

Mr. Kenny Haverly Jr

RE: Short Term Disability (STD) Benefits
Papa John's International, Inc
Claim #: 3903216

Dear Mr. Kenny Haverly Jr:

Liberty Life Assurance Company of Boston ("Liberty") is responsible for managing claims for Short Term Disability (STD) benefits under Papa John's International, Inc's Group Disability Plan. We are writing in reference to your claim for STD benefits under the Plan.

Please find the enclosed request(s) for information previously sent to you. This is the second request for this information. Further delay may result in an adverse claim determination. Please submit the requested information by March 18, 2018.

If you have any questions regarding this correspondence, please contact me.

Sincerely,

Shana Pryor
Disability Case Manager
Phone No.: (800) 291-0112 Ext. 13914
Secure Fax No.: (603) 427-1809

Attachments: 3903216-REQUEST-CLAIMANT PROOF OF DISABILITY/FORMS

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207

MR. KENNY HAVERLY JR

Liberty Mutual
INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
Phone No.: (800) 291-0112
Secure Fax No.: (603) 427-1809

February 2, 2018

Mr. Kenny Haverly Jr

RE: Short Term Disability (STD) Benefits
Papa John's International, Inc
Claim #: 3903216

Dear Mr. Kenny Haverly Jr:

Liberty Life Assurance Company of Boston ("Liberty") is responsible for managing claims for Short Term Disability (STD) benefits under Papa John's International, Inc's Group Disability Plan. We are writing in reference to your claim for STD benefits under the Plan.

We are currently reviewing your eligibility for continued disability benefits, and are in need of additional information.

We have received the information that we previously requested; however, we are unable to complete our investigation based on the information received. To thoroughly review the claim for benefits, we need additional information.

On February 2, 2018, we requested medical records from Dr. Chumley . This information is necessary to complete our ongoing claims investigation. Please provide us with the following information to assist us with our review of your eligibility for benefits:

- Office treatment notes, test results, operative reports, prescription histories, and treatment plans from January 1, 2018 through the present from all treating providers

If there are any other attending physicians or specialists, including physical therapy providers, that we are unaware of, please have them forward all medical records pertinent to your disability within the timeframe stated above.

Papa John's International, Inc's STD Plan requires that, in order to receive ongoing benefits, you provide proof of disability within a required timeframe. Your cooperation in providing the requested information is essential to our claim investigation.

In the absence of this information, your claim may be closed.

We ask that you provide us with this information no later than March 18, 2018 as required under the

terms of the Plan.

If you have any questions regarding this matter, please contact me.

Sincerely,

Shana Pryor
Disability Case Manager
Phone No.: (800) 291-0112 Ext. 13914
Secure Fax No.: (603) 427-1809

KentuckyOne Health

# Attention

Confidential Information Enclosed

To be viewed by authorized persons only.

If you have questions regarding any information you have requested, please call the office at: 859-296-1922

This information has been disclosed to you from records protected by federal confidentiality rules (42 CFR part 2). The federal rules prohibit you from making any further disclosure of information in this record that identifies a patient as having or having had a substance use disorder either directly, be reference to publicly available information, or through verification of such identification by another person unless further disclosure is expressly permitted by the written consent of the individual whose information is being disclosed or as otherwise permitted by 42 CFR part 2. A general authorization for the release of medical or other information is NOT sufficient for this purpose (see Section 2.31). The federal rules restrict any use of the information to investigate or prosecute with regard to a crime any patient with a substance use disorder, except as provided at Sections 2.12(c)(5) and 2.65.

If the enclosed record pertains to HIV/AIDS, it has been disclosed to you from records whose confidentiality is protected by federal and, perhaps, state law, which prohibits you from making any further disclosure of such information without specific consent of the person to whom such information pertains or as otherwise permitted by state law. A general authorization for this release of health or other information is not sufficient for this purpose.

This is confidential and privileged information. If it contains mental health information, it is for professional use only.

**Liberty Mutual. INSURANCE**

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
Phone No.: (866) 213-2937
Secure Fax No.: (866) 214-7839

| | |
|---|---|
| Date: | February 22, 2018 |
| To: | DR. CHUMLEY<br>SAINT JOSEPH NEUROLOGY ASSOC.<br>1021 MAJESTIC DRIVE<br>SUITE 200<br>LEXINGTON KY 40513 |
| Attn: | Dr. Chumley |
| Fax: | (859) 296-2603 |
| From: | Deborah Edmonson<br>Sr Nurse Case Mgr., Direct Dial 704-942-9584<br>Phone No.: Phone No.: (866) 213-2937<br>Secure Fax No.: (866) 214-7839 |
| Total Pages (Including Cover): | 3 |
| RE: | Claim #: 3903216<br>Claimant: Kenny Haverly<br><br>Papa John's International, Inc |

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me by telephone at (866) 213-2937 and permanently shred the original and any copy of any fax and any printout thereof.

Liberty Mutual INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
Phone No.: (866) 213-2937
Secure Fax No.: (866) 214-7839

February 22, 2018

Dr. Chumley
SAINT JOSEPH NEUROLOGY ASSOC.
1021 MAJESTIC DRIVE
SUITE 200
LEXINGTON, KY 40513

RE: Short Term Disability (STD) Benefits
Papa John's International, Inc
Claim #: 3903216
Claimant: Kenny Haverly
Claimant D.O.B.:

Dear Dr. Chumley:

I am a nurse case manager with Liberty Life Assurance Company assigned to this case and need additional information to facilitate processing a claim for income replacement benefits received by your patient, Kenny Haverly. I spoke with Lulu, nurse in your office on 2/20/18 and agreed to place my questions in writing. Please answer the following questions directly on this letter and return to me by facsimile at (603) 559-1929. Respond by 2/28/18.

Based on the examination you performed on 1/30/18:

1. List medically supported diagnoses, including comorbid conditions and identify which diagnoses are causing impairment.

See attached letter

2. For each impairing diagnosis, outline reasonably supported restrictions and limitations and the duration of time they are needed. Define by task (lifting, reading, walking, etc.); frequency (never, occasionally, frequently or constantly) and endurance over an 8 hour period.

4. Per my discussion with Lulu, nurse in your office, the patient was to be re-evaluated in 3 months and the next available visit is in June, 2018. Outline your ongoing treatment plan and return to work plan for Mr. Haverly. If there are accommodations that could be made to facilitate a return to work, please elaborate.

W. C— MD
Physician Signature/Title

Warren F. Chumley MD
Physician Name/ Print Please

Although HIPAA does not apply to disability insurance carriers, we understand your responsibilities under HIPAA as a health care provider, and our associated responsibility of ensuring this information is protected against deliberate or inadvertent misuse or disclosure.

As the insurance carrier providing employer sponsored Short Term Disability Benefits coverage to your patient, we have previously provided your office with a HIPAA compliant authorization signed by your patient allowing the release of information to our company.

If you have any questions regarding this matter, please contact me.

Sincerely,

Deborah Edmonson
Sr Nurse Case Mgr., Direct Dial 704-942-9584
Phone No.: (866) 213-2937 Ext.
Secure Fax No.: (866) 214-7839

**Saint Joseph Neurology Associates**
**1021 Majestic Drive, Suite 200,**
**Lexington, KY 40513**
**Phone: (859) 296-1922 Fax: (859) 296-2603**

*MRN:* **1136760**

*Encounter Date:* **02/20/2018 3:32PM**

*DOB:*
*Home*
*Work:*

*Address:*
**Kenny Haverly**

To Deborah Edmonson:

This letter is in response to additional information by senior Nurse Case Manager, Deborah Edmonson, received 2/23/2018 in addition to the Liberty Mutual Insurance Restriction Form filled out 2/21/2018.

Question #1 asks for medically supported diagnoses, including comorbid conditions and identify which diagnoses are causing impairment.

Mr. Kenny Haverly is a 41-year-old gentleman who is followed at KentuckyOne Health Neurology Associates for intractable migraine with aura; he also has a pineal cyst and a low vitamin D level. It is the intractable migraines that cause his disability. His migraines started in his late teens. He has a constant headache in the background; he has a severe migraine at least once per month. He has episodes of visual aura/migraine manifest as seeing "pixelated" finish going from left to right. He also has episodes of seeing triangular arrangements of swirling pieces, which occurs up to every other day and are followed by headaches. Although these symptoms are uncommon, they have been commonly described with migraine as migraine phenomenon. He has been evaluated by other neurologists, including epileptic pathologist, to determine that these episodes are not epileptic in origin. His headaches and visual phenomenon are felt to be migraine in origin, and have begun to respond to treatment. When seen in clinic 1/30/2018 it was noted he has a background headache 30 days per month, a severe migraine once per month, episodes of seeing visual phenomenon every day to every other day.

Question #2 asks for each impairing diagnosis, outline reasonably supported restrictions and limitations and the duration of time they are needed.

Given that he is having visual phenomenon at least every other day, sometimes daily, along with a chronic background headache as well as a severe migraine once per month as well as headaches that follow half of the visual phenomenon, he is unable to work consistently any length of time at this point. There is not a mechanical issue that prevents him from working, the issue is the pain is headaches cause and the visual changes his headaches cause. Again, he is experiencing migraine and migraine with visual phenomenon on an almost daily basis which completely disables him at this point from any work.

The third question asks to outline any ongoing treatment and return to work plans for Mr. Haverly. It is also asked if there are accommodations that can be made to facilitate his return to work.

Mr. Haverly is migraine preventative medications are currently being adjusted. Patient's are seen approximately every 3 months, depending on clinic time availability on the part of the provider. When he is seen back in June 2018 further medication adjustments will be made, depending on feedback from the patient. As the migraine phenomenon are visual and because the migraine and headaches are painful, there are no accommodations that can be made at work at this time. Again, any return to work will be discussed with Mr. Haverly during a clinic appointment.

To summarize, Mr. Kenny Haverly has severe visual phenomenon occurring as part of a migraine syndrome/phenomenon. These are more commonly referred to as auras, and he is felt to have migraine with aura. While his medications are being adjusted he currently is completely disabled from working and there are no accommodations at present that could be made. Any future decisions about whether and when he returns to work will be made during follow-up appointments; he is currently seen every 3 months as this is the standard follow-up time and is available in clinic.

Thank you,

Dr. Warren Chumley,

**Signatures**
Electronically signed by : Warren Chumley, M.D.; Feb 23 2018 1:10PM EST (Author)

Liberty Mutual INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
Phone No.: (866) 213-2937
Secure Fax No.: (866) 214-7839

| | |
|---|---|
| Date: | February 22, 2018 |
| To: | DR. CHUMLEY<br>SAINT JOSEPH NEUROLOGY ASSOC.<br>1021 MAJESTIC DRIVE<br>SUITE 200<br>LEXINGTON KY 40513 |
| Attn: | Dr. Chumley |
| Fax: | (859) 296-2603 |
| From: | Deborah Edmonson<br>Sr Nurse Case Mgr., Direct Dial 704-942-9584<br>Phone No.: Phone No.: (866) 213-2937<br>Secure Fax No.: (866) 214-7839 |
| Total Pages (Including Cover): | 3 |
| RE: | Claim #: 3903216<br>Claimant: Kenny Haverly<br><br>Papa John's International, Inc |

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me by telephone at (866) 213-2937 and permanently shred the original and any copy of any fax and any printout thereof.

Liberty Mutual
INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
Phone No.: (866) 213-2937
Secure Fax No.: (866) 214-7839

February 22, 2018

Dr. Chumley
SAINT JOSEPH NEUROLOGY ASSOC.
1021 MAJESTIC DRIVE
SUITE 200
LEXINGTON, KY 40513

RE: Short Term Disability (STD) Benefits
Papa John's International, Inc
Claim #: 3903216
Claimant: Kenny Haverly
Claimant D.O.B.:

Dear Dr. Chumley:

I am a nurse case manager with Liberty Life Assurance Company assigned to this case and need additional information to facilitate processing a claim for income replacement benefits received by your patient, Kenny Haverly. I spoke with Lulu, nurse in your office on 2/20/18 and agreed to place my questions in writing. Please answer the following questions directly on this letter and return to me by facsimile at (603) 559-1929. Respond by 2/28/18.

Based on the examination you performed on 1/30/18:

1. List medically supported diagnoses, including comorbid conditions and identify which diagnoses are causing impairment.

2. For each impairing diagnosis, outline reasonably supported restrictions and limitations and the duration of time they are needed. Define by task (lifting, reading, walking, etc.); frequency (never, occasionally, frequently or constantly) and endurance over an 8 hour period.

4. Per my discussion with Lulu, nurse in your office, the patient was to be re-evaluated in 3 months and the next available visit is in June, 2018. Outline your ongoing treatment plan and return to work plan for Mr. Haverly. If there are accommodations that could be made to facilitate a return to work, please elaborate.

_____________________________ __________________________

Physician Signature/Title Physician Name/ Print Please

Although HIPAA does not apply to disability insurance carriers, we understand your responsibilities under HIPAA as a health care provider, and our associated responsibility of ensuring this information is protected against deliberate or inadvertent misuse or disclosure.

As the insurance carrier providing employer sponsored Short Term Disability Benefits coverage to your patient, we have previously provided your office with a HIPAA compliant authorization signed by your patient allowing the release of information to our company.

If you have any questions regarding this matter, please contact me.

Sincerely,

Deborah Edmonson
Sr Nurse Case Mgr., Direct Dial 704-942-9584
Phone No.: (866) 213-2937 Ext.
Secure Fax No.: (866) 214-7839

law, we are asking that you not provide any genetic information when responding to this request for medical information.

'Genetic information' as defined by GINA, includes an individual's family medical history, the results of an individual's or family member's genetic tests, the fact that an individual or an individual's family member sought or received genetic services, and genetic information of a fetus carried by an individual or an individual's family member or an embryo lawfully held by an individual or family member receiving assistive reproductive services.

If you have any questions regarding this matter, please contact me.

Sincerely,

Shana Pryor
Disability Case Manager
Phone No.: (800) 291-0112 Ext. 13914
Secure Fax No.: (603) 427-1809

CC: Greg Potts

Attachments: Restrictions Form

We have no records
regarding since 12/7/2017
Have not seen pt.
in 2018

Liberty Mutual INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
Phone No.: (800) 291-0112
Secure Fax No.: (603) 427-1809

February 21, 2018

Dr. Chumley

RE: Short Term Disability (STD) Benefits
Papa John's International, Inc
Claim #: 3903216
Claimant: Kenny Haverly
Claimant D.O.B.:

Dear Dr. Chumley:

We are the Disability Claim Administrator for your patient, Kenny Haverly.

To evaluate Mr. Haverly's eligibility for disability benefits and to help facilitate a return to work, when appropriate, we are requesting the following information:

- Office treatment notes, test results, prescription histories, and treatment plans from January 1, 2018 through the present
- Completion of the Enclosed Forms:

  X Restrictions Form
  __ Other

We ask that you provide this information by February 28, 2018. Failure to provide the requested information may result in an adverse benefit or claim determination. The information can be faxed to our office at our secure fax number (603) 427-1809 or mailed to the above address.

If prepayment is required, please fax an invoice indicating the number of pages, federal tax ID# and amount due.

Although HIPAA does not apply to disability insurance carriers, we understand your responsibilities under HIPAA as a health care provider, and our associated responsibility of ensuring this information is protected against deliberate or inadvertent misuse or disclosure.

The Genetic Information Nondiscrimination Act of 2008 (GINA) prohibits employers and other entities covered by GINA Title II from requesting or requiring genetic information of an individual or family member of the individual, except as specifically allowed by this law. To comply with this

Liberty Mutual.
INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
Phone No.: (800) 291-0112
Secure Fax No.: (603) 427-1809

| | |
|---|---|
| Date: | February 21, 2018 |
| To: | GREG POTTS |
| Attn: | medical records |
| Fax: | (502) 240-5905 |
| From: | Shana Pryor<br>Disability Case Manager<br>Phone No.: Phone No.: (800) 291-0112<br>Secure Fax No.: (603) 427-1809 |
| Total Pages (Including Cover): | 3 |
| RE: | Claim #: 3903216<br>Claimant: Kenny Haverly<br><br>Papa John's International, Inc |

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me by telephone at (800) 291-0112 and permanently shred the original and any copy of any fax and any printout thereof.

Liberty Mutual INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
Phone No.: (800) 291-0112
Secure Fax No.: (603) 427-1809

| | |
|---|---|
| Date: | February 21, 2018 |
| To: | DR. CHUMLEY |
| Attn: | medical records |
| Fax: | (859) 296-2603 |
| From: | Shana Pryor<br>Disability Case Manager<br>Phone No.: Phone No.: (800) 291-0112<br>Secure Fax No.: (603) 427-1809 |
| Total Pages (Including Cover): | 4 |
| RE: | Claim #: 3903216<br>Claimant: Kenny Haverly<br><br>Papa John's International, Inc |

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me by telephone at (800) 291-0112 and permanently shred the original and any copy of any fax and any printout thereof.

Liberty Mutual INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
Phone No.: (800) 291-0112
Secure Fax No.: (603) 427-1809

February 21, 2018

Dr. Chumley

RE: Short Term Disability (STD) Benefits
Papa John's International, Inc
Claim #: 3903216
Claimant: Kenny Haverly
Claimant D.O.B.:

Dear Dr. Chumley:

We are the Disability Claim Administrator for your patient, Kenny Haverly.

To evaluate Mr. Haverly's eligibility for disability benefits and to help facilitate a return to work, when appropriate, we are requesting the following information:

- Office treatment notes, test results, prescription histories, and treatment plans from January 1, 2018 through the present

- Completion of the Enclosed Forms:

  X Restrictions Form
  ___ Other

We ask that you provide this information by February 28, 2018. Failure to provide the requested information may result in an adverse benefit or claim determination. The information can be faxed to our office at our secure fax number (603) 427-1809 or mailed to the above address.

If prepayment is required, please fax an invoice indicating the number of pages, federal tax ID# and amount due.

Although HIPAA does not apply to disability insurance carriers, we understand your responsibilities under HIPAA as a health care provider, and our associated responsibility of ensuring this information is protected against deliberate or inadvertent misuse or disclosure.

