**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF KENTUCKY**
**LOUISVILLE**

| | |
|---|---|
| **KENNY HAVERLY,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) CIVIL ACTION NO. 3:22cv00243-DJH-CHL |
| **v.** | ) |
| | ) |
| **LIBERTY LIFE ASSURANCE** | ) |
| **COMPANY OF BOSTON,** | ) |
| | ) |
| **Defendant.** | ) |

**JOINT NOTICE OF SETTLEMENT**

Plaintiff Kenny Haverly and Defendant Liberty Life Assurance Company of Boston hereby give notice that this case has settled. The parties are currently working on finalizing settlement documents and will, as soon as possible, file a Stipulation of Dismissal with the Court to dismiss this case with prejudice.

Respectfully submitted this 27th day of October 2022.

                Respectfully submitted,

                By:  /s/ Iwana Rademaekers
                Iwana Rademaekers (Texas Bar # 16452560)
                (Admitted *Pro Hac Vice*)
                LAW OFFICES OF IWANA RADEMAEKERS, P.C.
                17304 Preston Road, Suite 800
                Dallas, Texas 75252
                Main: (214) 579-9319
                Fax: (469) 444-6456
                Email: iwana@rademaekerslaw.com

                ATTORNEYS FOR DEFENDANT

                **AND**

2

By:   <u>/s/ Larry D. Ashlock (by permission)</u>
Larry D. Ashlock, Esq.
Ashlock Law Group, PLLC
236 W. Dixie Avenue
Elizabethtown, KY 42701
PH:  (270) 360-0470
Email:  larry@ashlocklawgroup.com

COUNSEL FOR PLAINTIFF

2