UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

KENNY HAVERLY, JR., Plaintiff,

v. Civil Action No. 3:22-cv-243-DJH-CHL

LIBERTY LIFE ASSURANCE COMPANY
OF BOSTON, Defendant.

* * * * *

# ORDER

The parties having agreed to a settlement of all matters in this case (Docket No. 20), and the Court being otherwise sufficiently advised, it is hereby

**ORDERED** that this action is **DISMISSED** without prejudice. All dates and deadlines previously set in this matter are **VACATED**.

The parties shall tender an agreed order of dismissal with prejudice within **thirty (30) days** of entry of this Order. The Court will entertain a motion to redocket the action within thirty (30) days of entry of this Order in the event the settlement is not consummated.

October 27, 2022

**David J. Hale, Judge**
**United States District Court**