UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

KENNY HAVERLY, JR., Plaintiff,

v. Civil Action No. 3:22-cv-243-DJH-CHL

LIBERTY LIFE ASSURANCE COMPANY
OF BOSTON, Defendant.

* * * * *

**ORDER**

The parties have filed a stipulation of dismissal with prejudice signed by all parties who have appeared. (Docket No. 22) Accordingly, and the Court being otherwise sufficiently advised, it is hereby

**ORDERED** that this action stands **DISMISSED** with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) and is **STRICKEN** from the Court's active docket.

December 19, 2022

**David J. Hale, Judge**
**United States District Court**