The Genetic Information Nondiscrimination Act of 2008 (GINA) prohibits employers and other entities covered by GINA Title II from requesting or requiring genetic information of an individual or family member of the individual, except as specifically allowed by this law. To comply with this

law, we are asking that you not provide any genetic information when responding to this request for medical information.

‘Genetic information’ as defined by GINA, includes an individual’s family medical history, the results of an individual’s or family member’s genetic tests, the fact that an individual or an individual’s family member sought or received genetic services, and genetic information of a fetus carried by an individual or an individual’s family member or an embryo lawfully held by an individual or family member receiving assistive reproductive services.

If you have any questions regarding this matter, please contact me.

Sincerely,

Shana Pryor
Disability Case Manager
Phone No.: (800) 291-0112 Ext. 13914
Secure Fax No.: (603) 427-1809

CC: Greg Potts

Attachments: Restrictions Form

Liberty Mutual INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
Phone No.: (800) 291-0112
Secure Fax No.: (603) 427-1809

# Restrictions Form

**Return To:** Shana Pryor

| Kenny Haverly | | 3903216 |
|---|---|---|
| **Employee /Claimant Name** | **Date of Birth** | **Claim Number** |

**To be completed by physician:**

1. **DATE FIRST TREATED** — ____________
   **DATE LAST TREATED** — ____________
   **NEXT OFFICE VISIT** — ____________
   **DIAGNOSIS(ES) WITH ASSOCIATED ICD CODES**
2. **For physical diagnoses, check one that indicates what your patient is capable of performing occupationally on a full-time basis:**

- ☐ **SEDENTARY** Lifting / carrying up to **10** pounds occasionally, sitting over 50% of the time and standing / walking occasionally.
- ☐ **LIGHT** Lifting / carrying up to **20** pounds occasionally, sitting at least occasionally and standing / walking frequently.
- ☐ **MEDIUM** Lifting / carrying up to **50** pounds occasionally; sitting, standing and / or walking constantly.
- ☐ **HEAVY** Lifting / carrying up to **100** pounds occasionally; sitting, standing and / or walking constantly.
- ☐ **VERY HEAVY** Lifting / carrying **over 100** pounds occasionally; sitting, standing and / or walking constantly.

| **KEY:** | **OCCASIONALLY** | **FREQUENTLY** | **CONSTANTLY** |
|---|---|---|---|
| | Up to 20 Minutes / Hour | Up to 40 Minutes / Hour | Over 40 Minutes / Hour |
| | Up to 2 Hours / Day | Up to 5 Hours / Day | Over 5 Hours / Day |

3. **DESCRIBE PHYSICAL, MENTAL AND / OR COGNITIVE RESTRICTIONS THAT CORRESPOND WITH THE DIAGNOSIS(ES) LISTED ABOVE.**
   1) **For physical diagnoses, describe the type of task (bend, grasp, etc.) *AND* frequency *(SEE KEY).***
   2) **For mental and / or cognitive diagnoses, describe the work situations that should be avoided or reduced.**

4. **RESTRICTIONS IMPOSED FROM** ____________ **TO** ____________ .

5. **IF YOUR PATIENT CANNOT RETURN TO WORK NOW, WHAT TREATMENT IS PLANNED TO FACILITATE RETURN TO WORK (MEDICATIONS, TESTS, PROCEDURES, ETC.)? WHAT IS THE ESTIMATED RETURN TO WORK DATE?** ________

6. **PLEASE LIST THE MEDICAL / PSYCHOLOGICAL FINDINGS THAT SUPPORT THE NOTED RESTRICTIONS?**

7. **PLEASE FORWARD COPIES OF YOUR OFFICE NOTES AND TEST RESULTS FROM** ____________ **TO** ____________ .

| | | |
|---|---|---|
| **Provider's Name (Please Print)** | **Degree *AND* Area of Specialty** | **Social Security or Tax ID Number** |
| **Street Address** | **Telephone Number** | **Fax Number** |
| **City, State & Zip Code** | **Signature** | **Date** |

Liberty Mutual INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
Phone No.: (800) 291-0112
Secure Fax No.: (603) 427-1809

| | |
|---|---|
| Date: | February 21, 2018 |
| To: | GREG POTTS |
| Attn: | medical records |
| Fax: | (502) 240-5905 |
| From: | Shana Pryor<br>Disability Case Manager<br>Phone No.: Phone No.: (800) 291-0112<br>Secure Fax No.: (603) 427-1809 |
| Total Pages (Including Cover): | 3 |
| RE:<br><br>Claim #: 3903216<br>Claimant: Kenny Haverly<br><br>Papa John's International, Inc | |

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me by telephone at (800) 291-0112 and permanently shred the original and any copy of any fax and any printout thereof.

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
Phone No.: (800) 291-0112
Secure Fax No.: (603) 427-1809

February 21, 2018

Dr. Chumley

RE: Short Term Disability (STD) Benefits
Papa John's International, Inc
Claim #: 3903216
Claimant: Kenny Haverly
Claimant D.O.B.:

Dear Dr. Chumley:

We are the Disability Claim Administrator for your patient, Kenny Haverly.

To evaluate Mr. Haverly's eligibility for disability benefits and to help facilitate a return to work, when appropriate, we are requesting the following information:

- Office treatment notes, test results, prescription histories, and treatment plans from January 1, 2018 through the present

- Completion of the Enclosed Forms:

  _X_ Restrictions Form
  __ Other

We ask that you provide this information by February 28, 2018. Failure to provide the requested information may result in an adverse benefit or claim determination. The information can be faxed to our office at our secure fax number (603) 427-1809 or mailed to the above address.

If prepayment is required, please fax an invoice indicating the number of pages, federal tax ID# and amount due.

Although HIPAA does not apply to disability insurance carriers, we understand your responsibilities under HIPAA as a health care provider, and our associated responsibility of ensuring this information is protected against deliberate or inadvertent misuse or disclosure.

The Genetic Information Nondiscrimination Act of 2008 (GINA) prohibits employers and other entities covered by GINA Title II from requesting or requiring genetic information of an individual or family member of the individual, except as specifically allowed by this law. To comply with this

law, we are asking that you not provide any genetic information when responding to this request for medical information.

'Genetic information' as defined by GINA, includes an individual's family medical history, the results of an individual's or family member's genetic tests, the fact that an individual or an individual's family member sought or received genetic services, and genetic information of a fetus carried by an individual or an individual's family member or an embryo lawfully held by an individual or family member receiving assistive reproductive services.

If you have any questions regarding this matter, please contact me.

Sincerely,

Shana Pryor
Disability Case Manager
Phone No.: (800) 291-0112 Ext. 13914
Secure Fax No.: (603) 427-1809

CC: Greg Potts

Attachments: Restrictions Form

KentuckyOne Health

# Attention

Confidential Information Enclosed

To be viewed by authorized persons only.

If you have questions regarding any information you have requested, please call the office at: 859-296-1922

This information has been disclosed to you from records protected by federal confidentiality rules (42 CFR part 2). The federal rules prohibit you from making any further disclosure of information in this record that identifies a patient as having or having had a substance use disorder either directly, be reference to publicly available information, or through verification of such identification by another person unless further disclosure is expressly permitted by the written consent of the individual whose information is being disclosed or as otherwise permitted by 42 CFR part 2. A general authorization for the release of medical or other information is NOT sufficient for this purpose (see Section 2.31). The federal rules restrict any use of the information to investigate or prosecute with regard to a crime any patient with a substance use disorder, except as provided at Sections 2.12(c)(5) and 2.65.

If the enclosed record pertains to HIV/AIDS, it has been disclosed to you from records whose confidentiality is protected by federal and, perhaps, state law, which prohibits you from making any further disclosure of such information without specific consent of the person to whom such information pertains or as otherwise permitted by state law. A general authorization for this release of health or other information is not sufficient for this purpose.

This is confidential and privileged information. If it contains mental health information, it is for professional use only.

Liberty Mutual INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
Phone No.: (800) 291-0112
Secure Fax No.: (603) 427-1809

| | |
|---|---|
| Date: | February 2, 2018 |
| To: | DR. CHUMLEY |
| Attn: | medical records |
| Fax: | (859) 296-2603 |
| From: | Shana Pryor<br>Disability Case Manager<br>Phone No.: Phone No.: (800) 291-0112<br>Secure Fax No.: (603) 427-1809 |
| Total Pages (Including Cover): | 3 |
| RE: | Claim #: 3903216<br>Claimant: Kenny Haverly<br><br>Papa John's International, Inc |

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me by telephone at (800) 291-0112 and permanently shred the original and any copy of any fax and any printout thereof.

Liberty Mutual INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
Phone No.: (800) 291-0112
Secure Fax No.: (603) 427-1809

February 2, 2018

Dr. Chumley

RE: Short Term Disability (STD) Benefits
Papa John's International, Inc
Claim #: 3903216
Claimant: Kenny Haverly
Claimant D.O.B.:

Dear Dr. Chumley:

We are the Disability Claim Administrator for your patient, Kenny Haverly.

To evaluate Mr. Haverly's eligibility for disability benefits and to help facilitate a return to work, when appropriate, we are requesting the following information:

- Office treatment notes, test results, prescription histories, and treatment plans from January 1, 2018 through the present

We ask that you provide this information by February 9, 2018. Failure to provide the requested information may result in an adverse benefit or claim determination. The information can be faxed to our office at our secure fax number (603) 427-1809 or mailed to the above address.

If prepayment is required, please fax an invoice indicating the number of pages, federal tax ID# and amount due.

Although HIPAA does not apply to disability insurance carriers, we understand your responsibilities under HIPAA as a health care provider, and our associated responsibility of ensuring this information is protected against deliberate or inadvertent misuse or disclosure.

The Genetic Information Nondiscrimination Act of 2008 (GINA) prohibits employers and other entities covered by GINA Title II from requesting or requiring genetic information of an individual or family member of the individual, except as specifically allowed by this law. To comply with this law, we are asking that you not provide any genetic information when responding to this request for medical information.

'Genetic information' as defined by GINA, includes an individual's family medical history, the results of an individual's or family member's genetic tests, the fact that an individual or an

individual's family member sought or received genetic services, and genetic information of a fetus carried by an individual or an individual's family member or an embryo lawfully held by an individual or family member receiving assistive reproductive services.

If you have any questions regarding this matter, please contact me.

Sincerely,

Shana Pryor
Disability Case Manager
Phone No.: (800) 291-0112 Ext. 13914
Secure Fax No.: (603) 427-1809

**Saint Joseph Neurology Associates**
**1021 Majestic Drive, Suite 200,**
**Lexington, KY 40513**
**Phone: (859) 296-1922 Fax: (859) 296-2603**

*MRN:* **1136760**

*Encounter Date:* **01/05/2018 3:30PM**

*DOB:*
*Home.*
*Work:*

*Address:*
**Kenny Haverly**

**PCP:** Vincent, Jacob

## History Reported By
Patient

## Chief Complaint
Follow up for seizures.

## History of Present Illness
**HPI Free Text - v1.0:** Mr. Haverly was referred 8.30.16 for headaches. He is followed by Dr. Fakhoury for possible seizures manifest as hallucinations. He notes he has been monitored a 3rd time in the EMU and he does not feel the spells are seizures therefore Dr. Fakhoury referred him for possible migraine with aura. He has been on multiple anticonvulsant medications over the years. He notes the episodes started in late 2009 as auditory hallucinations - hearing music (like a sitar). This changed to classical music instruments (not melodic). He notes the sounds are changes of sounds in the surrounding environment. He notes a h/o migraines going back to his late teens; he notes he would see halos around lights before a migraine (like oil on water). He notes no h/o drug use but in January 2010 he started having visual hallucinations manifest as seeing himself crawl into a hole. He had a headache when this happened and went to bed; he slept 16 hours; he woke up at nighttime hallucinated sitting on a milk crate in his living room (he had seen the man before). This lasted for 2 - 3 seconds then another headache.

He has a constant background headache; he has a migraine once per month; he has minor episodes of seeing schools of "pixelated" fish going from left to right daily with no headache. He has major episodes of seeing triangular arrangements of swirling pieces which occurs up to every other day which are followed by headaches. He notes a pineal gland cyst.

**Headache:** The patient is being seen for a routine follow-up of.
**Headache History:**
**Current Headache Information:**
Currently the pain is left frontal, occasionally bitemporal. It is described as stabbing. On a scale of 0-10, the pain severity average is 5 and maximum is 12.
Symptoms include nausea, phonophobia and photophobia, but no vomiting.
Current treatment includes propranolol 120 mg BID; Cambia PRN; almotriptan PRN; vit D3 50,000 units weekly. (Previous Medications: topiramate, Keppra, Vimpat, Imitrex before the hallucinations was not well tolerated, Tylenol, ibuprofen, Advil, naproxen. Amitriptyline)
He has major episodes consist of seeing arrangements of three followed by a severe headache (previously about 9 per month); he sleep 6 hours later ("like waking up from surgery"). The minor episodes consist of seeing pixelated fish sometimes followed by a less severe headache ("rapid fire") (previously about 30-60 per month). He has a constant background headache.
The Depakote was tapered off in March 2017 and propranolol increased to 120 mg BID.
He notes his headaches have been worse since November 2017. He had 7 painful headaches in November 2017 and 8 in December 2017. He had 9 episodes of seeing pixelated fish in November, which are painful at times. He notes his left eye and field of vision were like "looking through ripples on a pond", like horizontal heat waves. He was on amitriptyline for the last two weeks of November 2017, which caused fatigue.

**Active Problems**

1. Avitaminosis D (268.9) (E55.9)
2. Complex partial seizure with impairment of consciousness (345.40) (G40.209)
3. Migraine with aura, intractable (346.01) (G43.119)

   Mr. Haverly was seen by Dr. Fakhoury 8.18.16 who noted spells of visual hallucinations and past video EEG monitoring at UK in 2010 was negative other than focal slow wave activity in the temporal leads. It was noted the spells may be nonepileptic. Video EEG monitoring on two occasions was mentioned (UK and Vanderbilt) and an ictal SPECT was mentioned. Repeat video EEG monitoring was mentioned due to an increase in the spells.

   MRI brain w/ and w/o, SJH, 9.15.16: No acute intracranial abnormality and no pathologic enhancement. Reviewed on PACS 9.16.16.
   Mr. Haverly was admitted to the epilepsy monitoring unit (SJH) on August 19 and discharged on August 21, 2016. He had frequent isolated jerks with no associated ictal EEG change. He also had another typical episode of visual symptoms and auras, also with no associated ictal EEG change. Continuous EEG recordings showed no epileptiform abnormality. The spells were discussed nonepileptic and possible migraine with aura was discussed.
   Labs, KLS, 8.30.16: B12 503. CK 73. CMP nl except crt 1.20 (0.55 - 1.02). HC 10.4. Vit D 22. CBC nl. ESR 13. Serum IFE studies show no evidence of monoclonal gammopathy. No significant abnormalities in the serum protein pattern. MMA <0.20.
   Complicated migraines - he has auditory hallucinations and visual hallucinations for which has been monitored 3 times, including by Dr. Fakhoury twice (UK and SJH) and at Vanderbilt.
4. Nonepileptic episode (780.39) (R56.9)
5. Paresthesias (782.0) (R20.2)
6. Pineal gland cyst (259.8) (E34.8)

   Mr. Haverly noted a h/o a pineal gland cyst when seen 8.30.16.

   MRI brain w/ and w/o, SJH, 9.15.16: No acute intracranial abnormality and no pathologic enhancement. Reviewed on PACS 9.16.16.
7. Simple partial seizure w/somatosensory or special sensory dysfunction (345.50) (G40.109)

**Allergies**

- No Known Drug Allergies
  Recorded By: Merkel, Shannon; 8/18/2016 1:51:26 PM

**Current Meds**

1. Almotriptan Malate 12.5 MG Oral Tablet; TAKE ONE TABLET BY MOUTH EVERY 2 HOURS AS NEEDED MAX 2 PER DAY AND 5 PER WEEK
2. Hydrocodone-Acetaminophen 5-325 MG Oral Tablet; TAKE 1 TABLET Daily PRN
3. Naproxen 500 MG Oral Tablet; Take one tablet every 4 hours PRN for headaches
4. Omeprazole 40 MG Oral Capsule Delayed Release
5. Ondansetron HCl - 4 MG Oral Tablet; TAKE 1 TABLET AS NEEDED FOR NAUSEA
6. Propranolol HCl - 40 MG Oral Tablet; TAKE 3 TABLET Twice daily
7. Vitamin D3 50000 UNIT Oral Capsule; TAKE 1 CAPSULE Weekly

**Past Medical History**

History of Hernia (553.9) (K46.9)

History of appendicitis (V12.79) (Z87.19)
History of asthma (V12.69) (Z87.09)
History of concussion (V15.52) (Z87.820)
History of head injury (V15.59) (Z87.828)
History of kidney stones (V13.01) (Z87.442)
History of migraine headaches (V12.49) (Z86.69)
History of pneumonia (V12.61) (Z87.01)
History of varicella (V12.09) (Z86.19)

**Surgical History**
History of Appendectomy
History of Cholecystectomy
History of Hernia Repair
History of Surgery Epididymectomy Left

**Family History**
- Family history of migraine headaches (V17.2) (Z82.0)
- Family history of neuropathy (V17.2) (Z82.0)
- Family history of epilepsy (V17.2) (Z82.0)
- Family history of diabetes mellitus (V18.0) (Z83.3)
- Family history of leukemia (V16.6) (Z80.6)
- Family history of malignant neoplasm (V16.9) (Z80.9)
- Family history of rheumatoid arthritis (V17.7) (Z82.61)

**Social History**
Alcohol use (V49.89) (Z78.9)
Caffeine use (V49.89) (F15.90)
Completed college, bachelors degree
Lives with spouse
Married
Never smoker
No drug use

**Review of Systems**

**CONSTITUTIONAL:** fatigue.
**EYES:** change in vision.
**ENT:** nasal discharge and nasal stuffiness.
**CARDIOVASCULAR:** normal.
**RESPIRATORY:** normal.
**GASTROINTESTINAL:** normal.
**GENITOURINARY:** normal.
**MUSCULOSKELETAL:** normal.
**INTEGUMENTARY:** normal.
**NEUROLOGICAL:** headache, dizziness, sleep disturbances, left side of face numbness and facial pain, but has not had seizures.
**PSYCHIATRIC:** normal.
**ENDOCRINE:** normal.
**HEMATOLOGIC/LYMPHATIC:** normal.
**ALLERGIC/IMMUNOLOGIC:** normal.

**Vitals**
**Vital Signs**

| | Recorded: 05Jan2018 03:15PM |
|---|---|

*Patient:* **Kenny L. Havery**
*Encounter:* **Jan 5 2018 3:30PM** *MRN:* **1136760**

| | |
|---|---|
| Height | 6 ft 1 in |
| Weight | 258 lb |
| BMI Calculated | **34.04** |
| BSA Calculated | 2.4 |
| Systolic | 130 |
| Diastolic | 82 |

**Physical Exam**

Mental Status - Alert.
General Appearance - Cooperative. Not in acute distress. Build & Nutrition - Well nourished.
HEENT - Eye Note: Pupils equal, reactive to light and to accommodation directly and consensually
Peripheral Vascular - Upper Extremity: Inspection - Bilateral - Normal.
Neurologic
Mental Status: Speech - Normal.
Cranial Nerves:
III Oculomotor: Pupillary constriction - Bilateral - Normal. Note: no ptosis, no Horner's sign, no Marcus Gunn pupil
VII Facial: - Normal and symmetric facial muscles.
Eye Movements: - PERRL. EOMI.
Sensory: Intact to pinprick in all 4 extremities.
Reflexes: 2+ throughout.
Musculoskeletal:
Motor: Tone: Normal.
Bulk: Normal.
Strength: 5/5 bilaterally in the upper and lower extremities.

**Results/Data**

Mr. Haverly was seen by Dr. Fakhoury 8.18.16 who noted spells of visual hallucinations and past video EEG monitoring at UK in 2010 was negative other than focal slow wave activity in the temporal leads. It was noted the spells may be nonepileptic. Video EEG monitoring on two occasions was mentioned (UK and Vanderbilt) and an ictal SPECT was mentioned. Repeat video EEG monitoring was mentioned due to an increase in the spells.

MRI brain w/ and w/o, SJH, 9.15.16: No acute intracranial abnormality and no pathologic enhancement. Reviewed on PACS 9.16.16.
Mr. Haverly was admitted to the epilepsy monitoring unit (SJH) on August 19 and discharged on August 21, 2016. He had frequent isolated jerks with no associated ictal EEG change. He also had another typical episode of visual symptoms and auras, also with no associated ictal EEG change. Continuous EEG recordings showed no epileptiform abnormality. The spells were discussed nonepileptic and possible migraine with aura was discussed.
Labs, KLS, 8.30.16: B12 503. CK 73. CMP nl except crt 1.20 (0.55 - 1.02). HC 10.4. Vit D 22. CBC nl. ESR 13. Serum IFE studies show no evidence of monoclonal gammopathy. No significant abnormalities in the serum protein pattern. MMA <0.20.
Labs, KLS, 5/30/2017: CMP normal. Free T4 0.84. TSH 3.710. Vitamin D 11. CBC normal.

**Assessment**

1. Migraine with aura, intractable (346.01) (G43.119)
   Mr. Haverly was seen by Dr. Fakhoury 8.18.16 who noted spells of visual hallucinations and past video EEG monitoring at UK in 2010 was negative other than focal slow wave activity in the temporal leads. It was noted the spells may be nonepileptic. Video EEG monitoring on two occasions was mentioned (UK and Vanderbilt) and an ictal SPECT was mentioned. Repeat video EEG monitoring was mentioned due to an increase in the spells.

MRI brain w/ and w/o, SJH, 9.15.16: No acute intracranial abnormality and no pathologic enhancement. Reviewed on PACS 9.16.16.
Mr. Haverly was admitted to the epilepsy monitoring unit (SJH) on August 19 and discharged on August 21, 2016. He had frequent isolated jerks with no associated ictal EEG change. He also had another typical episode of visual symptoms and auras, also with no associated ictal EEG change. Continuous EEG recordings showed no epileptiform abnormality. The spells were discussed nonepileptic and possible migraine with aura was discussed.
Labs, KLS, 8.30.16: B12 503. CK 73. CMP nl except crt 1.20 (0.55 - 1.02). HC 10.4. Vit D 22. CBC nl. ESR 13. Serum IFE studies show no evidence of monoclonal gammopathy. No significant abnormalities in the serum protein pattern. MMA <0.20.
Complicated migraines - he has auditory hallucinations and visual hallucinations for which has been monitored 3 times, including by Dr. Fakhoury twice (UK and SJH) and at Vanderbilt.

2. Pineal gland cyst (259.8) (E34.8)
   Mr. Haverly noted a h/o a pineal gland cyst when seen 8.30.16.

   MRI brain w/ and w/o, SJH, 9.15.16: No acute intracranial abnormality and no pathologic enhancement. Reviewed on PACS 9.16.16.
3. Avitaminosis D (268.9) (E55.9)

## Plan

### Avitaminosis D

1. Renew: Vitamin D3 50000 UNIT Oral Capsule; TAKE 1 CAPSULE Weekly

### Migraine with aura, intractable

2. Start: Gabapentin 300 MG Oral Capsule; Take 1 capsule twice daily
3. Follow-up visit in 6 weeks Outpatient Follow-up Status: Hold For - Scheduling Requested for: 05Jan2018
4. Renew: Almotriptan Malate 12.5 MG Oral Tablet; TAKE ONE TABLET BY MOUTH EVERY 2 HOURS AS NEEDED MAX 2 PER DAY AND 5 PER WEEK
5. Renew: Hydrocodone-Acetaminophen 5-325 MG Oral Tablet; TAKE 1 TABLET Daily PRN
6. Renew: Naproxen 500 MG Oral Tablet; Take one tablet every 4 hours PRN for headaches
7. Renew: Ondansetron HCl - 4 MG Oral Tablet; TAKE 1 TABLET AS NEEDED FOR NAUSEA
8. Renew: Propranolol HCl - 40 MG Oral Tablet; TAKE 3 TABLET Twice daily

## Discussion/Summary

Mr. Haverly has an interesting history in that he developed migraines in his late teens with an aura of seeing a halo (like a rainbow from oil and water). Then, around 2009, he began having auditory hallucinations and in 2010 began having visual hallucinations. He has chronic daily headaches, migraines once monthly, 2 types of visual hallucinations (seeing "schools of pixels" and swirling objects arranged as triangles); the triangle hallucinations are followed by severe headaches. He undergone video EEG monitoring at UK (by Dr, Fakhoury), at Vanderbilt, and at SJH (again by Dr. Fakhoury in August 2016) and there is no evidence these are seizures; one possible explanation is migraine with complicated aura. He underwent an MRI brain w/ and w/o at SJH 9.15.16 which was normal (aside from a possible pineal cyst which he has known about since 2011). Propranolol has significantly reduced his number of major and minor headaches; Depakote was added 11/9/2016 but caused pain and emotional blunting therefore was tapered off in March 2017. He noted today, 1/5/2018, that his migraines have been significantly worse since November 2017, however, there've been no medication changes. His primary care physician started him on amitriptyline, which caused excessive drowsiness therefore was stopped. After discussion, he will be started on gabapentin, 300 mg at night for one week then 300 mg twice daily. He will be seen back in 6 weeks.

The class warnings for anti-seizure medications concerning the possibility of negative mood changes, worsening depression, and suicidal thoughts were discussed.

Future options include nadolol, nortriptyline, and quetiapine.

**'End of Encounter Meds'**

**Signatures**
Electronically signed by : Luthene Peyton, RMA; Jan 5 2018 3:19PM EST (Co-author)
Electronically signed by : Warren Chumley, M.D.; Jan 5 2018 3:48PM EST (Author)

**Saint Joseph Neurology Associates**
**1021 Majestic Drive, Suite 200,**
**Lexington, KY 40513**
**Phone: (859) 296-1922 Fax: (859) 296-2603**

*MRN:* **1136760**

*Encounter Date:* **01/30/2018 9:15AM**

*DOB:*
*Home*
*Work:*

*Address:*
**Kenny Haverly**

**PCP:** Vincent, Jacob W

## History Reported By

Patient

## Chief Complaint

Follow up for migraines

## History of Present Illness

**HPI Free Text - v1.0:** Mr. Haverly was referred 8.30.16 for headaches. He is followed by Dr. Fakhoury for possible seizures manifest as hallucinations. He notes he has been monitored a 3rd time in the EMU and he does not feel the spells are seizures therefore Dr. Fakhoury referred him for possible migraine with aura. He has been on multiple anticonvulsant medications over the years. He notes the episodes started in late 2009 as auditory hallucinations - hearing music (like a sitar). This changed to classical music instruments (not melodic). He notes the sounds are changes of sounds in the surrounding environment. He notes a h/o migraines going back to his late teens; he notes he would see halos around lights before a migraine (like oil on water). He notes no h/o drug use but in January 2010 he started having visual hallucinations manifest as seeing himself crawl into a hole. He had a headache when this happened and went to bed; he slept 16 hours; he woke up at nighttime hallucinated sitting on a milk crate in his living room (he had seen the man before). This lasted for 2 - 3 seconds then another headache.

He has a constant background headache; he has a migraine once per month; he has minor episodes of seeing schools of "pixelated" fish going from left to right daily with no headache. He has major episodes of seeing triangular arrangements of swirling pieces which occurs up to every other day which are followed by headaches.

He notes a pineal gland cyst.

**Headache:** The patient is being seen for a routine follow-up of.
**Headache History:**
**Current Headache Information:**
Currently the pain is left frontal, occasionally bitemporal. It is described as stabbing. On a scale of 0-10, the pain severity average is 5 and maximum is 12.
Symptoms include nausea, phonophobia and photophobia, but no vomiting.
Current treatment includes gabapentin 300 mg BID; propranolol 120 mg BID; Cambia PRN; almotriptan PRN; vit D3 50,000 units weekly. (Previous Medications: topiramate, Keppra, Vimpat, Imitrex before the hallucinations was not well tolerated, Tylenol, ibuprofen, Advil, naproxen. Amitriptyline)
He has major episodes consist of seeing arrangements of three followed by a severe headache (previously about 9 per month); he sleep 6 hours later ("like waking up from surgery"). The minor episodes consist of seeing pixelated fish sometimes followed by a less severe headache ("rapid fire") (previously about 30-60 per month). He has a constant background headache.
The Depakote was tapered off in March 2017 and propranolol increased to 120 mg BID.
He started gabapentin 1/5/2018 and his headaches have decreased to 2-3 per week; he is tolerating the gabapentin well aside from drowsiness. He has gained 3 pounds despite exercising.

**Active Problems**

1. Avitaminosis D (268.9) (E55.9)
2. Complex partial seizure with impairment of consciousness (345.40) (G40.209)
3. Migraine with aura, intractable (346.01) (G43.119)
   Mr. Haverly was seen by Dr. Fakhoury 8.18.16 who noted spells of visual hallucinations and past video EEG monitoring at UK in 2010 was negative other than focal slow wave activity in the temporal leads. It was noted the spells may be nonepileptic. Video EEG monitoring on two occasions was mentioned (UK and Vanderbilt) and an Ictal SPECT was mentioned. Repeat video EEG monitoring was mentioned due to an increase in the spells.
   MRI brain w/ and w/o, SJH, 9.15.16: No acute intracranial abnormality and no pathologic enhancement. Reviewed on PACS 9.16.16.
   Mr. Haverly was admitted to the epilepsy monitoring unit (SJH) on August 19 and discharged on August 21, 2016. He had frequent isolated jerks with no associated ictal EEG change. He also had another typical episode of visual symptoms and auras, also with no associated ictal EEG change. Continuous EEG recordings showed no epileptiform abnormality. The spells were discussed nonepileptic and possible migraine with aura was discussed.
   Labs, KLS, 8.30.16: B12 503. CK 73. CMP nl except crt 1.20 (0.55 - 1.02). HC 10.4. Vit D 22. CBC nl. ESR 13. Serum IFE studies show no evidence of monoclonal gammopathy. No significant abnormalities in the serum protein pattern. MMA <0.20.
   Complicated migraines - he has auditory hallucinations and visual hallucinations for which has been monitored 3 times, including by Dr. Fakhoury twice (UK and SJH) and at Vanderbilt.
4. Nonepileptic episode (780.39) (R56.9)
5. Paresthesias (782.0) (R20.2)
6. Pineal gland cyst (259.8) (E34.8)
   Mr. Haverly noted a h/o a pineal gland cyst when seen 8.30.16.
   MRI brain w/ and w/o, SJH, 9.15.16: No acute intracranial abnormality and no pathologic enhancement. Reviewed on PACS 9.16.16.
7. Simple partial seizure w/somatosensory or special sensory dysfunction (345.50) (G40.109)

**Allergies**

- No Known Drug Allergies
  Recorded By: Merkel, Shannon; 8/18/2016 1:51:26 PM

**Current Meds**

1. Almotriptan Malate 12.5 MG Oral Tablet; TAKE ONE TABLET BY MOUTH EVERY 2 HOURS AS NEEDED MAX 2 PER DAY AND 5 PER WEEK
2. Gabapentin 300 MG Oral Capsule; Take 1 capsule twice daily
3. Hydrocodone-Acetaminophen 5-325 MG Oral Tablet; TAKE 1 TABLET Daily PRN
4. Naproxen 500 MG Oral Tablet; Take one tablet every 4 hours PRN for headaches
5. Omeprazole 40 MG Oral Capsule Delayed Release
6. Ondansetron HCl - 4 MG Oral Tablet; TAKE 1 TABLET AS NEEDED FOR NAUSEA
7. Propranolol HCl - 40 MG Oral Tablet; TAKE 3 TABLET Twice daily
8. Vitamin D3 50000 UNIT Oral Capsule; TAKE 1 CAPSULE Weekly

**Past Medical History**

History of Hernia (553.9) (K46.9)
History of appendicitis (V12.79) (Z87.19)
History of asthma (V12.69) (Z87.09)
History of concussion (V15.52) (Z87.820)
History of head injury (V15.59) (Z87.828)
History of kidney stones (V13.01) (Z87.442)
History of migraine headaches (V12.49) (Z86.69)

History of pneumonia (V12.61) (Z87.01)
History of varicella (V12.09) (Z86.19)

**Surgical History**
History of Appendectomy
History of Cholecystectomy
History of Hernia Repair
History of Surgery Epididymectomy Left

**Family History**
- Family history of migraine headaches (V17.2) (Z82.0)
- Family history of neuropathy (V17.2) (Z82.0)
- Family history of epilepsy (V17.2) (Z82.0)
- Family history of diabetes mellitus (V18.0) (Z83.3)
- Family history of leukemia (V16.6) (Z80.6)
- Family history of malignant neoplasm (V16.9) (Z80.9)
- Family history of rheumatoid arthritis (V17.7) (Z82.61)

**Social History**
Alcohol use (V49.89) (Z78.9)
Caffeine use (V49.89) (F15.90)
Completed college, bachelors degree
Lives with spouse
Married
Never smoker
No drug use

**Review of Systems**

**CONSTITUTIONAL:** fatigue.
**EYES:** blurred vision.
**ENT:** nasal stuffiness and sore throat.
**CARDIOVASCULAR:** normal.
**RESPIRATORY:** normal.
**GASTROINTESTINAL:** normal.
**GENITOURINARY:** normal.
**MUSCULOSKELETAL:** neck pain.
**INTEGUMENTARY:** normal.
**NEUROLOGICAL:** headache, dizziness, lightheaded, temple pain and facial pain.
**PSYCHIATRIC:** normal.
**ENDOCRINE:** normal.
**HEMATOLOGIC/LYMPHATIC:** normal.
**ALLERGIC/IMMUNOLOGIC:** normal.

**Vitals**
**Vital Signs**

| | Recorded: 30Jan2018 09:08AM |
|---|---|
| Height | 6 ft 1 in |
| Weight | 258 lb |
| BMI Calculated | **34.04** |
| BSA Calculated | 2.4 |
| Systolic | 112 |

| | |
|---|---|
| Diastolic | 86 |

**Physical Exam**

Mental Status - Alert.
General Appearance - Cooperative. Not in acute distress. Build & Nutrition - Well nourished.
HEENT - Eye Note: Pupils equal, reactive to light and to accommodation directly and consensually
Peripheral Vascular - Upper Extremity: Inspection - Bilateral - Normal.
Neurologic
Mental Status: Speech - Normal.
Cranial Nerves:
III Oculomotor: Pupillary constriction - Bilateral - Normal. Note: no ptosis, no Horner's sign, no Marcus Gunn pupil
VII Facial: - Normal and symmetric facial muscles.
Eye Movements: - PERRL. EOMI.
Sensory: Intact to pinprick in all 4 extremities.
Reflexes: 2+ throughout.
Musculoskeletal:
Motor: Tone: Normal.
Bulk: Normal.
Strength: 5/5 bilaterally in the upper and lower extremities.

**Results/Data**

*Mr. Haverly was seen by Dr. Fakhoury 8.18.16 who noted spells of visual hallucinations and past video EEG monitoring at UK in 2010 was negative other than focal slow wave activity in the temporal leads. It was noted the spells may be nonepileptic. Video EEG monitoring on two occasions was mentioned (UK and Vanderbilt) and an ictal SPECT was mentioned. Repeat video EEG monitoring was mentioned due to an increase in the spells.*

*MRI brain w/ and w/o, SJH, 9.15.16: No acute intracranial abnormality and no pathologic enhancement. Reviewed on PACS 9.16.16.*
*Mr. Haverly was admitted to the epilepsy monitoring unit (SJH) on August 19 and discharged on August 21, 2016. He had frequent isolated jerks with no associated ictal EEG change. He also had another typical episode of visual symptoms and auras, also with no associated ictal EEG change. Continuous EEG recordings showed no epileptiform abnormality. The spells were discussed nonepileptic and possible migraine with aura was discussed.*
*Labs, KLS, 8.30.16: B12 503. CK 73. CMP nl except crt 1.20 (0.55 - 1.02). HC 10.4. Vit D 22. CBC nl. ESR 13. Serum IFE studies show no evidence of monoclonal gammopathy. No significant abnormalities in the serum protein pattern. MMA <0.20.*
*Labs, KLS, 5/30/2017: CMP normal. Free T4 0.84. TSH 3.710. Vitamin D 11. CBC normal.*
*Urine drug screen, KLS, 1/30/2018: Positive for tramadol and acetaminophen.*
~~*Mr. Haverly was seen by Dr. Fakhoury 8.18.16 who noted spells of visual hallucinations and past video EEG monitoring at UK in 2010 was negative other than focal slow wave activity in the temporal leads. It was noted the spells may be nonepileptic. Video EEG monitoring on two occasions was mentioned (UK and Vanderbilt) and an ictal SPECT was mentioned. Repeat video EEG monitoring was mentioned due to an increase in the spells.*~~

~~*MRI brain w/ and w/o, SJH, 9.15.16: No acute intracranial abnormality and no pathologic enhancement. Reviewed on PACS 9.16.16.*~~
~~*Mr. Haverly was admitted to the epilepsy monitoring unit (SJH) on August 19 and discharged on August 21, 2016. He had frequent isolated jerks with no associated ictal EEG change. He also had another typical episode of visual symptoms and auras, also with no associated ictal EEG change. Continuous EEG recordings showed no epileptiform abnormality. The spells were discussed nonepileptic and possible migraine with aura was discussed.*~~
~~*Labs, KLS, 8.30.16: B12 503. CK 73. CMP nl except crt 1.20 (0.55 - 1.02). HC 10.4. Vit D 22. CBC nl. ESR 13. Serum IFE studies show no evidence of monoclonal gammopathy. No significant abnormalities in the serum protein pattern. MMA <0.20.*~~
~~*Labs, KLS, 5/30/2017: CMP normal. Free T4 0.84. TSH 3.710. Vitamin D 11. CBC normal.*~~

**Assessment**

1. Migraine with aura, intractable (346.01) (G43.119)
   Mr. Haverly was seen by Dr. Fakhoury 8.18.16 who noted spells of visual hallucinations and past video EEG monitoring at UK in 2010 was negative other than focal slow wave activity in the temporal leads. It was noted the spells may be nonepileptic. Video EEG monitoring on two occasions was mentioned (UK and Vanderbilt) and an ictal SPECT

was mentioned. Repeat video EEG monitoring was mentioned due to an increase in the spells.
MRI brain w/ and w/o, SJH, 9.15.16: No acute intracranial abnormality and no pathologic enhancement. Reviewed on PACS 9.16.16.
Mr. Haverly was admitted to the epilepsy monitoring unit (SJH) on August 19 and discharged on August 21, 2016. He had frequent isolated jerks with no associated ictal EEG change. He also had another typical episode of visual symptoms and auras, also with no associated ictal EEG change. Continuous EEG recordings showed no epileptiform abnormality. The spells were discussed nonepileptic and possible migraine with aura was discussed.
Labs, KLS, 8.30.16: B12 503. CK 73. CMP nl except crt 1.20 (0.55 - 1.02). HC 10.4. Vit D 22. CBC nl. ESR 13. Serum IFE studies show no evidence of monoclonal gammopathy. No significant abnormalities in the serum protein pattern. MMA <0.20.
Complicated migraines - he has auditory hallucinations and visual hallucinations for which has been monitored 3 times, including by Dr. Fakhoury twice (UK and SJH) and at Vanderbilt.

2. Pineal gland cyst (259.8) (E34.8)
   Mr. Haverly noted a h/o a pineal gland cyst when seen 8.30.16.
   MRI brain w/ and w/o, SJH, 9.15.16: No acute intracranial abnormality and no pathologic enhancement. Reviewed on PACS 9.16.16.
3. Avitaminosis D (268.9) (E55.9)

## Plan

### Avitaminosis D

1. Renew: Vitamin D3 50000 UNIT Oral Capsule; TAKE 1 CAPSULE Weekly

### Migraine with aura, intractable

2. Renew: Almotriptan Malate 12.5 MG Oral Tablet; TAKE ONE TABLET BY MOUTH EVERY 2 HOURS AS NEEDED MAX 2 PER DAY AND 5 PER WEEK
3. Pain Management Panel 4; Status:Need Information - Required information; Requested for:30Jan2018;
4. Follow-up visit in 3 months Outpatient Follow-up Status: Hold For - Scheduling Requested for: 30Jan2018
5. Renew: Gabapentin 300 MG Oral Capsule; Take 1 capsule twice daily
6. Renew: Hydrocodone-Acetaminophen 5-325 MG Oral Tablet; TAKE 1 TABLET Daily PRN
7. Renew: Neproxen 500 MG Oral Tablet; Take one tablet every 4 hours PRN for headaches
8. Renew: Ondansetron HCl - 4 MG Oral Tablet; TAKE 1 TABLET AS NEEDED FOR NAUSEA
9. Renew: Propranolol HCl - 40 MG Oral Tablet; TAKE 3 TABLET Twice daily

## Discussion/Summary

Mr. Haverly has an interesting history in that he developed migraines in his late teens with an aura of seeing a halo (like a rainbow from oil and water). Then, around 2009, he began having auditory hallucinations and in 2010 began having visual hallucinations. He has chronic daily headaches, migraines once monthly, 2 types of visual hallucinations (seeing "schools of pixels" and swirling objects arranged as triangles); the triangle hallucinations are followed by severe headaches. He undergone video EEG monitoring at UK (by Dr, Fakhoury), at Vanderbilt, and at SJH (again by Dr. Fakhoury in August 2016) and there is no evidence these are seizures; one possible explanation is migraine with complicated aura. He underwent an MRI brain w/ and w/o at SJH 9.15.16 which was normal (aside from a possible pineal cyst which he has known about since 2011). Propranolol has significantly reduced his number of major and minor headaches; Depakote was added 11/9/2016 but caused pain and emotional blunting therefore was tapered off in March 2017. Gabapentin was started 1/5/2018 and he notes that his headaches have begun to improve, down to only 2-3 per week. No further changes will be made today; the gabapentin was changed to a 90 day supply and he will have a urine drug screen today. He will be seen back in 3 months.

Future options include nadolol, nortriptyline, and quetiapine.

**'End of Encounter Meds'**

*Patient:* **Kenny L. Haverly**
*Encounter:* **Jan 30 2018 9:15AM** *MRN:* **1136760**

**Signatures**

Electronically signed by : Luthene Peyton, RMA; Jan 30 2018 9:12AM EST (Co-author)
Electronically signed by : Warren Chumley, M.D.; Jan 30 2018 9:33AM EST (Author)
Electronically signed by : Warren Chumley, M.D.; Feb 5 2018 10:37AM EST (Author)

# Saint Joseph Neurology Associates

1021 Majestic Drive, Suite 200
Lexington,KY 40513
(859) 296-1922

**Patient:** Haverly, Kenny T

**Age/Sex/DOB:** 41 yrs M
**EMRN:** 5675876
**OMRN:** 1136760
**Home:**
**Work:**

## Results

**Lab Accession #** T9717906
**Ordering Provider:** Chumley, Warren
**Performing Location:** PAML National Reference Laboratory
110 W. Cliff Dr
Spokane, WA 99204

**Collected:** 1/30/2018 12:01:00AM
**Resulted:** 2/2/2018 4:37:00PM
**Verified By:** Chumley, Warren
**Auto Verify:** N

**Pain Management Panel 4**

**Stage:** **Final**

| Test | Result | Units | Flag | Reference Range |
|---|---|---|---|---|
| Alcohol Screen<br>positive cutoff 20 mg/dL | Negative | mg/dL | | |
| Amp/Methamphetamine Screen<br>positive cutoff 500 ng/mL | Negative | ng/mL | | |
| Alternate Amphetamines Screen<br>positive cutoff 500 ng/mL | Negative | ng/mL | | |
| Cannabinoids Screen<br>positive cutoff 20 ng/mL | Negative | ng/mL | | |
| Cocaine Screen<br>positive cutoff 150 ng/mL | Negative | ng/mL | | |
| Morphine (LCMSMS)<br>positive cutoff 50 ng/mL | Negative | ng/mL | | |
| Oxymorphone (LCMSMS)<br>positive cutoff 50 ng/mL | Negative | ng/mL | | |
| Hydromorphone (LCMSMS)<br>positive cutoff 50 ng/mL | Negative | ng/mL | | |
| Nor-Oxycodone (LCMSMS)<br>positive cutoff 50 ng/mL | Negative | ng/mL | | |
| Nor-Hydrocodone (LCMSMS)<br>positive cutoff 50 ng/mL | Negative | ng/mL | | |
| Oxycodone (LCMSMS)<br>positive cutoff 50 ng/mL | Negative | ng/mL | | |
| Codeine (LCMSMS)<br>positive cutoff 50 ng/mL | Negative | ng/mL | | |
| Heroin Metab (6AM) (LCMSMS)<br>positive cutoff 10 ng/mL | Negative | ng/mL | | |
| Hydrocodone (LCMSMS)<br>positive cutoff 50 ng/mL | Negative | ng/mL | | |
| Phencyclidine Screen<br>positive cutoff 25 ng/mL | Negative | ng/mL | | |
| Propoxyphene Screen | Negative | ng/mL | | |

**Patient: Haverly, Kenny L** **EMRN: 5675876**

| Test | Result | Units | Flag Reference Range |
|---|---|---|---|
| positive cutoff 300 ng/mL | | | |
| Barbiturates Screen<br>positive cutoff 200 ng/mL | Negative | ng/mL | |
| Benzodiazepines<br>positive cutoff 200 ng/mL | Negative | ng/mL | |
| Methadone Screen<br>positive cutoff 100 ng/mL | Negative | ng/mL | |
| Methadone Metab (EDDP) (GCMS) | Negative | ng/mL | |
| Meperidine Screen<br>positive cutoff 200 ng/mL | Negative | ng/mL | |
| Tramadol Screen<br>positive cutoff 200 ng/mL | Positive | ng/mL | |
| Tramadol (GCMS)<br>Prescription medication not provided for interpretive comment.<br><br>Presence of TRAMADOL indicates the consumption of Ultram, Ultracet, Ryzolt, or any medication containing tramadol.<br>positive cutoff 200 ng/mL | 1220 | ng/mL | |
| Acetaminophen Screen<br>ACETAMINOPHEN is a common over the counter fever and pain reducing medication. It is also found in combination with various opiates, propoxyphene, and methadone when taken in solution.<br>positive cutoff 2.5 ug/mL | Positive | ug/mL | |
| Fentanyl Screen<br>positive cutoff 4 ng/mL | Negative | ng/mL | |
| Carisoprodol Screen<br>positive cutoff 2.5 ug/mL | Negative | ug/mL | |
| Buprenorphine Screen<br>positive cutoff 5 ng/mL | Negative | ng/mL | |
| Ethyl Glucu/Ethyl Sulfate Scr<br>positive cutoff 250 ng/mL | Negative | ng/mL | |
| Oxidants<br>positive cutoff 200 ug/mL | Negative | ug/mL | |
| pH | 5.7 | | |
| Creatinine<br>Testing Performed: PAML, 110 W. Cliff Dr, Spokane, WA 99204 | 251 | mg/dL | |

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
Phone No.: (800) 291-0112
Secure Fax No.: (603) 427-1809

| | |
|---|---|
| Date: | February 2, 2018 |
| To: | DR. CHUMLEY |
| Attn: | medical records |
| Fax: | (859) 296-2603 |
| From: | Shana Pryor<br>Disability Case Manager<br>Phone No.: Phone No.: (800) 291-0112<br>Secure Fax No.: (603) 427-1809 |
| Total Pages<br>(Including Cover): | 3 |
| RE:<br><br>Claim #: 3903216<br>Claimant: Kenny Haverly<br><br>Papa John's International, Inc | |

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me by telephone at (800) 291-0112 and permanently shred the original and any copy of any fax and any printout thereof.

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
Phone No.: (800) 291-0112
Secure Fax No.: (603) 427-1809

February 2, 2018

Dr. Chumley

RE: Short Term Disability (STD) Benefits
Papa John's International, Inc
Claim #: 3903216
Claimant: Kenny Haverly
Claimant D.O.B.:

Dear Dr. Chumley:

We are the Disability Claim Administrator for your patient, Kenny Haverly.

To evaluate Mr. Haverly's eligibility for disability benefits and to help facilitate a return to work, when appropriate, we are requesting the following information:

- Office treatment notes, test results, prescription histories, and treatment plans from January 1, 2018 through the present

We ask that you provide this information by February 9, 2018. Failure to provide the requested information may result in an adverse benefit or claim determination. The information can be faxed to our office at our secure fax number (603) 427-1809 or mailed to the above address.

If prepayment is required, please fax an invoice indicating the number of pages, federal tax ID# and amount due.

Although HIPAA does not apply to disability insurance carriers, we understand your responsibilities under HIPAA as a health care provider, and our associated responsibility of ensuring this information is protected against deliberate or inadvertent misuse or disclosure.

The Genetic Information Nondiscrimination Act of 2008 (GINA) prohibits employers and other entities covered by GINA Title II from requesting or requiring genetic information of an individual or family member of the individual, except as specifically allowed by this law. To comply with this law, we are asking that you not provide any genetic information when responding to this request for medical information.

'Genetic information' as defined by GINA, includes an individual's family medical history, the results of an individual's or family member's genetic tests, the fact that an individual or an

individual's family member sought or received genetic services, and genetic information of a fetus carried by an individual or an individual's family member or an embryo lawfully held by an individual or family member receiving assistive reproductive services.

If you have any questions regarding this matter, please contact me.

Sincerely,

Shana Pryor
Disability Case Manager
Phone No.: (800) 291-0112 Ext. 13914
Secure Fax No.: (603) 427-1809

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207

MR. KENNY HAVERLY JR

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
Phone No.: (800) 291-0112
Secure Fax No.: (603) 427-1809

February 2, 2018

Mr. Kenny Haverly Jr

RE: Short Term Disability (STD) Benefits
Papa John's International, Inc
Claim #: 3903216

Dear Mr. Kenny Haverly Jr:

Liberty Life Assurance Company of Boston ("Liberty") is responsible for managing claims for Short Term Disability (STD) benefits under Papa John's International, Inc's Group Disability Plan. We are writing in reference to your claim for STD benefits under the Plan.

We are currently reviewing your eligibility for continued disability benefits, and are in need of additional information.

We have received the information that we previously requested; however, we are unable to complete our investigation based on the information received. To thoroughly review the claim for benefits, we need additional information.

On February 2, 2018, we requested medical records from Dr. Chumley . This information is necessary to complete our ongoing claims investigation. Please provide us with the following information to assist us with our review of your eligibility for benefits:

- Office treatment notes, test results, operative reports, prescription histories, and treatment plans from January 1, 2018 through the present from all treating providers

If there are any other attending physicians or specialists, including physical therapy providers, that we are unaware of, please have them forward all medical records pertinent to your disability within the timeframe stated above.

Papa John's International, Inc's STD Plan requires that, in order to receive ongoing benefits, you provide proof of disability within a required timeframe. Your cooperation in providing the requested information is essential to our claim investigation.

In the absence of this information, your claim may be closed.

We ask that you provide us with this information no later than March 18, 2018 as required under the

terms of the Plan.

If you have any questions regarding this matter, please contact me.

Sincerely,

Shana Pryor
Disability Case Manager
Phone No.: (800) 291-0112 Ext. 13914
Secure Fax No.: (603) 427-1809

**From:** GrpMktClmOpsReporting@LibertyMutual.com
**Sent:** Tueh 8,2an, 013,1: 50: 581,+0000
**To:**
ASHLEY_YOUNG@PAPA2OHNS.COMJ; ebra_Duillin@papaQj ns.comJ2anna_Curtsinger@papaQj ns.comJ saraj _walker@papaQj ns.comJsj aron_kremer@papaQj ns.comJWILLIE_2AMES@PAPA2OHNS.COM
**Subject:** Claim,#,8908 16h,KENNY,HAVERLY

**THIS IS AN AUTOMATED EMAIL, PLEASE DO NOT RESPOND.**

The above named employee has applied for short term disability benefits. The claim has a date of disability of 11/15/2017. This claim is approved through 2/15/2018. This indicates an extension of benefits. The case manager for this claim is Shana Pryor. The claim number is 3903216.

If you have further questions or if the employee has returned to work, please call Liberty Mutual Insurance at (800) 291-0112.

**From:** GrpMktClmOpsReporting@LibertyMutual.com
**Sent:** Tueh 8,2an, 013,1: 50: 581,+0000
**To:**
ASHLEY_YOUNG@PAPA2OHNS.COMJ; ebra_Duillin@papaQj ns.comJ2anna_Curtsinger@papaQj ns.comJ saraj _walker@papaQj ns.comJsj aron_kremer@papaQj ns.comJWILLIE_2AMES@PAPA2OHNS.COM
**Subject:** Claim,#,8908 16h,KENNY,HAVERLY

**THIS IS AN AUTOMATED EMAIL, PLEASE DO NOT RESPOND.**

The above named employee has applied for short term disability benefits. The claim has a date of disability of 11/15/2017. This claim is approved through 2/15/2018. This indicates an extension of benefits. The case manager for this claim is Shana Pryor. The claim number is 3903216.

If you have further questions or if the employee has returned to work, please call Liberty Mutual Insurance at (800) 291-0112.

**From:** GrpMktClmOpsReporting@LibertyMutual.com
**Sent:** Tueh 8,2an, 013,1: 50: 581,+0000
**To:**
ASHLEY_YOUNG@PAPA2OHNS.COMJ; ebra_Duillin@papaQj ns.comJ2anna_Curtsinger@papaQj ns.comJ saraj _walker@papaQj ns.comJsj aron_kremer@papaQj ns.comJWILLIE_2AMES@PAPA2OHNS.COM
**Subject:** Claim,#,8908 16h,KENNY,HAVERLY

**THIS IS AN AUTOMATED EMAIL, PLEASE DO NOT RESPOND.**

The above named employee has applied for short term disability benefits. The claim has a date of disability of 11/15/2017. This claim is approved through 2/15/2018. This indicates an extension of benefits. The case manager for this claim is Shana Pryor. The claim number is 3903216.

If you have further questions or if the employee has returned to work, please call Liberty Mutual Insurance at (800) 291-0112.

**From:** GrpMktClmOpsReporting@LibertyMutual.com
**Sent:** Tueh 8,2an, 013,1: 50: 581,+0000
**To:**
ASHLEY_YOUNG@PAPA2OHNS.COMJ; ebra_Duillin@papaQj ns.comJ2anna_Curtsinger@papaQj ns.comJ saraj _walker@papaQj ns.comJsj aron_kremer@papaQj ns.comJWILLIE_2AMES@PAPA2OHNS.COM
**Subject:** Claim,#,8908 16h,KENNY,HAVERLY

**THIS IS AN AUTOMATED EMAIL, PLEASE DO NOT RESPOND.**

The above named employee has applied for short term disability benefits. The claim has a date of disability of 11/15/2017. This claim is approved through 2/15/2018. This indicates an extension of benefits. The case manager for this claim is Shana Pryor. The claim number is 3903216.

If you have further questions or if the employee has returned to work, please call Liberty Mutual Insurance at (800) 291-0112.

**From:** GrpMktClmOpsReporting@LibertyMutual.com
**Sent:** Tueh 8,2an, 013,1: 50: 581,+0000
**To:**
ASHLEY_YOUNG@PAPA2OHNS.COMJ; ebra_Duillin@papaQj ns.comJ2anna_Curtsinger@papaQj ns.comJ saraj _walker@papaQj ns.comJsj aron_kremer@papaQj ns.comJWILLIE_2AMES@PAPA2OHNS.COM
**Subject:** Claim,#,8908 16h,KENNY,HAVERLY

**THIS IS AN AUTOMATED EMAIL, PLEASE DO NOT RESPOND.**

The above named employee has applied for short term disability benefits. The claim has a date of disability of 11/15/2017. This claim is approved through 2/15/2018. This indicates an extension of benefits. The case manager for this claim is Shana Pryor. The claim number is 3903216.

If you have further questions or if the employee has returned to work, please call Liberty Mutual Insurance at (800) 291-0112.

**From:** GrpMktClmOpsReporting@LibertyMutual.com
**Sent:** Tueḩ 8,2an, 013,1: 50: 581,+0000
**To:**
ASHLEY_YOUNG@PAPA2OHNS.COMJ; ebra_Duillin@papaQj ns.comJ2anna_Curtsinger@papaQj ns.comJ saraj _walker@papaQj ns.comJsj aron_kremer@papaQj ns.comJWILLIE_2AMES@PAPA2OHNS.COM
**Subject:** Claim,#,8908 16ḩKENNY,HAVERLY

**THIS IS AN AUTOMATED EMAIL, PLEASE DO NOT RESPOND.**

The above named employee has applied for short term disability benefits. The claim has a date of disability of 11/15/2017. This claim is approved through 2/15/2018. This indicates an extension of benefits. The case manager for this claim is Shana Pryor. The claim number is 3903216.

If you have further questions or if the employee has returned to work, please call Liberty Mutual Insurance at (800) 291-0112.

Liberty Mutual. INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
Phone No.: (800) 291-0112
Secure Fax No.: (603) 430-5926

| | |
|---|---|
| Date: | January 12, 2018 |
| To: | DR. CHUMLEY |
| Attn: | Medical Records - Linda |
| Fax: | (859) 296-2603 |
| From: | Robert Kaylor<br>Disability Case Manager<br>Phone No.: Phone No.: (800) 291-0112<br>Secure Fax No.: (603) 430-5926 |
| Total Pages (Including Cover): | 3 |
| RE: | Claim #: 3903216<br>Claimant: Kenny Haverly<br><br>Papa John's International, Inc |

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me by telephone at (800) 291-0112 and permanently shred the original and any copy of any fax and any printout thereof.

Liberty Mutual INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
Phone No.: (800) 291-0112
Secure Fax No.: (603) 430-5926

January 12, 2018

Dr. Chumley

RE: Short Term Disability (STD) Benefits
Papa John's International, Inc
Claim #: 3903216
Claimant: Kenny Haverlv
Claimant D.O.B.:

Dear Dr. Chumley:

We are the Disability Claim Administrator for your patient, Kenny Haverly.

To evaluate Mr. Haverly's eligibility for disability benefits and to help facilitate a return to work, when appropriate, we are requesting the following information:

- Office treatment notes, test results, prescription histories, and treatment plans from December 1, 2017 through the present

We ask that you provide this information by January 16, 2018. Failure to provide the requested information may result in an adverse benefit or claim determination. The information can be faxed to our office at our secure fax number (603) 430-5926 or mailed to the above address.

If prepayment is required, please fax an invoice indicating the number of pages, federal tax ID# and amount due.

Although HIPAA does not apply to disability insurance carriers, we understand your responsibilities under HIPAA as a health care provider, and our associated responsibility of ensuring this information is protected against deliberate or inadvertent misuse or disclosure.

The Genetic Information Nondiscrimination Act of 2008 (GINA) prohibits employers and other entities covered by GINA Title II from requesting or requiring genetic information of an individual or family member of the individual, except as specifically allowed by this law. To comply with this law, we are asking that you not provide any genetic information when responding to this request for medical information.

'Genetic information' as defined by GINA, includes an individual's family medical history, the results of an individual's or family member's genetic tests, the fact that an individual or an

individual's family member sought or received genetic services, and genetic information of a fetus carried by an individual or an individual's family member or an embryo lawfully held by an individual or family member receiving assistive reproductive services.

If you have any questions regarding this matter, please contact me.

Sincerely,

Robert Kaylor
Disability Case Manager
Phone No.: (800) 291-0112 Ext. 13942
Secure Fax No.: (603) 430-5926

**Saint Joseph Neurology Associates**
**1021 Majestic Drive, Suite 200,**
**Lexington, KY 40513**
**Phone: (859) 296-1922 Fax: (859) 296-2603**

*MRN:* **1136760**

*Encounter Date:* **01/05/2018 3:30PM**

*DOB:*
*Home.*
*Work:*

*Address:*
**Kenny Haverly**

**PCP:** Vincent, Jacob

## History Reported By

Patient

## Chief Complaint

Follow up for seizures.

## History of Present Illness

**HPI Free Text - v1.0:** Mr. Haverly was referred 8.30.16 for headaches. He is followed by Dr. Fakhoury for possible seizures manifest as hallucinations. He notes he has been monitored a 3rd time in the EMU and he does not feel the spells are seizures therefore Dr. Fakhoury referred him for possible migraine with aura. He has been on multiple anticonvulsant medications over the years. He notes the episodes started in late 2009 as auditory hallucinations - hearing music (like a sitar). This changed to classical music instruments (not melodic). He notes the sounds are changes of sounds in the surrounding environment. He notes a h/o migraines going back to his late teens; he notes he would see halos around lights before a migraine (like oil on water). He notes no h/o drug use but in January 2010 he started having visual hallucinations manifest as seeing himself crawl into a hole. He had a headache when this happened and went to bed; he slept 16 hours; he woke up at nighttime hallucinated sitting on a milk crate in his living room (he had seen the man before). This lasted for 2 - 3 seconds then another headache.

He has a constant background headache; he has a migraine once per month; he has minor episodes of seeing schools of "pixelated" fish going from left to right daily with no headache. He has major episodes of seeing triangular arrangements of swirling pieces which occurs up to every other day which are followed by headaches. He notes a pineal gland cyst.

**Headache:** The patient is being seen for a routine follow-up of.
**Headache History:**
**Current Headache Information:**
Currently the pain is left frontal, occasionally bitemporal. It is described as stabbing. On a scale of 0-10, the pain severity average is 5 and maximum is 12.
Symptoms include nausea, phonophobia and photophobia, but no vomiting.
Current treatment includes propranolol 120 mg BID; Cambia PRN; almotriptan PRN; vit D3 50,000 units weekly. (Previous Medications: topiramate, Keppra, Vimpat, Imitrex before the hallucinations was not well tolerated, Tylenol, ibuprofen, Advil, naproxen. Amitriptyline)
He has major episodes consist of seeing arrangements of three followed by a severe headache (previously about 9 per month); he sleep 6 hours later ("like waking up from surgery"). The minor episodes consist of seeing pixelated fish sometimes followed by a less severe headache ("rapid fire") (previously about 30-60 per month). He has a constant background headache.
The Depakote was tapered off in March 2017 and propranolol increased to 120 mg BID.
He notes his headaches have been worse since November 2017. He had 7 painful headaches in November 2017 and 8 in December 2017. He had 9 episodes of seeing pixelated fish in November, which are painful at times. He notes his left eye and field of vision were like "looking through ripples on a pond", like horizontal heat waves. He was on amitriptyline for the last two weeks of November 2017, which caused fatigue.

**Active Problems**

1. Avitaminosis D (268.9) (E55.9)
2. Complex partial seizure with impairment of consciousness (345.40) (G40.209)
3. Migraine with aura, intractable (346.01) (G43.119)

   Mr. Haverly was seen by Dr. Fakhoury 8.18.16 who noted spells of visual hallucinations and past video EEG monitoring at UK in 2010 was negative other than focal slow wave activity in the temporal leads. It was noted the spells may be nonepileptic. Video EEG monitoring on two occasions was mentioned (UK and Vanderbilt) and an ictal SPECT was mentioned. Repeat video EEG monitoring was mentioned due to an increase in the spells.

   MRI brain w/ and w/o, SJH, 9.15.16: No acute intracranial abnormality and no pathologic enhancement. Reviewed on PACS 9.16.16.
   Mr. Haverly was admitted to the epilepsy monitoring unit (SJH) on August 19 and discharged on August 21, 2016. He had frequent isolated jerks with no associated ictal EEG change. He also had another typical episode of visual symptoms and auras, also with no associated ictal EEG change. Continuous EEG recordings showed no epileptiform abnormality. The spells were discussed nonepileptic and possible migraine with aura was discussed.
   Labs, KLS, 8.30.16: B12 503. CK 73. CMP nl except crt 1.20 (0.55 - 1.02). HC 10.4. Vit D 22. CBC nl. ESR 13. Serum IFE studies show no evidence of monoclonal gammopathy. No significant abnormalities in the serum protein pattern. MMA <0.20.

   Complicated migraines - he has auditory hallucinations and visual hallucinations for which has been monitored 3 times, including by Dr. Fakhoury twice (UK and SJH) and at Vanderbilt.
4. Nonepileptic episode (780.39) (R56.9)
5. Paresthesias (782.0) (R20.2)
6. Pineal gland cyst (259.8) (E34.8)

   Mr. Haverly noted a h/o a pineal gland cyst when seen 8.30.16.

   MRI brain w/ and w/o, SJH, 9.15.16: No acute intracranial abnormality and no pathologic enhancement. Reviewed on PACS 9.16.16.
7. Simple partial seizure w/somatosensory or special sensory dysfunction (345.50) (G40.109)

**Allergies**

- No Known Drug Allergies
  Recorded By: Merkel, Shannon; 8/18/2016 1:51:26 PM

**Current Meds**

1. Almotriptan Malate 12.5 MG Oral Tablet; TAKE ONE TABLET BY MOUTH EVERY 2 HOURS AS NEEDED MAX 2 PER DAY AND 5 PER WEEK
2. Hydrocodone-Acetaminophen 5-325 MG Oral Tablet; TAKE 1 TABLET Daily PRN
3. Naproxen 500 MG Oral Tablet; Take one tablet every 4 hours PRN for headaches
4. Omeprazole 40 MG Oral Capsule Delayed Release
5. Ondansetron HCl - 4 MG Oral Tablet; TAKE 1 TABLET AS NEEDED FOR NAUSEA
6. Propranolol HCl - 40 MG Oral Tablet; TAKE 3 TABLET Twice daily
7. Vitamin D3 50000 UNIT Oral Capsule; TAKE 1 CAPSULE Weekly

**Past Medical History**

History of Hernia (553.9) (K46.9)

History of appendicitis (V12.79) (Z87.19)
History of asthma (V12.69) (Z87.09)
History of concussion (V15.52) (Z87.820)
History of head injury (V15.59) (Z87.828)
History of kidney stones (V13.01) (Z87.442)
History of migraine headaches (V12.49) (Z86.69)
History of pneumonia (V12.61) (Z87.01)
History of varicella (V12.09) (Z86.19)

**Surgical History**

History of Appendectomy
History of Cholecystectomy
History of Hernia Repair
History of Surgery Epididymectomy Left

**Family History**

- Family history of migraine headaches (V17.2) (Z82.0)
- Family history of neuropathy (V17.2) (Z82.0)
- Family history of epilepsy (V17.2) (Z82.0)
- Family history of diabetes mellitus (V18.0) (Z83.3)
- Family history of leukemia (V16.6) (Z80.6)
- Family history of malignant neoplasm (V16.9) (Z80.9)
- Family history of rheumatoid arthritis (V17.7) (Z82.61)

**Social History**

Alcohol use (V49.89) (Z78.9)
Caffeine use (V49.89) (F15.90)
Completed college, bachelors degree
Lives with spouse
Married
Never smoker
No drug use

**Review of Systems**

**CONSTITUTIONAL:** fatigue.
**EYES:** change in vision.
**ENT:** nasal discharge and nasal stuffiness.
**CARDIOVASCULAR:** normal.
**RESPIRATORY:** normal.
**GASTROINTESTINAL:** normal.
**GENITOURINARY:** normal.
**MUSCULOSKELETAL:** normal.
**INTEGUMENTARY:** normal.
**NEUROLOGICAL:** headache, dizziness, sleep disturbances, left side of face numbness and facial pain, but has not had seizures.
**PSYCHIATRIC:** normal.
**ENDOCRINE:** normal.
**HEMATOLOGIC/LYMPHATIC:** normal.
**ALLERGIC/IMMUNOLOGIC:** normal.

**Vitals**

**Vital Signs**

| | Recorded: 05Jan2018 03:15PM |
|---|---|

*Patient:* **Kenny L. Haverly**
*Encounter:* **Jan 5 2018 3:30PM** *MRN:* **1136760**

| | |
|---|---|
| Height | 6 ft 1 in |
| Weight | 258 lb |
| BMI Calculated | **34.04** |
| BSA Calculated | 2.4 |
| Systolic | 130 |
| Diastolic | 82 |

### Physical Exam

Mental Status - Alert.
General Appearance - Cooperative. Not in acute distress. Build & Nutrition - Well nourished.
HEENT - Eye Note: Pupils equal, reactive to light and to accommodation directly and consensually
Peripheral Vascular - Upper Extremity: Inspection - Bilateral - Normal.
Neurologic
Mental Status: Speech - Normal.
Cranial Nerves:
III Oculomotor: Pupillary constriction - Bilateral - Normal. Note: no ptosis, no Horner's sign, no Marcus Gunn pupil
VII Facial: - Normal and symmetric facial muscles.
Eye Movements: - PERRL. EOMI.
Sensory: Intact to pinprick in all 4 extremities.
Reflexes: 2+ throughout.
Musculoskeletal:
Motor: Tone: Normal.
Bulk: Normal.
Strength: 5/5 bilaterally in the upper and lower extremities.

### Results/Data

Mr. Haverly was seen by Dr. Fakhoury 8.18.16 who noted spells of visual hallucinations and past video EEG monitoring at UK in 2010 was negative other than focal slow wave activity in the temporal leads. It was noted the spells may be nonepileptic. Video EEG monitoring on two occasions was mentioned (UK and Vanderbilt) and an ictal SPECT was mentioned. Repeat video EEG monitoring was mentioned due to an increase in the spells.

MRI brain w/ and w/o, SJH, 9.15.16: No acute intracranial abnormality and no pathologic enhancement. Reviewed on PACS 9.16.16.
Mr. Haverly was admitted to the epilepsy monitoring unit (SJH) on August 19 and discharged on August 21, 2016. He had frequent isolated jerks with no associated ictal EEG change. He also had another typical episode of visual symptoms and auras, also with no associated ictal EEG change. Continuous EEG recordings showed no epileptiform abnormality. The spells were discussed nonepileptic and possible migraine with aura was discussed.
Labs, KLS, 8.30.16: B12 503. CK 73. CMP nl except crt 1.20 (0.55 - 1.02). HC 10.4. Vit D 22. CBC nl. ESR 13. Serum IFE studies show no evidence of monoclonal gammopathy. No significant abnormalities in the serum protein pattern. MMA <0.20.
Labs, KLS, 5/30/2017: CMP normal. Free T4 0.84. TSH 3.710. Vitamin D 11. CBC normal.

### Assessment

1. Migraine with aura, intractable (346.01) (G43.119)
   Mr. Haverly was seen by Dr. Fakhoury 8.18.16 who noted spells of visual hallucinations and past video EEG monitoring at UK in 2010 was negative other than focal slow wave activity in the temporal leads. It was noted the spells may be nonepileptic. Video EEG monitoring on two occasions was mentioned (UK and Vanderbilt) and an ictal SPECT was mentioned. Repeat video EEG monitoring was mentioned due to an increase in the spells.

MRI brain w/ and w/o, SJH, 9.15.16: No acute intracranial abnormality and no pathologic enhancement. Reviewed on PACS 9.16.16.
Mr. Haverly was admitted to the epilepsy monitoring unit (SJH) on August 19 and discharged on August 21, 2016. He had frequent isolated jerks with no associated ictal EEG change. He also had another typical episode of visual symptoms and auras, also with no associated ictal EEG change. Continuous EEG recordings showed no epileptiform abnormality. The spells were discussed nonepileptic and possible migraine with aura was discussed.
Labs, KLS, 8.30.16: B12 503. CK 73. CMP nl except crt 1.20 (0.55 - 1.02). HC 10.4. Vit D 22. CBC nl. ESR 13. Serum IFE studies show no evidence of monoclonal gammopathy. No significant abnormalities in the serum protein pattern. MMA <0.20.
Complicated migraines - he has auditory hallucinations and visual hallucinations for which has been monitored 3 times, including by Dr. Fakhoury twice (UK and SJH) and at Vanderbilt.

2. Pineal gland cyst (259.8) (E34.8)
   Mr. Haverly noted a h/o a pineal gland cyst when seen 8.30.16.

   MRI brain w/ and w/o, SJH, 9.15.16: No acute intracranial abnormality and no pathologic enhancement. Reviewed on PACS 9.16.16.
3. Avitaminosis D (268.9) (E55.9)

**Plan**

**Avitaminosis D**

1. Renew: Vitamin D3 50000 UNIT Oral Capsule; TAKE 1 CAPSULE Weekly

**Migraine with aura, intractable**

2. Start: Gabapentin 300 MG Oral Capsule; Take 1 capsule twice daily
3. Follow-up visit in 6 weeks Outpatient Follow-up Status: Hold For - Scheduling Requested for: 05Jan2018
4. Renew: Almotriptan Malate 12.5 MG Oral Tablet; TAKE ONE TABLET BY MOUTH EVERY 2 HOURS AS NEEDED MAX 2 PER DAY AND 5 PER WEEK
5. Renew: Hydrocodone-Acetaminophen 5-325 MG Oral Tablet; TAKE 1 TABLET Daily PRN
6. Renew: Naproxen 500 MG Oral Tablet; Take one tablet every 4 hours PRN for headaches
7. Renew: Ondansetron HCl - 4 MG Oral Tablet; TAKE 1 TABLET AS NEEDED FOR NAUSEA
8. Renew: Propranolol HCl - 40 MG Oral Tablet; TAKE 3 TABLET Twice daily

**Discussion/Summary**

Mr. Haverly has an interesting history in that he developed migraines in his late teens with an aura of seeing a halo (like a rainbow from oil and water). Then, around 2009, he began having auditory hallucinations and in 2010 began having visual hallucinations. He has chronic daily headaches, migraines once monthly, 2 types of visual hallucinations (seeing "schools of pixels" and swirling objects arranged as triangles); the triangle hallucinations are followed by severe headaches. He undergone video EEG monitoring at UK (by Dr, Fakhoury), at Vanderbilt, and at SJH (again by Dr. Fakhoury in August 2016) and there is no evidence these are seizures; one possible explanation is migraine with complicated aura. He underwent an MRI brain w/ and w/o at SJH 9.15.16 which was normal (aside from a possible pineal cyst which he has known about since 2011). Propranolol has significantly reduced his number of major and minor headaches; Depakote was added 11/9/2016 but caused pain and emotional blunting therefore was tapered off in March 2017. He noted today, 1/5/2018, that his migraines have been significantly worse since November 2017, however, there've been no medication changes. His primary care physician started him on amitriptyline, which caused excessive drowsiness therefore was stopped. After discussion, he will be started on gabapentin, 300 mg at night for one week then 300 mg twice daily. He will be seen back in 6 weeks.

The class warnings for anti-seizure medications concerning the possibility of negative mood changes, worsening depression, and suicidal thoughts were discussed.

Future options include nadolol, nortriptyline, and quetiapine.

**'End of Encounter Meds'**

**Signatures**
Electronically signed by : Luthene Peyton, RMA; Jan 5 2018 3:19PM EST (Co-author)
Electronically signed by : Warren Chumley, M.D.; Jan 5 2018 3:48PM EST (Author)

Liberty Mutual INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
Phone No.: (800) 291-0112
Secure Fax No.: (603) 430-5926

| | |
|---|---|
| Date: | January 12, 2018 |
| To: | DR. CHUMLEY |
| Attn: | Medical Records - Linda |
| Fax: | (859) 296-2603 |
| From: | Robert Kaylor<br>Disability Case Manager<br>Phone No.: Phone No.: (800) 291-0112<br>Secure Fax No.: (603) 430-5926 |
| Total Pages (Including Cover): | 3 |
| RE: | Claim #: 3903216<br>Claimant: Kenny Haverly<br><br>Papa John's International, Inc |

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me by telephone at (800) 291-0112 and permanently shred the original and any copy of any fax and any printout thereof.

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
Phone No.: (800) 291-0112
Secure Fax No.: (603) 430-5926

January 12, 2018

Dr. Chumley

RE: Short Term Disability (STD) Benefits
Papa John's International, Inc
Claim #: 3903216
Claimant: Kenny Haverly
Claimant D.O.B.:

Dear Dr. Chumley:

We are the Disability Claim Administrator for your patient, Kenny Haverly.

To evaluate Mr. Haverly's eligibility for disability benefits and to help facilitate a return to work, when appropriate, we are requesting the following information:

- Office treatment notes, test results, prescription histories, and treatment plans from December 1, 2017 through the present

We ask that you provide this information by January 16, 2018. Failure to provide the requested information may result in an adverse benefit or claim determination. The information can be faxed to our office at our secure fax number (603) 430-5926 or mailed to the above address.

If prepayment is required, please fax an invoice indicating the number of pages, federal tax ID# and amount due.

Although HIPAA does not apply to disability insurance carriers, we understand your responsibilities under HIPAA as a health care provider, and our associated responsibility of ensuring this information is protected against deliberate or inadvertent misuse or disclosure.

The Genetic Information Nondiscrimination Act of 2008 (GINA) prohibits employers and other entities covered by GINA Title II from requesting or requiring genetic information of an individual or family member of the individual, except as specifically allowed by this law. To comply with this law, we are asking that you not provide any genetic information when responding to this request for medical information.

'Genetic information' as defined by GINA, includes an individual's family medical history, the results of an individual's or family member's genetic tests, the fact that an individual or an

individual's family member sought or received genetic services, and genetic information of a fetus carried by an individual or an individual's family member or an embryo lawfully held by an individual or family member receiving assistive reproductive services.

If you have any questions regarding this matter, please contact me.

Sincerely,

Robert Kaylor
Disability Case Manager
Phone No.: (800) 291-0112 Ext. 13942
Secure Fax No.: (603) 430-5926

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
Phone No.: (800) 291-0112
Secure Fax No.: (603) 427-1809

| | |
|---|---|
| Date: | January 9, 2018 |
| To: | DR. GREG POTTS |
| Attn: | medical records |
| Fax: | (502) 240-5905 |
| From: | Shana Pryor<br>Disability Case Manager<br>Phone No.: Phone No.: (800) 291-0112<br>Secure Fax No.: (603) 427-1809 |
| Total Pages (Including Cover): | 3 |
| RE: | Claim #: 3903216<br>Claimant: Kenny Haverly<br><br>Papa John's International, Inc |

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me by telephone at (800) 291-0112 and permanently shred the original and any copy of any fax and any printout thereof.

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
Phone No.: (800) 291-0112
Secure Fax No.: (603) 427-1809

January 9, 2018

Dr. Greg Potts

RE: Short Term Disability (STD) Benefits
Papa John's International, Inc
Claim #: 3903216
Claimant: Kenny Haverly
Claimant D.O.B.:

Dear Dr. Greg Potts:

We are the Disability Claim Administrator for your patient, Kenny Haverly.

To evaluate Mr. Haverly's eligibility for disability benefits and to help facilitate a return to work, when appropriate, we are requesting the following information:

- Office treatment notes, test results, prescription histories, and treatment plans from December 1, 2017 through the present

We ask that you provide this information by January 16, 2018. Failure to provide the requested information may result in an adverse benefit or claim determination. The information can be faxed to our office at our secure fax number (603) 427-1809 or mailed to the above address.

If prepayment is required, please fax an invoice indicating the number of pages, federal tax ID# and amount due.

Although HIPAA does not apply to disability insurance carriers, we understand your responsibilities under HIPAA as a health care provider, and our associated responsibility of ensuring this information is protected against deliberate or inadvertent misuse or disclosure.

The Genetic Information Nondiscrimination Act of 2008 (GINA) prohibits employers and other entities covered by GINA Title II from requesting or requiring genetic information of an individual or family member of the individual, except as specifically allowed by this law. To comply with this law, we are asking that you not provide any genetic information when responding to this request for medical information.

'Genetic information' as defined by GINA, includes an individual's family medical history, the results of an individual's or family member's genetic tests, the fact that an individual or an

individual’s family member sought or received genetic services, and genetic information of a fetus carried by an individual or an individual’s family member or an embryo lawfully held by an individual or family member receiving assistive reproductive services.

If you have any questions regarding this matter, please contact me.

Sincerely,

Shana Pryor
Disability Case Manager
Phone No.: (800) 291-0112 Ext. 13914
Secure Fax No.: (603) 427-1809

**From:** GrpMktClmOpsReporting@LibertyMutual.com
**Sent:** Fri, 22 Dec 2017 15:26:52 +0000
**To:**
ALICIA_LONG@PAPAJOHNS.COM;Debra_Quillin@papajohns.com;Janna_Curtsinger@papajohns.com;sarah_walker@papajohns.com;sharon_kremer@papajohns.com;WILLIE_JAMES@PAPAJOHNS.COM
**Subject:** Claim# 3903216, KENNY HAVERLY

**THIS IS AN AUTOMATED EMAIL, PLEASE DO NOT RESPOND.**

The above named employee has applied for short term disability benefits. The date of disability is 11/15/2017. The claim has been approved through 1/5/2018. The case manager for this claim is Shana Pryor. The claim number is 3903216.

If you have further questions or if the employee has returned to work, please call Liberty Mutual Insurance at (800) 291-0112.

**From:** GrpMktClmOpsReporting@LibertyMutual.com
**Sent:** Fri, 22 Dec 2017 15:26:52 +0000
**To:** ALICIA_LONG@PAPAJOHNS.COM;Debra_Quillin@papajohns.com;Janna_Curtsinger@papajohns.com;sarah_walker@papajohns.com;sharon_kremer@papajohns.com;WILLIE_JAMES@PAPAJOHNS.COM
**Subject:** Claim# 3903216, KENNY HAVERLY

**THIS IS AN AUTOMATED EMAIL, PLEASE DO NOT RESPOND.**

The above named employee has applied for short term disability benefits. The date of disability is 11/15/2017. The claim has been approved through 1/5/2018. The case manager for this claim is Shana Pryor. The claim number is 3903216.

If you have further questions or if the employee has returned to work, please call Liberty Mutual Insurance at (800) 291-0112.

**From:** GrpMktClmOpsReporting@LibertyMutual.com
**Sent:** Fri, 22 Dec 2017 15:26:52 +0000
**To:**
ALICIA_LONG@PAPAJOHNS.COM;Debra_Quillin@papajohns.com;Janna_Curtsinger@papajohns.com;sarah_walker@papajohns.com;sharon_kremer@papajohns.com;WILLIE_JAMES@PAPAJOHNS.COM
**Subject:** Claim# 3903216, KENNY HAVERLY

**THIS IS AN AUTOMATED EMAIL, PLEASE DO NOT RESPOND.**

The above named employee has applied for short term disability benefits. The date of disability is 11/15/2017. The claim has been approved through 1/5/2018. The case manager for this claim is Shana Pryor. The claim number is 3903216.

If you have further questions or if the employee has returned to work, please call Liberty Mutual Insurance at (800) 291-0112.

**From:** GrpMktClmOpsReporting@LibertyMutual.com
**Sent:** Fri, 22 Dec 2017 15:26:52 +0000
**To:**
ALICIA_LONG@PAPAJOHNS.COM;Debra_Quillin@papajohns.com;Janna_Curtsinger@papajohns.com;sarah_walker@papajohns.com;sharon_kremer@papajohns.com;WILLIE_JAMES@PAPAJOHNS.COM
**Subject:** Claim# 3903216, KENNY HAVERLY

**THIS IS AN AUTOMATED EMAIL, PLEASE DO NOT RESPOND.**

The above named employee has applied for short term disability benefits. The date of disability is 11/15/2017. The claim has been approved through 1/5/2018. The case manager for this claim is Shana Pryor. The claim number is 3903216.

If you have further questions or if the employee has returned to work, please call Liberty Mutual Insurance at (800) 291-0112.

**From:** GrpMktClmOpsReporting@LibertyMutual.com
**Sent:** Fri, 22 Dec 2017 15:26:52 +0000
**To:** ALICIA_LONG@PAPAJOHNS.COM;Debra_Quillin@papajohns.com;Janna_Curtsinger@papajohns.com;sarah_walker@papajohns.com;sharon_kremer@papajohns.com;WILLIE_JAMES@PAPAJOHNS.COM
**Subject:** Claim# 3903216, KENNY HAVERLY

**THIS IS AN AUTOMATED EMAIL, PLEASE DO NOT RESPOND.**

The above named employee has applied for short term disability benefits. The date of disability is 11/15/2017. The claim has been approved through 1/5/2018. The case manager for this claim is Shana Pryor. The claim number is 3903216.

If you have further questions or if the employee has returned to work, please call Liberty Mutual Insurance at (800) 291-0112.

**From:** GrpMktClmOpsReporting@LibertyMutual.com
**Sent:** Fri, 22 Dec 2017 15:26:52 +0000
**To:**
ALICIA_LONG@PAPAJOHNS.COM;Debra_Quillin@papajohns.com;Janna_Curtsinger@papajohns.com;sarah_walker@papajohns.com;sharon_kremer@papajohns.com;WILLIE_JAMES@PAPAJOHNS.COM
**Subject:** Claim# 3903216, KENNY HAVERLY

**THIS IS AN AUTOMATED EMAIL, PLEASE DO NOT RESPOND.**

The above named employee has applied for short term disability benefits. The date of disability is 11/15/2017. The claim has been approved through 1/5/2018. The case manager for this claim is Shana Pryor. The claim number is 3903216.

If you have further questions or if the employee has returned to work, please call Liberty Mutual Insurance at (800) 291-0112.

**Papa Cares**

2002 Papa John's Blvd. Louisville, Kentucky 40299
Phone (502)-240-5900 Fax (502)-240-5905
Greg Potts M.D.

Date: 11/30/2017

To: Shana Pryor

From: Anna

Fax#: 603 427 1809 Phone#:

Cover Sheet plus 2 pages

Comments: These are all the records for the date requested.

**Confidential Health Information Enclosed.** Health care information is personal and sensitive. It is being faxed to you after appropriate authorization from the individual or under circumstances that do not require individual authorization. You, the recipient, are obligated to maintain this information in a safe, secure and confidential manner. Re-disclosure without additional consent or authorization of the individual or as permitted by law is prohibited. Unauthorized re-disclosure or failure to maintain the confidentiality of this information could subject you to penalties under Federal and /or State law.

The information contained in this facsimile transmission is privileged and confidential and is intend only for use of the recipient listed above. If you are neither the intended recipient nor the employee agent of the intended recipient responsible for the delivery of this information, you are hereby notified that the disclosure, copying, use or distribution of this information is strictly prohibited. If you have received this transmission in error please notify us immediately by telephone at (502) 240-5900 to arrange the return of the transmitted documents to us or to verify their destruction. Please contact us to verify receipt of this fax or to report problems with the transmission.

2015

# Papa Cares

Date: 11/13/17

Name: Kenny Haverly DOB: Team Member #: 263486
B/P: 143/94 P: 54 R: ____ T: 984 SaO2: 98% Wght: 257 Hght: ____ BMI: ____ Waist: ____
Meds: Reviewed ____ Updated ____ No Change ____ ALLERGIES: NKDA Hx anaphylaxis ____
CC: C/o headache

HPI: Many (2010) yrs of migraines c̄ aura in last 6 wks c̄ 1-2 migraines / wk & missing work – getting more freq
Taken Topamax, Keppra & Valproate
Then Propranolol s̄ much help.

Dr Chumley (Neuro) is his 'migraine' doc & can't get appt until Jan 2018

ROS: (Mark circle if wnl)

- ○ **GEN:** weight changes, insomnia, fatigue, fever chills, night sweats
- ○ **NEURO:** H/A, dizziness, blackout, weakness, syncope, confusion, numbness, head injury
- ○ **EYES:** dble/chng vision, tearing, drainage, cataracts, glaucoma, redness, glasses/contacts
- ○ **EARS:** pain, tinnitus, vertigo, wax, drainage
- ○ **NOSE:** sinus pressure, rhinorrhea, discharge, epistaxis
- ○ **THROAT:** sore, redness, dysphagia, hoarseness
- ○ **RESP:** cough, sputum, dyspnea, wheeze, SOA, hemoptysis
- ○ **CARDIAC:** pain, palpitations, DOE, PND, orthopnea, syncope, heartburn, elev B/P
- ○ **GI:** abd pain, N/V, diarrhea, constipation, change in BM, indigestion, reflux, tarry or red stool
- ○ **GU:** diff/frequent/painful urination, dysuria, hematuria, nocturia, hesitancy, ED
- ○ **GYN:** peri/menopause, abnml bleeding, discharge, dryness, itching, pain, dysmenorrhea, breast sx, dyspareunia
- ○ **VASC:** edema, claudication, cold extremities
- ○ **SKIN:** rash, lesion, pruritis, moles, ulcers
- ○ **PSYCH:** depression, anxiety, agitation, mood swings, panic
- ○ **ENDOC:** polyuria/dyspepsia/phagia, heat/cold intol,
- ○ ↑skin tags, dark patches
- ○ **MS:** weakness, pain, stiffness, joint pain, LBP, instability, falls
- ○ **HEME:** bleeding, fatigue, bruising, petechiae,
- ○ **PAIN:** (1-10 worst) locations ____

PMH: [ ] unchged ~~[ ]~~ see note SH: [ ] unchged ~~[ ]~~ see note
FH: [ ] unchged ~~[ ] see~~ note HX Form From 11/13/17 Rev'd
Surg Hx: [ ] unchged ~~[ ]~~ see note
Rev'd/Updated Immunization/Preventive Screening

IMPRESSION:
① Migraine H/A

PHYSICAL EXAM:

- GEN: (A&O), (NAS), (WD), confused, fatigue, obesity
- ○ HEAD: ~~normocephalic~~, ~~atraumatic~~ EOMI
- ○ EYES: conjunctiva clear, (PERRLA), hemorrhage
- ○ EARS: AC>BC, TM bulging/retracted/dull, cerumen R/L
- ○ NOSE: mucous, pale, boggy, ulcerated, sinus tenderness
- ○ THROAT: swollen, exudates, erythema
- ○ MOUTH: teeth, gums, tongue, pale
- ○ NODES: cervical, axillary, inguinal
- ○ NECK: supple, stiff, ↓ROM, thyroid nodule/enlarged/firm
- ○ RESP: CTAB, tachypnea, dullness, fremitus, wheezing, rales, rhonchi, stridor
- ○ CARDIAC: RRR, S1, S2, S3, S4 murmurs, rubs
- ○ VASC: 2+ PP, edema/ LLE, RLE, varicosities, carotid bruit R/L, cyanosis, stasis dermatitis, clubbing,
- ○ ABD: soft, ND, NT, +bs, hepatomegaly, splenomegaly, guarding — Intact
- ○ (NEURO:) ~~gait~~ unsteady, UE drift, DTRs = bilat, (CN II-IX intact), sensation
- ○ BACK: CVA tenderness, SLR neg, paraspinal TTP, spinal TTP
- ○ MS: Joint swelling, warmth, redness, stiffness, ROM, strngth, tone, gait
- ○ FEET: DM foot exam wnl, no lesion, sensation intact, no discoloration
- ○ SKIN: no rashes, jaundice, normal nails, lumps, pale
- ○ RECTAL: mass, hemorrhoids, decreased tone, hemoccult
- ○ PROSTATE: enlarged, boggy, firm, tender, symmetric, asymmetric, mass, tender, ED, Penis nl/abnml
- ○ GYN: external nl, d/c, cystocele, rectocele, urethra nl, cervix, nl. bimanual nl,
- ○ BREAST: nipple nl, no d/c, no retraction, no lesion, asymmetric, tenderness, mass, nodule
- ○ PSYCH: appropriate mood, appropriate affect, depressed, withdrawn, anxious, no suicidal ideations, no suicidal plan, no intent to harm others
- ○ MEMORY: nl, abnml, MMSE

TEACHING: ____
TEST RESULTS Rev'd: ____
SCHEDULED LABS/TESTS: ____
RETURN to OFFICE: ____
REFERRAL ____ ✓ Called in

PLAN:
① Will see if can get into Neuro sooner
② Cut Propranolol & add Elavil 5 i-ii q hs (60)
③ Work note

[signature]

# Papa Cares

Date: 12/27/2017

Name: Kenny Haverly DOB: Team Member #: 263486

B/P: 155/99 P: 51 R: ___ T: 97.4 SaO2: 98 Wght: ___ Hght: ___ BMI: ___ Waist: ___

Meds: Reviewed ___ Updated ___ No Change ___ ALLERGIES: NKDA ___ Hx anaphylaxis ___

CC: C/O follow up headache

HPI: Have some "minor" & "major" migraines
Meds minimally helpful

Migraines same as prev. migraines – "no different"

ROS: (Mark circle if wnl)

- GEN: weight changes, insomnia, fatigue, fever chills, night sweats
- NEURO: H/A, dizziness, blackout, weakness, syncope, confusion, numbness, head injury
- EYES: dble/chng vision, tearing, drainage, cataracts, glaucoma, redness, glasses/contacts
- EARS: pain, tinnitus, vertigo, wax, drainage
- NOSE: sinus pressure, rhinorrhea, discharge, epistaxis
- THROAT: sore, redness, dysphagia, hoarseness
- RESP: cough, sputum, dyspnea, wheeze, SOA, hemoptysis
- CARDIAC: pain, palpitations, DOE, PND, orthopnea, syncope, heartburn, elev B/P
- GI: abd pain, N/V, diarrhea, constipation, change in BM, indigestion, reflux, tarry or red stool
- GU: diff/frequent/painful urination, dysuria, hematuria, nocturia, hesitancy, ED
- GYN: peri/menopause, abnml bleeding, discharge, dryness, itching, pain, dysmenorrhea, breast sx, dyspareunia
- VASC: edema, claudication, cold extremities
- SKIN: rash, lesion, pruritis, moles, ulcers
- PSYCH: depression, anxiety, agitation, mood swings, panic
- ENDOC: polyuria/dyspepsia/phagia, heat/cold intol,
- ↑skin tags, dark patches
- MS: weakness, pain, stiffness, joint pain, LBP, instability, falls
- HEME: bleeding, fatigue, bruising, petechiae,
- PAIN: (1-10 worst) locations ___

PMH: [ ] unchged [ ] see note SH: [ ] unchged [ ] see note

FH: [ ] unchged [ ] see note HX Form From __/__/__ Rev'd

Surg Hx: [ ] unchged [ ] see note

Rev'd/Updated Immunization/Preventive Screening

IMPRESSION:

① Incapacitating migraine

PHYSICAL EXAM:

- GEN: (A&O) (NAD) (WD), confused, fatigue, obesity
- HEAD: normocephalic, atraumatic
- EYES: conjunctiva clear, PERRLA, hemorrhage
- EARS: AC>BC, TM bulging/retracted/dull, cerumen R/L
- NOSE: mucous, pale, boggy, ulcerated, sinus tenderness
- THROAT: swollen, exudates, erythema
- MOUTH: teeth, gums, tongue, pale
- NODES: cervical, axillary, inguinal
- NECK: supple, stiff, ↓ROM, thyroid nodule/enlarged/firm
- RESP: CTAB, tachypnea, dullness, fremitus, wheezing, rales, rhonchi, stridor
- CARDIAC: RRR, S1, S2, S3, S4 murmurs, rubs
- VASC: 2+ PP, edema/ LLE, RLE, varicosities, carotid bruit R/L, cyanosis, stasis dermatitis, clubbing,
- ABD: soft, ND, NT, +bs, hepatomegaly, splenomegaly, guarding – Grossly intact
- (NEURO): gait unsteady, UE drift, DTRs = bilat, CN II-IX intact, sensation
- BACK: CVA tenderness, SLR neg, paraspinal TTP, spinal TTP
- MS: Joint swelling, warmth, redness, stiffness, ROM, strngth, tone, gait
- FEET: DM foot exam wnl, no lesion, sensation intact, no discoloration
- SKIN: no rashes, jaundice, normal nails, lumps, pale
- RECTAL: mass, hemorrhoids, decreased tone, hemoccult
- PROSTATE: enlarged, boggy, firm, tender, symmetric, asymmetric, mass, tender, ED, Penis nl/abnml
- GYN: external nl, d/c, cystocele, rectocele, urethra nl, cervix, nl, bimanual nl,
- BREAST: nipple nl, no d/c, no retraction, no lesion, asymmetric, tenderness, mass, nodule
- PSYCH: appropriate mood, appropriate affect, depressed, withdrawn, anxious, no suicidal ideations, no suicidal plan, no intent to harm others
- MEMORY: nl, abnml, MMSE

TEACHING:

TEST RESULTS Rev'd:

SCHEDULED LABS/TESTS:

RETURN to OFFICE:

REFERRAL

PLAN:

① Pt to contact HR c STD
② ↑ Exam to 1U 7 acts ✓ called in
③ F/u 2-3 wk
④ Tramadol 50mg i – ii q6° (25) GA

Lincoln/Haverly 431

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
Phone No.: (800) 291-0112
Secure Fax No.: (603) 427-1809

| | |
|---|---|
| Date: | November 29, 2017 |
| To: | DR. GREG POTTS |
| Attn: | medical records |
| Fax: | (502) 240-5905 |
| From: | Shana Pryor<br>Disability Case Manager<br>Phone No.: Phone No.: (800) 291-0112<br>Secure Fax No.: (603) 427-1809 |
| Total Pages<br>(Including Cover): | 3 |
| RE:<br><br>Claim #: 3903216<br>Claimant: Kenny Haverly<br><br>Papa John's International, Inc | |

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me by telephone at (800) 291-0112 and permanently shred the original and any copy of any fax and any printout thereof.

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
Phone No.: (800) 291-0112
Secure Fax No.: (603) 427-1809

November 29, 2017

Dr. Greg Potts

RE: Short Term Disability (STD) Benefits
Papa John's International, Inc
Claim #: 3903216
Claimant: Kenny Haverly
Claimant D.O.B.:

Dear Dr. Greg Potts:

We are the Disability Claim Administrator for your patient, Kenny Haverly.

To evaluate Mr. Haverly's eligibility for disability benefits and to help facilitate a return to work, when appropriate, we are requesting the following information:

- Office treatment notes, test results, prescription histories, and treatment plans from November 1, 2017 through the present

We ask that you provide this information by December 6, 2017. Failure to provide the requested information may result in an adverse benefit or claim determination. The information can be faxed to our office at our secure fax number (603) 427-1809 or mailed to the above address.

If prepayment is required, please fax an invoice indicating the number of pages, federal tax ID# and amount due.

Although HIPAA does not apply to disability insurance carriers, we understand your responsibilities under HIPAA as a health care provider, and our associated responsibility of ensuring this information is protected against deliberate or inadvertent misuse or disclosure.

The Genetic Information Nondiscrimination Act of 2008 (GINA) prohibits employers and other entities covered by GINA Title II from requesting or requiring genetic information of an individual or family member of the individual, except as specifically allowed by this law. To comply with this law, we are asking that you not provide any genetic information when responding to this request for medical information.

'Genetic information' as defined by GINA, includes an individual's family medical history, the results of an individual's or family member's genetic tests, the fact that an individual or an

individual’s family member sought or received genetic services, and genetic information of a fetus carried by an individual or an individual’s family member or an embryo lawfully held by an individual or family member receiving assistive reproductive services.

If you have any questions regarding this matter, please contact me.

Sincerely,

Shana Pryor
Disability Case Manager
Phone No.: (800) 291-0112 Ext. 13914
Secure Fax No.: (603) 427-1809

| | |
|---|---|
| **From:** | LibertyMutualNotifications@LibertyMutual.com |
| **Sent:** | Monday, November 27, 2017 3:35:42 PM |
| **To:** | KHJR14@AOL.COM; |
| **CC:** | |
| **BCC:** | |
| **Subject:** | [Send Secure]Papa John's International, Inc Claim No. 3903216 Kenny Haverly |
| **Attachments:** | df1114ea7f8b6fe09b8395de80789bb09249eeb7371cde71_4391471.pdf; |

---

This notification contains important information regarding a claim with Liberty Life Assurance Company of Boston. THIS IS AN AUTOMATED EMAIL. PLEASE DO NOT RESPOND.

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
Phone No.: (800) 291-0112
Secure Fax No.: (603) 427-1809

November 27, 2017

Mr. Kenny Haverly Jr

RE: Short Term Disability (STD) Benefits
Papa John's International, Inc
Claim #: 3903216

Dear Mr. Kenny Haverly Jr:

Liberty Life Assurance Company of Boston ("Liberty") is responsible for managing claims for Short Term Disability (STD) benefits under Papa John's International, Inc's Group Disability Plan. We are writing in reference to your claim for STD benefits under the Plan.

We are in the process of reviewing your claim and a decision has not yet been made. If necessary, we will be gathering additional information to assist us with a claim determination.

We will notify you of the status of the claim when a decision has been made. If you have any questions regarding your application for benefits, please contact me.

Liberty Mutual Insurance offers you the convenience of managing multiple aspects of your benefits online or through your mobile device, including viewing the status of your claim or leave. Visit www.mylibertyconnection.com on your computer or mobile device.

Sincerely,

Shana Pryor
Disability Case Manager
Phone No.: (800) 291-0112 Ext. 13914
Secure Fax No.: (603) 427-1809

Attachments: Authorization - Medical

Liberty Mutual INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
Phone No.: (800) 291-0112
Secure Fax No.: (603) 427-1809

# AUTHORIZATION FOR THE RELEASE OF INFORMATION INCLUDING PROTECTED HEALTH INFORMATION

**I HEREBY AUTHORIZE THE USE OR DISCLOSURE OF INFORMATION ABOUT ME AS DESCRIBED BELOW:**
**Person(s) or group(s) of persons authorized to use or disclose the information:** Any physicians, medical practitioners, hospitals, clinics, HMOs, long-term care facilities, medical or medically-related facilities, pharmacies, insurance companies, credit or consumer reporting agency, financial/educational institutions, current or former employer, governmental agency, MIB Inc., and any insurance support organizations.
**Person(s) or group(s) of persons authorized to collect or otherwise receive the information**: The particular Company in the Liberty Mutual Group of companies to which I am submitting a claim and its authorized representatives, agents and/or employees, the Plan Sponsor (if self-insured Plan) and other organizations providing claims management services.
**Description of the information that may be used or disclosed**: This Authorization specifically includes the release of all information related to:

* My physical and mental health and my insurance policies and claims, including, but not limited to, those containing diagnosis, treatments, prognosis, prescription drug information, alcohol or drug abuse or information regarding communicable or infectious conditions, including HIV/AIDS.
* Job duties, earnings, personnel records and other work related information and credit reports, bank records, and federal and state tax returns.
* Information concerning Social Security benefits, including any records pertaining to me and my dependents

**The information will be used or disclosed only for the following purpose(s):** For purposes of investigating, evaluating and processing my claim, and/or for insurance-related functions.

**STATEMENTS OF UNDERSTANDING & ACKNOWLEDGMENT:**
**I understand** that information used or disclosed pursuant to this authorization could be subject to redisclosure as necessary by the recipient and, if so, may not be subject to federal or state law protecting its confidentiality.
**I understand** that I may revoke this authorization in writing at any time by sending a written revocation to the Company in the Liberty Mutual Group of companies to which I have submitted a claim, except to the extent that action has been taken in reliance on this authorization, or to the extent that other law provides the Company with the right to contest a claim. I also understand that the revocation of this authorization will not affect uses and disclosures of my health information for purposes of treatment, payment and health care operations.
**I understand** that authorizing the disclosure of my health information is voluntary and the provision of health care services to me is not conditioned on whether I sign this authorization. If I choose not to sign this authorization, insurance coverage or claim payments may be denied or delayed.
This authorization shall remain in force for 24 months from the date of signature, except to the extent applicable state law imposes or allows a different duration. The information obtained under this authorization will be retained in accordance with the Company's standard retention policy and applicable law. I understand that I may request a copy of this authorization.

Name of claimant (print) ______________________________________

Name of legal representative, if applicable (print) __________________________________ Relationship ____________________

Signature of claimant or legal representative _________________________________________

Date of Birth: ____________________ Claim Number: 3903216 Date: ______________________________

**A copy of this authorization will be considered as valid as the original.**



**Lincoln/Haverly 437**

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207

MR. KENNY HAVERLY JR

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
Phone No.: (800) 291-0112
Secure Fax No.: (603) 427-1809

November 20, 2017

Mr. Kenny Haverly Jr

RE: Short Term Disability (STD) Benefits
Papa John's International, Inc
Claim #: 3903216

Dear Mr. Kenny Haverly Jr:

Liberty Life Assurance Company of Boston ("Liberty") is responsible for managing claims for Short Term Disability (STD) benefits under Papa John's International, Inc's Group Disability Plan. We are writing in reference to your claim for STD benefits under the Plan.

We are currently reviewing your eligibility for disability benefits, and are in need of additional information.

To be eligible to receive benefits, the Plan requires that you provide proof of disability in order to receive benefits. However, there are currently no medical providers on file, so we are unable to request your medical records which are needed to evaluate your claim eligibility.

To assist us with our investigation, please complete the enclosed Claimant Information Form and provide us the full names, addresses, and telephone numbers of all medical providers, you are currently treating with for this condition.

Additionally, please contact each of your medical providers and request they provide our office with the following information:

- A copy of all office treatment notes, test results, therapy records, hospital admission records, operative reports, prescription history and treatment plans from November 1, 2017 through the present.

Papa John's International, Inc’s STD Plan requires that you provide proof of disability in order to receive benefits. This proof must be provided by January 3, 2018. Without the information specified above, we will be unable to evaluate your claim eligibility and your disability benefits may be denied.

Papa John's International, Inc's STD Plan requires that, in order to receive benefits, you provide

proof of disability within a required timeframe. Your cooperation in providing the requested information is essential to our claim investigation.

In the absence of this information, your claim may be denied.

We ask that you provide us with this information no later than January 3, 2018 as required under the terms of the Plan.

If there are any other attending physicians or specialists, including physical therapy providers, that we are unaware of, please have them forward all medical records pertinent to your disability within the timeframe stated above.

If you have any questions regarding this matter, please contact me.

Sincerely,

Shana Pryor
Disability Case Manager
Phone No.: (800) 291-0112 Ext. 13914
Secure Fax No.: (603) 427-1809

**n0284784**

---

**From:** CharlotteSCUDisabilityClaims
**Sent:** Thursday, November 16, 2017 2:33:37 PM
**To:** 'Debra_Quillin@papajohns.com'; 'Janna_Curtsinger@papajohns.com'
**Cc:** 'Sharon_Kremer@papajohns.com'; 'Sarah_Suel@papajohns.com'; Pryor, Shana
**Subject:** Claim Number 3903216; KENNY HAVERLY

Good Afternoon,

We have received a claim for KENNY HAVERLY. To assist us in processing this claim, please provide the following information.

Last Day Worked:

So that we may provide the best service possible, we ask that you provide this information within 24 hours so we may expedite the processing of the claim. **Please do not respond back to this email address.** When submitting this information, please do so to the attention of the case manager, SHANA PRYOR at SHANA.PRYOR@LIBERTYMUTUAL.COM or fax your information to (603) 334-0380.

Thank you,

Screening and Creation Unit

Liberty Life Assurance Company of Boston

**From:** GrpMktClmOpsReporting@LibertyMutual.com
**Sent:** Thu, 16 Nov 2017 13:36:50 +0000
**To:**
ALICIA_LONG@PAPAJOHNS.COM;CorrespondenceMonitoring@LibertyMutual.com;Debra_Quillin@papajohns.com;Janna_Curtsinger@papajohns.com;sarah_walker@papajohns.com;sharon_kremer@papajohns.com;TIM_ARNOLD@PAPAJOHNS.COM
**Subject:** Claim # 3903216, KENNY HAVERLY

**THIS IS AN AUTOMATED EMAIL, PLEASE DO NOT RESPOND.**

The above named employee has applied for short term disability benefits. The claim number is 3903216.

If you have further questions or if the employee has returned to work, please call Liberty Mutual Insurance at (800) 210-0268.

**From:** GrpMktClmOpsReporting@LibertyMutual.com
**Sent:** Thu, 16 Nov 2017 13:36:50 +0000
**To:**
ALICIA_LONG@PAPAJOHNS.COM;CorrespondenceMonitoring@LibertyMutual.com;Debra_Quillin@papajohns.com;Janna_Curtsinger@papajohns.com;sarah_walker@papajohns.com;sharon_kremer@papajohns.com;TIM_ARNOLD@PAPAJOHNS.COM
**Subject:** Claim # 3903216, KENNY HAVERLY

**THIS IS AN AUTOMATED EMAIL, PLEASE DO NOT RESPOND.**

The above named employee has applied for short term disability benefits. The claim number is 3903216.

If you have further questions or if the employee has returned to work, please call Liberty Mutual Insurance at (800) 210-0268.

**From:** GrpMktClmOpsReporting@LibertyMutual.com
**Sent:** Thu, 16 Nov 2017 13:36:50 +0000
**To:**
ALICIA_LONG@PAPAJOHNS.COM;CorrespondenceMonitoring@LibertyMutual.com;Debra_Quillin@papajohns.com;Janna_Curtsinger@papajohns.com;sarah_walker@papajohns.com;sharon_kremer@papajohns.com;TIM_ARNOLD@PAPAJOHNS.COM
**Subject:** Claim # 3903216, KENNY HAVERLY

**THIS IS AN AUTOMATED EMAIL, PLEASE DO NOT RESPOND.**

The above named employee has applied for short term disability benefits. The claim number is 3903216.

If you have further questions or if the employee has returned to work, please call Liberty Mutual Insurance at (800) 210-0268.

**From:** GrpMktClmOpsReporting@LibertyMutual.com
**Sent:** Thu, 16 Nov 2017 13:36:50 +0000
**To:** ALICIA_LONG@PAPAJOHNS.COM;CorrespondenceMonitoring@LibertyMutual.com;Debra_Quillin@papajohns.com;Janna_Curtsinger@papajohns.com;sarah_walker@papajohns.com;sharon_kremer@papajohns.com;TIM_ARNOLD@PAPAJOHNS.COM
**Subject:** Claim # 3903216, KENNY HAVERLY

**THIS IS AN AUTOMATED EMAIL, PLEASE DO NOT RESPOND.**

The above named employee has applied for short term disability benefits. The claim number is 3903216.

If you have further questions or if the employee has returned to work, please call Liberty Mutual Insurance at (800) 210-0268.

**From:** GrpMktClmOpsReporting@LibertyMutual.com
**Sent:** Thu, 16 Nov 2017 13:36:50 +0000
**To:**
ALICIA_LONG@PAPAJOHNS.COM;CorrespondenceMonitoring@LibertyMutual.com;Debra_Quillin@papajohns.com;Janna_Curtsinger@papajohns.com;sarah_walker@papajohns.com;sharon_kremer@papajohns.com;TIM_ARNOLD@PAPAJOHNS.COM
**Subject:** Claim # 3903216, KENNY HAVERLY

**THIS IS AN AUTOMATED EMAIL, PLEASE DO NOT RESPOND.**

The above named employee has applied for short term disability benefits. The claim number is 3903216.

If you have further questions or if the employee has returned to work, please call Liberty Mutual Insurance at (800) 210-0268.

**From:** GrpMktClmOpsReporting@LibertyMutual.com
**Sent:** Thu, 16 Nov 2017 13:36:50 +0000
**To:**
ALICIA_LONG@PAPAJOHNS.COM;CorrespondenceMonitoring@LibertyMutual.com;Debra_Quillin@papajohns.com;Janna_Curtsinger@papajohns.com;sarah_walker@papajohns.com;sharon_kremer@papajohns.com;TIM_ARNOLD@PAPAJOHNS.COM
**Subject:** Claim # 3903216, KENNY HAVERLY

**THIS IS AN AUTOMATED EMAIL, PLEASE DO NOT RESPOND.**

The above named employee has applied for short term disability benefits. The claim number is 3903216.

If you have further questions or if the employee has returned to work, please call Liberty Mutual Insurance at (800) 210-0268.

**From:** GrpMktClmOpsReporting@LibertyMutual.com
**Sent:** Thu, 16 Nov 2017 13:36:50 +0000
**To:**
ALICIA_LONG@PAPAJOHNS.COM;CorrespondenceMonitoring@LibertyMutual.com;Debra_Quillin@papajohns.com;Janna_Curtsinger@papajohns.com;sarah_walker@papajohns.com;sharon_kremer@papajohns.com;TIM_ARNOLD@PAPAJOHNS.COM
**Subject:** Claim # 3903216, KENNY HAVERLY

**THIS IS AN AUTOMATED EMAIL, PLEASE DO NOT RESPOND.**

The above named employee has applied for short term disability benefits. The claim number is 3903216.

If you have further questions or if the employee has returned to work, please call Liberty Mutual Insurance at (800) 210-0268.

| clm_num | chk_num | ChkFrom Date | ChkThruD ate | ChkDate | ben_gross_ amt | chk_total _ofst_am t | chk_adj_be n_gross_a mt | chk_fed_ tax_with d_amt | chk_fica_t ax_withd_ amt | chk_adj_ amt | chk_total _dedn_a mt | chk_state _tax_with d_amt | ben_net_a mt | rcov_ben _net_amt | NetAfterOP | Total Of chk_ofst_ dedn_amt | <> |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 3655390 | 37614622 | 07/12/16 | 07/18/16 | 07/19/16 | $709.61 | $0.00 | $709.61 | $91.03 | $54.29 | $0.00 | $0.00 | $34.88 | $529.41 | | $529.41 | | |
| 3655390 | 37618777 | 07/19/16 | 07/25/16 | 07/25/16 | $709.61 | $0.00 | $709.61 | $91.03 | $54.29 | $0.00 | $0.00 | $34.88 | $529.41 | | $529.41 | | |
| 3655390 | 37623391 | 07/26/16 | 08/01/16 | 08/01/16 | $709.61 | $0.00 | $709.61 | $91.03 | $54.29 | $0.00 | $0.00 | $34.88 | $529.41 | | $529.41 | | |
| 3655390 | 37627943 | 08/02/16 | 08/08/16 | 08/08/16 | $709.61 | $0.00 | $709.61 | $0.00 | $54.29 | $0.00 | $0.00 | $34.88 | $620.44 | | $620.44 | | |
| 3655390 | 37632616 | 08/09/16 | 08/15/16 | 08/15/16 | $709.61 | $0.00 | $709.61 | $0.00 | $54.29 | $0.00 | $0.00 | $34.88 | $620.44 | | $620.44 | | |
| 3655390 | 37635390 | 08/16/16 | 08/18/16 | 08/18/16 | $425.76 | $0.00 | $425.76 | $0.00 | $32.57 | $0.00 | $0.00 | $18.41 | $374.78 | | $374.78 | | |
| 3655390 | 37640528 | 08/19/16 | 08/25/16 | 08/25/16 | $709.61 | $0.00 | $709.61 | $0.00 | $54.29 | $0.00 | $0.00 | $34.88 | $620.44 | | $620.44 | | |
| 3655390 | 37643682 | 08/26/16 | 08/30/16 | 08/30/16 | $425.76 | $0.00 | $425.76 | $0.00 | $32.57 | $0.00 | $0.00 | $18.41 | $374.78 | | $374.78 | | |
| 3655390 | 37656890 | 08/31/16 | 09/13/16 | 09/19/16 | $1,419.22 | $0.00 | $1,419.22 | $0.00 | $108.57 | $0.00 | $0.00 | $76.03 | $1,234.62 | | $1,234.62 | | |
| 3655390 | 37658016 | 09/14/16 | 09/20/16 | 09/20/16 | $709.61 | $0.00 | $709.61 | $0.00 | $54.29 | $0.00 | $0.00 | $34.88 | $620.44 | | $620.44 | | |
| 3655390 | 37663098 | 09/21/16 | 09/27/16 | 09/27/16 | $709.61 | $0.00 | $709.61 | $0.00 | $54.29 | $0.00 | $0.00 | $34.88 | $620.44 | | $620.44 | | |
| 3655390 | 37665696 | 09/28/16 | 09/30/16 | 09/30/16 | $425.76 | $0.00 | $425.76 | $0.00 | $32.57 | $0.00 | $0.00 | $18.41 | $374.78 | | $374.78 | | |
| 3655390 | 37678830 | 10/01/16 | 10/14/16 | 10/20/16 | $1,419.22 | $0.00 | $1,419.22 | $0.00 | $108.57 | $0.00 | $0.00 | $76.03 | $1,234.62 | | $1,234.62 | | |
| 3655390 | 37679888 | 10/15/16 | 10/21/16 | 10/21/16 | $709.61 | $0.00 | $709.61 | $0.00 | $54.29 | $0.00 | $0.00 | $34.88 | $620.44 | | $620.44 | | |
| 3655390 | 37685018 | 10/22/16 | 10/28/16 | 10/28/16 | $709.61 | $0.00 | $709.61 | $0.00 | $54.29 | $0.00 | $0.00 | $34.88 | $620.44 | | $620.44 | | |
| 3655390 | 37689798 | 10/29/16 | 11/04/16 | 11/04/16 | $709.61 | $0.00 | $709.61 | $0.00 | $54.29 | $0.00 | $0.00 | $34.88 | $620.44 | | $620.44 | | |
| 3655390 | 37697429 | 11/05/16 | 11/11/16 | 11/16/16 | $709.61 | $0.00 | $709.61 | $0.00 | $54.29 | $0.00 | $0.00 | $34.88 | $620.44 | | $620.44 | | |
| 3655390 | 37698261 | 11/12/16 | 11/16/16 | 11/17/16 | $425.76 | $0.00 | $425.76 | $0.00 | $32.57 | $0.00 | $0.00 | $18.41 | $374.78 | | $374.78 | | |
| 3655390 | | | | | $13,056.80 | $0.00 | $13,056.80 | $273.09 | $998.90 | $0.00 | $0.00 | $644.26 | $11,140.55 | | $11,140.55 | | |
| 3903216 | 37971972 | 11/22/17 | 12/19/17 | 12/21/17 | $2,909.44 | $0.00 | $2,909.44 | $0.00 | $222.58 | $0.00 | $0.00 | $165.28 | $2,521.58 | | $2,521.58 | | |
| 3903216 | 37974624 | 12/20/17 | 12/26/17 | 12/26/17 | $727.36 | $0.00 | $727.36 | $0.00 | $55.65 | $0.00 | $0.00 | $35.88 | $635.83 | | $635.83 | | |
| 3903216 | 37979067 | 12/27/17 | 01/02/18 | 01/02/18 | $727.36 | $0.00 | $727.36 | $0.00 | $55.65 | $0.00 | $0.00 | $35.88 | $635.83 | | $635.83 | | |
| 3903216 | 37981685 | 01/03/18 | 01/05/18 | 01/05/18 | $436.41 | $0.00 | $436.41 | $0.00 | $33.39 | $0.00 | $0.00 | $19.01 | $384.01 | | $384.01 | | |
| 3903216 | 37991327 | 01/06/18 | 01/19/18 | 01/22/18 | $1,454.72 | $0.00 | $1,454.72 | $0.00 | $111.28 | $0.00 | $0.00 | $78.07 | $1,265.37 | | $1,265.37 | | |
| 3903216 | 37995287 | 01/20/18 | 01/26/18 | 01/26/18 | $727.36 | $0.00 | $727.36 | $0.00 | $55.65 | $0.00 | $0.00 | $35.88 | $635.83 | | $635.83 | | |
| 3903216 | 37999847 | 01/27/18 | 02/02/18 | 02/02/18 | $727.36 | $0.00 | $727.36 | $0.00 | $55.65 | $0.00 | $0.00 | $35.88 | $635.83 | | $635.83 | | |
| 3903216 | 38004537 | 02/03/18 | 02/09/18 | 02/09/18 | $727.36 | $0.00 | $727.36 | $0.00 | $55.65 | $0.00 | $0.00 | $35.83 | $635.88 | | $635.88 | | |
| 3903216 | 38008083 | 02/10/18 | 02/15/18 | 02/15/18 | $581.88 | $0.00 | $581.88 | $0.00 | $44.52 | $0.00 | $0.00 | $27.39 | $509.97 | | $509.97 | | |
| 3903216 | 38021109 | 02/16/18 | 03/01/18 | 03/06/18 | $1,454.72 | $0.00 | $1,454.72 | $0.00 | $111.28 | $0.00 | $0.00 | $78.01 | $1,265.43 | | $1,265.43 | | |
| 3903216 | 38023599 | 03/02/18 | 03/08/18 | 03/08/18 | $727.36 | $0.00 | $727.36 | $0.00 | $55.65 | $0.00 | $0.00 | $35.83 | $635.88 | | $635.88 | | |
| 3903216 | 38033036 | 03/16/18 | 03/22/18 | 03/22/18 | $727.36 | $0.00 | $727.36 | $0.00 | $55.65 | $0.00 | $0.00 | $35.83 | $635.88 | | $635.88 | | |
| 3903216 | 38041268 | 03/23/18 | 03/29/18 | 04/03/18 | $727.36 | $0.00 | $727.36 | $0.00 | $55.65 | $0.00 | $0.00 | $35.83 | $635.88 | | $635.88 | | |
| 3903216 | 38043133 | 03/30/18 | 04/05/18 | 04/05/18 | $727.36 | $0.00 | $727.36 | $0.00 | $55.65 | $0.00 | $0.00 | $35.83 | $635.88 | | $635.88 | | |
| 3903216 | 38048084 | 04/06/18 | 04/12/18 | 04/12/18 | $727.36 | $0.00 | $727.36 | $0.00 | $55.65 | $0.00 | $0.00 | $35.83 | $635.88 | | $635.88 | | |
| 3903216 | 38053137 | 04/13/18 | 04/19/18 | 04/19/18 | $727.36 | $0.00 | $727.36 | $0.00 | $55.65 | $0.00 | $0.00 | $35.83 | $635.88 | | $635.88 | | |
| 3903216 | 38058506 | 04/20/18 | 04/26/18 | 04/26/18 | $727.36 | $0.00 | $727.36 | $0.00 | $55.65 | $0.00 | $0.00 | $35.83 | $635.88 | | $635.88 | | |
| 3903216 | 38063652 | 04/27/18 | 05/03/18 | 05/03/18 | $727.36 | $0.00 | $727.36 | $0.00 | $55.65 | $0.00 | $0.00 | $35.83 | $635.88 | | $635.88 | | |
| 3903216 | 38068768 | 05/04/18 | 05/10/18 | 05/10/18 | $727.36 | $0.00 | $727.36 | $0.00 | $55.65 | $0.00 | $0.00 | $35.83 | $635.88 | | $635.88 | | |
| 3903216 | 38072063 | 05/11/18 | 05/15/18 | 05/15/18 | $436.41 | $0.00 | $436.41 | $0.00 | $33.39 | $0.00 | $0.00 | $18.95 | $384.07 | | $384.07 | | |
| 3903216 | 38077338 | 03/09/18 | 03/15/18 | 05/21/18 | $727.36 | $0.00 | $727.36 | $0.00 | $55.65 | $0.00 | $0.00 | $35.83 | $635.88 | | $635.88 | | |
| 3903216 | | | | | $18,183.98 | $0.00 | $18,183.98 | $0.00 | $1,391.19 | $0.00 | $0.00 | $924.36 | $15,868.43 | | $15,868.43 | | |

| clm_num | chk_num | ChkFrom Date | ChkThruD ate | ChkDate | ben_gross_ amt | chk_total _ofst_am t | chk_adj_be n_gross_a mt | chk_fed_ tax_with d_amt | chk_fica_t ax_withd_ amt | chk_adj_ amt | chk_total _dedn_a mt | chk_state _tax_with d_amt | ben_net_a mt | rcov_ben _net_amt | NetAfterOP | Total Of chk_ofst_ dedn_amt | <> |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 7956041 | 32005223 | 05/16/18 | 06/15/18 | 06/11/18 | $3,151.88 | $0.00 | $3,151.88 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $3,151.88 | | $3,151.88 | | |
| 7956041 | 47752576 | 06/16/18 | 07/15/18 | 07/09/18 | $3,151.88 | $0.00 | $3,151.88 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $3,151.88 | | $3,151.88 | | |
| 7956041 | 47782724 | 07/16/18 | 08/15/18 | 08/09/18 | $3,151.88 | $0.00 | $3,151.88 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $3,151.88 | | $3,151.88 | | |
| 7956041 | 47814170 | 08/16/18 | 09/15/18 | 09/10/18 | $3,151.88 | $0.00 | $3,151.88 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $3,151.88 | | $3,151.88 | | |
| 7956041 | 47845076 | 09/16/18 | 10/15/18 | 10/09/18 | $3,151.88 | $0.00 | $3,151.88 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $3,151.88 | | $3,151.88 | | |
| 7956041 | 47876435 | 10/16/18 | 11/15/18 | 11/09/18 | $3,151.88 | $0.00 | $3,151.88 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $3,151.88 | | $3,151.88 | | |
| 7956041 | 47895805 | 11/16/18 | 11/27/18 | 11/27/18 | $1,260.75 | $0.00 | $1,260.75 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $1,260.75 | | $1,260.75 | | |
| 7956041 | | | | | $20,172.03 | $0.00 | $20,172.03 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $20,172.03 | | $20,172.03 | | |